IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EXXON CORPORATION,<br><br>    Defendant.<br><br>_____<br><br>RUSSELL A. CLINE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GARDEN CITY GROUP, INC.,<br><br>    Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br>CONSOLIDATED WITH<br>CASE NO.: 05-21338-CIV<br>GOLD/ SIMONTON |

**SUA SPONTE ORDER SETTING BRIEFING SCHEDULE CONCERNING
<u>LETTER FROM CLAIMANT, SAM PATE</u>**

THIS CAUSE is before the Court *sua sponte*.

The Special Master has received numerous letters from claimants raising disputes with Third Party Service Providers ("TPSPs"). *See* Notice of Filing Table of Briefing Schedules for Disputes Between Claimants and Third Party Service Providers. **[D.E. 3161].** Most recently, the Special Master received a letter from claimant, Sam Pate. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 10/25/06 Correspondence from Sam Pate, attached hereto as **Exhibit A**. The Special Master has jurisdiction to resolve this dispute.

*See* Omnibus Report and Recommendation Concerning Disputes Between Claimants and Third Party Service Providers [D.E. 3067].

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before November 24, 2006.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

DONE AND ORDERED at Miami, Florida this _6_ day of _November_, 2006.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold
All counsel of record

Sam Pate
P.O. Box 5777
Brownsville, TX 78523-5777

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.