IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al.<br>Plaintiffs,<br>vs.<br>EXXON CORPORATION,<br>Defendant. | CASE NO. 91-0986-CIV GOLD/SIMONTON<br>SPECIAL MASTER THOMAS SCOTT |

**AMENDED AWARD NO. 534 ON CLAIM NO. 1033161**

**THIS CAUSE** came before the Special Master upon Plaintiffs' Motion for Summary Judgment with respect to Claim No. 1033161. After reviewing the record, hearing argument of counsel, and otherwise being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED** as to Claim No. 1033161, as the Special Master finds that there are no genuine issues of material fact or law and that Claimant is entitled to an Award as follows:

| | |
|---|---|
| Claimant: | Lester M. Warren |
| Dealer: | Lester M. Warren |
| Station No.: | 21726 |
| Start Date: | 3/1/1983 |
| Stop Date: | 6/9/1993 (recovery data through 6/30/1993) |
| Gallons: | 10,022,428 |
| Compensatory Damages: | $123,089.89 |
| Prejudgment Interest through 10/31/05: | $130,271.94 |
| **Total Damages and Interest:** | **$253,361.83** |
| -Less .533% Costs and Expenses | $1,350.42 |
| -Less 1.5% Incentive Awards | $3,800.43 |
| Cost and Incentive Subtotal | $248,210.98 |
| -Less 5% reserve | $12,668.09 |
| -Less 2% reduction | $5,067.24 |
| -Less 31.333333% Attorney's Fees[1] | $77,772.77 |
| **Total Net Award:** | **$152,702.88** |

---

[1] The 31.333333% reduction for attorneys' fees is measured against the Cost and Incentive Subtotal. All other reductions are measured against Total Damages and Interest.

1

Amended Award No. 534
Claim No. 1033161

The Special Master reserves jurisdiction to consider the manner of payment, disbursement of the reserve, if any, and to carry out the provisions of the Order on Procedure, related orders, the Class Settlement Agreement, and further orders of the District Court.

**DONE AND ORDERED** in Miami-Dade County, Florida, this _____ day of __NOV 8__, 2006.

_____
SPECIAL MASTER THOMAS SCOTT

1