IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> RUSSELL A. CLINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GARDEN CITY GROUP, INC., ) <br> ) <br> Defendant. ) <br> _____) | **CONSOLIDATED WITH** <br> **CASE NO.: 05-21338-CIV-GOLD /** <br> **SIMONTON** |

### ORDER REGARDING THE PAYMENT OF GERALD M. BOWEN'S INITIAL ATTORNEYS' FEES

THIS CAUSE is before the Special Master pursuant to the Court's Order on Petitions for an Award of Attorneys' Fees, Costs, and Reimbursable Expenses and for Incentive Awards to Named Plaintiffs **[D.E. 2997]** (hereinafter "Order on Petitions") and the Court's Order Granting Motion to Expedite Payment of Approved Class Member Claims and Approving Objections to *Sua Sponte* Order Concerning the District Court's Order on Petitions **[D.E. 3068]** (hereinafter "Order Approving Objections").

Pursuant to the Court's Order on Petitions, Mr. Gerald M. Bowen is to receive an initial payment $5,000,000.00 in attorneys' fees for his representation of the Class. *See* Order on Petitions, p. 107. However, according to the Court's Order Approving Objections, "the Law

Offices of Gerald Bowen shall file a partial satisfaction of judgment <u>and</u> a waiver of appeal" in order to receive the payment of his attorneys' fees. *See* Order Approving Objections, p. 10. The Partial Satisfaction of Judgment and Wavier of Appeal is attached to the Order Approving Objections as Exhibit B. An original certified copy of Mr. Bowen's Partial Satisfaction of Judgement and Waiver of Appeal is to be delivered to the Special Master, the Garden City Group, and JPMorgan Chase accompanied by an executed W-9 form. To date, Mr. Bowen has not filed his Partial Satisfaction of Judgment and Wavier of Appeal and executed W-9 with the Special Master, the Garden City Group or JPMorgan Chase. Mr. Bowen's initial payment of attorneys' fees cannot be completed until these tasks are accomplished.

In addition to the failure to file the necessary documentation with the Court, a number of other issues have raised the level of concern of the Special Master with respect to the initial payment of Mr. Bowen's attorneys' fees. Both the Special Master and the Garden City Group received a purported Irrevocable Letter of Direction directing that Mr. Bowen's initial payment of attorneys' fees be made to his attorney Thomas J. McKenna.[1] *See* Exhibit "A". This is not an unusual request. However, while the letter is dated July 10, 2006, the envelop indicates that the letter was not mailed until nearly two and a half months later on September 26, 2006. In addition, the envelop suggests that the letter was not sent by either Mr. Bowen or Mr. McKenna. Rather, the purported Irrevocable Letter of Direction was sent to the Special Master and the Garden City Group by a company called Case Funding LLC. The Irrevocable Letter of Direction does not explain Case Funding's relationship to Mr. Bowen

---

[1] The Special Master and the Garden City Group both received an identical letter in identical envelops from Case Funding LLC. Accordingly, the Special Master has only attached one letter and envelop to this Order for demonstrative purposes.

or why the letter was sent by them. Finally, the purported Irrevocable Letter of Direction contains an electronic signature of Mr. Bowen. This is particularly troubling as the letter was not sent by either Mr. Bowen or Mr. McKenna.

The Special Master is prepared to authorize the initial payment of Mr. Bowen's attorneys' fees for his services to the Class. However, the Special Master would like clarification regarding the above mentioned facts to ensure that Mr. Bowen has in fact requested his initial payment of attorneys' fees. Mr. Bowen must also comply with the Court's Order Approving Objections [D.E. 3068] before a payment can be made from the Settlement Fund. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Mr. Bowen shall provide the Special Master with a written and executed explanation of the facts surrounding the purported Irrevocable Letter of Direction, including the role of Case Funding LLC, no later than Monday, November 20, 2006.

2. Mr. Bowen shall execute and file his Partial Satisfaction of Judgement and Waiver of Appeal with the Court and deliver an original certified copy of this document to Special Master, the Garden City Group, and JPMorgan Chase accompanied by an executed W-9 form no later than Monday, November 20, 2006.

**DONE AND ORDERED** at Miami, Florida this _13_ day of November, 2006.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All Counsel of Record