IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>Defendant. )<br>_____)<br>)<br>RUSSELL A. CLINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>Defendant. )<br>_____) | CONSOLIDATED WITH<br>CASE NO.: 05-21338-CIV<br>GOLD/ SIMONTON |

**NOVEMBER 27, 2006 CONSOLIDATED SUA SPONTE ORDER SETTING
BRIEFING SCHEDULES CONCERNING CLAIMANT OBJECTIONS
<u>DIRECTED TO THIRD PARTY SERVICE PROVIDERS</u>**

THIS CAUSE is before the Court *sua sponte*.

Numerous claimants have recently contacted the Special Master to voice objections and raise disputes with Third Party Service Providers ("TPSPs"). *See* Claimant Letters and Motions, attached hereto as **Exhibits A-J**. The Special Master has jurisdiction to resolve these disputes. **[D.E. 3067]**; **[D.E. 3207]**. In an effort to preserve court resources and minimize docket entries, the undersigned

hereby files this Consolidated Sua Sponte Order setting various briefing schedules for the resolution of these disputes, as set forth below.

DONE AND ORDERED at Miami, Florida this 28th day of November, 2006.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold

Additional addressees as set forth herein

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, JAMES FORESTER

The Special Master recently received a letter from claimant, James Forester. This letter raises a dispute concerning TPSP, Lanark Warner Industries, Inc. d/b/a Class Action Recovery Services ("CARS"). See 10/12/06 Correspondence from James Forester, attached hereto as **Exhibit A**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1.   Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2.   All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3.   Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. See D.E. 3068.[1]

4.   A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to James Forester, 287 Stanley Rd., Trenton, GA 30752.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, JOHN M. JARRETT

The Special Master recently received a letter from claimant, John M. Jarrett. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 10/18/06 Correspondence from John M. Jarrett, attached hereto as **Exhibit B**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1.  Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2.  All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3.  Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4.  A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to John M. Jarrett, 1245 Lower Hartley Bridge Road, Byron, GA 31088.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, JOSEPH SLOWIAK

The Special Master recently received a letter from claimant, Joseph Slowiak. This letter raises disputes concerning TPSP, Class Action Refund, LLC, and Peachtree Pre-Settlement Funding. *See* 11/9/06 Correspondence from Joseph Slowiak, attached hereto as **Exhibit C**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Joseph Slowiak, 2040 East State Avenue, Phoenix, AZ 85020. A copy of this Order has also been served via United States Mail upon

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

Peachtree Pre-Settlement Funding at 3301 Quantum Boulevard, 2d Floor, Boynton Beach, Florida 33426-8669.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, NIKKI LOGAN

The Special Master recently received a letter from claimant, Nikki Logan. This letter raises a dispute concerning TPSP, Class Action Refund, LLC. *See* 11/8/06 Correspondence from Nikki Logan, attached hereto as **Exhibit D**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Nikki Logan, 1674 E. N. County Line, Clare, MI 48617.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, HOMER L. MOWERY

The Special Master recently received a letter from claimant, Homer L. Mowery. This letter raises a dispute concerning TPSP, Class Action Refund, LLC. *See* 11/18/06 Correspondence from Homer L. Mowery, attached hereto as **Exhibit E**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Homer L. Mowery, P.O. Box 7322, Daytona Beach Shores, FL 32116.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, CHARLES G. ROTH

The Special Master recently received a letter from claimant, Charles G. Roth. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 11/14/06 Correspondence from Charles G. Roth, attached hereto as **Exhibit F**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Charles G. Roth, 662 Sally Dr., Wenatchee, WA 98801.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, RICHARD N. GROVE, JR

The Special Master recently received a letter from claimant, Richard N. Grove, Jr. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 11/13/06 Correspondence from Richard N. Grove, Jr, attached hereto as **Exhibit G**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Richard N. Grove, Jr, 1434 Souder Road, Knoxville, MD 21758.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, JOHN YEGENIAN

The Special Master recently received a letter from claimant, John Yegenian. This letter raises a dispute concerning TPSP, National Equity Development Group ("NEDG"). *See* 10/24/06 Correspondence from John Yegenian, attached hereto as **Exhibit H**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to John Yegenian, 1110 East 6th Street, Santa Ana, CA 92701.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, DONALD R. MACORMAC

The Special Master recently received a letter from claimant, Donald R. Macormac. This letter raises a dispute concerning TPSP, Class Action Refund, LLC. *See* 11/15/06 Correspondence from Donald R. Macormac, attached hereto as **Exhibit I**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1.  Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before December 29, 2006.

2.  All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3.  Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4.  A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Donald R. Macormac, 1161 Fulton Road, Shippenville, PA 16254.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, JOHN F. WHITTEN

The Special Master recently received a letter from claimant, John F. Whitten. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 11/15/06 Correspondence from John F. Whitten, attached hereto as **Exhibit J**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before .

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to John F. Whitten, 35234 Jomar Ave, Zephryhills, FL 33541.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.