IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )

RUSSELL A. CLINE, )
)     **CONSOLIDATED WITH**
    Plaintiff, )     **CASE NO.: 05-21338-CIV-GOLD /**
)     **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

### ORDER SETTING HEARING ON PLAINTIFFS' FORTY-SIXTH THROUGH FIFTY-SEVENTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Orders of Reference by the District Court. [D.E. 2984]; [D.E. 2991]; [D.E. 3003]; [D.E. 3063]; [D.E. 3011]; [D.E. 3021]; [D.E. 3041]; [D.E. 3064]; [D.E. 3080]; [D.E. 3086]; [D.E. 3093]; [D.E. 3112]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Forty-Sixth through Fifty-Seventh Motions for Summary Judgment

on **Tuesday, December 19, 2006, beginning at 2:00 p.m.** at the Office of the Special Master. One hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 11th day of December, 2006.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group