IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON CORPORATION, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> RUSSELL A. CLINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GARDEN CITY GROUP, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | <br><br><br><br><br><br><br><br><br><br><br><br>CONSOLIDATED WITH <br>CASE NO.: 05-21338-CIV <br>GOLD/ SIMONTON |

**DECEMBER 11, 2006 CONSOLIDATED SUA SPONTE ORDER SETTING
BRIEFING SCHEDULES CONCERNING CLAIMANT OBJECTIONS
<u>DIRECTED TO THIRD PARTY SERVICE PROVIDERS</u>**

THIS CAUSE is before the Court *sua sponte*.

Numerous claimants have recently contacted the Special Master to voice objections and raise disputes with Third Party Service Providers ("TPSPs"). *See* Claimant Letters and Motions, attached hereto as **Exhibits A-H**. The Special Master has jurisdiction to resolve these disputes. **[D.E. 3067]; [D.E. 3207]**. In an effort to preserve court resources and minimize docket entries, the undersigned

hereby files this Consolidated Sua Sponte Order setting various briefing schedules for the resolution of these disputes, as set forth below.

DONE AND ORDERED at Miami, Florida this 12 day of December, 2006.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold

Additional addressees as set forth herein

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, AVEDIA BIBERIAN

The Special Master recently received a letter from claimant, Avedia Biberian. This letter raises a dispute concerning TPSP, Class Action Refund, LLC. *See* 10/23/06 Correspondence from Avedia Biberian, attached hereto as **Exhibit A**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Avedia Biberian, 738 East Covina Blvd., Covina, CA 91722.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING LETTER FROM CLAIMANT, CHARLES GAMBINO

The Special Master recently received a letter from claimant, Charles Gambino. This letter raises disputes concerning TPSP, Class Action Refund, LLC, and Peachtree Pre-Settlement Funding. *See* 11/27/06 Correspondence from Charles Gambino, attached hereto as **Exhibit B**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Charles Gambino, 2920 West Yacht Drive, Oak Island, N.C. 28465. A copy of this Order has also been served via United States Mail

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

upon Peachtree Pre-Settlement Funding at 3301 Quantum Boulevard, 2d Floor, Boynton Beach, Florida 33426-8669.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, ANDREW MACEK

The Special Master recently received a letter from claimant, Andrew Macek. This letter raises disputes concerning TPSP, Class Action Refund, LLC, and Peachtree Pre-Settlement Funding. *See* 11/13/06 Correspondence from Andrew Macek, attached hereto as **Exhibit C**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Andrew Macek, P.O. Box 431, Fultonville, NY 12072. A copy of this Order has also been served via United States Mail upon Peachtree

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

Pre-Settlement Funding at 3301 Quantum Boulevard, 2d Floor, Boynton Beach, Florida 33426-8669.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, SO UEY LEE

The Special Master recently received a letter from claimant, So Uey Lee. This letter raises a dispute concerning TPSP, Class Action Refund, LLC. *See* 10/19/06 Correspondence from So Uey Lee, attached hereto as **Exhibit D**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]; [D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to So Uey Lee, 1118 Amber Lane, Lansdale, PA 19446.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, PAUL EDGERLY

The Special Master recently received a letter from claimant, Paul Edgerly. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 12/5/06 Correspondence from Paul Edgerly, attached hereto as **Exhibit E**. The Special Master has jurisdiction to resolve this dispute. [D.E. 3067]; [D.E. 3207].

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Paul Edgerly, C/O George L. Moxon, 718 North East 2nd AvenueFort Lauderdale, Florida 33304.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, JOSEPH GIBSON

The Special Master recently received a letter from claimant, Joseph Gibson. This letter raises a dispute concerning TPSP, Peachtree Pre-Settlement Funding. *See* 12/4/06 Correspondence from Joseph Gibson, attached hereto as **Exhibit F**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Joseph Gibson, C/O Debra A. Washington, Esq., 1500 Market Street, East Tower 12th FlrPhiladelphia, Pennsylvania 19102-2100. A copy of this Order has also been served via United States Mail upon Peachtree

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

Pre-Settlement Funding at 3301 Quantum Boulevard, 2d Floor, Boynton Beach, Florida 33426-8669.

### ORDER SETTING BRIEFING SCHEDULE CONCERNING LETTER FROM CLAIMANT, EUGENE D'ALESSANDRO

The Special Master recently received a letter from claimant, Eugene D'Alessandro. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 12/5/06 Correspondence from Eugene D'Alessandro, attached hereto as **Exhibit G**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Eugene D'Alessandro, 5 Orne Street, Marblehead, MA 01945.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING LETTER FROM CLAIMANT, FRANK S. MEROLA

The Special Master recently received a letter from claimant, Frank S. Merola. This letter raises disputes concerning TPSP, Class Action Refund, LLC, and Peachtree Pre-Settlement Funding. *See* 11/28/06 Correspondence from Frank S. Merola, attached hereto as **Exhibit H**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]; [D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 5, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Frank S. Merola, P.O. Box 187, Wallace, NC 28466 A copy of this Order has also been served via United States Mail upon Peachtree

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

Pre-Settlement Funding at 3301 Quantum Boulevard, 2d Floor, Boynton Beach, Florida 33426-8669.