IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) CONSOLIDATED WITH
    Plaintiff, ) CASE NO.: 05-21338-CIV
) GOLD/ SIMONTON
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER SETTING BRIEFING SCHEDULE ON CLASS COUNSEL'S
PROPOSED COMMUNICATION CONCERNING
<u>CLAIMS ASSISTANCE SERVICES</u>**

THIS CAUSE is before the court pursuant to the Special Master's Report and Recommendation Concerning Lanark Warner Industries, Inc d/b/a Class Action Recovery Services', Claims Compensation Bureau, Inc.'s and National Equity Development Group, Inc.'s Emergency Joint Motion for an Injunction Prohibiting Class Counsel from Improperly Soliciting Class Members and Interfering with Contracts. D.E. 3238 (hereinafter "Communications R&R"). On November 15, 2006, in response to the Communications R&R, Class counsel

1

filed its Proposed Communication Concerning Claims Assistance Services ("Proposed Communication"). D.E. 3284. Russell A. Cline also filed a Response to Class Counsel's Proposed Communication. Having reviewed Class counsel's Proposed Communication and Mr. Cline's Response, and being otherwise advised in the premises,

It is hereby ORDERED AND ADJUDGED as follows:

1. Class counsel's Motion requests that the Special Master approve of a communication to be sent to claimants holding contracts with claims services and attorney, Russell A. Cline ("Mr. Cline"), and who will obtain awards in connection with Motions for Summary Judgment 21 through 38. Class counsel's Motion attaches as an exhibit: (1) a proposed communication to "non-lawyer third party claims services, other than CCB," *see* Proposed Claims Service Communication, attached hereto as **Exhibit A**; and (2) a proposed communication to claimants who have contracted with Mr. Cline. *See* Proposed Cline Communication, attached hereto as **Exhibit B**. Additionally, in his Response, Russell Cline submitted a competing communication, attached hereto as **Exhibit C**.

2. Any claims assistance service who wishes to file a response to Exhibit A, or who wishes to propose a competing communication on the matters raised in Exhibit A, shall do so on or before January 5, 2007.

3. Any additional responses or submissions by Class counsel or Russell Cline concerning the proposed communications attached hereto as Exhibit B or Exhibit C shall be filed no later than January 5, 2007.

4. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

Dated this 27 day of December 2006

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.