IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON

## ORDER REQUIRING RESPONSE TO CORRESPONDENCE FROM CLASS MEMBERS A. L. WOLLETT AND E. C. MURPHY

The Special Master is in receipt of a letter from Class members A. L. Wollett and E. C. Murphy. *See* Exhibit A. Class counsel shall file a response to this letter on or before January 12, 2007. A copy of the response shall be mailed to A. L. Wollett and E. C. Murphy.

**DONE AND ORDERED** at Miami, Florida this 29th day of December, 2006.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group