IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER REQUIRING RESPONSE TO CORRESPONDENCE FROM CLASS MEMBER LARRY E. STEPHENS

The Special Master is in receipt of a letter from Class member Larry E. Stephens. *See* Exhibit A. Class counsel and States' counsel shall file a response to this letter on or before January 12, 2007. A copy of both response shall be mailed to Larry E. Stephens.

**DONE AND ORDERED** at Miami, Florida this ___ day of December, 2006.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group