IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>    Defendant. )<br>_____)<br>)<br>RUSSELL A. CLINE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>    Defendant. )<br>_____) | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

**ORDER ON CLASS COUNSEL AND THREE THIRD PARTY SERVICE PROVIDERS, CARS, NEDG, AND CARS'S JOINT MOTION FOR EXPEDITED APPROVAL OF SETTLEMENT AGREEMENT, AND ON JOINT MOTION FOR EXTENSION OF DEADLINES AND STAY OF EVIDENTIARY HEARINGS PENDING CONSIDERATION OF JOINT MOTION FOR EXPEDITED APPROVAL OF SETTLEMENT AGREEMENT**

THIS CAUSE is before the Special Master pursuant to an Order of Reference from District Judge Alan S. Gold. **[D.E. 3480]**. The Order referred Class Counsel and Three Third Party Services Providers, CARS, NEDG and CARS's Joint Motion for Expedited Approval of Settlement Agreement. **[D.E. 3439]**. The Order also referred Class Counsel and Three Third Party Service Providers, CARS, NEDG and CAR's, Joint Motion for Extension of Deadlines and Stay of Evidentiary Hearings Pending Consideration of Joint Motion for Expedited Approval of Settlement Agreement. **[D.E. 3442]**. Having reviewed both Motions

and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. On January 29, 2007 at 9:00, Class counsel and counsel for Lanark Warner Industries, Inc. d/b/a Class Action Recovery Services ("CARS"), Class Action Refund, LLC ("CAR"), and National Equity Development Group ("NEDG") shall appear for a 2 ½ hour hearing at the offices of the Special Master for preliminary consideration of the proposed Settlement Agreement between Class counsel and CARS, CAR, and NEDG. A court reporter will be present.

2. Counsel shall be prepared to discuss, at a minimum, the terms of the agreements (including conditions precedent) and the manner and form of notice to the Class.

3. All evidentiary hearings and briefing schedules concerning disputes between claimants and CARS, CAR, and NEDG are hereby stayed pending consideration of the proposed settlement agreements. In the event that the settlement agreements are not approved by the Court, the briefing schedules and evidentiary hearings will be rescheduled.[1]

4. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. See D.E. 3068.

DONE AND ORDERED at Miami, Florida this ____ day of _____, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

---

[1] This stay order shall apply only to TPSP's CARS, CAR, and NEDG. All other TPSP briefing schedules and hearings shall remain in effect.