IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)   CONSOLIDATED WITH
    Plaintiff, )   CASE NO.: 05-21338-CIV
)   GOLD/ SIMONTON
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### JANUARY 8, 2007 CONSOLIDATED SUA SPONTE ORDER SETTING BRIEFING SCHEDULES CONCERNING CLAIMANT OBJECTIONS DIRECTED TO THIRD PARTY SERVICE PROVIDERS

THIS CAUSE is before the Court *sua sponte*.

Numerous claimants have recently contacted the Special Master to voice objections and raise disputes with Third Party Service Providers ("TPSPs"). *See* Claimant Letters and Motions, attached hereto as **Exhibits A-C**. The Special Master has jurisdiction to resolve these disputes. [D.E. 3067]; [D.E. 3207]. In an effort to preserve court resources and minimize docket entries, the undersigned

hereby files this Consolidated Sua Sponte Order setting various briefing schedules for the resolution of these disputes, as set forth below.

DONE AND ORDERED at Miami, Florida this 8th day of January, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold

Additional addressees as set forth herein

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, GEORGE EMCH

The Special Master recently received a letter from claimant, George Emch. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 12/28/06 Correspondence from George Emch, attached hereto as **Exhibit A**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 22, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to George Emch, 4125 Park Street North, Lot 330, Saint Petersburgh, FL 33709.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING
## LETTER FROM CLAIMANT, JOHN DELAWRENCE JR.

The Special Master recently received a letter from claimant, John DeLawrence Jr.. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 12/6/06 Correspondence from John DeLawrence Jr., attached hereto as **Exhibit B**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 22, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to John DeLawrence Jr., 1848 Morgan Lane, Collegeville, PA 19426.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

## ORDER SETTING BRIEFING SCHEDULE CONCERNING LETTER FROM CLAIMANT, GABRIEL G. CUDA

The Special Master recently received a letter from claimant, Gabriel G. Cuda. This letter raises a dispute concerning TPSP, Russell A. Cline, Esq. *See* 12/16/06 Correspondence from Gabriel G. Cuda, attached hereto as **Exhibit C**. The Special Master has jurisdiction to resolve this dispute. **[D.E. 3067]**; **[D.E. 3207]**.

Therefore, it is ORDERED AND ADJUDGED as follows:

1. Anyone (claimant, party, or otherwise) who wishes to file a brief regarding this matter shall do so on or before January 22, 2007.

2. All briefs shall include, at a minimum, a statement concerning whether an evidentiary hearing is necessary to resolve this dispute and, if so, the issues to be considered at the hearing.

3. Objections to this Order shall be considered on an expedited basis pursuant to the District Court's August 17, 2006 Order. *See* D.E. 3068.[1]

4. A copy of this Order has been furnished to Judge Alan S. Gold at the United States District Court for the Southern District of Florida and all counsel of record via the CM/ECF Docket System. A copy of this Order has been served via United States Mail to Gabriel G. Cuda, 500 River Road, Stratford CT 06614.

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.