IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)    **CONSOLIDATED WITH**
    Plaintiff, )    **CASE NO.: 05-21338-CIV-GOLD /**
)    **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER REGARDING PLAINTIFFS' NOTICE OF STATUS OF CLAIMS IN THE**
**FORTY-SIXTH THROUGH FIFTY-SEVENTH MOTIONS FOR SUMMARY JUDGMENT**

This matter is before the Special Master upon Plaintiffs' Notice of Status of Claims in the Forty-Sixth Through Fifty-Seventh Motions for Summary Judgment [**D.E. 3406**]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

    1.    Claim Number 1003009 in Plaintiffs' Forty-Ninth Motion for Summary Judgment for C. & M. Cox's Enterprises, Inc. is hereby deferred until the next scheduled hearing on Plaintiffs' pending Motions for Summary Judgment;

    2.    Claim Number 363 in Plaintiffs' Fifty-Second Motion for Summary Judgment for Pleasant Plains Quality Service Center, Inc. is hereby deferred until the

CASE NO.: 91-0986-CIV-GOLD

next scheduled hearing on Plaintiffs' pending Motions for Summary Judgment;

3. Claim Number 4446 in Plaintiffs' Fifty-Fifth Motion for Summary Judgment for JFG Enterprises, Inc. is hereby deferred until the next scheduled hearing on Plaintiffs' pending Motions for Summary Judgment;

4. Claim Number 105399 in Plaintiffs' Fifty-Fifth Motion for Summary Judgment for JFG Enterprises, Inc. is hereby deferred until the next scheduled hearing on Plaintiffs' pending Motions for Summary Judgment;

5. Claim Number 103192B in Plaintiffs' Fifty-Seventh Motion for Summary Judgment for BBB Corporation is hereby deferred until the next scheduled hearing on Plaintiffs' pending Motions for Summary Judgment;

6. Claim Number 1025664 in Plaintiffs' Fifty-Seventh Motion for Summary Judgment for Fred L. Gregory is hereby deferred until the next scheduled hearing on Plaintiffs' pending Motions for Summary Judgment; and

7. The amendments to Claim Numbers 1001481A and 1001481B in Plaintiffs' Forty-Seventh Motions for Summary Judgment are approved.

**DONE AND ORDERED** this 7th day of January, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold