IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER GRANTING CLASS COUNSEL'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO STATES' COUNSEL'S FIRST MOTION FOR SUMMARY JUDGMENT DISMISSING FIFTY-NINE CLAIMS

This matter is before the Special Master upon Class counsel's Motion for Enlargement of Time to File a Response to States' counsel's First Motion for Summary Judgment Dismissing Fifty-Nine Claims. **[D.E. 3341]; [D.E. 3401]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Class counsel's motion is hereby GRANTED.

2. Class counsel shall file its response to States' counsel's First Motion for Summary Judgment on or before January 15, 2007.

3. With regard to all future motions for summary judgment filed by States' counsel, Class counsel shall respond within sixty (60) days from the date that

CASE NO.: 91-0986-CIV-GOLD

States' counsel files its motion.

**DONE AND ORDERED** this 9th day of January, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold