IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>Defendant. )<br>_____ )<br>)<br>RUSSELL A. CLINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>Defendant. )<br>_____ ) | <br><br><br><br><br><br><br><br><br><br><br>**CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

### ORDER SETTING HEARING ON PLAINTIFFS' FIFTY-EIGHTH THROUGH SIXTY-FIFTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Orders of Reference by the District Court. [D.E. 3127]; [D.E. 3146]; [D.E. 3186]; [D.E. 3461]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Fifty-Eighth through Sixty-Fifth Motions for Summary Judgment on **Friday, February 23, 2007, beginning at 9:00 a.m.** at the Office of the Special Master. One hour has been set aside for this hearing and a court

report has been requested.

**DONE AND ORDERED** at Miami, Florida this 19 day of January, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group