IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
)
    Plaintiffs,   )
)
v.   )
)
EXXON CORPORATION,   )
)
    Defendant.   )
_____)
)
RUSSELL A. CLINE,   )
)     **CONSOLIDATED WITH**
    Plaintiff,   )     **CASE NO.: 05-21338-CIV-GOLD /**
)     **SIMONTON**
vs.   )
)
THE GARDEN CITY GROUP, INC.,   )
)
    Defendant.   )
_____)

## ORDER REGARDING STATES' COUNSEL'S FIRST MOTION FOR SUMMARY JUDGMENT DISMISSING FIFTY-NINE CLAIMS

This matter is before the Special Master upon States' Counsel's First Motion for Summary Judgment Dismissing Fifty-Nine Claims **[D.E. 3302]** and Class Counsel's Response to States' Counsel's First Motion for Summary Judgment Dismissing Fifty-Nine Claims **[D.E. 3521]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Special Master acknowledges that: Gerald Ortiz, Jr., Claim No. 443; Allan Wayne Shannon, Claim No. 451; John R. Metz, Claim No. 530; Muzikar's Service, Inc., Claim No. 616; Donna Livingston, Claim No. 661; Premium Gas Service, Inc., Claim Nos. 689, 690, 691, 692, 693, 694, 695, 696, 697, 698, 699; James N. Rogers, Claim No. 836; Diana Lynn Riggs,

CASE NO.: 91-0986-CIV-GOLD

Claim No. 927; and Corinne Collins Bourg, Claim No. 986 have been withdrawn from the Claims Administration Process. Accordingly, the Claims Administrator is hereby ordered to make the appropriate updates to the claimant database and these claims will be deemed removed from States' Counsel's First Motion for Summary Judgment.

2. The Special Master acknowledges that John Z. Beiler, Claim No. 814 has filed an Opposition to States' Counsel's Motion for Summary Judgment. Accordingly, States' counsel shall have until **5 p.m. on Friday, February 9, 2007** to file a Reply in support of States' counsel's Motion for Summary Judgment against this claim.

3. The Special Master acknowledges that: David Suggs, Claim No. 275; William R. & Marie Spence, Claim No. 352; KNH, Inc, Claim No. 356; Harry's Brake and Alignment Service, Claim No. 393; Loycie J. Abshire, Claim No. 410; Pepper Oil Co., Inc., Claim No. 445; Arnold W. Aubol, Claim No. 450; Richard L. Goodrich, Claim No. 458; Maria R. Donaldson, Claim No. 462; Shillito Oil, Inc., Claim No. 475; Stanton L. Virts, Sr., Claim No. 479; Bill R. Gillete, Claim No. 486; Bernard R. Rife, Claim No. 505; Ellen Parks McGhee, Claim No. 509; David D. Wyland, Claim No. 525; Joseph E. Bednarczyk, Claim No. 562; Trustee for Budget Tire & Supply Co., Claim Nos. 630, 631, 632, 633, 634, 635, 636, 638; Inter-city Petroleum Marketers, Inc., Claim Nos. 639, 640, 641, 642, 643; Otto Black, Claim No. 655; David Earl Moore, Claim No. 706; Hyram F. Wilson, Claim No. 752; Trustee for Budget Tire & Supply Co., Claim No. 756; Fergusons Westwood Exxon, Inc., Claim No. 830; Curlie B. Deramus, Claim No. 867; Karl Rosch Lehnhoff, Claim No. 876;

CASE NO.: 91-0986-CIV-GOLD

Larry Maddox, Claim No. 889; Carol Faye Castleberry, Claim No. 909; and Wayne A. Kleppelid, Claim No. 917 have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary Judgment. Accordingly, these claimants shall have until **5 p.m. on Monday, February 5, 2007** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON.

4. Replies to any Oppositions filed to States' Counsel's First Motion for Summary Judgment Dismissing Fifty-Nine Claims shall be filed by **5 p.m. on Friday, February 9, 2007.**

5. The Special Master will hold a hearing on States' Counsel's First Motion for Summary Judgment Dismissing Fifty-Nine Claims on **Wednesday, February 14, 2007 beginning at 9 a.m.** Two hours have been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this _19_ day of January, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold