IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER SETTING HEARING ON JOINT MOTION TO APPROVE SIMPLIFIED PROCEDURE FOR CERTAIN CLAIMS FILED BY HEIRS OR BENEFICIARIES OF DECEASED DEALERS

**THIS CAUSE** is before the Special Master pursuant to the Joint Motion to Approve Simplified Procedure for Certain Claims Filed by Heirs or Beneficiaries of Deceased Dealers **[D.E. 3408]; [D.E. 3480]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The Special Master will hold a hearing regarding the issues raised in the Joint Motion to Approve Simplified Procedure for Certain Claims Filed by Heirs or Beneficiaries of Deceased Dealers on **Wednesday, February 14,**

**2007** beginning immediately following the hearing on States' Counsel's First Motion for Summary Judgment Dismissing Fifty-Nine Claims. One hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 26th day of January, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group