IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) CONSOLIDATED WITH
    Plaintiff, ) CASE NO.: 05-21338-CIV
) GOLD/ SIMONTON
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER GRANTING, IN PART, LANARK WARNER INDUSTRIES D/B/A
CLASS ACTION RECOVERY SERVICES', NATIONAL EQUITY
DEVELOPMENT GROUP, INC.'S, AND CLASS ACTION REFUND'S
MOTIONS FOR ENLARGMENT OF TIME TO SUBMIT BRIEFS IN
ACCORDANCE WITH ORDER SETTING BRIEFING SCHEDULE FOR
CONSIDERATION OF REASONABLENESS OF CONTINGENT FEE
AGREEMENTS BETWEEN CLAIMANTS AND TPSP'S**

THIS CAUSE is before the court pursuant to the Special Master's Order Setting Briefing Schedule for Consideration of Reasonableness of Contingent Fee Agreements Between Claimants and Third Party Service Providers ("Contingent Fee Order"). **[D.E. 3496]**. On January 25, 2007, Lanark Warner Industries, Inc. d/b/a Class Action Recovery Services and National Equity

1

Development Group, Inc. filed a Joint Motion for Enlargement of Time to Submit Briefs In Accordance with the Order Setting Briefing Schedule for Consideration of Reasonableness of Contingent Fee Agreements Between Claimants and Third Party Service Providers. **[D.E. 3541]**. On the same day, Class Action Refund, LLC filed a similar Motion. **[D.E. 3556]**.

Both Motions, D.E. 3541 and D.E. 3556, implicitly requested that the briefing schedules imposed under the Contingent Fee Order be indefinitely stayed pending approval of Class Action Recovery Services', National Equity Development Group's, and Class Action Refund, LLC's proposed settlement agreements. Having reviewed the motions and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master's Order on Class Counsel's and Three Third Party Service Providers CARS, NEDG, and CARS's Joint Motion for Expedited Approval of Settlement Agreement and on Joint Motion for Extension of Deadlines and Stay of Evidentiary Hearings Pending Consideration of Joint Motion for Expedited Approval of Settlement Agreement ("Stay Order"), **[D.E. 3497]**, did not stay the Special Master's Contingent Fee Order **[D.E. 3496]**. The briefing schedule in the Contingent Fee Order is permissive, and thus, any party who wishes to respond shall still be permitted to do so.

2. Notwithstanding, given the confusion on this issue, the deadline for responses to the Contingent Fee Order is hereby extended

fourteen (14) days to **February 12, 2007**. This deadline shall apply to all parties who wish to file responses to the Contingent Fee Order, in addition to the movants herein.

**DONE AND ORDERED** at Miami, Florida this 26th day of January 2007.

                                                            _____
                                                            SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record