IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,    )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
        Defendant.                    )
                                      )
_____ )
                                      )
RUSSELL A. CLINE,                     )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
        Defendant.                    )
_____ )

CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON

## SUA SPONTE ORDER DEFERRING BRIEFING SCHEDULE FOR CONSIDERATION OF REASONABLENESS OF CONTINGENCY FEE AGREEMENTS BETWEEN CLAIMANTS AND THIRD PARTY SERVICE PROVIDERS

THIS CAUSE is before the Special Master *sua sponte*.

Today, the Special Master conducted the first of several hearings on the proposed settlements between numerous Third Party Service Providers and specific Class members. After contemplating the arguments presented at today's hearing, the Special Master believes that it is appropriate to defer the briefing schedule for consideration of the reasonableness of the contingency fee agreements between claimants and those third party service providers currently engaged in settlement negotiations. However, the Special Master's Contingent Fee Order [D.E. 3496] and subsequent order clarifying the same [D.E.

3558] shall remain in force for all Third Party Service Providers not currently engaged in settlement negotiations.  Specifically, the Special Master is aware of two claims services who are not currently engaged in settlement negotiations with Class counsel: 1) Class Action Refund Group ("CARG"); and 2) Lex Recovery Group, LLC ("LEX").  CARG, LEX, and any other Third Party Service Provided not currently engaged in settlement negotiations with Class counsel shall comply with the Court's prior orders.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The briefing schedule for consideration of the reasonableness of the contingency fee agreements between claimants and those third party service providers currently engaged in settlement negotiations is hereby DEFERRED for sixty (60) days.

2.    The briefing schedule for consideration of the reasonableness of the contingency fee agreements between claimants and non-settling third party service providers remains in force.

**DONE AND ORDERED** at Miami, Florida this ___ day of January, 2007.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All Counsel of Record

_____

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.