IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )
)
RUSSELL A. CLINE, )
) CONSOLIDATED WITH
    Plaintiff, ) CASE NO.: 05-21338-CIV
) GOLD/ SIMONTON
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

**ORDER SETTING STATUS CONFERENCE ON CLAIMS INVOVLING THIRD
PARTY SERVICE PROVIDERS, "CLASS ACTION RECOVERY GROUP"
AND "LEX RECOVERY GROUP"**

THIS CAUSE is before the court *sua sponte* pursuant the District Court's Order Appointing Thomas E. Scott as Special Master. See D.E. 1759 (vesting the Special Master with authority to hold hearings, trials, and other proceedings necessary to the resolution of claims). It has come to the attention of the Court that two previously absent Third Party Service Providers ("TPSP's"), Class Action Recovery Group ("CARG"), and LEX Recovery Group ("LEX"), have filed proof of claim forms on behalf of claimants in the Claims Administration Process. In

1

these proof of claim forms and associated correspondences, LEX and CARG have instructed the Court to send claimant awards to these entities rather than to the claimants themselves. Additionally, CARG has instructed the court to make all claimant checks payable to CARG rather than the claimant.

In light of the recent proceedings before District Judge Alan Gold, *see* 1/26/07 Transcript of Proceedings, attached hereto as **EXHIBIT A**, and the lengthy history of the proceedings in this Court concerning disputes between claimants and TPSP's, *see* **[D.E. 3067]**, **[D.E. 3207]**, a status conference with LEX and CARG is necessary to the resolution of claims involving these entities. As this issue may delay the issuance of pending claimant awards, it is crucial that LEX and CARG appear forthwith before the Special Master. Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1. An officer of Class Action Recovery Group and LEX Recovery Group, or counsel acting on their behalf, shall appear at the Offices of the Special Master on February 7, 2007 at 10:45 AM to discuss the status of claims involving these entities.

2. Class counsel shall also be present at the hearing to discuss the status of claims involving these entities.

**DONE AND ORDERED** at Miami, Florida this 26 day of January 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

2

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

Joseph Federici
Class Action Recovery Group
75 Cos Cob Av., Suite 20
Cos Cob, CT 06807

Dean Eyler, Esq.
Gray Plant Mooty
Counsel for LEX Recovery Group
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3796

Oscar Sanchez, Esq.
Akerman Senterfitt
Counsel for LEX Recovery Group
One Southeast Third Avenue
28th Floor
Miami, FL 33131

CJ Kishish II, Esq.
Counsel for LEX Recovery Group
12226 Nicollet Av.
PO Box 909
Burnsville, MN 55337