IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER DENYING GERALD M. BOWEN'S REQUESTED RELIEF REGARDING HIS UNITED STATES BACKUP WITHHOLDINGS

THIS CAUSE is before the Special Master pursuant to Law Offices of Gerald M. Bowen and Gerald M. Bowen's (1) Preliminary Objections to Special Master's Report and Recommendation of January 29, 2007, (2) Request to Special Master to Modify Said Report and Recommendation and Issue New Date for Proposed Payment to IRS on Behalf of Bowen, and (3) Request for Stay of Said Report and Recommendation **[received on January 30, 2007]**. The Special Master interprets Gerald M. Bowen's request as a request for relief by the Special Master.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The relief requested by Gerald M. Bowen in his motion received on January 30, 2007 is hereby DENIED.

**DONE AND ORDERED** at Miami, Florida this 31 day of January, 2007.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All Counsel of Record

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.