IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., )
) CASE NO. 91-0986-CIV-GOLD/SIMONTON
Plaintiffs, )
)
vs. )
)
EXXON CORPORATION, )
)
Defendant. )

**ORDER APPROVING CLASS COUNSEL'S PROPOSED COMMUNICATION CONCERNING CLAIMS ASSISTANCE SERVICES LEX RECOVERY GROUP, LLC AND CLASS ACTION RECOVERY GROUP**

THIS CAUSE is before the Special Master on Class Counsel's Motion to Approve Proposed Communications Concerning Claims Assistance Services Lex Recovery Group and Class Action Recovery Group. Having reviewed the file and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

The proposed communication attached to Class Counsel's motion is hereby approved as to form, without comment on its substance. Class Counsel may mail the approved letter to any class member that has contracted with either Lex Recovery Group, LLC or Class Action Recovery Group.

DONE AND ORDERED at Miami, Florida this ___ day of February, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold
Counsel of Record