IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    )
EXXON CORPORATION,                  )
                                    )
        Defendant.                  )
_____ )
                                    )
RUSSELL A. CLINE,                   )
                                    )           CONSOLIDATED WITH
        Plaintiff,                  )           CASE NO.: 05-21338-CIV
                                    )           GOLD/ SIMONTON
vs.                                 )
                                    )
THE GARDEN CITY GROUP, INC.,        )
                                    )
        Defendant.                  )
_____ )

**ORDER SETTING HEARING CONCERNING CLAIMANT, RADHA RAMANA MURTY NARUMANCHI'S MOTION TO DIRECT CLASS PLAINTIFF'S ATTORNEYS TO EXPEDITE AND PROCESS CLAIMS AND MOTION TO COMPEL CLASS COUNSEL TO SHARE ALL CORRESPONDENCE**

THIS CAUSE is before the court pursuant to two Orders of Reference from District Judge Alan S. Gold. **[D.E. 3461]**, **[D.E. 3540]**. Claimant, Radha Ramana Murty Narumanchi has filed two Motions requesting certain actions on the part of Class counsel. First, Mr. Narumanchi filed his "Motion to Direct Class Plaintiff's Attorneys' to Expedite and Process My Claim Poste-Haste, i.e. in the First-Come First Served (FCFS) Order." D.E. 3300. Second, Mr. Narumanchi filed his "Motion to Compel Class Plaintiffs' Attorneys to Show All

1

Correspondence and Documents Concerning My Class Claim." D.E. 3540. Class counsel submitted a response to each of these Motions. *See*, D.E. 3299; D.E. 3565. Having reviewed all motions, responses, and replies, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Claimant, Radha Ramana Murty Narumanchi and Class counsel shall appear at the Offices of the Special Master on _February 23, 2007_ at _9:45 am_ for a hearing on both of Mr. Narumanchi's motions. A court reporter will be present.

**DONE AND ORDERED** at Miami, Florida this _6th_ day of _February_ 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record