IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
        Plaintiffs,  )
v.  )
EXXON CORPORATION,  )
        Defendant.  )
_____)

RUSSELL A. CLINE,  )
        Plaintiff,  )      **CONSOLIDATED WITH**
         )      **CASE NO.: 05-21338-CIV-GOLD / SIMONTON**
vs.  )
THE GARDEN CITY GROUP, INC.,  )
        Defendant.  )
_____)

### ORDER GRANTING GERALD M. BOWEN'S REQUEST
### FOR AN IN CAMERA INSPECTION BY THE SPECIAL MASTER

THIS CAUSE is before the Special Master pursuant to Gerald M. Bowen and the Law Offices of Gerald M. Bowen's Notice of Filing and Request for Hearing **[D.E. 3577]** and Motion to Special Master by Gerald M. Bowen, Esq and the Law Office of Gerald M. Bowen to Submit Financial Documents to the Special Master *In Camera* and to Adjourn the February 7, 2007 Hearing to February 20, 2007 and/or to Allow Gerald M. Bowen to Appear Telephonically **[received February 5, 2007]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The hearing on Bowen's attorneys' fees set for Wednesday, February 7, 2007 beginning at 9 a.m. is hereby CANCELLED.

2. The Special Master will conduct an *in camera* hearing **on Tuesday, February 20, 2007 beginning at 9 a.m.** regarding issues related to Bowen's initial payment of attorneys' fees. A court reporter has been scheduled and Mr. Bowen and/or his attorney, Thomas J. McKenna, is required to attend in person.

3. Bowen's request that the federal backup withholding payment to the IRS be suspended or deferred is hereby DENIED as moot.

4. Bowen shall submit to the Special Master, no later than 5 p.m. on Tuesday, February 13, 2007, any and all contracts, agreements, and documentation related to any interest, assignment, purchase or otherwise by any third party to any Award received or to be received by Bowen as a result of his services to the Class.

5. Pursuant to Bowen's motions, Bowen shall also submit to the Special Master, no later than 5 p.m. on Tuesday, February 13, 2007, any and all personal financial information Bowen wishes the Special Master to review *in camera*.

**DONE AND ORDERED** at Miami, Florida this ___ day of February, 2007.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All Counsel of Record

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.