IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC.,   )   CASE NO. 91-0986-CIV-GOLD/SIMONTON
　　　　Plaintiffs,
vs.
EXXON CORPORATION,
　　　　Defendant.

**ORDER APPROVING CLASS COUNSEL'S MOTION TO CANCEL
STATUS CONFERENCE SCHEDULED FOR FEBURARY 7, 2007**

THIS CAUSE is before the Special Master on Class Counsel's Motion for Cancellation of Status Conference Scheduled for February 7, 2007. Having reviewed the file and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

The status conference on claims involving third party service providers, "Class Action Recovery Group" and "Lex Recovery Group" scheduled for February 7, 2007 is canceled.

DONE AND ORDERED at Miami, Florida this ___ day of February, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold
Counsel of Record