IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## SUA SPONTE ORDER REGARDING THE STATUS OF CLAIMS COMPENSATION BUREAU, INC.'s PROPOSED SETTLEMENT WITH THE CLASS

THIS CAUSE is before the Special Master *sua sponte.*

The Special Master has been advised that all known third party service providers have agreed to settlement terms regarding outstanding disputes currently pending before the Court with various members of the Class. However, to date, the Court has not received a joint motion for approval of the Settlement Agreement between Claims Compensation Bureau, Inc. (hereinafter "CCB") and the Class.[1] Accordingly, it is hereby

---

[1] The Special Master has been advised that the joint motion for approval of the Settlement Agreement reached between Class Action Recovery Group ("CARG") and the Class will be filed shortly.

**ORDERED AND ADJUDGED** as follows:

1. Class counsel and CCB shall file their joint motion for approval of the applicable Settlement Agreement no later than Friday, February 16, 2007.

2. Pursuant to the District Court's January 30, 2007 Omnibus Order [D.E. 3568], CCB may, if it chooses to do so, refile its Unopposed Motion for Relief from Order Dated October 24, 2006 Pursuant to Rule 60(b).

**DONE AND ORDERED** at Miami, Florida this 7th day of February, 2007.[2]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All Counsel of Record

---

[2] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.