IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.
_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.
_____

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER RESETTING HEARING ON PLAINTIFFS' FIFTY-EIGHTH THROUGH SIXTY-FIFTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Orders of Reference by the District Court. [D.E. 3127]; [D.E. 3146]; [D.E. 3186]; [D.E. 3461]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The hearing to adjudicate the claims presented in Plaintiffs' Fifty-Eighth through Sixty-Fifth Motions for Summary Judgment scheduled for **Friday, February 23, 2007, beginning at 9:00 a.m.** at the Office of the Special Master is hereby CANCELLED.

2. The Special Master believes it is appropriate to address the pending motions for summary judgment filed by both Class counsel and States' counsel on the same day.

2. The Special Master has reset this hearing to take place on **Wednesday, February 14, 2007** at the conclusion of the hearings already scheduled for that day. One half hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 12th day of February, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group