IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

**ORDER RESETTING HEARING CONCERNING CLAIMANT, RADHA RAMANA MURTY NARUMANCHI'S MOTION TO DIRECT CLASS PLAINTIFFS' ATTORNEYS TO EXPEDITE AND PROCESS CLAIMS AND MOTION TO COMPEL CLASS COUNSEL TO SHARE ALL CORRESPONDENCES**

**THIS CAUSE** is before the Court pursuant to two Orders of Reference rom District Judge Alan S. Gold **[D.E. 3461]**; **[D.E. 3540]**. Claimant, Radha Ramana Murty Narumanchi has filed several motions requesting certain actions on the part of Class counsel. Class counsel has filed motions in response to the issues raised in claimant's initial motions. Having reviewed all motions, responses, and replies, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The hearing scheduled for **Friday, February 23, 2007, beginning at 9:45 a.m.** at the Office of the Special Master is hereby CANCELLED.

2. The Special Master has reset this hearing to take place on **Tuesday, March 20, 2007 beginning at 9 a.m.** One hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 12th day of February, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group