IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>     Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>     Defendant. )<br>_____) | |
| RUSSELL A. CLINE, )<br>)<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>     Defendant. )<br>_____) | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

## ORDER REQUIRING RESPONSE TO CORRESPONDENCE FROM CLASS MEMBER MOSHE MANGAD

The Special Master is in receipt of a letter from Class member Moshe Mangad. *See* Exhibit A. Class counsel shall file a response to this letter on or before February 23, 2007. A copy of the response shall be mailed to Moshe Mangad.

**DONE AND ORDERED** at Miami, Florida this ____ day of February, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group