IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

---

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## SUA SPONTE ORDER REGARDING AFFIDAVITS

This cause is before the Special Master *Sua Sponte*.

After conducting an initial hearing regarding the Joint Motion to Approve Simplified Procedure for Certain Claims Filed by Heirs or Beneficiaries of Deceased Dealers [D.E. 3408] and Class Counsel and States' Counsel's Supplemental Submission in Support of Joint Motion to Approve Simplified Procedure for Certain Claims Filed by Heirs or Beneficiaries of Deceased Dealers [D.E. 3599], the Special Master hereby orders Class counsel and States' counsel to file affidavits with the Court no later than 5 p.m. on Monday, February 19, 2007 outlining the following: 1) the efforts counsel has made to achieve the negotiated protocols and procedures to govern certain claims filed by heirs or beneficiaries

of decease dealers; 2) the procedures to be implemented by counsel to ensure that substantive state probate laws are complied with in the Claims Administration Process; and 3) why a ceiling of $100,000 should be applied universally to all affected claims.

**DONE AND ORDERED** at Miami, Florida this \_\_14th\_\_ day of February, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group