IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> RUSSELL A. CLINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GARDEN CITY GROUP, INC., ) <br> ) <br> Defendant. ) <br> _____) | **CONSOLIDATED WITH** <br> **CASE NO.: 05-21338-CIV-GOLD / SIMONTON** |

### ORDER RESETTING GERALD M. BOWEN'S REQUEST FOR AN IN CAMERA INSPECTION BY THE SPECIAL MASTER

THIS CAUSE is before the Special Master pursuant to Gerald M. Bowen and the Law Offices of Gerald M. Bowen's Notice of Filing and Request for Hearing **[D.E. 3577]** and Motion to Special Master by Gerald M. Bowen, Esq and the Law Office of Gerald M. Bowen to Submit Financial Documents to the Special Master *In Camera* and to Adjourn the February 7, 2007 Hearing to February 20, 2007 and/or to Allow Gerald M. Bowen to Appear Telephonically **[D.E. 3585]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The *in camera* hearing scheduled to take place on **Tuesday, February 20, 2007 beginning at 9 a.m.** regarding issues related to Bowen's initial payment of attorneys' fees is hereby CANCELED.

2. The Special Master will conduct the *in camera* hearing on **Tuesday, March 20, 2007 beginning at 9:45 a.m.** A court reporter has been requested and one hour has been set aside for this hearing. Mr. Bowen and/or his attorney, Thomas J. McKenna, is required to attend in person.

**DONE AND ORDERED** at Miami, Florida this 16th day of February, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All Counsel of Record