IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
          )
    Plaintiffs,   )
          )
v.        )
          )
EXXON CORPORATION,   )
          )
    Defendant.   )
_____)
          )
RUSSELL A. CLINE,   )
          )
    Plaintiff,   )    **CONSOLIDATED WITH**
          )    **CASE NO.: 05-21338-CIV-GOLD /**
vs.       )    **SIMONTON**
          )
THE GARDEN CITY GROUP, INC.,   )
          )
    Defendant.   )
_____)

### ORDER SETTING HEARING ON PLAINTIFFS' SIXTY-SIXTH THROUGH SEVENTY-FIFTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Orders of Reference by the District Court. [D.E. 3461]; [D.E. 3503]; [D.E. 3510]; [D.E. 3524]; [D.E. 3535]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Sixty-Sixth through Seventy-Fifth Motions for Summary Judgment on **Monday, April 2, 2007, beginning at 10:00 a.m.** at the Office of the

Special Master. One hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 16 day of March, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group