IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON CORPORATION, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> RUSSELL A. CLINE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GARDEN CITY GROUP, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | **CONSOLIDATED WITH** <br> **CASE NO.: 05-21338-CIV-GOLD / SIMONTON** |

### ORDER SETTING HEARING ON DISPUTE BETWEEN FORMER CLASS COUNSEL, GERALD BOWEN AND CLASS REPRESENTATIVE, R. WILLIAM MCGILLICUDDY

THIS CAUSE is before the Special Master pursuant to the District Court's Order on Petitions for an Award of Attorneys' Fees, Costs, and Reimbursable Expenses and for Incentive Awards to Named Plaintiffs [D.E. 2997]. In that order, the Court requested that the Special Master issue a Report and Recommendation on the amount of monies Mr. Gerald Bowen legitimately owes to Class representative R. William McGillicuddy and the interest due on such amount under the laws of the State of Virginia. Having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master has reviewed the materials filed with the Court regarding the amount of monies owed by Mr. Bowen to Mr. McGillicuddy and the interest due under the laws of the State of Virginia. The Law Offices of Gerald Bowen and Class representative R. William McGillicuddy are required to file any position paper, supporting documentation, or supplemental authority with the Special Master no later than **5 p.m. on Monday, March 26, 2007**. These documents shall outline each parties' respective position concerning the amount of the monies legitimately owed by Mr. Bowen to Mr. McGillicuddy and the interest due on such amount under the laws of the State of Virginia.

2. The Special Master will hold a hearing concerning the dispute between the Law Offices of Gerald Bowen and Class representative R. William McGillicuddy on **Monday, April 2, 2007, beginning at 9:00 a.m.** at the Office of the Special Master. One hour has been set aside for this hearing and a court report has been requested. Mr. Bowen and Mr. McGillicuddy are required to be present for this hearing.

**DONE AND ORDERED** at Miami, Florida this ___ day of March, 2007.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.