IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER GRANTING CLAIMANT, RADHA RAMANA MURTY NARUMANCHI'S MOTION TO WITHDRAW PENDING MOTIONS BEFORE THE COURT AND CANCELLATION OF HEARING

**THIS CAUSE** is before the Court pursuant to two Orders of Reference from District Judge Alan S. Gold **[D.E. 3461]**; **[D.E. 3540]** and a motion received from claimant, Radha Ramana Murty Narumanchi, withdrawing his pending motions before the Court attached hereto as Exhibit A. Having reviewed all motions, responses, and replies, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The hearing scheduled for **Tuesday, March 20, 2007, beginning at 9:00 a.m.** at the Office of the Special Master is hereby CANCELLED.

2. The Special Master hereby GRANTS claimant, Radha Ramana Murty

Narumanchi's Motion to Withdraw pending motions before the Court.

**DONE AND ORDERED** at Miami, Florida this \_\_16\_\_ day of March, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group