IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                     )
    Plaintiffs,                      )
                                     )
v.                                   )
                                     )
EXXON CORPORATION,                   )
                                     )
    Defendant.                       )
_____)
                                     )
RUSSELL A. CLINE,                    )
                                     )     **CONSOLIDATED WITH**
    Plaintiff,                       )     **CASE NO.: 05-21338-CIV-GOLD /**
                                     )     **SIMONTON**
vs.                                  )
                                     )
THE GARDEN CITY GROUP, INC.,         )
                                     )
    Defendant.                       )
_____)

## ORDER REGARDING IN CAMERA BOWEN HEARING

**THIS CAUSE** came before the undersigned by Order Resetting Gerald M. Bowen's Request for an In Camera Inspection by the Special Master [D.E. 3618]. The Special Master held an *in camera* hearing on Tuesday, March 20, 2007 concerning Gerald Bowen's current financial status in order to gain a better understanding of the various confidential financial documents, as well as to assess what future action, if any, should be taken in connection with payments to Mr. Bowen. The Special Master took evidence from Mr. Bowen and inquired about the various financial documents submitted to the Special Master for *in camera* inspection. Upon consideration of Mr. Bowen's presentation, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master will take no further action regarding the payment of Mr. Bowen's initial award of attorneys' fees of $5 million from the Settlement Fund at this time, subject to further order;

2. The transcript of the March 20, 2007 hearing before the Special Master and exhibits to the same will remain under seal subject to further order; and

3. Nothing in this Order shall be interpreted as affecting other pending matters involving Mr. Bowen presently scheduled before the Court.

**DONE AND ORDERED** at Miami, Florida this 21 day of March, 2007.

                                        _____
                                        SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group