IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER REGARDING STATES' COUNSEL'S SECOND MOTION FOR SUMMARY JUDGMENT DISMISSING FIFTY-TWO CLAIMS

This matter is before the Special Master upon States' Counsel's Second Motion for Summary Judgment Dismissing Fifty-Two Claims **[D.E. 3529]** and Class Counsel's Response to States' Counsel's Second Motion for Summary Judgment Dismissing Fifty-Two Claims **[D.E. 3711]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Special Master acknowledges that: Ebensburg Oil & Gas, Claim Nos. 1040, 1041, 1042; Bill Owen, Claim No. 1292; Timothy Hornbacher, Claim No. 1331; Sheila G. Kiser, Claim No. 1538; Felix S. Pallanes, Claim No. 1640; Wesco, Inc., Claim Nos. 1716, 1717, 1718, 1720, 1721, 1722, 1723, 1724, 1725, 1726; Juan D. Bermea, Claim No. 1815; Daniel J. Lehoski,

CASE NO.: 91-0986-CIV-GOLD

Claim No. 1817; Douglas A. Taillac, Claim No. 1872; Edward Grabeel, Claim No. 1976; James Davis, Claim No. 1980; Delroy Brown, Claim No. 1991; Charles Buchanan, Claim No. 1995; Jack L. Hannah, Claim No. 2008; and Herbert H. Hoff, Claim No. 2047 have been withdrawn from the Claims Administration Process. Accordingly, the Claims Administrator is hereby ordered to make the appropriate updates to the claimant database and these claims will be deemed removed from States' Counsel's Second Motion for Summary Judgment.

2. The Special Master acknowledges that Koo L. Yuen, Claim No. 1829 has filed an Opposition to States' Counsel's Motion for Summary Judgment. Accordingly, States' counsel shall have until **5 p.m. on Friday, April 13, 2007** to file a Reply in support of States' counsel's Motion for Summary Judgment against this claim.

3. The Special Master acknowledges that: Fort Hill Servicenter, Claim No. 1034; Lester E. Cantley, Claim No. 1046; Leo Williams, Claim No. 1232; T&R Enterprises, Inc., Claim No. 1239; Medlin's Service Center, Claim No. 1295; Adrian Durham, Claim No. 1296; Giovanni Ciallella, Claim No. 1436; David N. Todd, Claim No. 1439; Jeffery C. Irwin, Claim No. 1489; Edward Vesely, Claim No. 1556; Charles Brown, Claim No. 1621; Larry G. Wilkinson, Claim No. 1641; Joe Verastiqui, Claim No. 1644; Joseph N. Morris, Claim No. 1662; James M. Claybar, Claim No. 1674; L&W Service Station, Inc., Claim No. 1675; W.T. Owen & Son, Claim Nos. 1695, 1715; Roger L. Senior, Claim No. 1728; Ines S. Pallanes, Claim No. 1734; Ritz Food Mart No. 3, Inc., Claim No. 1745; Herbert H. Raughton, Claim No. 1747; Glenn Fallows,

CASE NO.: 91-0986-CIV-GOLD

Claim No. 1977; William I. Gentles, Claim No. 2014; and Ronald Moore, Claim No. 2114 have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary Judgment. Accordingly, these claimants shall have until **5 p.m. on Friday, April 13, 2007** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON. Claimants who do not timely file an Opposition to States' counsel's Motion for Summary Judgment will be dismissed at the hearing.

4. Replies to any Oppositions filed to States' Counsel's Second Motion for Summary Judgment Dismissing Fifty-Two Claims shall be filed by **5 p.m. on Monday, April 23, 2007.**

5. The Special Master will hold a hearing on States' Counsel's Second Motion for Summary Judgment Dismissing Fifty-Two Claims on **Tuesday, May 1, 2007 beginning at 9 a.m.** Two hours have been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this 27th day of March, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold