IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
    Defendant.                        )
_____)
                                      )
RUSSELL A. CLINE,                     )
                                      )   CONSOLIDATED WITH
    Plaintiff,                        )   CASE NO.: 05-21338-CIV-GOLD /
                                      )   SIMONTON
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
    Defendant.                        )
_____)

**ORDER DENYING GERALD BOWEN'S MOTION FOR PROTECTIVE ORDER AND
FOR MODIFICATION OF SCHEDULE REGARDING MCGILLICUDDY
PROCEEDINGS BEFORE THE SPECIAL MASTER**

This matter is before the Special Master upon Gerald Bowen's Motion for Protective Order and for Modification of Schedule Regarding McGillicuddy Proceedings before the Special Master **[filed with the Special Master on March 26, 2007]** and R. William McGillicuddy's Opposition to Gerald Bowen's Motion for Protective Order **[D.E. 3717]**. Having reviewed the Court file, the positions of the parties, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master has reviewed Mr. Bowen's motion and finds no grounds in law or fact to grant his requested relief. Accordingly, Mr. Bowen's request for a protective order and a modification to the schedule regarding the upcoming evidentiary hearing concerning the debt owed by Bowen to

CASE NO.: 91-0986-CIV-GOLD

McGillicuddy is hereby DENIED.

2. Mr. Bowen and Mr. McGillicuddy shall each file and exchange witness and exhibit lists for the April 2, 2007 evidentiary hearing by **5 p.m. on Friday, March 30, 2007**.

3. Mr. Bowen and Mr. McGillicuddy shall also each file an outline of their respective anticipated testimony and a brief summary of their positions no later than **5 p.m. on Friday, March 30, 2007**.

4. The evidentiary hearing will proceed on Monday, April 2, 2007 as outlined in the Special Master's Order Setting Evidentiary Hearing [D.E. 3693].

**DONE AND ORDERED** this 27th day of March, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold