IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

Plaintiffs,

v.

EXXON CORPORATION,

Defendant.

RUSSELL A. CLINE,

Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

Defendant.

**CONSOLIDATED WITH CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

**ORDER DENYING GERALD BOWEN'S MOTION TO ADJOURN BOWEN/MCGILLICUDDY EVIDENTIARY HEARING SET FOR APRIL 2, 2007**

This matter is before the Special Master upon Gerald Bowen's Motion to Adjourn Bowen/McGillicuddy Evidentiary Hearing set for April 2, 2007 **[filed with the Special Master on March 30, 2007],** R. William McGillicuddy's Opposition to Gerald Bowen's Motion to Adjourn the April 2, 2007 Hearing **[D.E. 3722]**, and Gerald Bowen's Notice of Filing Supplemental Declaration of Gerald M. Bowen in Response to R. William McGillicuddy's Opposition to Gerald Bowen's Motion to Adjourn the April 2, 2007 Hearing. **[filed with the Special Master on March 30, 2007]**. Having reviewed the Court file, the positions of the parties, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. All motions to adjourn or otherwise delay the upcoming evidentiary hearing regarding the amount owed by Bowen to McGillicuddy are hereby DENIED.

2. The evidentiary hearing will proceed on Monday, April 2, 2007 as outlined in the Special Master's Order Setting Evidentiary Hearing [D.E. 3693].

**DONE AND ORDERED** this 30th day of March, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold