IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## NOTICE OF ENTRY OF AWARDS 4,116 THROUGH 4,215[1]

The Special Master has reviewed the Awards generated by the Garden City Group for the claims contained in Plaintiffs' Fifty-Eighth through Sixty-Fifth Motions for Summary Judgment and has verified that all of the Awards are correct and accurate. Therefore, pursuant to the District Court's September 18, 2006 Order Regarding the Procedure for Payment of Claims, the Special Master hereby enters Awards 4,116 through 4,215 attached hereto in favor of Class members whose claims were adjudicated in Plaintiffs'

---

[1] In order to assist counsel and claimants in locating Awards entered by the Special Master, two tables have been attached hereto as Exhibit "A" and Exhibit "B." Exhibit "A" numerically lists the Awards entered by the Special Master with each Award's corresponding Claim Number. Exhibit "B" numerically lists the Claim Numbers contained in Plaintiffs' First through Twentieth Motions for Summary Judgment with each Claim Number's corresponding Award Number.

-2-

Case No. 91-0986-Civ-Gold

Fifty-Eighth through Sixty-Fifth Motions for Summary Judgment.

RESPECTFULLY SUBMITTED in Miami, Florida this 30th day of March, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group