IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER REGARDING CLASS COUNSEL'S SECOND MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C2)

This matter is before the Special Master upon Class Counsel's Second Motion for Adjudication of Conflicting Claims (Motion C2) **[D.E. 3749]**. The Special Master has reviewed the claims contained in Class counsel's motion and agrees that these claims are suitable for mediation before Mediator, Bonnie L. Rippingille as each of these claims conflict with one or more other claims that seek recovery of the same gallons for the same time period at the same station. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    Conflict Numbers C2.1, C2.2, C2.3, C2.4, C2.5, C2.6, C2.7, C2.8, C2.9, and C2.10 as outlined in Exhibit A to Class counsel's Motion C2 are hereby referred to Mediator Bonnie L. Rippingille for mediation;

2. The litigants to each of these disputes shall provide the Mediator any and all documentation, contracts, receipts, agreements, or other materials related to the disputed dates of ownership no later than **5 p.m. on Wednesday, April 25, 2007**. Materials should be delivered to Bonnie L. Rippingille, Cole, Scott & Kissane, P.A., 1390 Brickell Ave., 3rd Floor, Miami, Florida 33131. Any materials not timely received by the Mediator shall be considered at the Mediator's discretion;

3. The mediations regarding the above referenced Conflict Numbers shall be completed by no later than **5 p.m. on Monday, May 14, 2007**;

4. If the parties are unable to resolve their disputes before the May 14, 2007 deadline, the disputes will be heard during an evidentiary hearing before the Special Master on **Tuesday, May 15, 2007 beginning at 9 a.m.**; and

5. If in the discretion of the Mediator, she believes a party has failed to act in good faith, either by not participating in the mediation process or failing to participate in a meaningful manner, Mediator Rippingille is authorized to refer the matter to the Special Master for all appropriate action, including dismissal of the claim or other appropriate sanctions.

**DONE AND ORDERED** this 10th day of April, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold