IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)   **CONSOLIDATED WITH**
    Plaintiff, )   **CASE NO.: 05-21338-CIV-GOLD /**
)   **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## SUA SPONTE ORDER REGARDING MEDIATED SETTLEMENT AMOUNTS

    This matter is before the Special Master sua sponte.

    As part of the administration of the Claims Administration Process, the Special Master has continued to monitor the Claimant Dispute Mediation Process. In order to assist Class counsel and the Claims Administrator with the processing of Awards for claimants who have settled disputes through the mediation process, the procedure outlined below will be utilized for all agreements reached at mediation. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    All agreements reached during the Claimant Dispute Mediation Process shall be articulated on the basis of percentages of the gross recovery. The agreements shall also specify whether: 1) the agreed to percentages are to be applied only to the initial payment from the Settlement Fund; or 2) the

CASE NO.: 91-0986-CIV-GOLD

agreed to percentages are also intended to be applied to the portion of the 5% Reserve that is anticipated will be refunded at the end of the Claims Administration process.

**DONE AND ORDERED** this 14th day of May, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold