IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

**ORDER SETTING PROCEDURES FOR EVIDENTIARY HEARINGS ON UNSETTLED CLAIMS IN CLASS COUNSEL'S SECOND MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C2)**

    This matter is before the Special Master upon Class Counsel's Second Motion for Adjudication of Conflicting Claims (Motion C2) **[D.E. 3749]**. The Special Master has been advised that the mediation process has been implemented for those claims contained in Motion C2. In the event that those disputes contained in Motion C2 do not settlement on or before May 14, 2007, the following procedures shall govern the ensuing evidentiary hearings before the Special Master. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The evidentiary hearing before the Special Master to hear unresolved disputes between claimants contained in Motion C2 set for Tuesday, May 15, 2007 beginning at 9 a.m. is hereby CANCELED.

CASE NO.: 91-0986-CIV-GOLD

2. The evidentiary hearing before the Special Master to hear unresolved disputes between claimants contained in Motion C2 is hereby reset to take place at the office of the Special Master on **Wednesday, June 20, 2007 beginning at 9:00 a.m.** A court reporter has been requested and the parties to any unresolved dispute in Motion C2 are hereby ordered to be present at the hearing before the Special Master.

3. In the event that settlement is not reached in a dispute, the parties shall exchange witness and exhibit lists no later 5 p.m on Monday, June 18, 2007. The witness and exhibit lists shall also be filed with the Special Master.

**DONE AND ORDERED** this 14th day of May, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold