IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER REGARDING MEDIATOR'S CERTIFICATIONS OF BAD FAITH FOR C2 DISPUTES

This matter is before the Special Master upon the Mediator's Certifications of Bad Faith for C2 Disputes (attached hereto as Exhibits "A" through "D"). The Mediator has advised the Special Master that one of the litigants to disputes C2.6, C2.7, and C2.8, and both litigants to C2.9 failed to mediate in good faith by not participating in the mediation process. The Special Master has reviewed these disputes and the efforts to notify the claimants of the scheduled mediations. The Special Master will address the Mediator's Certifications of Bad Faith for C2 Disputes during the upcoming evidentiary hearing concerning unresolved disputes between claimants contained in Motion C2 on Wednesday, June 20, 2007 beginning at 9:00 a.m. at the Office of the Special Master. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Mediator's Certifications of Bad Faith for C2 Disputes will be heard during the upcoming evidentiary hearing concerning unresolved disputes between

CASE NO.: 91-0986-CIV-GOLD

claimants contained in Motion C2 on Wednesday, June 20, 2007 beginning at 9:00 a.m. at the Office of the Special Master.

2. The Mediator has advised the Special Master that claimant Heliodoro S. Tellez, Claim No. 1015864A, B, & C, to dispute C2.6 appeared by telephone at the scheduled date and time for the mediation in a good faith effort to resolve dispute C2.6. Accordingly, Mr. Tellez is permitted to telephonically attend the upcoming evidentiary hearing on dispute C2.6. The representative of claimant Springfield Avenue investments, Inc., Claim No. 6271, failed to appear for the mediation of dispute C2.6. Accordingly, the representative of claimant Springfield Avenue Investments, Inc. is hereby ordered to be present at the upcoming evidentiary hearing on dispute C2.6 to address issues related to the Mediator's Certification of Bad Faith.

3. The Mediator has advised the Special Master that claimant Miguel A. Polo, Claim No. 105187, to dispute C2.7 appeared by telephone at the scheduled date and time for the mediation in a good faith effort to resolve dispute C2.7. Accordingly, Mr. Polo is permitted to telephonically attend the upcoming evidentiary hearing on dispute C2.7. The representative of claimant Springfield Avenue Investments, Inc., Claim No. 6271, failed to appear for the mediation of dispute C2.7. Accordingly, the representative of claimant Springfield Avenue Investments, Inc. is hereby ordered to be present at the upcoming evidentiary hearing on dispute C2.7 to address issues related to the Mediator's Certification of Bad Faith.

4. The Mediator has advised the Special Master that the representative of claimant Bridges Service Center, Inc., Claim No. 1015811, to dispute C2.8 appeared by telephone att he scheduled date and time for the mediation in a

CASE NO.: 91-0986-CIV-GOLD

good faith effort to resolve dispute C2.8. Accordingly, the representative of Bridges Service Center, Inc. is permitted to telephonically attend the upcoming evidentiary hearing on dispute C2.8. The representative of claimant Elizabeth Food Mart, Inc., Claim No. 6273, failed to appear for mediation of dispute C2.8. Accordingly, the representative of claimant Elizabeth Food Mart, Inc. is hereby ordered to be present at the upcoming evidentiary hearing on dispute C2.8 to address issues related to the Mediator's Certification of Bad Faith.

5. The Mediator has advised the Special Master that the representative of claimant Jamil Aburoomi, Inc., Claim No. 1015809, to dispute C2.9 failed to appear for the scheduled mediation. In addition, the representative of claimant Elizabeth Food Mart, Inc., Claim No. 6273, to dispute C2.9 failed to appear for the scheduled mediation. Accordingly, the representative of Jamil Aburoomi, Inc. and the representative of claimant Elizabeth Food Mart, Inc., are hereby ordered to be present at the upcoming evidentiary hearing on dispute C2.9 to address issues related to the Mediator's Certifications of Bad Faith.

**DONE AND ORDERED** this 16th day of May, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold