IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER SETTING HEARING ON PLAINTIFFS' SEVENTY-SIXTH THROUGH EIGHTY-THIRD MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. [D.E. 3555]; [D.E. 3574]; [D.E. 3597]; [D.E. 3615]; [D.E. 3633]; [D.E. 3650]; [D.E. 3672]; and [D.E. 3695]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Seventy-Sixth through Eighty-Third Motions for Summary Judgment on **Wednesday, June 20, 2007, beginning at 10:00 a.m.** at the

Office of the Special Master. One hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 17th day of May, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group