IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                     )
      Plaintiffs, )
                                     )
v. )
                                     )
EXXON CORPORATION, )
                                     )
      Defendant. )
_____)
                                     )

RUSSELL A. CLINE, )
                                     )     **CONSOLIDATED WITH**
      Plaintiff, )     **CASE NO.: 05-21338-CIV-GOLD /**
                                     )     **SIMONTON**
vs. )
                                     )
THE GARDEN CITY GROUP, INC., )
                                     )
      Defendant. )
_____)

## ORDER REGARDING STATES' COUNSEL'S THIRD MOTION FOR SUMMARY JUDGMENT DISMISSING ONE HUNDRED AND FIFTY CLAIMS

      This matter is before the Special Master upon States' Counsel's Third Motion for Summary Judgment Dismissing One Hundred and Fifty (150) Claims **[D.E. 3692]** and Class Counsel's Response to States' Counsel's Third Motion for Summary Judgment Dismissing One Hundred and Fifty Claims **[D.E. 3859]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

      **ORDERED and ADJUDGED** as follows:

      1.    The Special Master acknowledges that the following claims have been withdrawn from the Claims Administration Process:

          Claim No. 2249 (Stanley Smith)
          Claim No. 2280 (Barbara Midcap)
          Claim No. 2327 (Thomas H. Hinshaw)
          Claim No. 2371 (Larry Smith)
          Claim No. 2440 (Arnold and Margaret Holt)
          Claim No. 2478 (Stephen Chicosky)

CASE NO.:  91-0986-CIV-GOLD

Claim No.  2554  (Joseph Koury)
Claim No.  2750  (OK Service Sales, Inc.)
Claim No.  2751  (OK Service Sales, Inc.)
Claim No.  2752  (OK Service Sales, Inc.)
Claim No.  2753  (OK Service Sales, Inc.)
Claim No.  2754  (OK Service Sales, Inc.)
Claim No.  2755  (OK Service Sales, Inc.)
Claim No.  2756  (OK Service Sales, Inc.)
Claim No.  2757  (OK Service Sales, Inc.)
Claim No.  2758  (OK Service Sales, Inc.)
Claim No.  2759  (OK Service Sales, Inc.)
Claim No.  2782  (George A. Stone)
Claim No.  2808  (Burke Oil Company, Inc.)
Claim No.  2809  (Burke Oil Company, Inc.)
Claim No.  2810  (Burke Oil Company, Inc.)
Claim No.  2811  (Burke Oil Company, Inc.)
Claim No.  2812  (Burke Oil Company, Inc.)
Claim No.  2813  (Burke Oil Company, Inc.)
Claim No.  2814  (Carr & Carr, Inc.)
Claim No.  2815  (Carr & Carr, Inc.)
Claim No.  2816  (Carr & Carr, Inc.)
Claim No.  2817  (Carr & Carr, Inc.)
Claim No.  3067  (Leslie Engle)
Claim No.  3089  (Henry David Rabe)
Claim No.  3090  (City Hall Service Corp.)
Claim No.  3181  (Harely Solesbee)
Claim No.  3182  (Helen Rossi)
Claim No.  3221  (Lee J. Short)
Claim No.  3232  (Gerald Homick)
Claim No.  3236  (Elaine M. Lasch)

Accordingly, the Claims Administrator is hereby ordered to make the appropriate updates to the claimant database and these claims will be deemed removed from States' Counsel's Third Motion for Summary Judgment.

2.     The Special Master acknowledges that Clary H. Smith, Claim No. 2573 and Defazio Express, Inc., Claim No. 3257 have filed Oppositions to States' Counsel's Motion for Summary Judgment. Accordingly, States' counsel shall have until **5 p.m. on Tuesday, June 5, 2007** to file a Reply in support of

CASE NO.: 91-0986-CIV-GOLD

States' counsel's Motion for Summary Judgment against these claim.

3.      The Special Master acknowledges that the following claimants have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary Judgment:

Claim No. 2204  (James E. Hammel)
Claim No. 2214  (Carolyne Freidin)
Claim No. 2221  (Maria Didato)
Claim No. 2241  (The Pantry)
Claim No. 2242  (The Pantry)
Claim No. 2298  (Loren L. Renville)
Claim No. 2300  (The Pantry)
Claim No. 2302  (The Pantry)
Claim No. 2304  (The Pantry)
Claim No. 2310  (The Pantry)
Claim No. 2311  (The Pantry)
Claim No. 2312  (The Pantry)
Claim No. 2319  (Ralph Spagnuolo)
Claim No. 2325  (A & A Oil Company)
Claim No. 2326  (Terry Whitman)
Claim No. 2338  (The Pantry)
Claim No. 2339  (The Pantry)
Claim No. 2343  (The Pantry)
Claim No. 2366  (Mickey W. Moore)
Claim No. 2475  (Gordon Oelkers)
Claim No. 2481  (Joseph Granteed)
Claim No. 2482  (Joseph Granteed)
Claim No. 2539  (The Pantry)
Claim No. 2582  (Angelina Bernard)
Claim No. 2600  (The Pantry)
Claim No. 2601  (The Pantry)
Claim No. 2620  (Johnny Whitfield)
Claim No. 2769  (Harrell Oil Company of Mount Airy)
Claim No. 2854  (Gary & Terry Geick)
Claim No. 2869  (Ethio Foods)
Claim No. 2873  (Bradley Cox)
Claim No. 2881  (Geraldine Long)
Claim No. 2943  (Billy Campbell)
Claim No. 2959  (Charles Edward Lee)
Claim No. 2984  (Willie J. Perrin Sr.)
Claim No. 3009  (Larry Schlenz)

CASE NO.:  91-0986-CIV-GOLD

Claim No.  3016  (The Pantry)
Claim No.  3018  (The Pantry)
Claim No.  3026  (The Pantry)
Claim No.  3027  (The Pantry)
Claim No.  3028  (The Pantry)
Claim No.  3029  (The Pantry)
Claim No.  3030  (The Pantry)
Claim No.  3031  (The Pantry)
Claim No.  3032  (The Pantry)
Claim No.  3033  (The Pantry)
Claim No.  3034  (The Pantry)
Claim No.  3035  (The Pantry)
Claim No.  3036  (The Pantry)
Claim No.  3037  (The Pantry)
Claim No.  3038  (The Pantry)
Claim No.  3039  (The Pantry)
Claim No.  3040  (The Pantry)
Claim No.  3041  (The Pantry)
Claim No.  3042  (The Pantry)
Claim No.  3043  (The Pantry)
Claim No.  3044  (The Pantry)
Claim No.  3045  (The Pantry)
Claim No.  3051  (The Pantry)
Claim No.  3052  (The Pantry)
Claim No.  3066  (Thomas S. Luna)
Claim No.  3069  (Richard Falardeau)
Claim No.  3099  (Joseph P. Dolfi)
Claim No.  3103  (William Fike)
Claim No.  3112  (Bob's Exxon, Inc.)
Claim No.  3146  (Bruce Alexander Robertson)
Claim No.  3147  (The Pantry)
Claim No.  3148  (Bruce Alexander Robertson)
Claim No.  3149  (Bruce Alexander Robertson)
Claim No.  3150  (Bruce Alexander Robertson)
Claim No.  3151  (Bruce Alexander Robertson)
Claim No.  3152  (Bruce Alexander Robertson)
Claim No.  3153  (Bruce Alexander Robertson)
Claim No.  3158  (The Pantry)
Claim No.  3159  (The Pantry)
Claim No.  3160  (The Pantry)
Claim No.  3161  (The Pantry)
Claim No.  3162  (The Pantry)
Claim No.  3164  (The Pantry)
Claim No.  3166  (The Pantry)
Claim No.  3167  (The Pantry)
Claim No.  3169  (The Pantry)

CASE NO.:  91-0986-CIV-GOLD

Claim No.  3170  (Nicelys Exxon)
Claim No.  3174  (The Pantry)
Claim No.  3209  (The Pantry)
Claim No.  3230  (John A. Florida)
Claim No.  3235  (Elaine M. Lasch)
Claim No.  3242  (Xenon Corp.)
Claim No.  3248  (Ronald J. Deberg)
Claim No.  3254  (Lewis Woodel)
Claim No.  3263  (The Pantry)
Claim No.  3265  (The Pantry)
Claim No.  3274  (William R. Thompson)
Claim No.  3301  (The Pantry)
Claim No.  3302  (The Pantry)
Claim No.  3303  (The Pantry)
Claim No.  3304  (The Pantry)
Claim No.  3305  (The Pantry)
Claim No.  3306  (The Pantry)
Claim No.  3307  (The Pantry)
Claim No.  3326  (Patchs Petroleum Co. Inc.)
Claim No.  3327  (Patchs Petroleum Co. Inc.)
Claim No.  3332  (The Pantry)
Claim No.  3357  (James B. Sterling, III)
Claim No.  3358  (James B. Sterling, III)
Claim No.  3361  (Edward Negoshtan)
Claim No.  3396  (The Pantry)
Claim No.  3437  (The Pantry)
Claim No.  3438  (Arvilla J. Cooper)
Claim No.  3448  (James Ray Bishop)
Claim No.  3449  (James Ray Bishop)
Claim No.  3450  (The Pantry)

Accordingly, these claimants shall have until **5 p.m. on Tuesday, June 5, 2007** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON. Claimants who do not timely file an Opposition to States' counsel's Motion for Summary Judgment will be dismissed at the hearing.

CASE NO.:  91-0986-CIV-GOLD

4.      Replies to any Oppositions filed to States' Counsel's Third Motion for Summary Judgment Dismissing One Hundred and Fifty (150) Claims shall be filed by **5 p.m. on Friday, June 15, 2007.**

5.      The Special Master will hold a hearing on States' Counsel's Third Motion for Summary Judgment Dismissing One Hundred and Fifty (150) Claims on **Wednesday, June 20, 2007 beginning at 10 a.m.**  One hour has been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this _22nd_ day of May, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold