IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)

RUSSELL A. CLINE, )
)   **CONSOLIDATED WITH**
    Plaintiff, )   **CASE NO.: 05-21338-CIV-GOLD /**
)   **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER TERMINATING MOTION

THIS CAUSE is before the Special Master upon a *sua sponte* review of the docket in this matter. Having reviewed the docket, it appears that the Motion below has been ruled on by the Special Master [D.E. 3848]. In light of this fact, the Clerk of Court is directed to terminate the following Motion: **[D.E. 3302]**. The Clerk of Court is also directed to remove this Motion from the Honorable Alan S. Gold's pending Motions list.

DONE AND ORDERED this 22nd day of May, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold