IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## SUA SPONTE ORDER REGARDING ADDITIONAL POSITION PAPERS FROM BOWEN AND MCGILLICUDDY CONCERNING CONTRIBUTIONS TO THE ALLAPATTAH TRUST FUND

THIS CAUSE is before the Special Master *sua sponte*.

In preparing the Special Master's Report and Recommendation to the District Court regarding the amount of monies Mr. Gerald Bowen (hereinafter "Bowen") legitimately owes to Class representative R. William McGillicuddy (hereinafter "McGillicuddy"), the Special Master has determined that the parties failed to address all of the outstanding issues during the April 2, 2007 hearing. Specifically, the parties did not address the amounts loaned by McGillicuddy to Bowen to meet Bowen's contributions to the Allapattah Trust Fund. Accordingly, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

CASE NO.: 91-0986-CIV-GOLD

**ORDERED AND ADJUDGED** as follows:

1. Bowen and McGillicuddy are hereby required to file position papers with the Special Master, no later than **5 p.m. on Friday, June 1, 2007**, outlining their respective positions regarding the amounts loaned by McGillicuddy to Bowen to meet Bowen's contributions to the Allapattah Trust Fund.

**DONE AND ORDERED** at Miami, Florida this 23rd day of May, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of Record
Garden City Group