IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## SUA SPONTE ORDER REGARDING DISPUTES C3.2, C3.3, AND C3.4

THIS CAUSE is before the Special Master *sua sponte.*

The Special Master has reviewed the information on file with the Claims Administration for the claims involved in disputes C3.2, C3.3, and C3.4. The Special Master has been advised that the mediation process is on-going for these disputes. However, in anticipation of an upcoming evidentiary hearing regarding these disputes, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master hereby finds that he has jurisdiction to hear and adjudicate the issues involved in disputes C3.2, C3.3, and C3.4.

2. Within fourteen (14) days from the date of this Order, the parties shall submit position papers to the Special Master regarding: (a) choice of law issues involved in these disputes; (b) the validity of the Texas judgment; (c) the

CASE NO.: 91-0986-CIV-GOLD

merits of these claims; and (d) whether an evidentiary hearing is required to resolve these disputes, or whether the issues can be resolved on cross-motions for summary judgment.[1]

3. The Special Master will set an evidentiary hearing for these disputes, if necessary, in July 2007 after he has had an opportunity to review the positions of the parties.

4. If an evidentiary hearing is required to resolve these disputes, counsel for the conflicting claimants will be admitted *pro hac vice* for the limited purposes of the evidentiary hearing.

4. The Special Master hereby reserves ruling on whether the parties and counsel to disputes C3.2, C3.3 and C3.4 will have to personally attend the evidentiary hearing before the Special Master.

**DONE AND ORDERED** this 24th day of May, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] In the event that the parties are able to settle their conflicts prior to the filing deadline, the parties will not need to file a position paper on these issues.

-2-