IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE POSITION PAPERS CONCERNING DISPUTES C3.2, C3.3, AND C3.4

THIS CAUSE is before the Special Master pursuant to the Joint Motion for Extension of Time to Submit Position Papers Regarding Disputes C3.2, C3.3, and C3.4. (Attached hereto as Exhibit "A"). The Special Master has been advised that the mediation process is on-going for these disputes, but that the mediations are not expected to be completed until after June 7, 2007 due to scheduling conflicts. Accordingly, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Joint Motion for Extension of Time to Submit Position Papers Regarding Disputes C3.2, C3.3, and C3.4 is hereby GRANTED.

2. By 5 p.m. on June 15, 2007, the parties shall submit position papers to the Special Master regarding: (a) choice of law issues involved in these disputes;

CASE NO.: 91-0986-CIV-GOLD

(b) the validity of the Texas judgment; (c) the merits of these claims; and (d) whether an evidentiary hearing is required to resolve these disputes, or whether the issues can be resolved on cross-motions for summary judgment.[1]

3. The Special Master will set an evidentiary hearing for these disputes, if necessary, in July 2007 after he has had an opportunity to review the positions of the parties.

4. If an evidentiary hearing is required to resolve these disputes, counsel for the conflicting claimants will be admitted *pro hac vice* for the limited purposes of the evidentiary hearing.

4. The Special Master hereby continues to reserve ruling on whether the parties and counsel to disputes C3.2, C3.3 and C3.4 will have to personally attend the evidentiary hearing before the Special Master.

**DONE AND ORDERED** this __6__ day of June, 2007.

---

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] In the event that the parties are able to settle their conflicts prior to the filing deadline, the parties will not need to file a position paper on these issues.