IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER REGARDING MEDIATOR'S CERTIFICATIONS
## OF BAD FAITH FOR C3 DISPUTES

This matter is before the Special Master upon the Mediator's Certifications of Bad Faith for C3 Disputes (attached hereto as Exhibits "A" and "B"). The Mediator has advised the Special Master that one of the litigants to disputes C3.8 and C3.9 failed to mediate in good faith by not participating in the mediation process. The Special Master has reviewed these disputes and the efforts to notify the claimants of the scheduled mediations. The Special Master will address the Mediator's Certifications of Bad Faith for C3 Disputes during the upcoming evidentiary hearing concerning unresolved disputes between claimants contained in Motion C3 on Wednesday, June 20, 2007 beginning at 9:00 a.m. at the Office of the Special Master. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The Mediator's Certifications of Bad Faith for C3 Disputes will be heard during the upcoming evidentiary hearing concerning unresolved disputes between claimants contained in Motion C3 on Wednesday, June 20, 2007 beginning at 9:00 a.m. at the Office of the Special Master.

2. The Mediator has advised the Special Master that claimant, Ney J. Iglesias, Claim No. 1000807, to dispute C3.8 appeared by telephone at the scheduled date and time for the mediation in a good faith effort to resolve dispute C3.8. Accordingly, claimant Iglesias is permitted to telephonically attend the upcoming evidentiary hearing on dispute C3.8. The representative of claimant Premji Enterprises, Inc., Claim No. 6275, failed to appear for the mediation of dispute C3.8. Accordingly, the representative of claimant Premji Enterprises, Inc. is hereby ordered to be present at the upcoming evidentiary hearing on dispute C3.8 to address issues related to the Mediator's Certification of Bad Faith.

3. The Mediator has advised the Special Master that the representative of claimant, Minor Adjustments, Inc., Claim No. 100228, to dispute C3.9 appeared by telephone at the scheduled date and time for the mediation in a good faith effort to resolve dispute C3.9. Accordingly, the representative of claimant Minor Adjustments, Inc. is permitted to telephonically attend the upcoming evidentiary hearing on dispute C3.9. The representative of claimant Premji Enterprises, Inc., Claim No. 6275, failed to appear for the mediation of dispute C3.9. Accordingly, the representative of claimant Premji Enterprises, Inc. is hereby ordered to be present at the upcoming evidentiary hearing on dispute C3.9 to address issues related to the Mediator's Certification of Bad Faith.

**DONE AND ORDERED** this 18th day of June, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold