IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
      Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
      Defendant. )
_____)
)
RUSSELL A. CLINE, )
)      **CONSOLIDATED WITH**
      Plaintiff, )      **CASE NO.: 05-21338-CIV-GOLD /**
)      **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
      Defendant. )
_____)

## ORDER RESETTING HEARING ON CLASS COUNSEL'S FOURTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C4)

This matter is before the Special Master upon Class Counsel's Fourth Motion for Adjudication of Conflicting Claims (Motion C4) **[D.E. 3886]** and Class Counsel's Revised Fourth Motion for Adjudication of Conflicting Claims (Motion C4) **[D.E. 3889]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.    Conflict Numbers C4.1, C4.2, C4.3, C4.4, C4.5, C4.6, C4.7, C4.8, C4.9, C4.10, C4.11, C4.12, C4.13, C4.14, C4.15, C4.16, C4.17, C4.18, and C4.19 as outlined in Exhibit A to Class counsel's Motion C4 have been referred to Mediator Bonnie L. Rippingille for mediation;

2.    The mediations regarding the above referenced Conflict Numbers shall be completed by no later than **5 p.m. on Friday, July 13, 2007**;

CASE NO.: 91-0986-CIV-GOLD

3.     The evidentiary hearing before the Special Master scheduled for Thursday, July 19, 2007 to hear any unresolved disputes in C4 is hereby CANCELLED.

4.     If the parties to any C4 dispute are unable to resolve their disputes before the July 13, 2007 deadline, the unresolved disputes will be heard during an evidentiary hearing before the Special Master on **Wednesday, July 25, 2007 beginning at 9 a.m.**; and

5.     If in the discretion of the Mediator, she believes a party has failed to act in good faith, either by not participating in the mediation process or failing to participate in a meaningful manner, Mediator Rippingille is authorized to refer the matter to the Special Master for all appropriate action, including dismissal of the claim or other appropriate sanctions.

**DONE AND ORDERED** this 25th day of June, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold