IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)    CONSOLIDATED WITH
    Plaintiff, )    CASE NO.: 05-21338-CIV-GOLD /
)    SIMONTON
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER SETTING HEARING ON PLAINTIFFS' EIGHTY-FOURTH THROUGH
NINETIETH MOTIONS FOR SUMMARY JUDGMENT**

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. [D.E. 3708]; [D.E. 3724]; [D.E. 3750]; [D.E. 3775]; [D.E. 3788]; [D.E. 3800]; and [D.E. 3815]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Eighty-Fourth through Ninetieth Motions for Summary Judgment on **Wednesday, July 25, 2007, beginning at 9:00 a.m.** at the Office of the

Special Master. One hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 3rd day of July, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
Garden City Group