IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)    **CONSOLIDATED WITH**
    Plaintiff, )    **CASE NO.: 05-21338-CIV-GOLD /**
)    **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER REGARDING STATES' COUNSEL'S FOURTH MOTION FOR SUMMARY
JUDGMENT DISMISSING TWO HUNDRED CLAIMS**

This matter is before the Special Master upon States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred and Two (202) Claims **[D.E. 3809]**, Notice of Correction to States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred Claims **[D.E. 3847]**, and Class Counsel's Response to States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred Claims **[D.E. 3976]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The Special Master acknowledges that the following claims have been withdrawn from the Claims Administration Process:

        Claim No.  3451  (The Pantry, Inc.)
        Claim No.  3452  (The Pantry, Inc.)
        Claim No.  3453  (The Pantry, Inc.)
        Claim No.  3454  (The Pantry, Inc.)

CASE NO.: 91-0986-CIV-GOLD

Claim No.  3456  (The Pantry, Inc.)
Claim No.  3457  (The Pantry, Inc.)
Claim No.  3459  (The Pantry, Inc.)
Claim No.  3460  (The Pantry, Inc.)
Claim No.  3461  (The Pantry, Inc.)
Claim No.  3463  (The Pantry, Inc.)
Claim No.  3464  (The Pantry, Inc.)
Claim No.  3465  (The Pantry, Inc.)
Claim No.  3466  (The Pantry, Inc.)
Claim No.  3468  (The Pantry, Inc.)
Claim No.  3548  (Michael Scott Ohlhaser)
Claim No.  3559  (Janet E. Neville)
Claim No.  3692  (Margaret Lovern)
Claim No.  3721  (Ira James Coleman, Jr.)
Claim No.  3763  (Richard L. Isle)
Claim No.  3771  (Edsel Vaughn)
Claim No.  3774  (Xenon Corp.)
Claim No.  3806  (Penrose Exxon, Inc.)
Claim No.  3912  (Tony Farlow)
Claim No.  3920  (Arlis Tester)
Claim No.  3944  (Patch's Petroleum Co., Inc.)
Claim No.  3967  (Charles Graham)
Claim No.  3968  (Charles Graham)
Claim No.  3969  (Charles Graham)
Claim No.  3971  (Charles Graham)
Claim No.  3972  (Charles Graham)
Claim No.  4026  (George Panchigar)
Claim No.  4294  (Charles F. Jarrett)
Claim No.  4312  (Hiller's Inc.)
Claim No.  4313  (Hiller's Inc.)
Claim No.  4317  (William Barry Randolph)
Claim No.  4481  (Bruce Alexander Robertson)
Claim No.  4540  (Linda Vidrine)
Claim No.  4561  (Dauphin Oil Co., Inc.)
Claim No.  4643  (James Pafford)
Claim No.  4645  (James Pafford)
Claim No.  4646  (James Pafford)
Claim No.  4647  (James Pafford)
Claim No.  4648  (James Pafford)
Claim No.  4668  (Ray L. Elgin)
Claim No.  4730  (Shirley Gregory)
Claim No.  4746  (Betty Bowling)
Claim No.  4783  (Karolyn S. West)
Claim No.  4869  (Mark David Delong)
Claim No.  5615  (The Estate of Alfonso Oscar Lujan)
Claim No.  5705  (Christine Saunders)

CASE NO.: 91-0986-CIV-GOLD

    Claim No. 5743  (John A, Bohajian)
    Claim No. 5776  (Francis Wayne Graves)

Accordingly, the Claims Administrator is hereby ordered to make the appropriate updates to the claimant database.

2. The Special Master acknowledges that the following claimants have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary Judgment:

    Claim No. 3469  (Travel Centers of America)
    Claim No. 3470  (The Pantry, Inc.)
    Claim No. 3471  (The Pantry, Inc.)
    Claim No. 3472  (The Pantry, Inc.)
    Claim No. 3473  (The Pantry, Inc.)
    Claim No. 3474  (The Pantry, Inc.)
    Claim No. 3476  (The Pantry, Inc.)
    Claim No. 3477  (The Pantry, Inc.)
    Claim No. 3479  (The Pantry, Inc.)
    Claim No. 3482  (The Pantry, Inc.)
    Claim No. 3483  (The Pantry, Inc.)
    Claim No. 3484  (The Pantry, Inc.)
    Claim No. 3485  (The Pantry, Inc.)
    Claim No. 3486  (The Pantry, Inc.)
    Claim No. 3487  (The Pantry, Inc.)
    Claim No. 3488  (The Pantry, Inc.)
    Claim No. 3489  (The Pantry, Inc.)
    Claim No. 3490  (The Pantry, Inc.)
    Claim No. 3507  (The Pantry, Inc.)
    Claim No. 3514  (The Pantry, Inc.)
    Claim No. 3516  (The Pantry, Inc.)
    Claim No. 3540  (Evelyn Kaye Burgany Weeks)
    Claim No. 3546  (Cadillac Automotive Co. of Boston)
    Claim No. 3564  (Walter Baldwin)
    Claim No. 3565  (Walter R. Baldwin)
    Claim No. 3575  (Dauphin Oil Co., Inc.)
    Claim No. 3576  (The Pantry, Inc.)
    Claim No. 3577  (Dauphin Oil Co., Inc.)
    Claim No. 3578  (The Pantry, Inc.)
    Claim No. 3580  (Dauphin Oil Co., Inc.)
    Claim No. 3583  (The Pantry, Inc.)

CASE NO.: 91-0986-CIV-GOLD

Claim No. 3585  (The Pantry, Inc.)
Claim No. 3587  (Larry Wayne Grimes)
Claim No. 3588  (The Pantry, Inc.)
Claim No. 3591  (The Pantry, Inc.)
Claim No. 3605  (The Pantry, Inc.)
Claim No. 3623  (The Pantry, Inc.)
Claim No. 3625  (The Pantry, Inc.)
Claim No. 3627  (The Pantry, Inc.)
Claim No. 3629  (The Pantry, Inc.)
Claim No. 3630  (The Pantry, Inc.)
Claim No. 3631  (The Pantry, Inc.)
Claim No. 3633  (The Pantry, Inc.)
Claim No. 3634  (The Pantry, Inc.)
Claim No. 3635  (The Pantry, Inc.)
Claim No. 3643  (The Pantry, Inc.)
Claim No. 3654  (The Pantry, Inc.)
Claim No. 3662  (The Pantry, Inc.)
Claim No. 3663  (The Pantry, Inc.)
Claim No. 3664  (The Pantry, Inc.)
Claim No. 3665  (The Pantry, Inc.)
Claim No. 3666  (The Pantry, Inc.)
Claim No. 3679  (The Pantry, Inc.)
Claim No. 3681  (The Pantry, Inc.)
Claim No. 3694  (Harold O'Neal & Audrey Faye Holder)
Claim No. 3708  (Mike Ross)
Claim No. 3709  (Mike Ross)
Claim No. 3714  (Stoke P. Holme, III)
Claim No. 3715  (Hose Petroleum Co., Inc.)
Claim No. 3718  (Richard M. Beck)
Claim No. 3732  (Ashirwad Corp.)
Claim No. 3738  (Richard Batsell)
Claim No. 3740  (Richard Batsell)
Claim No. 3741  (Richard Batsell)
Claim No. 3743  (Richard Batsell)
Claim No. 3744  (Richard Batsell)
Claim No. 3745  (Sally Stoner)
Claim No. 3746  (Richard Batsell)
Claim No. 3747  (Richard Batsell)
Claim No. 3749  (Richard Batsell)
Claim No. 3755  (Mike's Stop & Go, Inc.)
Claim No. 3762  (Billy W. Gardner)
Claim No. 3766  (Greg Langehenning)
Claim No. 3767  (D.M. Mays)
Claim No. 3769  (Lillie McNeil)
Claim No. 3780  (The Pantry, Inc.)
Claim No. 3781  (The Pantry, Inc.)

CASE NO.: 91-0986-CIV-GOLD

Claim No. 3782 (The Pantry, Inc.)
Claim No. 3783 (The Pantry, Inc.)
Claim No. 3785 (Glen Wilcher)
Claim No. 3787 (Gil Faz)
Claim No. 3788 (Irma Flores de Faz)
Claim No. 3793 (Frankie Baros)
Claim No. 3805 (A-Doc Oil Company, Inc.)
Claim No. 3807 (A-Doc Oil Company, Inc.)
Claim No. 3809 (A-Doc Oil Company, Inc.)
Claim No. 3811 (A-Doc Oil Company, Inc.)
Claim No. 3812 (A-Doc Oil Company, Inc.)
Claim No. 3813 (A-Doc Oil Company, Inc.)
Claim No. 3814 (A-Doc Oil Company, Inc.)
Claim No. 3816 (A-Doc Oil Company, Inc.)
Claim No. 3819 (A-Doc Oil Company, Inc.)
Claim No. 3822 (A-Doc Oil Company, Inc.)
Claim No. 3826 (A-Doc Oil Company, Inc.)
Claim No. 3831 (Gladys Horton)
Claim No. 3952 (A-Doc Oil Company, Inc.)
Claim No. 3966 (Charles Graham)
Claim No. 3989 (Delbert R. Cranford)
Claim No. 4027 (David D. Davies)
Claim No. 4209 (Frances Del Hill Clements)
Claim No. 4213 (Raymond Franz)
Claim No. 4214 (Boyce Hart)
Claim No. 4220 (Mary Alice Kassinger)
Claim No. 4265 (Jones Exxon, Inc.)
Claim No. 4289 (Leroy Guice)
Claim No. 4292 (Harrell Oil Company of Mount Airy)
Claim No. 4299 (Blueox Corporation)
Claim No. 4300 (Blueox Corporation)
Claim No. 4301 (Blueox Corporation)
Claim No. 4302 (Blueox Corporation)
Claim No. 4303 (Blueox Corporation)
Claim No. 4304 (Blueox Corporation)
Claim No. 4305 (Blueox Corporation)
Claim No. 4306 (Blueox Corporation)
Claim No. 4307 (Blueox Corporation)
Claim No. 4308 (Blueox Corporation)
Claim No. 4309 (Harrell Oil Company of Mount Airy)
Claim No. 4379 (Penick Tire & Auto Supply, Inc.)
Claim No. 4390 (Turner Oil Company, Inc.)
Claim No. 4391 (Crossroads Oil Co., Inc.)
Claim No. 4419 (Barnes Exxon & Wrecker Service)
Claim No. 4450 (Margaret A. Davidson)
Claim No. 4455 (Little Eagle, Inc.)

CASE NO.: 91-0986-CIV-GOLD

    Claim No. 4485 (Joseph Piazza)
    Claim No. 4543 (Church Street Exxon, Inc.)
    Claim No. 4546 (Michael Kohut)
    Claim No. 4568 (Myron Lowry)
    Claim No. 4600 (Anna Lewis)
    Claim No. 4622 (Dee Lynn Wood)
    Claim No. 4755 (Shamil Enterprises)
    Claim No. 4872 (Genes Titusville Exxon)
    Claim No. 5598 (Clifford Atkins)
    Claim No. 5665 (Margaret Tamburrino)
    Claim No. 5685 (Willis Octave)
    Claim No. 5689 (Stanton Oil Co., Inc.)
    Claim No. 5690 (Stanton Oil Co., Inc.)
    Claim No. 5691 (Sidney Stanton)
    Claim No. 5695 (Stanton Oil Co., Inc.)
    Claim No. 5761 (Johnson & Johnson, Inc.)
    Claim No. 5762 (Johnson & Johnson, Inc.)
    Claim No. 5763 (Johnson & Johnson, Inc.)
    Claim No. 5771 (Marc Braverman)
    Claim No. 5772 (Johnson & Johnson, Inc.)
    Claim No. 5774 (Johnson & Johnson, Inc.)
    Claim No. 5777 (Johnson & Johnson, Inc.)
    Claim No. 5782 (Johnson & Johnson, Inc.)
    Claim No. 5784 (Johnson & Johnson, Inc.)
    Claim No. 5785 (Johnson & Johnson, Inc.)

Accordingly, these claimants shall have until **5 p.m. on Friday, July 20, 2007** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON. Claimants who do not timely file an Opposition to States' counsel's Motion for Summary Judgment will be dismissed at the hearing.

3.     Replies to any Oppositions filed to States' Counsel's Fourth Motion for Summary Judgment shall be filed by **5 p.m. on Monday, August 6, 2007.**

CASE NO.: 91-0986-CIV-GOLD

4. The Special Master will hold a hearing on States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred (200) Claims on **Monday, August 20, 2007 beginning at 9 a.m.** One hour has been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this ____ day of July, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold