IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER SETTING HEARING ON DISPUTES C3.2, C3.3, AND C3.4

This cause is before the Special Master pursuant to Claimant, Anastasia Diamantaras' Position Paper (Brief) in Disputes C3.2, C3.3, and C3.4 **[D.E. 3952]** and the Memorandum of Van Diamantaras in Support of Distribution of the Entire Amount of Damages to Van Diamantaras in Disputes C3.2, C3.3 and C3.4 **[D.E. 3959]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Special Master will conduct an evidentiary hearing on **Tuesday, August 28, 2007 beginning at 9:30 a.m.** at the Office of the Special Master to resolve disputes C3.2, C3.3, and C3.4. A court reporter has been requested.

2. Counsel for the parties to disputes C3.2, C3.3, and C3.4 are hereby admitted *pro hac vice* to the United States District Court for the Southern District of Florida for the limited purpose of the evidentiary hearing.

3. The Parties shall file and exchange Witness and Exhibit lists no later than Tuesday, August 21, 2007. Witness and Exhibit Lists shall be filed with the United States District Court for the Southern District of Florida. No other discovery shall be permitted.

4. The parties to disputes C3.2, C3.3, and C3.4 are hereby ordered to be present at the August 28, 2007 hearing before the Special Master. If the parties fail to appear for the hearing, the Special Master will consider all appropriate action, including the dismissal of the claims or other appropriate sanctions.

5. If the parties to disputes C3.2, C3.3, and C3.4 fail to settle these disputes by 5 p.m. on Friday, August 24, 2007, the costs and fees of the Special Master to resolve the disputes will be assessed against the parties. A Notice of Settlement must be filed prior to the five o'clock deadline to avoid the assessment of the Special Master's costs and fees.

**DONE AND ORDERED** at Miami, Florida this *10* day of July, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of records