IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## SUA SPONTE ORDER ON NON-RESPONSIVE CLAIMANTS

This cause is before the Special Master *sua sponte*.

On July 2, 2007, the Special Master conducted a Settlement Fund Committee meeting to discuss the status of the Claims Administration Process. During that meeting, the Special Master was advised that a number of claimants have been non-responsive to Class counsel's efforts to process their respective claims. Specifically, many of these claimants have failed to file Replies or other documentation in support of their claims. The non-responsiveness of these claimants has inevitably caused delay in the processing of countless other claims and, in some instances, has hindered the payment process. Accordingly, having reviewed the Court file and being otherwise fully advised in the

premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. As Class counsel identifies non-responsive claimants, Class counsel shall provide each such claimant (and their representatives, as applicable) with written notice of a final 30 day opportunity to respond to Class counsel's inquiries and shall provide the claimant with a copy of this Order.

2. Class counsel periodically shall provide the Special Master with a list of all non-responsive claimants who have failed to respond within the final 30 day period.

3. Upon review of the applicable claims, the Special Master will enter Orders to Show Cause as to why these claims should not be dismissed with prejudice for failing to substantiate their respective interests in a direct-served Exxon station during the Class Period.

**DONE AND ORDERED** at Miami, Florida this 12th day of July, 2007.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of records

---

[1] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.