IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                    Plaintiffs,   )
v.   )
EXXON CORPORATION,   )
                    Defendant.   )

RUSSELL A. CLINE,   )
                    Plaintiff,   )  **CONSOLIDATED WITH**
vs.   )  **CASE NO.: 05-21338-CIV-GOLD /**
THE GARDEN CITY GROUP, INC.,   )  **SIMONTON**
                  Defendant.   )

**ORDER REGARDING MEDIATOR'S CERTIFICATION
OF BAD FAITH FOR C4 DISPUTES**

This matter is before the Special Master upon the Mediator's Certification of Bad Faith for C4 Disputes (attached hereto as Exhibits "A"). The Mediator has advised the Special Master that one of the litigants to dispute C4.15 failed to mediate in good faith by not participating in the mediation process. The Special Master has reviewed the dispute and the efforts to notify the claimants of the scheduled mediations. The Special Master will address the Mediator's Certification of Bad Faith for C4 Disputes during the upcoming evidentiary hearing concerning unresolved disputes between claimants contained in Motion C4 on Wednesday, July 25, 2007 beginning at 9:00 a.m. at the Office of the Special Master. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. The Mediator's Certification of Bad Faith for C4 Disputes will be heard during the upcoming evidentiary hearing concerning unresolved disputes between claimants contained in Motion C4 on Wednesday, July 25, 2007 beginning at 9:00 a.m. at the Office of the Special Master.

2. The Mediator has advised the Special Master that Woodrow Pringle, III, Administrator of the Estate of James Edward Fallin, Claim No. 2065, appeared by telephone at the scheduled date and time for the mediation in a good faith effort to resolve dispute C4.15. Accordingly, the representative of the Estate of James Edward Fallin is permitted to telephonically attend the upcoming evidentiary hearing on dispute C4.15. Claimant Bryan Fallin, Claim No. 3522, failed to appear at the scheduled date and time for the mediation of dispute C4.15. Accordingly, Bryan Fallin is hereby ordered to be present at the upcoming evidentiary hearing on dispute C4.15 to address issues related to the Mediator's Certification of Bad Faith.

**DONE AND ORDERED** this 17th day of July, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold