IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

**ORDER GRANTING EXTENSION OF TIME TO MEDIATE
DISPUTES C4.8, C4.9, AND C4.10**

This matter is before the Special Master upon the Mediator's Reports and Requests for Extension of Mediation Deadlines for disputes C4.8, C4.9, and C4.10 (attached hereto as Exhibits A-C). The Mediator and the parties have requested additional time to attempt to resolve these disputes and alleviate the need for evidentiary hearings. The Special Master has reviewed these disputes and believes that an extension of time to conduct mediations will benefit the parties and may assist with the resolution of these conflicts. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The Special Master hereby grants an extension of time to mediate dispute C4.8 between New Hyde Park Car Care Center, Inc., Claim No. 1001530 and

CASE NO.: 91-0986-CIV-GOLD

Filippo Mannino, Claim No. 3947.

2. The Special Master hereby grants an extension of time to mediate dispute C4.9 between New Hyde Park Car Care Center, Inc., Claim No. 1001530 and Neal Goodman, Claim No. 1011464.

3. The Special Master hereby grants an extension of time to mediate dispute C4.10 between New Hyde Park Car Care Center, Inc., Claim No. 1001530 and the Estate of Arthur P. Lefebvre, Claim No. 2315.

4. The mediations regarding disputes C4.8, C4.9, and C4.10 shall be completed by no later than **8 p.m. on Friday, July 20, 2007**.

5. If the parties are unable to resolve their disputes before the July 20, 2007 deadline, the disputes will be heard during an evidentiary hearing before the Special Master at a date and time to be determined by the Special Master.

6. If in the discretion of the Mediator, she believes a party has failed to act in good faith, either by not participating in the mediation process or failing to participate in a meaningful manner, Mediator Rippingille is authorized to refer the matter to the Special Master for all appropriate action, including dismissal of the claim or other appropriate sanctions.

**DONE AND ORDERED** this 17th day of July, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold