IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### SUA SPONTE ORDER SETTING PROCEDURE FOR JULY 25, 2007 HEARING

THIS CAUSE is before the Special Master *sua sponte.*

The Special Master has scheduled a number of hearings to take place on Wednesday, July 25, 2007 at the Office of the Special Master located at 1390 Brickell Avenue, Third Floor, Miami, Florida 33131. In order to efficiently resolve the issues before the Court, the Special Master hereby enters this Order of Procedure. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.    The Mediator's Certification of Bad Faith for C4 Disputes will be heard on **Wednesday, July 25, 2007 beginning at 9:00 a.m.** at the Office of the

Special Master. The representative of the Estate of James Edward Fallin, Claim No. 2065, is permitted to telephonically attend the upcoming evidentiary hearing on dispute C4.15. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

Claimant Bryan Fallin, Claim No. 3522, is hereby ordered to be present at **9:00 a.m.** evidentiary hearing on dispute C4.15 to address issues related to the Mediator's Certification of Bad Faith.

2. The hearing to determine whether a recommendation will be made to the District Court to enter Orders to Show Cause against claimants Salim Premji, Springfield Ave. Investments, Inc., Elizabeth Food Mart, Inc., and Premji Enterprises, Inc. as to why sanctions should not be entered against them for their conduct in the Claims Administration Process will be conducted on **Wednesday, July 25, 2007 beginning at 9:20 a.m.** at the Offices of the Special Master. Twenty (20) minutes have been set aside for this hearing and Claimant Salim Premji is hereby ordered to be present at the hearing. Mr. Premji should be prepared to have this matter heard by the Special Master before the time allotted in this Order in the event that the prior hearing concludes early.

3. The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Eighty-Fourth through Ninetieth Motions for Summary Judgment

on **Wednesday, July 25, 2007, beginning at 9:40 a.m.** at the Office of the Special Master. One half hour has been set aside for this hearing. Counsel should be prepared to have these motions heard by the Special Master before the time allotted in this Order in the event that the prior hearings conclude early.

**DONE AND ORDERED** this 23rd day of July, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold