IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER SETTING HEARING ON PLAINTIFFS' NINETY-FIRST THROUGH NINETY-EIGHTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. **[D.E. 3852]; [D.E. 3866]; [D.E. 3897]; [D.E. 3936]; [D.E. 3961]; [D.E. 3985]; [D.E. 4025]; and [D.E. 4045].** Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment on **Monday, September 17, 2007, beginning at 9:30 a.m.** at the Office of

the Special Master. One half hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 6th day of August, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group