IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
    Plaintiffs, )
v. )
EXXON CORPORATION, )
    Defendant. )

RUSSELL A. CLINE, )
    Plaintiff, )
vs. )
THE GARDEN CITY GROUP, INC., )
    Defendant. )

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER RESETTING HEARING ON STATES' COUNSEL'S FOURTH MOTION FOR SUMMARY JUDGMENT DISMISSING TWO HUNDRED CLAIMS

This matter is before the Special Master upon States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred and Two (202) Claims **[D.E. 3809]**, Notice of Correction to States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred Claims **[D.E. 3847]**, and Class Counsel's Response to States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred Claims **[D.E. 3976]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The hearing scheduled to take place before the Special Master on Thursday, August 23, 2007 beginning at 9:00 a.m. regarding States' Counsel's Fourth Motion for Summary Judgment Dismissing Two Hundred (200) Claims is hereby RESCHEDULED to take place on **Wednesday,**

CASE NO.: 91-0986-CIV-GOLD

**August 22, 2007 beginning at 9:00 a.m.** One hour has been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this 6 day of August, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold