IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER REGARDING STATES' COUNSEL'S FIFTH MOTION FOR SUMMARY
JUDGMENT DISMISSING ONE HUNDRED AND SIXTY-NINE (169) CLAIMS**

    This matter is before the Special Master upon States' Counsel's Fifth Motion for Summary Judgment Dismissing One Hundred and Sixty-Nine (169) Claims **[D.E. 3934]**, and Class Counsel's Response to States' Counsel's Fifth Motion for Summary Judgment Dismissing One Hundred and Sixty-Nine Claims **[D.E. 4054]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The Special Master acknowledges that the following claims have been withdrawn from the Claims Administration Process:

CASE NO.: 91-0986-CIV-GOLD

Claim No. 5801    (Francis Wayne Graves)
Claim No. 5856    (Francis Wayne Graves)
Claim No. 6176    (Mears Oil Co., Inc.)
Claim No. 6196    (Peoples Oil Co., of Clarksville)
Claim No. 6199    (Peoples Oil Co., of Clarksville)
Claim No. 6200    (Peoples Oil Co., of Clarksville)
Claim No. 6231    (L&H Oil, Inc. AWV Corporation)
Claim No. 6294    (Mili Gates)
Claim No. 6299    (Scott Brown, Jr.)
Claim No. 6310    (Wayne Oil Co., Inc.)
Claim No. 6313    (Wayne Oil Co., Inc.)
Claim No. 6314    (Wayne Oil Co., Inc.)
Claim No. 6323    (David A. Birsell)
Claim No. 6336    (Paul Gefreh)
Claim No. 6341    (Thomas R. Scott)
Claim No. 6347    (Wayne Oil Co., Inc.)
Claim No. 6348    (Wayne Oil Co., Inc.)
Claim No. 6349    (Wayne Oil Co., Inc.)
Claim No. 6350    (Wayne Oil Co., Inc.)
Claim No. 6351    (Wayne Oil Co., Inc.)
Claim No. 6354    (Wayne Oil Co., Inc.)
Claim No. 6408    (Shirley Gregory)
Claim No. 6415    (Calvin Jones)
Claim No. 6431    (Thomas R. Scott)
Claim No. 100399  (G A Enterprises, Inc.)
Claim No. 100469  (Randy Shanks Exxon, Inc.)
Claim No. 101302  (Shirley Milton Cable)
Claim No. 101439  (Harvey H. Lawrence)
Claim No. 101483  (Catherine L. Lyon)
Claim No. 101505  (B.J. Cowart)
Claim No. 101515  (Mrs. Mike Birkenfeld)
Claim No. 101531  (Kim Ghant Player)
Claim No. 101572  (Eugene J. Byron)
Claim No. 101683  (Clifford R. Howard)
Claim No. 101715  (Danny A. Collins)
Claim No. 101719  (Tad Co., Inc.)
Claim No. 101742  (Thomas R. Parman)
Claim No. 101858  (Shirley Gregory)
Claim No. 101973  (Mary Elizabeth Wing)
Claim No. 102185  (Vance Graham)
Claim No. 102231  (Larry Joe Fowler)

CASE NO.: 91-0986-CIV-GOLD

  Claim No. 102253 (Donny W. Archer)
  Claim No. 102278 (Louis A. Hackney)
  Claim No. 102332 (Keith Exxon - James E. Keith)
  Claim No. 102337 (Knollwood Mercantile Co., Inc.)
  Claim No. 102647 (Leonard Archie Birkeland)

Accordingly, the Claims Administrator is hereby ordered to make the appropriate updates to the claimant database.

2. The Special Master acknowledges that the following claimants have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary Judgment:

  Claim No. 5786 (Johnson & Johnson, Inc.)
  Claim No. 5787 (Johnson & Johnson, Inc.)
  Claim No. 5786 (Johnson & Johnson, Inc.)
  Claim No. 5797 (Papa Dantes, Inc.)
  Claim No. 5799 (Johnson & Johnson, Inc.)
  Claim No. 5806 (Johnson & Johnson, Inc.)
  Claim No. 5809 (South Florida I & G, Inc.)
  Claim No. 5810 (Johnson & Johnson, Inc.)
  Claim No. 5815 (Johnson & Johnson, Inc.)
  Claim No. 5821 (Johnson & Johnson, Inc.)
  Claim No. 5835 (Johnson & Johnson, Inc.)
  Claim No. 5846 (Johnson & Johnson, Inc.)
  Claim No. 5853 (Anita Jean Montgomery)
  Claim No. 6172 (Isaac Nathaniel Johnson)
  Claim No. 6208 (Eddie c. Deskins)
  Claim No. 6224 (Jack or Debra Woolsey)
  Claim No. 6230 (Beth Thomas Poolus)
  Claim No. 6244 (Reginas Exxon)
  Claim No. 6249 (John Clark)
  Claim No. 6256 (John Albert Johnston III)
  Claim No. 6262 (Greg Shifflett)
  Claim No. 6265 (Santoros Exxon Service Center, Inc.)
  Claim No. 6269 (Durham Exxon Service Center, Inc.)

CASE NO.: 91-0986-CIV-GOLD

Claim No. 6301   (Michael D. Hitt)
Claim No. 6304   (Johnny F. Moore)
Claim No. 6305   (Johnny F. Moore)
Claim No. 6309   (Rick Yates)
Claim No. 6319   (Michael D. McGranahan)
Claim No. 6384   (Martin Thomas Schall)
Claim No. 6390   (Azeem Enterprises)
Claim No. 6391   (Gordon Ward)
Claim No. 6394   (John Kopycinski)
Claim No. 6400   (Kenneth F. Carpenter)
Claim No. 6414   (Jack Padgett)
Claim No. 6420   (Ron Cochran)
Claim No. 6423   (Poncianio Barrientos)
Claim No. 6427   (Mike Moss)
Claim No. 6492   (Guljinder Singh)
Claim No. 6540   (Holiday Market - Benny Wleczyk)
Claim No. 6549   (James B. Sterling, III)
Claim No. 6550   (James B. Sterling, III)
Claim No. 6583   (Josephine Choi)
Claim No. 6584   (William R. Hilton)
Claim No. 6591   (Gene Autry Turner)
Claim No. 6596   (Fuelmart Corp.)
Claim No. 6600   (DNC Companies, LLC)
Claim No. 6601   (Barbara Lent Coe)
Claim No. 6608   (Bobby Lynn Hartnett)
Claim No. 6677   (Harmon David Arrowood)
Claim No. 6679   (Harmon David Arrowood)
Claim No. 100126   (William D. Whitehurst)
Claim No. 100142   (Lupe C. Gonzales)
Claim No. 100266   (Bryant Lewis)
Claim No. 100353   (Willie J. Klepac)
Claim No. 100383   (Edward A. Schrottman)
Claim No. 100410   (Gary Vance Morris)
Claim No. 100508   (Vivian D. Whitaker)
Claim No. 100528   (Patch's Petroleum Co., Inc.)
Claim No. 100602   (Woodrow Wilson Fleet)
Claim No. 100671   (George Abernathy)
Claim No. 100734   (Marble Canyon Company, Inc.)
Claim No. 100754   (E. Marie Clark)
Claim No. 100805   (James Stubler)
Claim No. 100877   (Raymond Delane Pierce)

CASE NO.: 91-0986-CIV-GOLD

Claim No. 100938 (Randall Verret)
Claim No. 100955 (John Cooling)
Claim No. 101032 (Patsy J. Lane)
Claim No. 101075 (Richard Odie Curlee)
Claim No. 101099 (Beacon Carter Car Service)
Claim No. 101114 (Mary Lou Cupp)
Claim No. 101135 (B. Caroline Cochran)
Claim No. 101185 (Meriam A. Glaze)
Claim No. 101188 (Joseph K. Haislipsr)
Claim No. 101232 (Cyrus J. Pitre)
Claim No. 101233 (Len Racine Drayton)
Claim No. 101237 (Gary & Linda Hillman)
Claim No. 101287 (Elaine M. Gray)
Claim No. 101288 (Leon Kantrowitz)
Claim No. 101342 (Lewis B. Walker)
Claim No. 101359 (Billy C. Lanier)
Claim No. 101370 (John F. O'Dell)
Claim No. 101383 (Earl Gore)
Claim No. 101412 (Clifford R. Rick)
Claim No. 101431 (Dominic L. Bartone)
Claim No. 101577 (Harland E. Nickerson)
Claim No. 101607 (Warren E. Peake)
Claim No. 101635 (Leroy & Rosemary T. Guice)
Claim No. 101637 (Billy Quinton Newman)
Claim No. 101749 (Jess Gene Watson)
Claim No. 101750 (Dell B. Powell)
Claim No. 101751 (Tedken Oil, Co.)
Claim No. 101770 (Milton R. Bigbie)
Claim No. 101799 (Albert Hall)
Claim No. 101816 (Scott & Janet Robinson)
Claim No. 101847 (Rocky Branch Grocery)
Claim No. 101865 (Dan R. Fisk)
Claim No. 101894 (Edith Maria Hunter)
Claim No. 101895 (Edith Maria Hunter)
Claim No. 101948 (Ronald Louis Bankston, Sr.)
Claim No. 101996 (Bunch Oil Co., Inc.)
Claim No. 102011 (Lucky's, Inc.)
Claim No. 102061 (Ray M. & Ruth Ann Funck)
Claim No. 102192 (Wilson Malek)
Claim No. 102261 (Charles a. Galvin, Jr.)
Claim No. 102269 (Tony Maestas, Jr.)

CASE NO.: 91-0986-CIV-GOLD

```
Claim No. 102272   (Eduardo E. Ornelas)
Claim No. 102323   (Roger E. Daniels)
Claim No. 102374   (Buck Stewart)
Claim No. 102404   (Kenneth J. Barrett)
Claim No. 102405   (Carolyn Sutton)
Claim No. 102446   (Robert Earl Esner)
Claim No. 102465   (William Blair, Jr.)
Claim No. 102513   (Independent Oil Co.)
Claim No. 102548   (Herbert Doucet)
Claim No. 102575   (Gene G. Leary)
Claim No. 102675   (J.B. Wilson)
Claim No. 102710   (Steven J. & Mary Lou Bilte)
Claim No. 102711   (William C. Cox)
Claim No. 102724   (Eugene Quintanilla)
Claim No. 102727   (B & M Oil, Co.)
Claim No. 102732   (James Henry Bohrman)
Claim No. 102738   (Marvin Otis Wade, Sr.)
```

Accordingly, these claimants shall have until **5 p.m. on Friday, September 7, 2007** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON. Claimants who do not timely file an Opposition to States' counsel's Motion for Summary Judgment will be dismissed at the hearing.

3. Replies to any Oppositions filed to States' Counsel's Fifth Motion for Summary Judgment shall be filed by **5 p.m. on Friday, September 28, 2007.**

CASE NO.: 91-0986-CIV-GOLD

4. The Special Master will hold a hearing on States' Counsel's Fifth Motion for Summary Judgment Dismissing One Hundred and Sixty-Nine (169) Claims on **Tuesday, October 23, 2007 beginning at 9:00 a.m.** One hour has been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this 13th day of August, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold