IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER REGARDING STATES' COUNSEL'S SIXTH MOTION FOR SUMMARY JUDGMENT DISMISSING ONE HUNDRED AND SIXTY (160) CLAIMS

This matter is before the Special Master upon States' Counsel's Sixth Motion for Summary Judgment Dismissing One Hundred and Sixty (160) Claims **[D.E. 3935]**, and Class Counsel's Response to States' Counsel's Sixth Motion for Summary Judgment Dismissing One Hundred and Sixty Claims **[D.E. 4055]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Special Master acknowledges that the following claims have been withdrawn from the Claims Administration Process:

CASE NO.: 91-0986-CIV-GOLD

| | |
|---|---|
| Claim No. 102950 | (Helen D. Born) |
| Claim No. 103123 | (Donna C. Livingston) |
| Claim No. 103124 | (Donna C. Livingston) |
| Claim No. 103763 | (Kim H. Johnson) |
| Claim No. 103764 | (Betty M. Johnson) |
| Claim No. 104019 | (Kenneth L. Arnold) |
| Claim No. 104250 | (M.L. Hand Handco Inc.) |
| Claim No. 104825 | (Ray F. Jacobs) |
| Claim No. 104847 | (James Abbs) |
| Claim No. 104894 | (Barbara E. Martin) |
| Claim No. 105014 | (Henry S. Cary) |
| Claim No. 105015 | (Thelma Alexander Phillips) |
| Claim No. 105060 | (Carl McGee) |
| Claim No. 105065 | (Henry Schumacher, Jr.) |
| Claim No. 105073 | (Haig Choolagain) |
| Claim No. 105126 | (Estate of Carl M. Felber) |
| Claim No. 105512 | (Myrtle Bryant) |
| Claim No. 105547 | (John Strickland, Sr.) |
| Claim No. 1000765 | (Belford Tire Center, Inc.) |
| Claim No. 1003984 | (Starr Lassiter) |
| Claim No. 1005242 | (Stanley Pangas) |
| Claim No. 1006378 | (John William Cooling) |
| Claim No. 1009444 | (Honore S. Haydel, Sr.) |
| Claim No. 1011321 | (Lamar Franklin Crowder) |
| Claim No. 1011388 | (Dennis Nicely) |
| Claim No. 1023155 | (Jackson Oil Company, Inc.) |
| Claim No. 1024435 | (Paul D. Hess, Sr.) |
| Claim No. 1024722 | (Lundy E. Cavender) |

Accordingly, the Claims Administrator is hereby ordered to make the appropriate updates to the claimant database.

2. The Special Master acknowledges that the following claimants have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary Judgment:

CASE NO.: 91-0986-CIV-GOLD

Claim No. 102747  (Raymond Hollas)
Claim No. 102790  (Bettie Jean Crow)
Claim No. 102813  (Thomas M. Meehan)
Claim No. 102846  (Mollie A. Branch)
Claim No. 102906  (Robert Nell Taylor)
Claim No. 102932  (Larry W. Smith & Joe W. Thompson)
Claim No. 102944  (Billy Jefferson Williamson, Jr.)
Claim No. 102946  (Fuel Mart Corp.)
Claim No. 102990  (Donald Almy Chase, III)
Claim No. 102993  (Stewart E. Carter)
Claim No. 102996  (Ronald W. & Linda A. Scott)
Claim No. 103056  (Juan G. Muniz)
Claim No. 103085  (Wayne Kleppelid)
Claim No. 103094  (Cumbee's Grocery)
Claim No. 103110  (John Weidman & Sons, Inc.)
Claim No. 103134  (Michael & Debbie Abshur)
Claim No. 103165  (Kreutzer Brothers Oil Co.)
Claim No. 103247  (George R. & Sarah Rocks)
Claim No. 103329  (Dorothy D. Cline)
Claim No. 103340  (Fowler Oil Co., Inc.)
Claim No. 103372  (Delores J. Spencer)
Claim No. 103395  (Shirley Wilson)
Claim No. 103424  (Lum Oil Co., Inc.)
Claim No. 103492  (Raymond Delane Pierce)
Claim No. 103514  (Winifred M. Page)
Claim No. 103581  (Twin Roads Foodmart)
Claim No. 103596  (Bill Sherek)
Claim No. 103668  (Marie M. Marenco)
Claim No. 103713  (Shirley W. White)
Claim No. 103972  (Stubs Gas & Oil, Inc.)
Claim No. 103994  (Roy D. Finch)
Claim No. 104059  (Rashpal Singh Dosanjh)
Claim No. 104107  (Tommy W. Tumis)
Claim No. 104110  (Adnan H. Ignais)
Claim No. 104145  (Davis Bros. Service Station, Inc.)
Claim No. 104176  (Joseph J. Karyok)
Claim No. 104177  (Sheppards Country Corner, Inc.)
Claim No. 104342  (Abdulbasef Taha)
Claim No. 104374  (JSM Enterprises, Inc.)
Claim No. 104493  (Louise White)
Claim No. 104503  (Dwayne Doxen)
Claim No. 104519  (James Larry Bland)

CASE NO.: 91-0986-CIV-GOLD

Claim No. 104546   (Joseph T. Merrell)
Claim No. 104550   (Michael P. Lorenzo)
Claim No. 104551   (Arthur G. Hill)
Claim No. 104552   (Delores Bonnett)
Claim No. 104560   (Sherwood Phillips)
Claim No. 104570   (J.B. McClenny)
Claim No. 104587   (Martin Eugene Layne)
Claim No. 104610   (Robert L. Houston)
Claim No. 104625   (Loretta Asbury)
Claim No. 104632   (Rick O. Loftice)
Claim No. 104663   (Reed Nicholson)
Claim No. 104673   (Delma D. Hines)
Claim No. 104696   (Juanita F. Riley)
Claim No. 104715   (Billy J. Philyaw)
Claim No. 104719   (Hartsfield Mini Mart)
Claim No. 104742   (Lula Anderson Cooper)
Claim No. 104760   (Jerry Irwin)
Claim No. 104767   (Weir Fuel Company, Inc.)
Claim No. 104778   (Stallings Brothers, Inc.)
Claim No. 104783   (Eddie Allen Houston)
Claim No. 104785   (Mr. Roys)
Claim No. 104789   (Minnie Etheridge)
Claim No. 104813   (Clarence Rudolph Debnam)
Claim No. 104857   (Donnie Ray Robinson)
Claim No. 104913   (Samuel Ray Brown)
Claim No. 104952   (Clifford R. Howard)
Claim No. 104979   (Bob G. Reed)
Claim No. 104995   (Kenneth R. Collins)
Claim No. 105019   (Dorothy M. Benson)
Claim No. 105023   (Richard J. Sonnier)
Claim No. 105035   (Jose Cesar Maldonado)
Claim No. 105045   (Gary & Denise Clevenger)
Claim No. 105051   (Sybil Gatlin)
Claim No. 105072   (Mark A. Rosler)
Claim No. 105088   (Don Wilson, Inc.)
Claim No. 105114   (Inell Dorea Etheridge)
Claim No. 105116   (Stephens Exxon)
Claim No. 105132   (Anita D. Bencomo)
Claim No. 105168   (Wendell L. Woodruff)
Claim No. 105220   (Robert Coleman)
Claim No. 105245   (Leo Ayala)
Claim No. 105252   (Melvin Drumheller)

CASE NO.: 91-0986-CIV-GOLD

Claim No. 105253    (Phyllis Barbee Tatliff)
Claim No. 105277    (Richard Hadzima)
Claim No. 105327    (James S. Tittle)
Claim No. 105345    (Otto Black)
Claim No. 105453    (Leandrous Mathis)
Claim No. 105454    (Betty Thompson)
Claim No. 105455    (Roes Daniel Ramirez)
Claim No. 105458    (Sophia Lee Etheridge)
Claim No. 105658    (William R. Hilton)
Claim No. 105680    (Talmadge Aaron Keener)
Claim No. 105700    (Sunrise Food Mart, Inc.)
Claim No. 1000223   (James M. Gullotti)
Claim No. 1000536   (Conrad Malenfant)
Claim No. 1000551   (E.A.D.F.M. Inc.)
Claim No. 1002046   (Joe Leon & Rebecca May)
Claim No. 1002183   (Glackin's Highway Service)
Claim No. 1003626   (Dale W. Britton)
Claim No. 1003731   (Lula Margaret Yeager)
Claim No. 1003786   (Charles W. Boyd)
Claim No. 1004188   (James W. Jacobs)
Claim No. 1004205   (Thomas Stewart)
Claim No. 1004319   (Richard Bros. Exxon)
Claim No. 1004367   (Johnson & Johnson, Inc.)
Claim No. 1004648   (Margaret Lovern)
Claim No. 1004692   (Imogene J. Dawson-Gilliland)
Claim No. 1005182   (Robert P. Vachio)
Claim No. 1005218   (Anthony Pizzutto)
Claim No. 1005243   (Guy Robert Pendleton)
Claim No. 1005296   (James Begley)
Claim No. 1005387   (Steve Angelette)
Claim No. 1005390   (Vincent P. Doucet)
Claim No. 1005397   (Calvin Guidry)
Claim No. 1005422   (Jack E. Knight)
Claim No. 1005518   (James F. Copes)
Claim No. 1005648   (Hal A. & Patsy Johnson)
Claim No. 1005825   (Dewey L. Woodard)
Claim No. 1005899   (Freddy Randall Haydon)
Claim No. 1005999   (Abelardo G. Rodriguez)
Claim No. 1006425   (Les W. Inman)
Claim No. 1007785   (Thomas O. Hunsaker)
Claim No. 1011240   (Gena Margaret Bussey)
Claim No. 1011371   (Marvin L. Woolf)

CASE NO.: 91-0986-CIV-GOLD
Claim No. 1011421 (Victor M. Hernandez)
Claim No. 1018792 (William S. Ward)
Claim No. 1019459 (A-Doc Oil Company, Inc.)

---

Accordingly, these claimants shall have until **5 p.m. on Friday, September 7, 2007** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON. Claimants who do not timely file an Opposition to States' counsel's Motion for Summary Judgment will be dismissed at the hearing.

3. Replies to any Oppositions filed to States' Counsel's Sixth Motion for Summary Judgment shall be filed by **5 p.m. on Friday, September 28, 2007.**

4. The Special Master will hold a hearing on States' Counsel's Sixth Motion for Summary Judgment Dismissing One Hundred and Sixty (160) Claims on **Tuesday, October 23, 2007 beginning at 9:00 a.m.** One hour has been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this 13th day of August, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold