IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## SUA SPONTE ORDER SETTING PROCEDURE FOR AUGUST 22, 2007 HEARING

THIS CAUSE is before the Special Master *sua sponte.*

The Special Master has scheduled a hearing to take place on Wednesday, August 22, 2007 to adjudicate States' Counsel's Fourth Motion for Summary Judgment [D.E. 3809]. In order to efficiently resolve the issues before the Court, the Special Master hereby enters this Order of Procedure. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     States' Counsel's Fourth Motion for Summary Judgment will be heard on **Wednesday, August 22, 2007 beginning at 9:00 a.m.** at the Office of the

Special Master. One hour has been set aside for this hearing and a court reporter has been requested. A representative of claimant Stanton Oil Co., Inc. (Claim Nos. 5689, 5690, and 5695) and claimant Sidney Stanton (Claim No. 5691) are permitted to telephonically attend the upcoming evidentiary hearing. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

2. The hearing before the Special Master will begin at 9:00 a.m. with States' counsel's Motion for Summary Judgement against Stanton Oil Co., Inc., Claim No. 5689. States' counsel's Motions for Summary Judgment against Stanton Oil Co., Inc., Claim No. 5690, Sidney Stanton, Claim No. 5691, and Stanton Oil Co., Inc., Claim No. 5695 will be heard consecutively thereafter. Although fifteen (15) minutes have been set aside for each claim, the parties should be prepared to address each claim before the time allotted in this Order in the event that the prior hearings conclude early.

**DONE AND ORDERED** this 21st day of August, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold