IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.
_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.
_____

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER GRANTING VAN DIAMANTARAS' MOTION FOR CONTINUANCE OF HEARING ON DISPUTES C3.2, C3.3, AND C3.4

This cause is before the Special Master pursuant to the Memorandum of Van Diamantaras in Support of Motion for Continuance Regarding C3.2, C3.3, and C3.4 **[Received by the Special Master on August 14, 2007 and attached hereto as Exhibit "A"]** and claimant, Anastasia Diamantaras' Response to Memorandum of Van Diamantaras in Support of Motion for Continuance Regarding C3.2, C3.3, and C3.4 **[Received by the Special Master on August 20, 2007 and attached hereto as Exhibit "B"]**. Having reviewed the positions of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The evidentiary hearing scheduled to take place on Wednesday, August 29, 2007 beginning at 9:30 a.m. is hereby RESCHEDULED to take place on **Monday, October 1, 2007 beginning at 9:00 a.m.** at the Office of the Special Master. A court reporter has been requested.

2. The Special Master agrees with counsel for Anastasia Diamantaras that Notice of any conflicts with the previously scheduled hearing should have been brought to the Court's attention in a more timely fashion.[1] All parties shall immediately advise the Special Master, pursuant to a Notice of Unavailability filed with the United States District Court for the Southern District of Florida, if they are unavailable for the scheduled evidentiary hearing. Any expenses incurred by claimant Anastasia Diamantaras due to changes in travel plans will be considered by the Special Master for assessment during the October 1, 2007 hearing.

3. Counsel for the parties to disputes C3.2, C3.3, and C3.4 are hereby admitted *pro hac vice* to the United States District Court for the Southern District of Florida for the limited purpose of the evidentiary hearing.

4. The parties to disputes C3.2, C3.3, and C3.4 are hereby ordered to be present at the October 1, 2007 hearing before the Special Master. If the parties fail to appear for the hearing, the Special Master will consider all appropriate action, including the dismissal of the claims or other appropriate sanctions.

---

[1] The Special Master notes that the Trial Notice entered by Judge Lynn Bradshaw-Hull is dated May 30, 2007, and the Order Resetting Trial entered by Judge Jeff Brown is dated April 20, 2007.

5.  If the parties to disputes C3.2, C3.3, and C3.4 fail to settle these disputes by 5 p.m. on Friday, August 24, 2007, the costs and fees of the Special Master to resolve the disputes will be assessed against the parties. A Notice of Settlement must be filed prior to the five o'clock deadline to avoid the assessment of the Special Master's costs and fees.

**DONE AND ORDERED** at Miami, Florida this 21st day of August, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of records