IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
)

RUSSELL A. CLINE, )
)
    Plaintiff, )   **CONSOLIDATED WITH**
)   **CASE NO.: 05-21338-CIV-GOLD /**
vs. )   **SIMONTON**
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )

**ORDER REGARDING MEDIATOR'S CERTIFICATION**
**OF BAD FAITH FOR C5 DISPUTES**

    This matter is before the Special Master upon the Mediator's Certification of Bad Faith for C5 Disputes (attached hereto as Exhibits "A"). The Mediator has advised the Special Master that one of the litigants to disputes C5.9 and C5.10 failed to mediate in good faith during the mediation process. The Special Master has reviewed the disputes, the efforts of the Mediator, and the conduct of Elias Abdelnour as representative of Claimant Youssef, Inc. The Special Master will address the Mediator's Certification of Bad Faith for C5 Disputes during the upcoming evidentiary hearings concerning unresolved disputes between claimants contained in Motion C5 on Monday, September 17, 2007 beginning at 9:00 a.m. at the Office of the Special Master. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. The Mediator's Certification of Bad Faith for C5 Disputes will be heard during the upcoming evidentiary hearings concerning unresolved disputes between claimants contained in Motion C5 on Monday, September 17, 2007 beginning at 9:00 a.m. at the Office of the Special Master.

2. The Mediator has advised the Special Master that Richard Wakile and Makele Wakile, on behalf of the Estate of Youssef Wakile, Claim Nos. 100051A & B, executed an original and amended Settlement Agreement in a good faith effort to resolve disputes C5.9 and C5.10. Accordingly, Richard Wakile and Makele Wakile, on behalf of the Estate of Youssef Wakile, are permitted to telephonically attend the upcoming evidentiary hearings on disputes C5.9 and C5.10. Elias Abdelnour as representative of Claimant Youssef, Inc., Claim No. 3062, failed to return an executed copy of either the original or the amended Settlement Agreement, despite requesting the additional language that lead to the preparation of the amended agreement. Accordingly, a representative of Claimant Youssef, Inc. is hereby ordered to be present at the upcoming evidentiary hearings on disputes C5.9 and C5.10 to address issues related to the Mediator's Certification of Bad Faith.

**DONE AND ORDERED** this 5 day of September, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold