IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER SETTING PROCEDURES FOR EVIDENTIARY HEARINGS ON UNSETTLED CLAIMS IN CLASS COUNSEL'S FIFTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C5)

This matter is before the Special Master upon Class Counsel's Fifth Motion for Adjudication of Conflicting Claims (Motion C5) **[D.E. 3967]** and Class Counsel's Amended Fifth Motion for Adjudication of Conflicting Claims (Motion C5) **[D.E. 3969]**. The Special Master has been advised that the mediation process has been completed for those disputes contained in Motion C5. The Special Master has also been advised that two disputes were unable to be resolved through the mediation process. Pursuant to the Special Master's Order Regarding Class Counsel's Fifth Motion for Adjudication of Conflicting Claims (Motion C5) [D.E. 3979], the Special Master will conduct evidentiary hearings to resolve the unsettled disputes on **Monday, September 17, 2007 beginning at 9:00 a.m.** The following procedures shall govern the evidentiary hearings before the Special Master. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The evidentiary hearings before the Special Master to adjudicate the unresolved disputes between claimants contained in Motion C5 will begin at **9:00 a.m. on Monday, September 17, 2007** at the Office of the Special Master. One half hour has been set aside for these hearings and a court reporter has been requested. Claimant Richard Wakile (Claim No. 100051A) and Claimant Makele Wakile, on behalf of the Estate of Youssef Wakile (Claim No. 100051B), are permitted to telephonically attend the upcoming evidentiary hearings. The following call-in information should be used:

   Number: 1-866-590-1534

   Participant Code: 49793427#

2. The Special Master will hear dispute C5.9 between Claimant Richard Wakile (Claim No. 100051A) and Claimant Youssef, Inc. (Claim No. 3062) beginning at 9:00 a.m. Dispute C5.10 between Claimant Makele Wakile, on behalf of the Estate of Youssef Wakile (Claim No. 100051B) and Claimant Youssef, Inc. (Claim No. 3062) will be heard immediately thereafter. Although fifteen (15) minutes have been set aside for each dispute, the parties to dispute C5.10 should be prepared to address this dispute before the time allotted in this Order in the event that the prior hearing concludes early.

3. The parties shall exchange witness and exhibit lists no later 5:00 p.m. on Friday, September 14, 2007. The witness and exhibit lists shall also be filed with the Special Master.

**DONE AND ORDERED** this ____ day of September, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold