IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
        Defendant.                    )
_____)
                                      )
RUSSELL A. CLINE,                     )
                                      )          **CONSOLIDATED WITH**
        Plaintiff,                    )          **CASE NO.: 05-21338-CIV-GOLD /**
                                      )          **SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
        Defendant.                    )
_____)

**ORDER GRANTING IN PART CLAIMANT YOUSSEF INC.'S MOTION FOR
EMERGENCY PARTIAL RELIEF FROM SPECIAL MASTER'S ORDER REGARDING
MEDIATOR'S CERTIFICATION OF BAD FAITH FOR C5 DISPUTES**

This matter is before the Special Master upon Youssef, Inc.'s Motion for Emergency Partial Relief from Special Master's Order Regarding Mediator's Certification of Bad Faith for C5 Disputes **[received by the Special Master on September 12, 2007 and attached hereto as Exhibit "A"]**. The Special Master has reviewed the relief requested by Claimant Youssef, Inc. and the affidavits filed in support of the claimant's motion. The Special Master believes that Claimant Youssef, Inc. has made a sufficient showing of hardship to excuse its representative(s) from personal attendance at the upcoming hearing before the Special Master. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

CASE NO.:  91-0986-CIV-GOLD

1. Youssef, Inc.'s Motion for Emergency Partial Relief from Special Master's Order Regarding Mediator's Certification of Bad Faith for C5 Disputes is hereby GRANTED in part. Representatives of Claimant Youssef, Inc. are hereby permitted to telephonically attend the upcoming evidentiary hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

2. The Special Master reserves ruling on the Mediator's Certification of Bad Faith for C5 Disputes until after the September 17, 2007 hearing regarding unresolved disputes between claimants contained in Motion C5. The Mediator's Certification of Bad Faith for C5 Disputes will be heard during the upcoming evidentiary hearings concerning unresolved disputes between claimants contained in Motion C5 on Monday, September 17, 2007 beginning at 9:00 a.m. at the Office of the Special Master.

**DONE AND ORDERED** this /3 day of September, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold