IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## SUA SPONTE ORDER REGARDING THE ROLE OF THIRD PARTY SERVICE PROVIDERS IN THE CLAIMS ADMINISTRATION PROCESS

THIS CAUSE is before the Special Master *sua sponte.*

To date, the Special Master has held a number of hearings regarding claimant disputes in the Claims Administrative Process. At bottom, these disputes focus on claims that conflict with one or more other claims that seek recovery of the same gallons for the same time period at the same station. In order to resolve these disputes, the Special Master must evaluate a number of critical factors, including but not limited to, the history of ownership of the subject station, the positions of the parties, and various types of documents submitted to the Court in support of a claim.

On several occasions, claimants have failed to meaningfully participate in the process established by the Court to resolve these disputes. Upon further review of the these claims, the Special Master has discovered that the claims were filed with the assistance of Third Party Service Providers (TPSP). After being ordered to do so by the Special Master, these TPSP's have provided the Court valuable insight into the history of these claims. The Special Master believes that some of the information received in these TPSP responses would have assisted the Court in the resolution of claimant disputes if it had been provided in the early stages of the dispute resolution process. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. All TPSP's are hereby permitted to file position papers with the Special Master regarding their role in the Claims Administration Process. Any position paper should address whether the TPSP has an ongoing responsibility to the Court to proactively provide information related to the claims they have filed in the claims process upon receiving notice that a claim is involved in a claimant dispute. Any position paper should be submitted by no later than 5:00 p.m. on Friday, October 7, 2007.

**DONE AND ORDERED** this ___ day of September, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold