IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD /**
**SIMONTON**

## SUA SPONTE ORDER REGARDING PROCEDURES FOR THE PAYMENT OF AWARDS WHERE CLAIMANTS HAVE SELECTION OPTION THREE ON THE CLAIMS SERVICES ELECTION FORM

THIS CAUSE is before the Special Master *sua sponte.*

Class counsel has entered into Settlement Agreements with the Third Party Service Providers ("TPSP") involved in the claims process. [D.E. 3744], [D.E. 3804]. Pursuant to the terms of these agreements, claimants have the option to reject the remedies provided under these Settlements. Under one option, claimants are permitted to reject the terms of the Settlement with the TPSP and agree to honor the terms of their original agreement with the TPSP. *See* Option 3, Claims Services Election Form. Because claimants selecting this option have agreed to abide by the terms of their original TPSP agreement,

claimants are responsible for directly compensating their TPSP under the terms of their contract. With this in mind and based on the principles of equity that govern the claims process, the Special Master hereby adopts the following procedure for the payment of Awards where claimants that have selected Option 3 on their Claims Services Election Form.

Any claimant selecting Option 3 on their Claims Services Election Form must also designate their TPSP as a co-payee on their Payment Instructions submitted to the Claims Administrator. Failure to designate the TPSP as a co-payee for the payment will result in a deficiency that must be cured before the claim can be paid. If the claimant indicates on their Payment Instructions that the payment from the Settlement Fund should be delivered to the TPSP, the Claims Administrator will do so. If the claimant fails to indicate a different delivery address for the settlement check, the check will be delivered to the claimant's address on file with the Claims Administrator. However, under either circumstance, the Claims Administrator will send a correspondence to each TPSP indicating the Award No., Claim No., and Check No. for each payment that the TPSP has been designated as a co-payee in that wave of payments from the Settlement Fund. The Claims Administrator shall send these correspondences to each applicable TPSP immediately after the electronic files for the applicable wave of payments have been transmitted to Morrison, Brown, Argiz and Farra LLP. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master hereby orders that the procedure delineated above be implemented immediately for all payments from the Settlement Fund wherein

a claimant has selected Option 3 on their Claims Services Election Form.

2.  Any objections to this procedure should be filed for consideration by the Special Master by no later than 5:00 p.m. on Monday, October 1, 2007.

**DONE AND ORDERED** this 26 day of September, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold