IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER DENYING CLASS COUNSEL'S MOTION FOR PROTECTIVE ORDER

THIS CAUSE is before the Special Master upon Class Counsel's Motion for Protective Order **[D.E. 4159]**. In this Motion, Class counsel has requested that the Special Master enter a protective order precluding Class counsel's testimony as a witness at evidentiary hearings between conflicting claimants. The primary basis for requesting the protective order is that Class counsel has no personal knowledge about the conflicting claimants' respective rights to recover from the Settlement Fund. In addition, Class counsel argues that communications with claimants will be hindered if Class counsel may be called to serve as a witness at evidentiary hearings between conflicting claimants. Having reviewed the Court file and being otherwise fully advised in the premises, it is

hereby

**ORDERED and ADJUDGED** as follows:

1. Class Counsel's Motion for Protective Order **[D.E. 4159]** is hereby DENIED. While the Special Master agrees in principle that Class counsel's privilege must be protected, the Special Master can envision circumstances under which Class counsel would have insight relevant to the Court's resolution of a dispute between conflicting claimants. Accordingly, a protective order covering all such disputes is too expansive.

2. However, in the event that Class counsel is called as a witness during evidentiary hearings between conflicting claimants, the Special Master will make a preliminary finding of whether Class counsel's evidence is privileged or of such necessity as to require the testimony. If the Special Master determines that Class counsel is not able to provide relevant testimony or that such testimony is privileged, a protective order will orally entered on the record.

**DONE AND ORDERED** this 26 day of September, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold