IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER GRANTING EXTENSION OF TIME TO EXECUTE
### FINAL SETTLEMENT AGREEMENTS FOR DISPUTES C5.9 AND C5.10

This matter is before the Special Master upon the Mediator's Request for an Extension of Time for Execution of Final Settlement Agreements in C5.9 and C5.10 Disputes **[attached hereto as Exhibit "A"]**. The Mediator has advised the Special Master that some of the parties to disputes C5.9 and C5.10 need additional time to execute the final Settlement Agreements as ordered by the Special Master [D.E. 4190]. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The Special Master hereby grants an extension of time for the parties to disputes C5.9 and C5.10 to execute and return the final Settlement Agreements to the Mediator until Monday, October 22, 2007. The executed

CASE NO.: 91-0986-CIV-GOLD

originals of the Settlement Agreements shall be returned to the Mediator and copies shall be delivered to the Claims Administrator and the opposing party.

**DONE AND ORDERED** this ___1___ day of October, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold