IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
                                     )
    Plaintiffs,                      )
                                     )
v.                                   )
                                     )
EXXON CORPORATION,                   )
                                     )
    Defendant.                       )
_____)
                                     )
RUSSELL A. CLINE,                    )
                                     )            **CONSOLIDATED WITH**
    Plaintiff,                       )            **CASE NO.: 05-21338-CIV-GOLD /**
                                     )            **SIMONTON**
vs.                                  )
                                     )
THE GARDEN CITY GROUP, INC.,         )
                                     )
    Defendant.                       )
_____)

## SUA SPONTE ORDER REGARDING DISPUTE BETWEEN CLAIMANT TORO OIL, INC. AND RUSSELL A. CLINE, ESQ.

THIS CAUSE is before the Special Master *sua sponte.*

The Special Master has reviewed a payment dispute, *sua sponte*, that has arisen between Claimant Toro Oil, Inc. (hereinafter "Toro Oil") and Russell A. Cline, Esq. (hereinafter "Cline"). Pursuant to the procedures governing the payment of claims from the Settlement Fund, Toro Oil submitted Payment Instructions for the Award issued by the Special Master for Claim No. 1787. However, Toro Oil also submitted Claimant's Supplement to Payment Instructions for Award Number 5940 on Claim Number 1787 (attached hereto as Exhibit "A"). The Special Master has reviewed Toro Oil's Supplement

to Payment Instructions and deems it as an objection to the enforcement of the settlement entered into between Cline and Toro Oil. Ultimately, Toro Oil requests that it:

> receive the "Total Net Award", as set out in order of Special Master Thomas Scott of 24 August, 2007, in the amount of $45,927.64 and that, if appropriate and properly demonstrated by attorney Cline, he be permitted to participate pro-rata, based upon his work contribution, with Class Action Counsel in the distribution and sharing of specified attorney's fees in the amount of $23,391.30.

Supplement to Payment Instructions, p. 3-4.

The Special Master has reviewed the claim file for Claim No. 1787. On May 30, 2007, Mr. Robert Ellis Godshall executed a Claims Services Election Form (attached hereto as Exhibit "B") on behalf of Toro Oil. The Election Form arises out a settlement reached by Class counsel with Cline regarding the contracts entered into by Cline with numerous claimants for services in filing and processing claims in the Claims Administration Process. In completing the Election Form, claimants are offered three options with respect to the settlement reached with Cline. Here, Toro Oil selected Option 1, which states:

> I accept the Settlement and elect to participate in it. I recognize that I will received the full amount of my initial payment due under the District Court's payment orders (less the Court-approved reductions made to every claimant's recovery regardless of the involvement of a claims service), with no money paid to Cline at this time. I also recognize that **I am irrevocably assigning Cline my right to recover whatever portion of the 5% reserve is eventually refunded by the Court (if any), and I am also irrevocably assigning to Cline any interest that the Court elects to award on this 5% reserve.** If I select this option, neither I nor Cline will have any further right to litigate any disputes regarding my contract other than any dispute related to the enforcement of this Settlement, and Cline will not provide me with any further

services under my contract with Cline.

Claims Services Election Form, Option 1 (emphasis added).

Under the terms of the Election Form, Toro Oil has elected to participate in the settlement reached with Cline. There is little doubt that Toro Oil is entitled to the $45,927.64 "Total Net Award" indicated on the Special Master's August 24th Award Order. However, pursuant to the terms of the Settlement, Toro Oil has assigned to Cline its right to recover whatever portion of the 5% reserve is eventually refunded by the Court. This assignment includes any interest awarded on the 5% reserve. These assignments reflect the consideration due to Cline under the terms of the Settlement. Cline is not entitled to payment from the attorneys' fees awarded by the Court to Class counsel. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Toro Oil's request to receive the "Total Net Award" of $45,927.64 as outlined in the Special Master's August 24th Award Order 5940 is hereby GRANTED. Payment shall be made pursuant to the Payment Instructions received by the Claims Administrator.

2. Toro Oil's request that Cline be compensated from the attorneys' fees awarded to Class counsel is hereby DENIED.

**DONE AND ORDERED** this 2 day of October, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

-3-