IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    )
EXXON CORPORATION,                  )
                                    )
        Defendant.                  )
_____ )
                                    )
RUSSELL A. CLINE,                   )
                                    )         **CONSOLIDATED WITH**
        Plaintiff,                  )         **CASE NO.: 05-21338-CIV-GOLD /**
                                    )         **SIMONTON**
vs.                                 )
                                    )
THE GARDEN CITY GROUP, INC.,        )
                                    )
        Defendant.                  )
_____ )

### ORDER SETTING HEARING ON NON-PARTY ROCCO DELEONARDIS' MOTION FOR ENTRY OF AN ORDER AFFIRMING ASSIGNMENT OF ATTORNEYS' FEES FROM GERALD M. BOWEN

THIS CAUSE is before the Special Master upon Non-Party Rocco DeLeonardis' Motion for Entry of an Order Affirming Assignment of Attorneys' Fees from Gerald Bowen and Seeking Disbursement from the Claims Administrator and Depository Institution and Supporting Memorandum of Law **[D.E. 4146]**, and Non-Party Rocco DeLeonardis's Request for Hearing on Motion **[D.E. 4161]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master will conduct a hearing on non-party, Rocco DeLeonardis' Motion on **Wednesday, November 28, 2007 beginning at 10:00 a.m.** at the Office of the Special Master. One half hour has been set aside for this hearing and a court report has been requested.

**DONE AND ORDERED** this ___4___ day of October, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold