IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## AMENDED SUA SPONTE ORDER SETTING PROCEDURE FOR OCTOBER 23, 2007 HEARING

THIS CAUSE is before the Special Master *sua sponte.*

The Special Master has scheduled a hearing to take place on Tuesday, October 23, 2007 to adjudicate States' Counsel's Fifth Motion for Summary Judgment [D.E. 3934] and States' Counsel's Sixth Motion for Summary Judgment [D.E. 3935]. In order to efficiently resolve the issues before the Court, the Special Master hereby enters this Order of Procedure. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. States' Counsel's Fifth and Sixth Motions for Summary Judgment will be heard on **Tuesday, October 23, 2007 beginning at 9:00 a.m.** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearing. The following call-in information should be used:

   Number: 1-866-590-1534

   Participant Code: 49793427#

2. The hearing before the Special Master will begin at 9:00 a.m. with States' Counsel's Fifth Motion for Summary Judgment. The Special Master will hear the individual claims in the following order:

   | | |
   |---|---|
   | Robbins Oil Company | Claim No. 5878 |
   | Holiday Market - Benny Wleczyk | Claim No. 6540 |
   | Lupe C. Gonzales | Claim No. 100142 |
   | Bryant Lewis | Claim No. 100266 |
   | Vivian D. Whitaker | Claim No. 100508 |
   | Gene G. Leary | Claim No. 102575 |

   The hearing will continue with individual claimants opposing States' Counsel's Sixth Motion for Summary Judgment. The Special Master will hear the individual claims in the following order:

   | | |
   |---|---|
   | John Weidman & Sons, Inc. | Claim No. 103110 |
   | Maxine Rosson | Claim No. 103499 |
   | Stubs Gas & Oil, Inc. | Claim No. 103972 |
   | Davis Bros. Service Station, Inc. | Claim No. 104145 |
   | JSM Enterprises, Inc. | Claim No. 104374 |
   | Donnie Ray Robinson | Claim No. 104857 |
   | Leandrous Mathis | Claim No. 105453 |

3. Although ten (10) minutes have been set aside for each claim, the parties should be prepared to address each claim before the time allotted in this Order in the event that the prior hearings conclude early.

**DONE AND ORDERED** this 22 day of October, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold