IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

_____

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER SETTING HEARING ON PLAINTIFFS' NINETY-NINTH THROUGH ONE HUNDRED AND FOURTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. **[D.E. 4074]; [D.E. 4105]; [D.E. 4165]; [D.E. 4198]; [D.E. 4268]; and [D.E. 4283].** Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Ninety-Ninth through One Hundred and Fourth Motions for Summary Judgment on **Wednesday, November 28, 2007, beginning at 10:30 a.m.** at the Office of the Special Master. One half hour has been set

aside for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 26 day of October, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group