IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER GRANTING REHEARING ON STATES' COUNSEL'S FOURTH MOTION FOR SUMMARY JUDGMENT AGAINST CLAIMANT GLEN WILCHER, CLAIM NO. 3785

THIS CAUSE is before the Special Master pursuant to a correspondence received from Ms. Dana Wilcher on behalf of claimant Glen Wilcher (Claim No. 3785) regarding the Special Master's Fourth Order Denying Claims (attached hereto as Exhibit "A"). Having reviewed Ms. Wilcher's correspondence and the circumstances surrounding the dismissal of Claim No. 3785, the Special Master hereby grants a rehearing on States' Counsel's Fourth Motion for Summary Judgment Against Claimant Glen Wilcher, Claim No. 3785. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. States' Counsel's Fourth Motion for Summary Judgment Against Claimant Glen Wilcher, Claim No. 3785 shall be reheard on **Monday, January 28, 2008 beginning at 10:00 a.m.** at the Office of the Special Master. A court reporter has been requested. Ms. Dana Wilcher on behalf of claimant Glen Wilcher is permitted to telephonically participate in the hearing. The following call-in information should be used:

   Number: 1-866-590-1534

   Participant Code: 49793427#

**DONE AND ORDERED** this 1st day of November, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

Exxon Dealer Class Action
C/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 # 6065
Merrick, NY 11566-9000

[Stamp: THE GARDEN CITY GROUP, INC. OCT 15 2007]

10-08-07
Mrs. Glen Wilcher
For: Estate of
Glen Wilcher
116 Jenas Street
Sulphur Springs
Texas 75482-3518
Claim # 3785

Dear Mr. Richard A. Sensor;
I want to file an appeal in behalf of my husband (Glen Wilcher) estate.
Belive it is what killed my husband, Exxon Gas, disel, oil and greese. The Doctors and Sciences ruled this because in his generation and the one before his didn't have any cancer. This cancer was Caused by Exxon Products. Multiple Myeloma (Bone Marrow) Cancer.
The only thing I can look back at, is he liked his work!
Thank You!

sincerly;
Mrs. Glen Wilcher
(Dana)

P.S. I took care of him all by myself. Retired early + am poor as a snake!

EXHIBIT "A"