IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)    **CONSOLIDATED WITH**
    Plaintiff, )    **CASE NO.: 05-21338-CIV-GOLD /**
)    **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER GRANTING CLAIMANT EOG MAN KANG'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO STATES' COUNSEL'S SEVENTH MOTION FOR SUMMARY JUDGMENT DISMISSING SIX CLAIMS

THIS CAUSE is before the Special Master pursuant to claimant Eog Man Kang's Unopposed Motion for Enlargement of Time to Respond to States' Counsel's Seventh Motion for Summary Judgment Dismissing Six Claims [D.E. 4284]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     Claimant Eog Man Kang's Unopposed Motion for Enlargement of Time to Respond to States' Counsel's Seventh Motion for Summary Judgment Dismissing Six Claims [D.E. 4284] is hereby GRANTED.

2. Claimant Eog Man Kang shall have until 5:00 p.m. on November 8, 2007 to file an Opposition to States' Counsel's Seventh Motion for Summary Judgment.

**DONE AND ORDERED** this 2nd day of November, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold