IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)

RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER SETTING PROCEDURE FOR NOVEMBER 28, 2007**
**HEARINGS BEFORE THE SPECIAL MASTER**

THIS CAUSE is before the Special Master upon Non-Party Rocco DeLeonardis' Motion for Entry of an Order Affirming Assignment of Attorneys' Fees from Gerald Bowen and Seeking Disbursement from the Claims Administrator and Depository Institution and Supporting Memorandum of Law **[D.E. 4146]**, Non-Party Rocco DeLeonardis's Request for Hearing on Motion **[D.E. 4161]**, Non-Party Rocco DeLeonardis's Notice of Non-Opposition **[D.E. 4301]**, Jewel Grutman's Response to Rocco Deleonardis's Notice of Non-Opposition **[D.E. 4309]**, and Class Counsel's Ninety-Ninth through One Hundred and Fourth Motions for Summary Judgment **[D.E. 4074]; [D.E. 4105]; [D.E. 4165]; [D.E.**

4198]; [D.E. 4268]; and [D.E. 4283]. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' Ninety-Ninth through One Hundred and Fourth Motions for Summary Judgment on **Wednesday, November 28, 2007, beginning at 10:00 a.m.** at the Office of the Special Master. One half hour has been set aside for this hearing and a court report has been requested.

2. The Special Master will conduct a hearing on non-party, Rocco DeLeonardis' Motion and Jewel Grutman's Response to Rocco Deleonardis' position on **Wednesday, November 28, 2007 beginning at 10:30 a.m.** at the Office of the Special Master. One half hour has been set aside for this hearing and a court report has been requested. The parties should be prepared to begin this hearing prior to the scheduled time in the event that the prior hearing concludes early.

3. The parties are permitted to telephonically attend the November 28th hearing before the Special Master. The following call-in information should be used:

    Number: 1-866-590-1534         Code: 49793427#

**DONE AND ORDERED** this 19th day of November, 2007.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold