IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EXXON CORPORATION,<br><br>    Defendant.<br>_____<br><br>RUSSELL A. CLINE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GARDEN CITY GROUP, INC.,<br><br>    Defendant.<br>_____ | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

## SUA SPONTE ORDER SETTING BRIEFING SCHEDULE AND PROCEDURE FOR REHEARING ON STATES' COUNSEL'S FOURTH MOTION FOR SUMMARY JUDGMENT AGAINST CLAIMANT GLEN WILCHER, CLAIM NO. 3785

THIS CAUSE is before the Special Master *sua sponte*.

Pursuant to a correspondence received from Ms. Dana Wilcher on behalf of claimant Glen Wilcher (Claim No. 3785), the Special Master granted a rehearing on States' Counsel's Fourth Motion for Summary Judgment against this claimant. *See* D.E. 4297. In anticipation of that hearing, the Special Master hereby establishes the following briefing schedule and procedure. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. States' Counsel's Fourth Motion for Summary Judgment Against Claimant Glen Wilcher, Claim No. 3785 shall be reheard on **Monday, January 28, 2008 beginning at 10:00 a.m.** at the Office of the Special Master. A court reporter has been requested. Ms. Dana Wilcher on behalf of claimant Glen Wilcher is permitted to telephonically participate in the hearing. The following call-in information should be used:

   Number: 1-866-590-1534

   Participant Code: 49793427#

2. Ms. Dana Wilcher on behalf of claimant Glen Wilcher shall have until **5:00 p.m. on Wednesday, December 19, 2007** to file an Opposition to Sates' Counsel's Fourth Motion for Summary. In that Opposition, Ms. Wilcher shall outline why she believes she is entitled to recover from the Settlement Fund. States' counsel shall have until **5:00 p.m. on January 16, 2008** to file a Reply in support of Sates' Counsel's Fourth Motion for Summary.

**DONE AND ORDERED** this 19th day of November, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold