IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER ON NON-PARTY ROCCO DELEONARDIS' MOTION FOR ENTRY
OF AN ORDER AFFIRMING ASSIGNMENT OF ATTORNEYS' FEES
FROM GERALD M. BOWEN AND REQUIRING GERALD M. BOWEN TO
<u>FILE LIST OF CREDITORS WITH INTEREST IN HIS ATTORNEYS' FEES</u>**

THIS CAUSE is before the Special Master upon Non-Party Rocco DeLeonardis' Motion for Entry of an Order Affirming Assignment of Attorneys' Fees from Gerald Bowen and Seeking Disbursement from the Claims Administrator and Depository Institution and Supporting Memorandum of Law **[D.E. 4146]**, Non-Party Rocco DeLeonardis's Request for Hearing on Motion **[D.E. 4161]**, Non-Party Rocco DeLeonardis's Notice of Non-Opposition **[D.E. 4301]**, Jewel Grutman's Response to Rocco Deleonardis's Notice of Non-Opposition **[D.E. 4309]**;and Non-Party Rocco DeLeonarids's Notice of Filing a

Revised Agreed Proposed Order **[D.E. 4355]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. On Wednesday, November 28, 2007, the Special Master conducted a hearing regarding non-party Rocco DeLeonardis' Request for the Court to enter an Order affirming an assignment of Gerald Bowen's attorneys' fees to Mr. DeLeonardis. The Special Master is currently taking the matter under advisement. The Special Master will issue his Report and Recommendation to the District Court regarding this matter upon completion of his review of the record and evaluation of related issues concerning Mr. Bowen's attorneys' fees.

2. Gerald M. Bowen shall have until **5:00 p.m. on Friday, December 14, 2007** to file with the Special Master a complete list of all creditors who have a secured or unsecured interest in the attorneys' fees, costs and/or expenses awarded to Mr. Bowen by the District Court in this case. Mr. Bowen shall include an estimate of the amount owed to each creditor included in the list.

**DONE AND ORDERED** this 28th day of November, 2007.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold