IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                      )
    Plaintiffs,             )
                      )
v.                      )
                      )
EXXON CORPORATION,      )
                      )
    Defendant.           )
_____)

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## SUA SPONTE ORDER RESETTING HEARING FOR D1 CLAIMS

This matter is before the Special Master *sua sponte*.

The Special Master previously set a number of hearings to adjudicate the dispute claims included in Class counsel's D1 Motion in his Order Setting Procedure for Adjudication of Disputed Claims and Briefing Schedule for D1 Claims [D.E. 4350]. Upon review of the published federal holidays for 2008, it appears that February 18, 2008 is a federal holiday. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

    1.    The Special Master will conduct a number of hearings to adjudicate claims included in Class counsel's D1 Motion. The first hearing will be held on

CASE NO.: 91-0986-CIV-GOLD

**Tuesday, February 19, 2008 beginning at 10:00 a.m.** Two and a half hours have been set aside for this hearing and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearing before the Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534      Participant Code: 49793427#

The following D1 claims will be heard on this date and in this order:

| | | |
|---|---|---|
| D1.6 | Kapadia Investments, Inc. | Claim No. 1022261 |
| | Aslam I. Kapadia | Claim No. 5869A |
| | Kapadia Investments, Inc. | Claim No. 5869B |
| | Kapadia Investments, Inc. | Claim No. 6272 |
| D1.7 | William A. Mooney, Jr. | Claim No. 1949 |
| | William A. Mooney, Jr. | Claim No. 58 |
| D1.8 | Able Automotive, Inc. | Claim No. 3098 |
| D1.9 | Americus Reed | Claim No. 2062B |
| D1.10 | Estate of Brian M. Cashman | Claim No. 1018790 |

2.  The second hearing will be held on **Wednesday, February 20, 2008 beginning at 10:00 a.m.** Two and a half hours have been set aside for this hearing and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearing before the Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534      Participant Code: 49793427#

The following D1 claims will be heard on this date and in this order:

| | | |
|---|---|---|
| D1.11 | Williston Centre Auto Care, Inc. | Claim No. 103872 |
| D1.12 | Case Service Center Inc. | Claim No. 103730B |
| D1.13 | Palisades Park Service Station, Inc. | Claim No. 1029033 |
| D1.14 | M & W Service Center, Inc. | Claim No. 1015698 |

CASE NO.: 91-0986-CIV-GOLD

  D1.15  Central Garage, Inc.  Claim No. 101863B

3. The third hearing will be held on **Thursday, February 21, 2008 beginning at 10:00 a.m.** Two and a half hours have been set aside for this hearing and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearing before the Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534  Participant Code: 49793427#

The following D1 claims will be heard on this date and in this order:

| | | |
|---|---|---|
| D1.1 | Barber's Auto Service Inc. | Claim No. 100544B |
| D1.2 | Michael Koshkarian | Claim No. 1021412 |
| D1.3 | Demos Thanos | Claim No. 4547 |
| D1.4 | John V. Pavlis | Claim No. 1006218 |
| D1.5 | Richard Wakile | Claim No. 1000909 |

**DONE AND ORDERED** this _____ day of December, 2007.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.