IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**AMENDED REPORT AND RECOMMENDATION REGARDING STEARNS WEAVER'S PETITION FOR INTERIM AWARD OF COSTS AND REIMBURSABLE EXPENSES**

THIS CAUSE is before the Special Master pursuant to Stearns Weaver's Petition for Interim Award of Costs and Reimbursable Expenses [D.E. 4185]. In this petition, Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. (hereinafter "Stearns Weaver") seeks reimbursement for those costs and expenses incurred during their continued representation of the Class from June 1, 2006 through August 31, 2007. The Special Master has reviewed the requested reimbursements and voluminous supporting documentation received from Stearns Weaver. The Special Master believes that Stearns Weaver provided the Special Master with adequate documentation to support its request

for reimbursements from the Settlement Fund. Accordingly, having reviewed the positions of the parties and being otherwise fully advised in the premises, the Special Master respectfully recommends the following actions:

1. The Special Master recommends that Stearns Weaver be awarded costs and expenses from the Settlement Fund in the amount of $311,474.91 for services rendered to the Class from June 1, 2006 through August 31, 2007.

2. The Special Master recommends that Stearns Weaver be reimbursed litigation expenses in the amount of $17,480.28 for its role in protecting the jurisdiction of this Court in the matter of *In re Nichols*, Adversary Proceeding No. 07-02168.

RESPECTFULLY SUBMITTED in Miami, Florida this 17 day of December, 2007.[1]

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of records

---

[1] Any objections to the Report and Recommendation of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's Report and Recommendation. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.