IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )
                                    )
EXXON CORPORATION,                  )
                                    )
    Defendant.                      )
_____ )

RUSSELL A. CLINE,                   )
                                    )
    Plaintiff,                      )        **CONSOLIDATED WITH**
                                    )        **CASE NO.: 05-21338-CIV-GOLD /**
vs.                                 )        **SIMONTON**
                                    )
THE GARDEN CITY GROUP, INC.,        )
                                    )
    Defendant.                      )
_____ )

### ORDER SETTING HEARING ON GERALD M. BOWEN'S NOTICE
### OF COMBINED RULE 60 AND OTHER MOTIONS

**THIS CAUSE** is before the Special Master pursuant to Gerald M. Bowen's Notice of Combined Rule 60 and Other Motions **[D.E. 3988]** and Stearns Weaver's Opposition to Bowen's Rule 60(b) Motion to Set Aside July 6, 2006 Order Awarding and Allocating Attorneys' Fees Among Class Counsel and Related Motions **[D.E. 4023]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The Special Master will hold a hearing regarding Mr. Bowen's Rule 60 and other motions on **Wednesday, February 6, 2008, beginning at 10:00 a.m.** at the Office of the Special Master. One hour has been set aside for this

hearing and a court report has been requested. Interested parties are required to be present before the Special Master for this hearing.

**DONE AND ORDERED** at Miami, Florida this 2nd day of January, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group