IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                  )
      Plaintiffs, )
                                  )
v. )
                                  )
EXXON CORPORATION, )
                                  )
      Defendant. )
_____ )

RUSSELL A. CLINE, )
                                  )
      Plaintiff, )
                                  )
vs. )
                                  )
THE GARDEN CITY GROUP, INC., )
                                  )
      Defendant. )
_____ )

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER SETTING BRIEFING SCHEDULE AND
## HEARINGS FOR ADJUDICATION OF D2 CLAIMS

This matter is before the Special Master upon Class Counsel's Second Motion for Adjudication of Disputed Claims (Motion D2) **[D.E. 4267]**. Consistent with the procedures outlined in the Special Master's Order Setting Procedure for Adjudication of Disputed Claims and Briefing Schedule for D1 Claims [D.E. 4350], it is hereby

**ORDERED and ADJUDGED** as follows:

1.    Memorandums in Support of D2 claims shall be filed by no later than *5:00 p.m. on Wednesday, February 6, 2008*.

2.    States' counsel shall file Oppositions to D2 claims by no later than *5:00 p.m. on Tuesday, February 26, 2008*.

3.    Replies for D2 claims shall be filed by no later than *5:00 p.m. on Monday,*

CASE NO.: 91-0986-CIV-GOLD

*March 17, 2008.*

4.    The Special Master will conduct a number of hearings to adjudicate claims included in Class counsel's D2 Motion. The first hearing will be held on ***Thursday, March 20, 2008 beginning at 9:00 a.m.*** Three and a half hours have been set aside for this hearing and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearing before the Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534          Participant Code: 49793427#

The following D2 claims will be heard on this date and in this order:

| | | |
|---|---|---|
| **D2.1** | Ann Vic, Inc. | Claim No. 101403A |
| **D2.2** | Greenwich Automotive Services, Inc. | Claim No. 1000561A&B |
| **D2.3** | Tariq Sultan | Claim No. 4415 |
| **D2.4** | KTM Ent., Inc. | Claim No. 1002370A |
| **D2.5** | Estate of Jonathan C. Dean | Claim No. 100096A |
| **D2.6** | A.N. Associates, LLC | Claim No. 5679B |
| **D2.7** | Horton Investments, Inc. | Claim No. 1002696A |
| **D2.8** | Foster's Enterprises, Inc. | Claim No. 1002610A |

5.    The second hearing will be held on ***Friday, March 21, 2008 beginning at 9:00 a.m.*** Three and a half hours have been set aside for this hearing and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearing before the Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534          Participant Code: 49793427#

The following D2 claims will be heard on this date and in this order:

CASE NO.: 91-0986-CIV-GOLD

**D2.9**   IMS Enterprise, Inc.                    Claim No. 2794A&B
**D2.10**  Rolando Castro                          Claim No. 1930
**D2.11**  Rolando Castro                          Claim No. 1935
**D2.12**  Rodger D. Galloway                      Claim No. 1004052
**D2.13**  Robert John Wood                        Claim No. 1007072B
**D2.14**  Durga Enterprises                       Claim No. 4713
**D2.15**  Charles M. Walk, Inc.                   Claim No. 1012755

**DONE AND ORDERED** this ___7th___ day of January, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.