IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.
_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.
_____

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

### ORDER REGARDING STATES' COUNSEL'S SEVENTH MOTION FOR SUMMARY JUDGMENT DISMISSING SIX CLAIMS

This matter is before the Special Master upon States' Counsel's Seventh Motion for Summary Judgment Dismissing Six Claims **[D.E. 4266]**, and Class Counsel's Response to States' Counsel's Seventh Motion for Summary Judgment Dismissing Six Claims **[D.E. 4376]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Special Master acknowledges that the following claimants have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary

CASE NO.: 91-0986-CIV-GOLD

Judgment:

| | |
|---|---|
| Tommy Crump | Claim No. 6623 |
| Randy Seiber | Claim No. 6680 |
| Kenneth J. Messer | Claim No. 1025285 |

Accordingly, these claimants shall have until **5 p.m. on Thursday, January 31, 2008** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON. Claimants who do not timely file an Opposition to States' counsel's Motion for Summary Judgment will be dismissed at the hearing.

3. The Special Master acknowledges that the following Claimants have filed an Opposition to States' Counsel's Motion for Summary Judgment:

| | |
|---|---|
| Lillian M. Holladay | Claim No. 6622 |
| Dimitrios Bitzios | Claim No. 103851 |
| Eog Man Kang | Claim No. 1017844 |

Replies to these or any other Oppositions filed to States' Counsel's Seventh Motion for Summary Judgment shall be filed by **5 p.m. on Wednesday, February 27, 2008.**

4. The Special Master will hold a hearing on States' Counsel's Seventh Motion for Summary Judgment Dismissing Six Claims on **Wednesday, March 5, 2008 beginning at 10:00 a.m.** One and one half hours have been set aside for this

CASE NO.: 91-0986-CIV-GOLD

hearing and a court reporter has been requested.

**DONE AND ORDERED** this 7th day of January, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold