IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

## SUA SPONTE ORDER REGARDING CLAIM NUMBER 6267

This cause is before the Special Master *sua sponte*.

Pursuant to the procedures outlined in the Special Master's Sua Sponte Order on Non-Responsive Claimants [D.E. 3997], Class counsel filed their Notice of Filing Second List of Non-Responsive Claimants [D.E. 4197]. Included in the list of non-responsive claimants was the claim of claimant Mehriar Hamzeh, Claim No. 6267. An Order to Show Cause was issued against Claim No. 6267, giving Mr. Hamzeh until October 22, 2007 to substantiate an interest in a direct-served Exxon station during the Class Period. On November 5, 2007, the Special Master entered his Order Regarding Non-Responsive Claimants Included in Notice N2 [D.E. 4300]. In this Order, Claim No. 6267 was dismissed for failing to timely respond to the Special Master's Order to Show Cause.

During the course of reviewing pending claims in the Claims Administration Process, an undated letter with documentation from Mr. Hamzeh was uncovered. See Exhibit "A."[1] Although the letter from Mr. Hamzeh mistakenly references Claim No. 6266, upon review, it is clear that the correspondence was intended to address Claim No. 6267. The package from Mr. Hamzeh was received by the Special Master on October 19, 2007. Accordingly, the Special Master finds that Mr. Hamzeh timely responded to the Order to Show Cause issued against Claim No. 6267. Therefore, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master's Order Regarding Non-Responsive Claimants Included in Notice N2 [D.E. 4300] is hereby VACATED as to Claim No. 6267. The Claims Administrator is hereby instructed to reinstate Claim No. 6267 in the claims process.

2. As Claim No. 6267 was previously designated as a conflicting claim, Class counsel shall include this claimant dispute in a future Conflicting Claim Motion.

**DONE AND ORDERED** at Miami, Florida this 8th day of January, 2008.[2]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of records

---

[1] The documentation submitted with the letter has been forwarded to the Claims Administrator to be added to the claim file for Claim No. 6267.

[2] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.