IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
                                     )
    Plaintiffs,                      )
                                     )
v.                                   )
                                     )
EXXON CORPORATION,                   )
                                     )
    Defendant.                       )
_____ )
                                     )
RUSSELL A. CLINE,                    )
                                     )         **CONSOLIDATED WITH**
    Plaintiff,                       )         **CASE NO.: 05-21338-CIV-GOLD /**
                                     )         **SIMONTON**
vs.                                  )
                                     )
THE GARDEN CITY GROUP, INC.,         )
                                     )
    Defendant.                       )
_____ )

**SUA SPONTE REPORT AND RECOMMENDATION REGARDING THE DISTRICT COURT'S APPROVAL OF FINAL SUMMARY JUDGMENT IN FAVOR OF THOSE CLAIMS ADJUDICATED IN PLAINTIFFS' NINETY-FIRST THROUGH <u>NINETY-EIGHTH MOTIONS FOR SUMMARY JUDGMENT</u>**

THIS CAUSE is before the Court *sua sponte*.

Having reviewed the positions of the parties, examined a number of critical legal issues, conducted a hearing regarding Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment, entered Awards in favor of claims included in those motions, confirmed with the Claims Administrator that no objections have been filed regarding the Special Master's determination of the validity of claims or the amount of the Awards, and being otherwise fully advised in the premises, the Special Master respectfully recommends

that:

1. The District Court enter an Order of Final Summary Judgment in favor of those claims adjudicated in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment.[1] [D.E. 3852]; [D.E. 3866]; [D.E. 3897]; [D.E. 3936]; [D.E. 3961]; [D.E. 3985]; [D.E. 4025]; and [D.E. 4045].[2]

RESPECTFULLY SUBMITTED in Miami, Florida this 15 day of January, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of records

---

[1] Class counsel withdrew some of the claims originally presented in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment prior to the Special Master's adjudication of those motions. Therefore, the Special Master recommends that Final Summary Judgment only be granted in favor of those claims actually adjudicated.

[2] The thirty (30) day appellate period on Awards entered in favor claims contained in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment has lapsed. Accordingly, no objections may be filed to the Special Master's recommendation of Final Summary Judgment.