IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC., *et al.*,

        Plaintiffs,

vs.

EXXON CORPORATION,

        Defendant.
_____/

### ORDER AFFIRMING SPECIAL MASTER'S SUA SPONTE REPORT AND RECOMMENDATION REGARDING THE DISTRICT COURT'S APPROVAL OF FINAL SUMMARY JUDGMENT IN FAVOR OF THOSE CLAIMS ADJUDICATED IN PLAINTIFFS' NINETY-FIRST THROUGH <u>NINETY-EIGHTH MOTIONS FOR SUMMARY JUDGMENT</u>

**THIS CAUSE** is before the Court upon the *Sua Sponte* Report and Recommendation Regarding the District Court's Approval of Final Summary Judgment in Favor of those Claims Adjudicated in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment **[D.E. 4462]** (the "Report") issued by Special Master Thomas E. Scott. The Special Master has reported that the no objections were filed with the Claims Administrator concerning the Special Master's determination of the validity of claims or the amount of the Awards for the claims contained in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment. As such, these Awards are now final. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The *Sua Sponte* Report and Recommendation Regarding the District Court's Approval of Final Summary Judgment in Favor of those Claims Adjudicated in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment **[D.E. 4462]** is **AFFIRMED AND ADOPTED**.

2. Final summary judgment is hereby **GRANTED** in favor of those claims adjudicated in Plaintiffs' Ninety-First through Ninety-Eighth Motions for Summary Judgment. [D.E. 3852]; [D.E. 3866]; [D.E. 3897]; [D.E. 3936]; [D.E. 3961]; [D.E. 3985]; [D.E. 4025]; and [D.E. 4045].

**DONE AND ORDERED** at Miami, Florida this 15 day of January, 2008.

**THE HONORABLE ALAN S. GOLD**
**UNITED STATES DISTRICT COURT JUDGE**

Copies furnished to:
Magistrate Judge Andrea Simonton
Special Master Thomas E. Scott
All Counsel of Record