IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,
    Plaintiffs,
v.
EXXON CORPORATION,
    Defendant.

RUSSELL A. CLINE,
    Plaintiff,
vs.
THE GARDEN CITY GROUP, INC.,
    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## AMENDED ORDER SETTING PROCEDURES FOR EVIDENTIARY HEARINGS ON UNSETTLED CLAIMS IN CLASS COUNSEL'S SIXTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C6)

This matter is before the Special Master upon Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) **[D.E. 4128]**. The Special Master has been advised that pre-trial conferences have been completed for those disputes included in Motion C6. *See* Hearing Officer's Report attached hereto as Exhibit "A." The Special Master has also been advised that eight disputes were unable to be resolved through pre-trial conferences. Pursuant to the Special Master's Order Regarding Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) [D.E. 4279], the Special Master hereby enters this Order of Procedure. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. The first set of evidentiary hearings before the Special Master to adjudicate the unresolved disputes between claimants contained in Motion C6 will begin at **9:00 a.m. on Monday, March 3, 2008** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 10:00 a.m. and 11:00 a.m. hearing slots shall contact the Special Master's paralegal, Maria Fernandez (305) 350-5396, twenty (20) minutes prior to their scheduled hearing to determine if the prior hearing has concluded ahead of schedule. The Special Master will hear the following claimant disputes in the following order on March 3, 2008:

| | | | |
|---|---|---|---|
| C6.1 | **9:00 a.m.** | A - Richard L. Stone<br>B - A.N. Associates LLC<br>  c/o Ramesh Natchiappan | Claim No. 100724<br>Claim No. 5679A |
| C6.5 | **10:00 a.m.** | A - James W. Wilkerson<br>B - Qaudar, Inc.<br>  c/o Safdar Khan | Claim No. 1031881<br>Claim No. 1002755 |
| C6.6 | **11:00 a.m.** | A - Thomas M. Yoder<br>B - Sichi Cedar Creek Exxon, Inc.<br>  c/o Eric Sichi | Claim No. 100538<br>Claim No. 6189 |

CASE NO.: 91-0986-CIV-GOLD

2. The second set of evidentiary hearings before the Special Master to adjudicate the unresolved disputes between claimants contained in Motion C6 will begin at **9:00 a.m. on Tuesday, March 4, 2008** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 10:00 a.m. and 11:00 a.m. hearing slots shall contact the Special Master's paralegal, Maria Fernandez (305) 350-5396, twenty (20) minutes prior to their scheduled hearing to determine if the prior hearing has concluded ahead of schedule. The Special Master will hear the following claimant disputes in the following order on March 4, 2008:

| | | | |
|---|---|---|---|
| C6.12 | **9:00 a.m.** | A - Ed Brendel's, Inc. | Claim No. 905 |
| | | B - Petroleum Sales, Inc.<br>c/o Ben Shimek | Claim No. 3596 |
| C6.19 | **10:00 a.m.** | A - B&M Auto Care, Inc.<br>c/o Mohammed Ibrahim | Claim No. 1014182 |
| | | B - Faris Enterprise, Inc.<br>c/o Joe Faris | Claim No. 3102B |
| C6.28 | **11:00 a.m.** | A - Phil Mase, Inc.<br>c/o Phil Masemer | Claim No. 1003197 |
| | | B - Estate of Theodore B. Simpson<br>c/o George Simpson | Claim No. 6589 |

3. The third set of evidentiary hearings before the Special Master to adjudicate the unresolved disputes between claimants contained in Motion C6 will begin at **9:00 a.m. on Thursday, March 6, 2008** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 10:00 a.m. hearing slot shall contact the Special Master's paralegal, Maria Fernandez (305) 350-5396, twenty (20) minutes prior to their scheduled hearing to determine if the prior hearing has concluded ahead of schedule. The Special Master will hear the following claimant disputes in the following order on March 6, 2008:

| | | | |
|---|---|---|---|
| C6.11 | **9:00 a.m.** | A - Mario DiDonato | Claim Nos. 1030168 A&B |
| | | B - Vito A. DiDonato | Claim Nos. 1011524 A&B |
| C6.13 | **10:00 a.m.** | A - City Auto, Inc. c/o Amin Amanullah | Claim No. 3211B |
| | | B - Sylvana F. Mascarenhas | Claim No. 1019322 |
| | | C - Patricia A. Mascarenhas | Claim No. 1019311 |

4. The parties to each claimant dispute shall file and exchange Witness and Exhibit lists no later than **5:00 p.m. on Friday, February 15, 2008**. Witness and Exhibit Lists shall be filed with the United States District Court for the

CASE NO.: 91-0986-CIV-GOLD

Southern District of Florida. No other discovery shall be permitted.[1]

**DONE AND ORDERED** this 17 day of January, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

-5-