IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
      Plaintiffs,  )
v.  )
EXXON CORPORATION,  )
      Defendant.  )

RUSSELL A. CLINE,  )
      Plaintiff,  )
vs.  )
THE GARDEN CITY GROUP, INC.,  )
      Defendant.  )

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER GRANTING EXTENSION OF TIME TO CONDUCT PRE-TRIAL CONFERENCE FOR DISPUTE C6.23

This matter is before the Special Master upon the Hearing Officer's Request for Extension of Time to Conduct Pre-Trial Conference for Dispute C6.23 (attached hereto as Exhibit "A"). The Hearing Officer has requested an extension of time to conduct a pre-trial conference for dispute C6.23 as one of the parties to this dispute was out of the country during the time period allotted to conduct pre-trial conferences for C6 claimant disputes. The Hearing Officer has requested that parties to dispute C6.23 be permitted to submit completed, executed, and notarized Questionnaires to the Office of the Special Master and participate in a pre-trial conference pursuant to the deadlines established for C7 disputes. The Special Master has reviewed this dispute and believes that the requested extension will benefit the parties and may assist with the resolution of this conflict. Accordingly,

CASE NO.: 91-0986-CIV-GOLD

having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.  The Special Master hereby grants an extension of time to conduct a pre-trial conference for dispute C6.23 between Petro, Inc., Claim No. 2664 and Gagan Jot, Inc., Claim No. 104932.

2.  The parties to this dispute shall submit to the Special Master and Claims Administrator their completed, executed, and notarized Claimant's Questionnaire for Resolution of Conflicting Claims in the Exxon DFC Class Action (attached hereto as Exhibit "B") and any supporting documentation by no later than **5:00 p.m. on Monday, February 11, 2008**.

3.  The pre-trial conference for dispute C6.23 shall be completed by no later than **6:00 p.m. on Friday, March 14, 2008**.

4.  If the parties are unable to resolve dispute C6.23 during the pre-trial conference, the dispute will be heard during an evidentiary hearing before the Special Master at a date and time to be determined by the Special Master.

**DONE AND ORDERED** this 18 day of January, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold