IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)

RUSSELL A. CLINE, )
)
    Plaintiff, )  **CONSOLIDATED WITH**
)  **CASE NO.: 05-21338-CIV-GOLD /**
vs. )  **SIMONTON**
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER SETTING HEARING ON PLAINTIFFS' ONE HUNDRED AND FIFTH THROUGH ONE HUNDRED AND TENTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. **[D.E. 4308]; [D.E. 4347]; [D.E. 4372]; [D.E. 4392]; [D.E. 4434]; and [D.E. 4472]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' One Hundred and Fifth through One Hundred and Tenth Motions for Summary Judgment on **Wednesday, March 5, 2008 beginning at 11:30 a.m.** at the Office of the Special Master. One half hour has been set aside

for this hearing and a court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 29th day of January, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group