IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

  Plaintiffs,

v.

EXXON CORPORATION,

  Defendant.

___

RUSSELL A. CLINE,

  Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

  Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER RESETTING HEARING ON GERALD M. BOWEN'S NOTICE OF COMBINED RULE 60 AND OTHER MOTIONS

**THIS CAUSE** is before the Special Master pursuant to Gerald M. Bowen's Notice of Combined Rule 60 and Other Motions **[D.E. 3988]** and Stearns Weaver's Opposition to Bowen's Rule 60(b) Motion to Set Aside July 6, 2006 Order Awarding and Allocating Attorneys' Fees Among Class Counsel and Related Motions **[D.E. 4023]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

  1. The Special Master will hold a hearing regarding Mr. Bowen's Rule 60 and other motions on **Wednesday, February 6, 2008, beginning at 10:00 a.m.** One hour has been set aside for this hearing and a court report has been

requested. **The hearing will be conducted telephonically**. Interested parties should use the following call-in information:

Number: 1-866-590-1534

Participant Code: 49793427#

**DONE AND ORDERED** at Miami, Florida this 30th day of January, 2008.

---

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group