IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)

RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER CONSOLIDATING HEARINGS FOR D1 CLAIMS

This matter is before the Special Master pursuant to Class Counsel's Notice of Status of D1 Claims **[D.E. 4503]**. In that status report, Class counsel indicated that they had withdrawn a number of claims from their Motion for Adjudication. In addition, Class counsel stated that States' counsel has agreed that a number of claims are allowable subject to a ruling from the Special Master. Based on the foregoing, the Special Master believes that it is in the best interest of all interested parties to consolidate the hearings before the Special Master on D1 claims. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. The Special Master acknowledges that the following D1 claims have been withdrawn from the current Motion for Adjudication and that they will be redesigned in motions for summary judgement at a later time:

   | | | |
   |---|---|---|
   | D1.12 | Case Service Center Inc. | Claim No. 103730B |
   | D1.13 | Palisades Park Service Station, Inc. | Claim No. 1029033 |
   | D1.14 | M & W Service Center, Inc. | Claim No. 1015698 |
   | D1.15 | Central Garage, Inc. | Claim No. 101863B |

2. The Special Master will conduct hearings to adjudicate the remaining claims included in Class counsel's D1 Motion. The hearings will be held on **Wednesday, February 20, 2008 beginning at 9:00 a.m.** Three and a half hours have been set aside for these hearings and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearings before the Special Master. The following call-in information should be used:

   **Call-in Number: 1-866-590-1534     Participant Code: 49793427#**

   The following D1 claims will be heard on this date and in this order:

   | | | |
   |---|---|---|
   | D1.7 | William A. Mooney, Jr. | Claim No. 1949 |
   |      | William A. Mooney, Jr. | Claim No. 58 |
   | D1.10 | Estate of Brian M. Cashman | Claim No. 1018790 |
   | D1.11 | Williston Centre Auto Care, Inc. | Claim No. 103872 |
   | D1.1 | Barber's Auto Service Inc. | Claim No. 100544B |
   | D1.2 | Michael Koshkarian | Claim No. 1021412 |
   | D1.8 | Able Automotive, Inc. | Claim No. 3098 |
   | D1.9 | Americus Reed | Claim No. 2062B |

CASE NO.: 91-0986-CIV-GOLD

| | | |
|---|---|---|
| D1.3 | Demos Thanos | Claim No. 4547 |
| D1.4 | John V. Pavlis | Claim No. 1006218 |
| D1.5 | Richard Wakile | Claim No. 1000909 |
| D1.6 | Kapadia Investments, Inc. | Claim No. 1022261 |
| | Aslam I. Kapadia | Claim No. 5869A |
| | Kapadia Investments, Inc. | Claim No. 5869B |
| | Kapadia Investments, Inc. | Claim No. 6272 |

**DONE AND ORDERED** this 13 day of February, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold