IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
        Plaintiffs, )
v. )
EXXON CORPORATION, )
        Defendant. )

RUSSELL A. CLINE, )
        Plaintiff, )
vs. )
THE GARDEN CITY GROUP, INC., )
        Defendant. )

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

### ORDER RESETTING HEARINGS FOR UNRESOLVED CLAIMANT DISPUTES IN CLASS COUNSEL'S SIXTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C6)

This matter is before the Special Master upon Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) **[D.E. 4128]**. The Special Master has entered previous orders setting procedures and a schedule for the upcoming hearings to adjudicate unresolved claimant disputes included in Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) [D.E. 4465, D.E. 4497]. Upon further review of the pending disputes, complexity of the issues, and the locations of the interested parties, the Special Master hereby resets the hearings to adjudicate unresolved claimant disputes included in Class Counsel's Motion C6. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

      **ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. The first set of evidentiary hearings before the Special Master to adjudicate the unresolved disputes between claimants contained in Motion C6 will begin at **9:00 a.m. on Wednesday, April 9, 2008** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 10:00 a.m., 11:00 a.m., and 12:00 p.m. hearing slots shall contact the Special Master's paralegal, Maria Fernandez (305) 350-5396, twenty (20) minutes prior to their scheduled hearing to determine if the prior hearing has concluded ahead of schedule. The Special Master will hear the following claimant disputes in the following order on April 9, 2008:

| | | | |
|---|---|---|---|
| C6.1 | **9:00 a.m.** | A - Richard L. Stone<br>B - A.N. Associates LLC<br>  c/o Ramesh Natchiappan | Claim No. 100724<br>Claim No. 5679A |
| C6.5 | **10:00 a.m.** | A - James W. Wilkerson<br>B - Qaudar, Inc.<br>  c/o Safdar Khan | Claim No. 1031881<br>Claim No. 1002755 |
| C6.6 | **11:00 a.m.** | A - Thomas M. Yoder<br>B - Sichi Cedar Creek Exxon, Inc.<br>  c/o Eric Sichi | Claim No. 100538<br>Claim No. 6189 |

CASE NO.: 91-0986-CIV-GOLD

| C6.12 | **12:00 p.m.** | A - Ed Brendel's, Inc. | Claim No. 905 |
| | | B - Petroleum Sales, Inc.<br>c/o Ben Shimek | Claim No. 3596 |

2. The second set of evidentiary hearings before the Special Master to adjudicate the unresolved disputes between claimants contained in Motion C6 will begin at **9:00 a.m. on Thursday, April 10, 2008** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 10:00 a.m., 11:00 a.m., and 12:00 p.m. hearing slots shall contact the Special Master's paralegal, Maria Fernandez (305) 350-5396, twenty (20) minutes prior to their scheduled hearing to determine if the prior hearing has concluded ahead of schedule. The Special Master will hear the following claimant disputes in the following order on April 10, 2008:

| C6.19 | **9:00 a.m.** | A - B&M Auto Care, Inc.<br>c/o Mohammed Ibrahim | Claim No. 1014182 |
| | | B - Faris Enterprise, Inc.<br>c/o Joe Faris | Claim No. 3102B |

CASE NO.: 91-0986-CIV-GOLD

| | | | |
|---|---|---|---|
| C6.28 | **10:00 a.m.** | A - Phil Mase, Inc.<br>c/o Phil Masemer | Claim No. 1003197 |
| | | B - Estate of Theodore B. Simpson<br>c/o George Simpson | Claim No. 6589 |
| C6.13 | **11:00 a.m.** | A - City Auto, Inc.<br>c/o Amin Amanullah | Claim No. 3211B |
| | | B - Sylvana F. Mascarenhas | Claim No. 1019322 |
| | | C - Patricia A. Mascarenhas | Claim No. 1019311 |
| C6.11 | **12:00 p.m.** | A - Mario DiDonato | Claim Nos. 1030168 A&B |
| | | B - Vito A. DiDonato | Claim Nos. 1011524 A&B |

**DONE AND ORDERED** this /8 day of February, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.