IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

**ORDER GRANTING LEAVE TO FILE SUR-REPLY ON CLAIMS #4547
(DISPUTE D1.3), #1006218 (DISPUTE D1.4), #1000909 (DISPUTE D1.5),
#1022261, #5869A, #5869B, #6272 (DISPUTE D1.6)**

This matter is before the Special Master pursuant to States' counsel's Motion for Leave to File Sur-Reply on Claims #4547 (Dispute D1.3), #1006218 (Dispute D1.4), #1000909 (Dispute D1.5), #1022261, #5869A, #5869B, #6272 (Dispute D1.6) **[D.E. 4579]**. In this motion, States' counsel indicates that Class counsel's Reply in support of these claims cites a significant body of additional cases in response to States' counsel's Opposition that had not previously been cited or otherwise addressed. States' counsel believes that a concise Sur-Reply addressing these additional cases would assist the Court in preparation for the February 20, 2008 hearing. The Special Master agrees. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is

CASE NO.: 91-0986-CIV-GOLD

hereby

**ORDERED and ADJUDGED** as follows:

1. States' counsel is hereby permitted to file a concise Sur-Reply addressing only the additional authority cited by Class counsel in their Reply brief in support of the claims included in disputes D1.3, D1.4, D1.5, and D1.6. States' counsel shall have until **5:00 p.m. on February 18, 2008** to file their Sur-Reply.

**DONE AND ORDERED** this _18_ day of February, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold