IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER GRANTING FINAL REHEARING ON STATES' COUNSEL'S FOURTH MOTION FOR SUMMARY JUDGMENT AGAINST CLAIMANT GLEN WILCHER, CLAIM NO. 3785

THIS CAUSE is before the Special Master pursuant to a correspondence received from Ms. Dana Wilcher on behalf of claimant Glen Wilcher (Claim No. 3785) regarding the recent rehearing held by the Special Master's concerning the Fourth Order Denying Claims (attached hereto as Exhibit "A"). Having reviewed Ms. Wilcher's correspondence, the Special Master hereby grants a final telephonic rehearing on States' Counsel's Fourth Motion for Summary Judgment Against Claimant Glen Wilcher, Claim No. 3785. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.  States' Counsel's Fourth Motion for Summary Judgment Against Claimant Glen Wilcher, Claim No. 3785 shall be reheard on **Tuesday, March 18, 2008 beginning at 10:00 a.m.** This hearing will be conducted by telephone only. A court reporter has been requested. The following call-in information should be used:

**Number: 1-866-590-1534**

**Participant Code: 49793427#**

**DONE AND ORDERED** this 5th day of March, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold