IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

_____

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

### SUA SPONTE ORDER SETTING HEARING ON AWARD NO. 3931, CLAIM NO. 457

This matter is before the Special Master *sua sponte*.

Award No. 3931 was entered by the Special Master in favor of Claimant Jeffery Scott Patton for Claim No. 457, Station No. 25405. This Award was paid in June 2007. However, the Special Master has been advised by the Claims Administrator that an issue has now arisen with respect to this Award. Specifically, the claimant's mother, Susan Patton, has alleged that Jeffery Patton fraudulently executed an assignment, dated July 14, 2006, that transferred her 50% interest in this station to him. Based on the foregoing, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The Special Master will conduct a telephonic hearing regarding the issues raised by Ms. Patton related to the assignment of her interest in Station No. 25405 on **Tuesday, April 22, 2008 beginning at 10:00 a.m.** One hour has

CASE NO.: 91-0986-CIV-GOLD

been set aside for this hearing, and a court reporter has been requested. Mr. Jeffery Scott Patton and Ms. Susan Patton are hereby ordered to participate in this hearing. All parties should use the following call-in information:

**Number: 1-866-590-1534**

**Participant Code: 49793427#**

**DONE AND ORDERED** this 6th day of March, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold