IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
          )
    Plaintiffs, )
          )
v.           )
          )
EXXON CORPORATION, )
          )
    Defendant. )
_____)

RUSSELL A. CLINE, )
          )      **CONSOLIDATED WITH**
    Plaintiff, )          **CASE NO.: 05-21338-CIV-GOLD /**
          )      **SIMONTON**
vs.          )
          )
THE GARDEN CITY GROUP, INC., )
          )
    Defendant. )
_____)

### ORDER REGARDING STATES' COUNSEL'S EIGHTH MOTION FOR SUMMARY JUDGMENT DISMISSING EIGHTY-TWO (82) CLAIMS

This matter is before the Special Master upon States' Counsel's Eighth Motion for Summary Judgment Dismissing Eighty-Two (82) Claims **[D.E. 4329]**, and Class Counsel's Response to States' Counsel's Eighth Motion for Summary Judgment Dismissing Eighty-Two Claims **[D.E. 4460]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.    The Special Master acknowledges that the following claims have been withdrawn from the Claims Administration Process:

CASE NO.: 91-0986-CIV-GOLD

| | |
|---|---|
| Glen Ray Spar | Claim No. 1894 |
| Joseph P. Bruno | Claim No. 2036 |
| Jasmine Corp. | Claim No. 2491 |
| Geraldine Long | Claim No. 2882 |
| Fred Pucci | Claim No. 2912 |
| Fred Pucci | Claim No. 2913 |
| Fred Pucci | Claim No. 2914 |
| Curtis Graves | Claim No. 3513 |
| Super Gasoline, Inc. | Claim No. 4397 |
| Julian Post | Claim No. 4868 |
| Kunar & Assoc. | Claim No. 5607 |
| Laurence Chantrey | Claim No. 5725 |
| Roy Tan McGinty | Claim No. 5854 |
| Calvin Curtis Jones | Claim No. 6416 |
| Genie Car Wash, Inc. | Claim No. 6482 |
| Harmon D. Arrowood | Claim No. 6678 |
| Gull Industries | Claim No. 1019592 |

Accordingly, the Claims Administrator is hereby ordered to make the appropriate updates to the claimant database.

2. The Special Master acknowledges that the following claimants have either failed to file written withdrawals for their claims or have failed to return paperwork necessary to oppose States' Counsel's Motion for Summary Judgment:

| | |
|---|---|
| Richard Powell | Claim No. 910 |
| William C. Cox | Claim No. 1178 |
| Robert Lockett | Claim No. 1207 |
| Earl Barefoot | Claim No. 1884 |
| Larry Logan | Claim No. 2125 |
| Robert Schneider | Claim No. 2301 |
| Russell W. Everett | Claim No. 2484 |
| Tercel Enterprises/Leah Markowitz | Claim No. 3047 |
| Galon Snyder | Claim No. 3108 |
| Eugene Snyder | Claim No. 3109 |
| Monmouth Heights | Claim No. 3168 |

CASE NO.: 91-0986-CIV-GOLD

| | |
|---|---|
| Alex Bobotas | Claim No. 3216 |
| James Stirling III | Claim No. 3356 |
| Alfina Basile | Claim No. 3367 |
| Russell W. Everett | Claim No. 3756 |
| Xenon/Persits | Claim No. 3792 |
| Ruth Beal | Claim No. 3894 |
| Thomas Conrad | Claim No. 3922 |
| Luther Masterson | Claim No. 3980 |
| Fran Ventura | Claim No. 4070 |
| Nadine Langer | Claim No. 4201 |
| Frances Sebera | Claim No. 4234 |
| Bernard Smith | Claim No. 4236 |
| Auto Tech | Claim No. 4620 |
| James Ulicny | Claim No. 4626 |
| James Quad | Claim No. 4721 |
| Ben and Barbara Foster | Claim No. 4740 |
| Warren Corne | Claim No. 4763 |
| Nancy Sue Elliott | Claim No. 4797 |
| Robert Chapman | Claim No. 4802 |
| Brice Gerik | Claim No. 4832 |
| Mikel Bowers | Claim No. 4859 |
| Ronald Bowers | Claim No. 4860 |
| Mikel Bowers | Claim No. 4861 |
| Ronald Bowers | Claim No. 4862 |
| James Hugh Jenkins | Claim No. 4908 |
| Davis Inc. | Claim No. 4940 |
| Seven Seas Marina | Claim No. 5610 |
| Arnold Cantu | Claim No. 5754 |
| Janet Hornbeck | Claim No. 5872 |
| Lutfi Shedadeh | Claim No. 6204 |
| Pari Enterprises/Shadco Enterprises | Claim No. 6263 |
| Wayne Carter Oil | Claim No. 6327 |
| John Henry Crosby | Claim No. 6345 |
| Robert Chapman | Claim No. 6383 |
| Wilbur Fannin | Claim No. 6398 |
| Ronald Lilie | Claim No. 100257 |
| James H. Lynn | Claim No. 100413 |
| Charles Boggan | Claim No. 101913 |
| United El Segundo | Claim No. 102532 |
| Robert Sadler | Claim No. 104096 |
| Gerard Kanyok | Claim No. 104181 |

CASE NO.: 91-0986-CIV-GOLD

| | |
|---|---|
| Smith's Car Care | Claim No. 104597 |
| Brownfiel Oil Co., Inc. | Claim No. 104640 |
| Dorothy Higgins | Claim No. 104717 |
| Garland Alston | Claim No. 1002571 |
| Lula M. Yeager | Claim No. 1003731 |
| George Barger | Claim No. 1005102 |
| Norman Jannelle | Claim No. 1007228 |
| William Chura | Claim No. 1018086 |
| John Rohr | Claim No. 1021420 |
| Watch Hill Boat Yard | Claim No. 1027480 |
| Peter Muscarella | Claim No. 1027755 |

Accordingly, these claimants shall have until **5 p.m. on Thursday, April 10, 2008** to file an Opposition to States' Counsel's Motion for Summary Judgment and any and all receipts, bills, records, statements or other documentation necessary to substantiate their claim of ownership in an Exxon station that is the subject of the litigation styled *Allapattah Services, Inc., et al. v. Exxon Corporation,* Case No. 91-0986-CIV-GOLD/SIMONTON. Claimants who do not timely file an Opposition to States' counsel's Motion for Summary Judgment will be dismissed at the hearing.

3. The Special Master acknowledges that the following Claimants have filed an Opposition to States' Counsel's Motion for Summary Judgment:

| | |
|---|---|
| Hubert Knotts | Claim No. 2670 |
| Robbins Oil | Claim No. 5830 |

Replies to these or any other Oppositions filed to States' Counsel's Eighth Motion for Summary Judgment shall be filed by **5 p.m. on Monday, May 12, 2008.**

CASE NO.: 91-0986-CIV-GOLD

4. The Special Master will hold a hearing on States' Counsel's Eighth Motion for Summary Judgment Dismissing Eighty-Two Claims on **Tuesday, May 27, 2008 beginning at 10:00 a.m.** One and one half hours have been set aside for this hearing and a court reporter has been requested.

**DONE AND ORDERED** this 10th day of March, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold