IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                    )
      Plaintiffs, )
                                    )
v. )
                                    )
EXXON CORPORATION, )
                                    )
      Defendant. )
_____)
                                    )
RUSSELL A. CLINE, )
                                    )
      Plaintiff, )        **CONSOLIDATED WITH**
                                    )        **CASE NO.: 05-21338-CIV-GOLD /**
vs. )        **SIMONTON**
                                    )
THE GARDEN CITY GROUP, INC., )
                                    )
      Defendant. )
_____)

## ORDER RESETTING HEARINGS FOR
## UNRESOLVED C6.19 CLAIMANT DISPUTE

This matter is before the Special Master pursuant to a correspondence received from counsel for one of the parties to dispute C6.19 (attached hereto as Exhibit "A"). Due to long-standing vacation plans, counsel has requested that the hearing regarding dispute C6.19 be rescheduled. The Special Master hereby GRANTS this request. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.      The hearing scheduled for dispute C6.19 on April 10, 2008 beginning at 9:00 a.m. is hereby CANCELED.

CASE NO.:  91-0986-CIV-GOLD

2.     The Special Master will hear dispute C6.19 on **Tuesday, April 22, 2008 beginning at 10:30 a.m.**  Claimants or representatives of claimants are permitted to telephonically participate in the hearing.  The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

**DONE AND ORDERED** this  11th  day of March, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court.  The objector shall have three (3) business days to file a reply from the date the response is filed.

-2-