IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )
)
RUSSELL A. CLINE, )
)   **CONSOLIDATED WITH**
    Plaintiff, )   **CASE NO.: 05-21338-CIV-GOLD /**
)   **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

## ORDER SETTING BRIEFING SCHEDULE AND HEARINGS FOR ADJUDICATION OF D3 CLAIMS

This matter is before the Special Master upon Class Counsel's Third Motion for Adjudication of Disputed Claims (Motion D3) **[D.E. 4477]**. Consistent with the procedures outlined in the Special Master's Order Setting Procedure for Adjudication of Disputed Claims and Briefing Schedule for D1 Claims [D.E. 4350], it is hereby

**ORDERED and ADJUDGED** as follows:

1. Memorandums in Support of D3 claims shall be filed by no later than ***5:00 p.m. on Monday, April 7, 2008***.

2. States' counsel shall file Oppositions to D3 claims by no later than ***5:00 p.m. on Monday, May 5, 2008***.

CASE NO.: 91-0986-CIV-GOLD

3. Replies in support of D3 claims shall be filed by no later than **5:00 p.m. on Monday, May 19, 2008**.

4. The Special Master will conduct two sets of hearings to adjudicate claims included in Class counsel's D3 Motion. The first set of hearings will be held on **Wednesday, May 28, 2008 beginning at 9:00 a.m.** Three and a half hours have been set aside for these hearings and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearings before the Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534          Participant Code: 49793427#

The following D3 claims will be heard on this date and in this order:

| | | |
|---|---|---|
| **D3.1** | Robert J. Ford | Claim No. 6479A |
| **D3.2** | Gladys Lawrence | Claim No. 4055 |
| **D3.3** | Brian D. Ross | Claim No. 102537B |
| **D3.4** | John Eskey | Claim No. 1021742C |
| **D3.5** | Josama, Inc. | Claim No. 1064B |
| | Josama, Inc. | Claim No. 1064C |
| **D3.6** | The Pantry, Inc. | Claim No. 2314A |
| **D3.7** | Eduardo Valcarce | Claim No. 1005 |
| **D3.8** | Tony King's, Inc. | Claim No. 104762 A & C |
| **D3.9** | Verc Enterprises, Inc. | Claim No. 103502 |
| **D3.10** | Ayman Moawad | Claim No. 3186A |
| | Ayman Moawad | Claim No. 3186B |

5. The second set of hearings will be held on **Thursday, May 29, 2008 beginning at 9:00 a.m.** Three and a half hours have been set aside for these hearings and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearings before the

CASE NO.: 91-0986-CIV-GOLD

Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534          Participant Code: 49793427#

The following D3 claims will be heard on this date and in this order:

| | | |
|---|---|---|
| **D3.11** | Stephen R. Visich | Claim No. 1000773C |
| **D3.12** | Danbys Service Stations, Inc. | Claim No. 2505A |
| **D3.13** | Robbins Oil Company | Claim No. 6103 |
| **D3.14** | Wesco, Inc. | Claim No. 1959 |
| **D3.15** | Thomas J. Terry, Jr. | Claim No. 6353 |
| **D3.16** | Estate of Charles Richard Brown | Claim No. 104595 |
| **D3.17** | Jack's Friendly Service, Inc. | Claim No. 103969A |
| **D3.18** | Anthony Boccella | Claim No. 1013645 |
| **D3.19** | Estate of Kevin J. Carse | Claim No. 104099B |
| **D3.20** | H.I.S. Exxon, Inc. | Claim No. 653A |

**DONE AND ORDERED** this 11th day of March, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.