IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
          )
    Plaintiffs,  )
          )
v.        )
          )
EXXON CORPORATION,  )
          )
    Defendant.  )
_____)
          )
RUSSELL A. CLINE,  )
          )   **CONSOLIDATED WITH**
    Plaintiff,  )   **CASE NO.: 05-21338-CIV-GOLD /**
          )   **SIMONTON**
vs.       )
          )
THE GARDEN CITY GROUP, INC.,  )
          )
    Defendant.  )
_____)

## ORDER CONSOLIDATING HEARINGS FOR D2 CLAIMS

This matter is before the Special Master pursuant to Class Counsel's Notice of Withdrawal of Motions D2.2, D2.13 and D2.14 **[D.E. 4616]**. In that Notice, Class counsel indicated that there is no dispute of fact or law to be adjudicated with respect to the claims previously at issue in D2.2, D2.13 and D2.14. Based on the foregoing, the Special Master believes that it is in the best interest of all interested parties to consolidate the remaining hearings before the Special Master on D2 claims. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.    The Special Master acknowledges that the following D2 claims have been withdrawn from the current Motion for Adjudication and that they will be redesigned in motions for summary judgement at a later time:

      **D2.2**   Greenwich Automotive Services, Inc.    Claim Nos. 1000561A&B
      **D2.13** Robert John Wood                        Claim No.  1007072B
      **D2.14** Durga Enterprises                           Claim No.  41713

CASE NO.: 91-0986-CIV-GOLD

2    The hearings scheduled to take place on Friday, March 21, 2008 beginning at 9:00 a.m. are hereby CANCELED.

3    The Special Master will conduct hearings to adjudicate the remaining claims included in Class counsel's D2 Motion. The hearings will be held on **Thursday, March 20, 2008 beginning at 9:00 a.m.** Three and a half hours have been set aside for these hearings and a court reporter has been requested. Claimants and counsel are permitted to telephonically attend the hearings before the Special Master. The following call-in information should be used:

**Call-in Number: 1-866-590-1534   Participant Code: 49793427#**

The following D2 claims will be heard on this date and in this order:

| | | |
|---|---|---|
| D2.1 | Ann Vic, Inc. | Claim No. 101403A |
| D2.3 | Tariq Sultan | Claim No. 4415 |
| D2.4 | KTM Ent., Inc. | Claim No. 1002370A |
| D2.5 | Estate of Jonathan C. Dean | Claim No. 100096A |
| D2.6 | A.N. Associates, LLC | Claim No. 5679B |
| D2.7 | Horton Investments, Inc. | Claim No. 1002696A |
| D2.8 | Foster's Enterprises, Inc. | Claim No. 1002610A |
| D2.9 | IMS Enterprise, Inc. | Claim Nos. 2794A&B |
| D2.10 | Rolando Castro | Claim No. 1930 |
| D2.11 | Rolando Castro | Claim No. 1935 |
| D2.12 | Rodger D. Galloway | Claim No. 1004052 |
| D2.15 | Charles M. Walk, Inc. | Claim No. 1012755 |

**DONE AND ORDERED** this 13th day of March, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold