IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER GRANTING EXTENSION OF TIME TO CONDUCT PRE-TRIAL CONFERENCES FOR C7 AND C8 DISPUTES

This matter is before the Special Master upon the Hearing Officer's Request for Extension of Time to Conduct Pre-Trial Conferences for C7 and C8 Disputes (attached hereto as Exhibit "A"). The Hearing Officer has requested an extension of time to conduct pre-trial conferences for disputes C7.10, C7.17, C8.2, C8.4, C8.5, C8.6, and C8.10. The Special Master has reviewed these disputes and believes that the requested extension will benefit the parties and may assist with the resolution of the conflicts. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Special Master hereby grants an extension of time to conduct pre-trial conferences for disputes C7.10, C7.17, C8.2, C8.4, C8.5, C8.6, and C8.10.

CASE NO.: 91-0986-CIV-GOLD

2. The pre-trial conferences for disputes C7.10, C7.17, C8.2, C8.4, C8.5, C8.6, and C8.10 shall be completed by no later than **5:00 p.m. on Friday, March 28, 2008**.

3. If the parties are unable to resolve disputes C7.10, C7.17, C8.2, C8.4, C8.5, C8.6, and C8.10 during the pre-trial conferences, these disputes will be set for evidentiary hearings before the Special Master at a date and time to be determined by the Special Master.

4. Given the extension, States' counsel shall file any position paper regarding C7 and C8 claimant disputes by no later than **5:00 p.m. on Friday, April 18, 2008**.

**DONE AND ORDERED** this 21st day of March, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold