IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
                                     )
    Plaintiffs,                      )
                                     )
v.                                   )
                                     )
EXXON CORPORATION,                   )
                                     )
    Defendant.                       )
_____)

RUSSELL A. CLINE,                    )
                                     )        **CONSOLIDATED WITH**
    Plaintiff,                       )        **CASE NO.: 05-21338-CIV-GOLD /**
                                     )        **SIMONTON**
vs.                                  )
                                     )
THE GARDEN CITY GROUP, INC.,         )
                                     )
    Defendant.                       )
_____)

## ORDER SETTING HEARING ON PETROLEUM MANAGEMENT, INC.

**THIS CAUSE** is before the Special Master pursuant to the attached correspondence from attorney Benjamin B. Tariri, Esquire on behalf of Claimant, Ken Kaplan/Petroleum Management, Inc., Claim No. 625, Station No. 30228. *See* Exhibit "A." As indicated in that correspondence, Mr. Kenneth Kaplan is seeking to recover the damages incurred by Petroleum Management, Inc. Upon review of the record, it appears that there is a question as to who has the authority to execute documents on behalf of the corporation. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. The Special Master will conduct a hearing beginning at **11:00 a.m. on Tuesday, June 3, 2008** to determine who is authorized to act on behalf of Petroleum Management, Inc. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearing. The following call-in information should be used:

   Number: 1-866-590-1534

   Participant Code: 49793427#

2. To the best of his abilities, Mr. Tariri shall provide, via correspondence, the last known address and telephone number of Mr. Kaplan's ex-wife. This correspondence should be sent to the Office of the Special Master, Class counsel, and The Garden City Group, Inc.

3. Class counsel shall provide notice to Mr. Kaplan's ex-wife of the existence of this claim and the upcoming hearing to resolve the issues related to Petroleum Management, Inc.

**DONE AND ORDERED** this 21 day of March, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

-2-