IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,　)
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
EXXON CORPORATION,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　)
_____)
　　　　　　　　　　　　　　　　　　　)
RUSSELL A. CLINE,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　**CONSOLIDATED WITH**
　　　　Plaintiff,　　　　　　　　　　)　　**CASE NO.: 05-21338-CIV-GOLD /**
　　　　　　　　　　　　　　　　　　　)　　**SIMONTON**
vs.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
THE GARDEN CITY GROUP, INC.,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　)
_____)

### ORDER TO SHOW CAUSE AGAINST CLAIMANT
### BOBBY LYNN HARTNETT, CLAIM NO. 6606

This cause is before the Special Master pursuant to Class Counsel's Notice of Filing Seventh List of Non-Responsive Claimants (N7) **[D.E. 4694]**. The Special Master has been advised that Claimant Bobby Lynn Hartnett has been non-responsive to Class counsel's continued efforts to process Claim No. 6606. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master hereby orders Claimant Bobby Lynn Hartnett to show cause as to why Claim No. 6606 should not be dismissed with prejudice for

failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period.

2. Claimant Bobby Lynn Hartnett shall have until Monday, April 28, 2008 to file a Response to the Special Master's Order to Show Cause. Failure to timely respond to the Special Master's Order may result in the dismissal Claim No. 6606 with prejudice.

3. Class counsel is hereby ordered to distribute the Special Master's Order to Show Cause to Claimant Bobby Lynn Hartnett, Claim No. 6606.

**DONE AND ORDERED** at Miami, Florida this 28th day of March, 2008.[1]

---

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of records

---

[1] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.