IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER DENYING CLAIMANT VITO DIDONATO'S REQUEST TO EXCLUDE CLAIMANT MARIO DIDONATO'S WITNESS AND EXHIBIT LIST

This matter is before the Special Master upon Claimant, Vito DiDonato's Request to Exclude Claimant Mario DiDonato's Witness and Exhibit List from the upcoming hearing before the Special Master concerning claimant dispute C6.11 [attached hereto as Exhibit "A"]. The Special Master has reviewed the requested relief by Claimant Vito DiDonato. Given the equitable principles that apply to the claims process, the Special Master hereby DENIES the requested relief. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.     Claimant, Vito DiDonato's Request to Exclude Claimant Mario DiDonato's Witness and Exhibit List from the upcoming hearing before the Special

CASE NO.: 91-0986-CIV-GOLD

Master concerning claimant dispute C6.11 is hereby DENIED.

2. Claimant, Vito DiDonato is hereby permitted to file, and serve on the opposing claimant, any additional materials related to this dispute by no later than **2:00 p.m. on Wednesday, April 9, 2008**.

**DONE AND ORDERED** this 7th day of April, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold