IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF
HEARING TO ADJUDICATE CLAIMANT DISPUTE C6.12**

This matter is before the Special Master upon an Unopposed Motion for Continuance of Hearing to Adjudicate Claimant Dispute C6.12 [attached hereto as Exhibit "A"] received from counsel to Petroleum Sales, Inc. The Special Master has reviewed the request to continue the upcoming hearing regarding C6.12. Given the circumstances surrounding the request, the Special Master hereby GRANTS a continuance of the upcoming hearing to adjudicate dispute C6.12. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    Claimant, Petroleum Sales, Inc.'s Unopposed Motion for Continuance of Hearing to Adjudicate Claimant Dispute C6.12 is hereby GRANTED.

CASE NO.: 91-0986-CIV-GOLD

2. The hearing to adjudicate claimant dispute C6.12 on Wednesday, April 9, 2008 beginning at 12:00 p.m. is hereby CANCELLED.

3. The hearing to adjudicate claimant dispute C6.12 will be reset by the Special Master.

**DONE AND ORDERED** this _8_ day of April, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold