IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>Defendant. )<br>_____ )<br>)<br>RUSSELL A. CLINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>Defendant. )<br>_____ ) | **CONSOLIDATED WITH<br>CASE NO.: 05-21338-CIV-GOLD /<br>SIMONTON** |

### ORDER SETTING HEARING ON PLAINTIFFS' ONE HUNDRED AND ELEVENTH THROUGH ONE HUNDRED AND SIXTEENTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. **[D.E. 4512]; [D.E. 4526]; [D.E. 4578]; [D.E. 4604]; [D.E. 4674]; [D.E. 4742]; and [D.E. 4791]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' One Hundred and Eleventh through One Hundred and Sixteenth Motions for Summary Judgment on **Tuesday, June 3, 2008 beginning at**

**10:15 a.m.** at the Office of the Special Master. A court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 21 day of April, 2008.

---
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group