IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

_____

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER REGARDING D1 CLAIMS

This matter is before the Special Master pursuant to Class Counsel's First Motion for Adjudication of Disputed Claims (Motion D1) **[D.E. 4142]**; Class Counsel's Amended First and Second Motion for Adjudication of Disputed Claims (Motions D1 & D2) **[D.E. 4362]**; Memorandum in Support of Claims 58 and 1949 (Dispute D1.7) **[D.E. 4430]**; Amended Memornadum in Support of Claims 58 and 1949 (Dispute D1.7) **[D.E. 4442]**; Memorandum in Opposition to Claims 1949 and 58 (Dispute D1.7) **[D.E. 4490]**; Memorandum in Opposition to Claim 1018790 (Dispute D1.10) **[D.E. 4483]**; Memornadum in Opposition to Claim 103872 (Dispute D1.11) **[D.E. 4484]**; Memorandum in Support of Claim 100544B (Dispute D1.1) **[D.E. 4419]**; Amended Memornadum in Support of Claim 100544B (Dispute D1.1) **[D.E. 4441]**; Memorandum in Opposition to Claim 100544B

CASE NO.: 91-0986-CIV-GOLD

(Dispute D1.1) **[D.E. 4478]**; Memornadum in Support of Claim 1021412 (Dispute D1.2) **[D.E. 4423]**; Amended Memornadum in Support of Claim 1021412 (Dispute D1.2) **[D.E. 4444]**; Corrected Memornadum in Opposition to Claim 1021412 (Dispute D1.2) **[D.E. 4489]**; Memorandum in Support of Claim 3098 (Dispute D1.8) **[D.E. 4426]**; Memornadum in Opposition to Claim 3098 (Dispute D1.8) **[D.E. 4481]**; Memorandum in Support of Claim 2062B (Dispute D1.9) **[D.E. 4424]**; Amended Memornadum in Support of Claim 2062B (Dispute D1.9) **[D.E. 4439]**; Memornadum in Opposition to Claim 2062B (Dispute D1.9) **[D.E. 4482]**; Memornadum in Support of Claim 4547 (Dispute D1.3) **[D.E. 4418]**; Amended Memorandum in Support of Claim 4547 (Dispute D1.3) **[D.E. 4440]**; Memorandum in Opposition to Claims 4547 (Dispute D1.3), 1006218 (Dispute D1.4), 1000909 (Dispute D1.5), 1022261, 5869A, 5869B, 6272 (Dispute D1.6) **[D.E. 4479]**; Memorandum in Support of Claim 1006218 (Dispute D1.4) **[D.E. 4422]**; Amended Memornadum in Support of Claim 1006218 (Dispute D1.4) **[D.E. 4445]**; Memorandum in Support of Claim 1000909 (Dispute D1.5) **[D.E. 4421]**; Amended Memorandum in Support of Claim 1000909 (Dispute D1.5) **[D.E. 4447]**; Memorandum in Support of Claims 1022261, 5869A&B and 6272 (Dispute D1.6) **[D.E. 4425]**; and Amended Memorandum in Support of Claims 1022261, 5869A&B and 6272 (Dispute D1.6) **[D.E. 4443]**.

Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

**DONE AND ORDERED** this ___ day of February, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold