IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

  Plaintiffs,

v.

EXXON CORPORATION,

  Defendant.

RUSSELL A. CLINE,

  Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

  Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD /**
**SIMONTON**

### ORDER VACATING ORDER [DE 4804] REGARDING D1 CLAIMS

This cause is before the Special Master *sua sponte*. On April 21, 2008, the Special Master's Order Regarding D1 Claims [D.E. 4804] was inadvertently entered. Accordingly, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master's Order **[D.E. 4804] is hereby VACATED**.

**DONE AND ORDERED** this 21 day of April, 2008.

         _____
         SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold