IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
          Plaintiffs, )
v. )
EXXON CORPORATION, )
          Defendant. )

RUSSELL A. CLINE, )
          Plaintiff, )
vs. )
THE GARDEN CITY GROUP, INC., )
          Defendant. )

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER DENYING MIRIAM NIETO AND NORTH ELIZABETH SERVICE CENTER, INC.'S MOTION FOR STATUS CONFERENCE

This matter is before the Special Master upon Miriam Nieto and North Elizabeth Service Center, Inc.'s Motion for Status Conference **[D.E. 4807]**. The Special Master has reviewed Miriam Nieto and North Elizabeth Service Center, Inc.'s request for a status conference. Pursuant to the procedures outlined in the Special Master's Order Regarding Class Counsel's Eighth Motion for Adjudication of Conflicting Claims (Motion C8) [D.E. 4438], claimant disputes that are not resolved as a result of pre-trial conferences will proceed to hearings before the Special Master. *See* D.E. 4438. The Special Master is bound by these procedures to ensure the orderly and efficient resolution of claims in the claims administration process. Accordingly, it is hereby

CASE NO.: 91-0986-CIV-GOLD

**ORDERED and ADJUDGED** as follows:

1. Miriam Nieto and North Elizabeth Service Center, Inc.'s Motion for Status Conference **[D.E. 4807]** is hereby DENIED.

2. Dispute C8.3 will be set for a hearing before the Special Master pursuant to an upcoming order of this Court.

**DONE AND ORDERED** this 23rd day of April, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold
The Garden City Group

-2-