IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
        )
    Plaintiffs,        )
        )
v.        )
        )
EXXON CORPORATION,        )
        )
    Defendant.        )
_____)

RUSSELL A. CLINE,  )
        )    **CONSOLIDATED WITH**
    Plaintiff,        )    **CASE NO.: 05-21338-CIV-GOLD /**
        )    **SIMONTON**
vs.        )
        )
THE GARDEN CITY GROUP, INC.,        )
        )
    Defendant.        )
_____)

## ORDER RESETTING HEARING ON PETROLEUM MANAGEMENT, INC.

**THIS CAUSE** is before the Special Master pursuant to a correspondence received by the Special Master from attorney Benjamin B. Tariri, Esquire on behalf of Claimant, Ken Kaplan/Petroleum Management, Inc., Claim No. 625, Station No. 30228. *See* D.E. 4692, Exhibit "A." Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The hearing before the Special Master beginning at 11:00 a.m. on Tuesday, June 3, 2008 to determine who is authorized to act on behalf of Petroleum Management, Inc. is hereby **CANCELLED**.

CASE NO.: 91-0986-CIV-GOLD

2. The Special Master will conduct a hearing beginning at **9:00 a.m. on Friday, June 20, 2008** to determine who is authorized to act on behalf of Petroleum Management, Inc. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearing. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

2. To the best of his abilities, Mr. Tariri shall provide, via correspondence, the last known address and telephone number of Mr. Kaplan's ex-wife. This correspondence should be sent to the Office of the Special Master, Class Counsel, and The Garden City Group, Inc. Mr. Tariri's correspondence shall be delivered by no later than **5:00 p.m. on Tuesday, May 20, 2008.**

3. Class counsel shall provide notice to Mr. Kaplan's ex-wife of the existence of this claim and the upcoming hearing to resolve the issues related to Petroleum Management, Inc.

**DONE AND ORDERED** this 6 day of May, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

-2-