IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER RESETTING HEARING ON STATES' COUNSEL'S EIGHTH MOTION FOR SUMMARY JUDGMENT DISMISSING EIGHTY-TWO (82) CLAIMS

This matter is before the Special Master upon States' Counsel's Eighth Motion for Summary Judgment Dismissing Eighty-Two (82) Claims **[D.E. 4329]**, Class Counsel's Response to States' Counsel's Eighth Motion for Summary Judgment Dismissing Eighty-Two Claims **[D.E. 4460]**, and Class Counsel's Amended Response to States' Counsel's Eighth Motion for Summary Judgment Dismissing Eighty-Two Claims **[D.E. 4790]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The hearing before the Special Master to be held on Tuesday, May 27, 2008 beginning at 10:00 a.m. concerning States' Counsel's Eighth Motion for

CASE NO.: 91-0986-CIV-GOLD

Summary Judgment Dismissing Eighty-Two Claims is hereby **CANCELLED**.

2. The Special Master will hold a hearing regarding States' Counsel's Eighth Motion for Summary Judgment Dismissing Eighty-Two Claims on **Friday, June 20, 2008 beginning at 9:30 a.m.** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearing. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

**DONE AND ORDERED** this ___ day of May, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold