IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>    Defendant. )<br>_____ ) | |
| RUSSELL A. CLINE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>    Defendant. )<br>_____ ) | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

**ORDER RESETTING HEARINGS FOR**
**UNRESOLVED C6.19 CLAIMANT DISPUTE**

This matter is before the Special Master upon Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) **[D.E. 4128]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The hearing before the Special Master to be held on Tuesday, June 3, 2008 beginning at 10:30 a.m. to adjudicate unresolved claimant dispute C6.19 is hereby **CANCELLED**.

2. The Special Master will hear dispute C6.19 between Claimant B & M Auto Care, Inc. c/o Mohammed Ibrahim, Claim No. 1014182 and Claimant Faris Enterprise, Inc. c/o Joe Faris, Claim No. 3102B on **Wednesday, June 25,**

CASE NO.: 91-0986-CIV-GOLD

**2008 beginning at 9:00 a.m.** Claimants or representatives of claimants are permitted to telephonically participate in the hearing. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

**DONE AND ORDERED** this ___ day of May, 2008.[1]

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.