IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER RESETTING HEARINGS CONCERNING UNSETTLED CLAIMANT DISPUTES IN CLASS COUNSEL'S SEVENTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C7)

This matter is before the Special Master upon Class Counsel's Seventh Motion for Adjudication of Conflicting Claims (Motion C7) **[D.E. 4270]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The hearings before the Special Master to be held on Wednesday, June 11, 2008 beginning at 9:00 a.m. to adjudicate unresolved disputes between claimants included in Motion C7 are hereby **CANCELLED**.

2. The Special Master will adjudicate unresolved disputes between claimants included in Motion C7 on **Wednesday, June 25, 2008 beginning at 9:20 a.m. EST** at the Office of the Special Master. A court reporter has been

CASE NO.: 91-0986-CIV-GOLD

requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

2. The Special Master will hear the following claimant disputes in the following order on June 25, 2008:

| | | | |
|---|---|---|---|
| C7.14 | **9:20 a.m.** | A - Estate of Frank Fanelli, Jr. c/o Kathleen Fanelli | Claim No. 1027818A |
| | | B - Louis G. Fanelli | Claim No. 105160 |
| C7.15 | **9:20 a.m.** | A - F.F. Fanelli Towing, Inc. c/o Kathleen Fanelli | Claim No. 1027818B |
| | | B - Louis G. Fanelli | Claim No. 104339 |
| C7.16 | **9:40 a.m.** | A - William P. Straughan and Charles E. Jackson | Claim No. 103490A&B |
| | | B - Jim A. Robbins | Claim No. 6277 |
| C7.18 | **10:00 a.m.** | A - Nikiforos Spiropoulos | Claim No. 1008053 |
| | | B - Stylianos Bouboudakis | Claim No. 1023302 |
| C7.5 | **10:20 a.m.** | A - Darrell M. Easterly | Claim No. 6501 |
| | | B - Wayne Berger | Claim No. 2200 |
| | | C - Jerry Kempf | Claim No. 1000A |
| C7.17 | **10:40 a.m.** | A - Neena H.K. Sandhu | Claim No. 2007 |
| | | B - Pritam Brar | Claim No. 1789 |

3. The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 9:40 a.m., 10:00 a.m., 10:20 a.m., and 10:40 a.m. hearing slots shall contact the

CASE NO.: 91-0986-CIV-GOLD

Special Master's paralegal, Maria Fernandez (305) 350-5396, twenty (20) minutes before their scheduled hearing to determine if the prior hearing has concluded ahead of schedule.

4. The parties to each claimant dispute shall file and exchange Witness and Exhibit lists by no later than **5:00 p.m. on Monday, May 19, 2008**. Witness and Exhibit Lists shall be filed with the United States District Court for the Southern District of Florida. No other discovery shall be permitted.[1]

**DONE AND ORDERED** this ___ day of May, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.