IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.
_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.
_____

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER RESETTING HEARINGS CONCERNING UNSETTLED CLAIMANT DISPUTES IN CLASS COUNSEL'S EIGHTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C8)

This matter is before the Special Master upon Class Counsel's Eighth Motion for Adjudication of Conflicting Claims (Motion C8) **[D.E. 4394]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The hearings before the Special Master to be held on Thursday, June 12, 2008 beginning at 9:00 a.m. to adjudicate unresolved disputes between claimants included in Motion C8 are hereby **CANCELLED**.

2.     The Special Master will adjudicate unresolved disputes between claimants included in Motion C8 on **Wednesday, June 25, 2008 beginning at 11:00 a.m. EST** at the Office of the Special Master. A court reporter has been

CASE NO.: 91-0986-CIV-GOLD

requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

2. The Special Master will hear the following claimant disputes in the following order on June 25, 2008:

| | | | |
|---|---|---|---|
| C8.3 | **11:00 a.m.** | A - North Elizabeth Service Center, Inc. c/o Miriam Nieto | Claim No. 1011204 |
| | | B - Unlimited Tiger Service, Inc. | Claim No. 104134 |
| C8.9 | **11:20 a.m.** | A - Superior Service, Inc. c/o William J. McCutchan | Claim No. 1000554 |
| | | B - Chris E. Rudolph | Claim No. 1014454 |
| | | C - Daniel J. Gallagher | Claim No. 3096 |

3. The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 11:00 a.m. and 11:20 a.m. hearing slots shall contact the Special Master's paralegal, Maria Fernandez (305) 350-5396, twenty (20) minutes before their scheduled hearing to determine if the prior hearing has concluded ahead of schedule.

4. The parties to each claimant dispute shall file and exchange Witness and Exhibit lists by no later than **5:00 p.m. on Monday, May 19, 2008**. Witness and Exhibit Lists shall be filed with the United States District Court for the

CASE NO.: 91-0986-CIV-GOLD

Southern District of Florida. No other discovery shall be permitted.[1]

**DONE AND ORDERED** this 6 day of May, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.