IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
     Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
     Defendant. )
————————————— )
)
RUSSELL A. CLINE, )
)
     Plaintiff, )
)
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
     Defendant. )
————————————— )

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER SETTING HEARING TO ADJUDICATE CLAIMANT DISPUTE C6.12

This matter is before the Special Master upon Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) **[D.E. 4128]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** as follows:

    1.    The Special Master will hear dispute C6.12 between Claimant Ed Brendel's Inc., Claim No. 905 and Claimant Petroleum Sales, Inc. c/o Ben Shimek, Claim No. 3596 on **Wednesday, June 25, 2008 beginning at 11:40 a.m.** Claimants or representatives of claimants are permitted to telephonically participate in the hearing. The following call-in information should be used:

CASE NO.:  91-0986-CIV-GOLD

Number: 1-866-590-1534

Participant Code: 49793427#

2.      The parties to C6.12 should be prepared to address this dispute before the

time allotted in this Order in the event that earlier hearings scheduled for this

day conclude ahead of schedule.  If participating telephonically, claimants or

their attorneys shall contact the Special Master's paralegal, Maria Fernandez

(305) 350-5396, twenty (20) minutes before their scheduled hearing to

determine if the prior hearings have concluded ahead of schedule.

**DONE AND ORDERED** this _12_ day of May, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court.  The objector shall have three (3) business days to file a reply from the date the response is filed.