IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.
_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.
_____

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### REVISED ORDER SETTING HEARING ON PLAINTIFFS' ONE HUNDRED AND ELEVENTH THROUGH ONE HUNDRED AND EIGHTEENTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. **[D.E. 4512]**; **[D.E. 4526]**; **[D.E. 4578]**; **[D.E. 4604]**; **[D.E. 4674]**; **[D.E. 4742]**; **[D.E. 4791]**; **[D.E. 4840]**; and **[D.E. 4911]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' One Hundred and Eleventh through One Hundred and Eighteenth

Motions for Summary Judgment on **Friday, June 20, 2008 beginning at 10:30 a.m.** at the Office of the Special Master. A court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 9 day of May, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group