IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

### ORDER DENYING MOTION OF GERALD M. BOWEN FOR AN ORDER VACATING THE SPECIAL MASTER'S JANUARY 2, 2008 AND JANUARY 30, 2008 ORDER SETTING HEARING ON GERALD M. BOWEN'S NOTICE OF COMBINED RULE 60 AND OTHER MOTIONS

**THIS CAUSE** is before the Special Master pursuant to Motion of Gerald M. Bowen for an Order Vacating the Special Master's January 2, 2008 and January 30, 2008 Order Setting Hearing on Gerald M. Bowen's Notice of Combined Rule 60 and Other Motions **[D.E. 4577]**, In Camera Declaration of Gerald M. Bowen in Support of Motion of Gerald M. Bowen for an Order Vacating the Special Master's January 2, 2008 and January 30, 2008 Order Setting Hearing on Gerald M. Bowen's Notice of Combined Rule 60 and Other Motions, and Notice of Filing Appendix Motion of Gerald M. Bowen for an Order Vacating the Special Master's January 2, 2008 and January 30, 2008 Order Setting Hearing on

Gerald M. Bowen's Notice of Combined Rule 60 and Other Motions. In this motion, Mr. Bowen argues that the Court is unable to consider his Rule 60 motion without a live hearing. Mr. Bowen further argues that one hour is not sufficient time to address his Rule 60 motion. Accordingly, Mr. Bowen requests that the Court vacate the hearing set on his Rule 60 motion. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion of Gerald M. Bowen for an Order Vacating the Special Master's January 2, 2008 and January 30, 2008 Order Setting Hearing on Gerald M. Bowen's Notice of Combined Rule 60 and Other Motions **[D.E. 4577]** is hereby **DENIED**.

**DONE AND ORDERED** at Miami, Florida this 13 day of May, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.