IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                      )
          Plaintiffs, )
                                      )
v. )
                                      )
EXXON CORPORATION, )
                                      )
          Defendant. )
_____ )
                                      )
RUSSELL A. CLINE, )
                                      )         **CONSOLIDATED WITH**
          Plaintiff, )         **CASE NO.: 05-21338-CIV-GOLD /**
                                      )         **SIMONTON**
vs. )
                                      )
THE GARDEN CITY GROUP, INC., )
                                      )
          Defendant. )
_____ )

## ORDER GRANTING EXTENSION OF TIME FOR D3.19

        This matter is before the Special Master pursuant to a correspondence received from Kevin J. Carse, Jr. (attached hereto as Exhibit "A"). In this correspondence, Mr. Carse has requested a fourteen (14) day extension of time to file a response to States' counsel's Opposition to disputed claim D3.19. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

        **ORDERED and ADJUDGED** as follows:

        1.      Mr. Carse's request for a fourteen (14) day extension of time to file a response to States' counsel's Opposition to disputed claim D3.19 is hereby **GRANTED.**

CASE NO.:  91-0986-CIV-GOLD

2.      Mr. Carse shall file his Reply by no later than **5:00 p.m. on Monday, June 2, 2008.**

3.      States' counsel shall be permitted to file a Sur-Reply by no later than **5:00 p.m. on Friday, June 13, 2008**.

**DONE AND ORDERED** this ⎮5 day of May, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court.  The objector shall have three (3) business days to file a reply from the date the response is filed.