IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON

## ORDER GRANTING EXTENSION OF TIME FOR D3.5

This matter is before the Special Master pursuant to Class Counsel's Motion for Extension of Time to File Reply in Support of Claims 1064 B & C (Dispute D3.5) **[D.E. 4935]**. In this motion, Class counsel has requested an extension of time for Claimant Josama, Inc. to file its Reply in Support of Claims 1064 B&C. Class counsel indicates that Claimant Josama, Inc. and States' counsel are attempting to resolve this dispute, and they require additional time to finalize a settlement. States' counsel does not oppose the requested relief. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. Claimant Josama, Inc.'s request for an extension of time to file its Reply in Support of Claims 1064 B&C is hereby **GRANTED**.

2. Claimant Josama, Inc. shall have until **5:00 p.m. on Wednesday, May 28, 2008** to file its Reply in Support of Claims 1064 B&C.

**DONE AND ORDERED** this 20 day of May, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.