IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER GRANTING EXTENSION OF TIME TO PROVIDE INFORMATION RELATED TO PETROLEUM MANAGEMENT, INC.

**THIS CAUSE** is before the Special Master pursuant to the attached correspondence from attorney Benjamin B. Tariri, Esquire on behalf of Claimant, Ken Kaplan/Petroleum Management, Inc., Claim No. 625, Station No. 30228. *See* Exhibit "A." In this correspondence, Mr. Tariri has requested an additional two weeks to provide the Office of the Special Master, Class counsel, and The Garden City Group, Inc. the last known address and telephone number of Mr. Kaplan's ex-wife. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.    Mr. Tariri's request for an additional two weeks to provide the Office of the Special Master, Class counsel, and The Garden City Group, Inc. the last

CASE NO.: 91-0986-CIV-GOLD

known address and telephone number of Mr. Kaplan's ex-wife is hereby **GRANTED**.

2.  To the best of his abilities, Mr. Tariri shall provide, via correspondence, the last known address and telephone number of Mr. Kaplan's ex-wife by no later than 5:00 p.m. on Friday, June 6, 2008.

**DONE AND ORDERED** this 21 day of May, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold