IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

---

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER SETTING PROCEDURES FOR EVIDENTIARY HEARINGS CONCERNING UNSETTLED CLAIMS IN CLASS COUNSEL'S NINTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C9)

This matter is before the Special Master upon Class Counsel's Ninth Motion for Adjudication of Conflicting Claims (Motion C8) **[D.E. 4611]**. The Special Master has been advised that pre-trial conferences have been completed for those disputes included in Motion C9. *See* Hearing Officer's Report attached hereto as Exhibit "A." The Special Master has also been advised that six disputes were unable to be resolved through pre-trial conferences. Pursuant to the Special Master's Order Regarding Class Counsel's Ninth Motion for Adjudication of Conflicting Claims (Motion C8) [D.E. 4673], the Special Master hereby enters this Order of Procedure. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

CASE NO.: 91-0986-CIV-GOLD

**ORDERED and ADJUDGED** as follows:

1. The Special Master will adjudicate unresolved disputes between claimants included in Motion C9 **beginning at 9:00 a.m. EST on Wednesday, July 2, 2008** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings. The following call-in information should be used:

   Number: 1-866-590-1534

   Participant Code: 49793427#

2. The Special Master will hear the following claimant disputes in the following order on July 2, 2008:

| | | | |
|---|---|---|---|
| C9.4a | **9:00 a.m.** | A - William W. Rogers<br>B - Sandra Rose Thompson | Claim No. 4688A<br>Claim No. 4683A |
| C9.4b | **9:00 a.m.** | A - Freeway Auto Care<br>    Division of Sanco, Inc.<br>    c/o William W. Rogers<br>B - Freeway Auto Care<br>    Division of Sanco, Inc.<br>    c/o Sandra Rose Thompson | Claim No. 4688B<br><br><br>Claim No. 4683B |
| C9.5a | **9:30 a.m.** | A - Estate of Ephraim Berry McDade<br>B - Robbins Oil Company | Claim No. 1004112A<br>Claim No. 5783A |
| C9.5b | **9:30 a.m.** | A - McDade Enterprises, Inc.<br>B - Robbins Oil Company | Claim No. 1004112B<br>Claim No. 5783B |
| C9.3 | **10:00 a.m.** | A - Ray J. Zeringue<br>B - June Z. Rodrigue | Claim No. 2818<br>Claim No. 104542 |

CASE NO.: 91-0986-CIV-GOLD

| | | | |
|---|---|---|---|
| C9.8 | **10:30 a.m.** | A - American Famous Tiger Service Station, Inc. c/o Amgad Hamed | Claim No. 1015845 |
| | | B - American Famous Tiger Service Station, Inc. c/o Mohammad Aminedolleh | Claim No. 103980 |
| | | C - Kewal K. Gupta | Claim No. 4871 |

3. The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. If participating telephonically, claimants in the 9:30 a.m., 10:00 a.m. and 10:30 a.m. hearing slots shall contact the Special Master's paralegal, Maria Fernandez (305) 350-5396, fifteen (15) minutes before their scheduled hearing to determine if the prior hearing has concluded ahead of schedule.

4. The parties to each claimant dispute shall file and exchange Witness and Exhibit lists by no later than **5:00 p.m. on Monday, June 16, 2008**. Witness and Exhibit Lists shall be filed with the United States District Court for the Southern District of Florida. No other discovery shall be permitted.[1]

**DONE AND ORDERED** this 22 day of May, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.