IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
    Plaintiffs,  )
v.  )
EXXON CORPORATION,  )
    Defendant.  )
_____)

RUSSELL A. CLINE,  )
    Plaintiff,  )
vs.  )
THE GARDEN CITY GROUP, INC.,  )
    Defendant.  )
_____)

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## SUA SPONTE ORDER RESETTING HEARING ON PETROLEUM MANAGEMENT, INC.

**THIS CAUSE** is before the Special Master *sua sponte*. This matter was originally set for hearing pursuant to a correspondence received by the Special Master from attorney Benjamin B. Tariri, Esquire on behalf of Claimant, Ken Kaplan/Petroleum Management, Inc., Claim No. 625, Station No. 30228. *See* D.E. 4692, Exhibit "A." Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The hearing before the Special Master beginning at 9:00 a.m. on Friday, June 20, 2008 to determine who is authorized to act on behalf of Petroleum Management, Inc. is hereby **CANCELLED**.

CASE NO.: 91-0986-CIV-GOLD

2. The Special Master will conduct a hearing beginning at **10:15 a.m. on Friday, June 20, 2008** to determine who is authorized to act on behalf of Petroleum Management, Inc. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearing. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

**DONE AND ORDERED** this 9 day of June, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold