IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>    Defendant. )<br>_____ )<br>)<br>RUSSELL A. CLINE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>    Defendant. )<br>_____ )  | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

### ORDER RESETTING HEARING ON PLAINTIFFS' ONE HUNDRED AND ELEVENTH THROUGH ONE HUNDRED AND EIGHTEENTH MOTIONS FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Special Master pursuant to a number of Motions for Summary Judgment filed by Class counsel in the Claims Administration Process. **[D.E. 4512]; [D.E. 4526]; [D.E. 4578]; [D.E. 4604]; [D.E. 4674]; [D.E. 4742]; [D.E. 4791]; [D.E. 4840];** and **[D.E. 4911]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The hearing before the Special Master to be held on Friday, June 20, 2008 beginning at 10:30 a.m. concerning Plaintiffs' One Hundred and Eleventh

through One Hundred and Eighteenth Motions for Summary Judgment is hereby **CANCELLED**.

2. The Special Master will hold a hearing to adjudicate the claims presented in Plaintiffs' One Hundred and Eleventh through One Hundred and Eighteenth Motions for Summary Judgment on **Friday, June 20, 2008 beginning at 11:45 a.m.** at the Office of the Special Master. A court report has been requested.

**DONE AND ORDERED** at Miami, Florida this 9 day of June, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All Counsel of Record
The Honorable Alan S. Gold
The Garden City Group