IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )
                                     )
EXXON CORPORATION,                   )
                                     )
        Defendant.                   )
_____)
                                     )
RUSSELL A. CLINE,                    )
                                     )          **CONSOLIDATED WITH**
        Plaintiff,                   )          **CASE NO.: 05-21338-CIV-GOLD /**
                                     )          **SIMONTON**
vs.                                  )
                                     )
THE GARDEN CITY GROUP, INC.,         )
                                     )
        Defendant.                   )
_____)

## ORDER TO SHOW CAUSE AGAINST
## CLAIMANT MATILDA KOLESAR, CLAIM NO. 104790

This cause is before the Special Master pursuant to Class Counsel's Notice of
Filing Tenth List of Non-Responsive Claimants (N10) **[D.E. 5031]**.  The Special Master
has been advised that Claimant Matilda Kolesar has been non-responsive to Class
counsel's continued efforts to process Claim No. 104790.  Accordingly, having reviewed
the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Special Master hereby orders Claimant Matilda Kolesar to show
      cause as to why Claim No. 104790 should not be dismissed with prejudice

for failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period.

2.      Claimant Matilda Kolesar shall have until **Monday, July 21, 2008** to file a response to the Special Master's Order to Show Cause.  Failure to timely respond to the Special Master's Order shall result in the dismissal of Claim No. 104790 with prejudice.

3.      Class counsel is hereby ordered to distribute the Special Master's Order to Show Cause to Claimant Matilda Kolesar, Claim No. 104790.

**DONE AND ORDERED** at Miami, Florida this ___ day of June, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

---

[1] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court.  The objector shall have three (3) business days to file a reply from the date the response is filed.