IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)
    Plaintiff, )  **CONSOLIDATED WITH**
)  **CASE NO.: 05-21338-CIV-GOLD /**
vs. )  **SIMONTON**
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER TO SHOW CAUSE AGAINST
### CLAIMANT LEWIS PEPPERMAN, TRUSTEE, CLAIM NO. 6566

This cause is before the Special Master pursuant to Class Counsel's Notice of Filing Tenth List of Non-Responsive Claimants (N10) **[D.E. 5031]**. The Special Master has been advised that Claimant Lewis Pepperman, Trustee has been non-responsive[1] to Class counsel's continued efforts to process Claim No. 6566. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

---

[1] Class Counsel notes, by way of an asterisk, in their N10 Filing as follows: "Claim 6566 was withdrawn by someone other than Mr. Pepperman, and accordingly the withdrawal is not recognized by States' Counsel. Mr. Pepperman has executed a document attesting that he has no interest in the claim, but believes he is without authority to sign a withdrawal and therefore refuses to do so."

1. The Special Master hereby orders Claimant Lewis Pepperman, Trustee to show cause as to why Claim No. 6566 should not be dismissed without prejudice for failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period.[2]

2. Claimant Lewis Pepperman, Trustee shall have until **Monday, July 21, 2008** to file a response to the Special Master's Order to Show Cause. Failure to timely respond to the Special Master's Order shall result in the dismissal of Claim No. 6566 without prejudice.

3. Class counsel is hereby ordered to distribute the Special Master's Order to Show Cause to Claimant Lewis Pepperman, Trustee, Claim No. 6566.

**DONE AND ORDERED** at Miami, Florida this _18_ day of June, 2008.[3]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

---

[2] See fn. 1, *supra*.
[3] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.