IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER GRANTING MOTION FOR CONTINUANCE OF HEARING TO ADJUDICATE CLAIMANT DISPUTE C8.3

This matter is before the Special Master upon an Motion for Continuance of Hearing to Adjudicate Claimant Dispute C8.3 [attached hereto as Exhibit "A"] received from counsel to North Elizabeth Service Center, Inc.'s. The Special Master has reviewed the request to continue the upcoming hearing regarding C8.3. Given the circumstances surrounding the request, the Special Master hereby GRANTS a continuance of the upcoming hearing to adjudicate dispute C8.3. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Claimant, North Elizabeth Service Center, Inc.'s Motion for Continuance of Hearing to Adjudicate Claimant Dispute C8.3 is hereby GRANTED.

2. The hearing to adjudicate claimant dispute C8.3 on Wednesday, June 25, 2008 beginning at 10:40 a.m. is hereby CANCELLED.

3. The hearing to adjudicate claimant dispute C8.3 will be reset by the Special Master.

**DONE AND ORDERED** this _____ day of June, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold