IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
    Defendant.                        )
_____)
                                      )
RUSSELL A. CLINE,                     )
                                      )            **CONSOLIDATED WITH**
    Plaintiff,                        )            **CASE NO.: 05-21338-CIV-GOLD /**
                                      )            **SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
    Defendant.                        )
_____)

## ORDER RESETTING HEARINGS FOR D3 CLAIMS

This matter is before the Special Master upon Class Counsel's Third Motion for Adjudication of Disputed Claims (Motion D3) **[D.E. 4477]**, Class Counsel's Memorandums in Support of D3 claims **[D.E. 4780, 4783-4787]**, States' Counsel's Memorandums in Opposition of D3 claims **[D.E. 4877-4878, 4881-4898]**, and States' Counsel's Notice of Non-Opposition of Claim 1021742C (D3.4) **[D.E. 4879]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1

CASE NO.: 91-0986-CIV-GOLD

1. The hearings before the Special Master to be held on Wednesday, May 28, 2008 beginning at 9:00 a.m. to adjudicate claims included in Class counsel's D3 Motion are hereby **CANCELLED**.

2. The hearings before the Special Master to be held on Thursday, May 29, 2008 beginning at 9:00 a.m. to adjudicate claims included in Class counsel's D3 Motion are hereby **CANCELLED**.

3. The hearings before the Special Master to be held on Monday, June 23, 2008 beginning at 9:00 a.m. to adjudicate claims included in Class counsel's D3 Motion are hereby **CANCELLED**.

4. The Special Master will conduct hearings to adjudicate claims included in Class counsel's D3 Motion on **Monday, June 23, 2008 beginning at 10:45 a.m.** Claimants and counsel are permitted to telephonically attend the hearings before the Special Master. The following call-in information should be used:

    Call-in Number: 1-866-590-1534          Participant Code: 49793427#

4. The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. The Special Master will hear the following disputed claims in the following order on June 23, 2008:

| | | | |
|---|---|---|---|
| D3.1 | 10:45 a.m. | Robert J. Ford | Claim No. 6479A |
| D3.2 | 11:00 a.m. | Gladys Lawrence | Claim No. 4055 |
| D3.3 | 11:15 a.m. | Brian D. Ross | Claim No. 102537B |
| D3.5 | 11:30 a.m. | Josama, Inc. | Claim No. 1064B |
| | | Josama, Inc. | Claim No. 1064C |
| D3.6 | 11:45 a.m. | The Pantry, Inc. | Claim No. 2314A |

2

CASE NO.: 91-0986-CIV-GOLD

| | | | |
|---|---|---|---|
| D3.7 | 12:00 p.m. | Eduardo Valcarce | Claim No. 1005 |
| D3.8 | 12:15 p.m. | Tony King's, Inc. | Claim No. 104762 A & C |
| D3.9 | 12:30 p.m. | Verc Enterprises, Inc. | Claim No. 103502 |
| D3.10 | 12:45 p.m. | Ayman Moawad | Claim No. 3186A |
| | | Ayman Moawad | Claim No. 3186B |
| D3.11 | 1:00 p.m. | Stephen R. Visich | Claim No. 1000773C |
| D3.12 | 1:15 p.m. | Danbys Service Stations, Inc. | Claim No. 2505A |
| D3.13 | 1:30 p.m. | Robbins Oil Company | Claim No. 6103 |
| D3.14 | 1:45 p.m. | Wesco, Inc. | Claim No. 1959 |
| D3.15 | 2:00 p.m. | Thomas J. Terry, Jr. | Claim No. 6353 |
| D3.16 | 2:15 p.m. | Estate of Charles Richard Brown | Claim No. 104595 |
| D3.17 | 2:30 p.m. | Jack's Friendly Service, Inc. | Claim No. 103969A |
| D3.18 | 2:45 p.m. | Anthony Boccella | Claim No. 1013645 |
| D3.19 | 3:00 p.m. | Estate of Kevin J. Carse | Claim No. 104099B |
| D3.20 | 3:15 p.m. | H.I.S. Exxon, Inc. | Claim No. 653A |

**DONE AND ORDERED** this _____ day of June, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.