IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER GRANTING EXTENSION OF TIME FOR D3.11

This matter is before the Special Master upon Class Counsel's Third Motion for Adjudication of Disputed Claims (Motion D3) **[D.E. 4477]**, States' Counsel's Memorandum in Opposition to Claim 1000773C (Dispute D3.11) **[D.E. 4489]**, and "Key Documents" submitted by Claimant on March 20, 2008. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Special Master heard the arguments of the claimant (Mr. Stephen Visich) and States' Counsel at the scheduled hearing on June 23, 2008

relating to Dispute Claim D3.11, and reviewed the materials submitted by all parties.

2. At the end of the hearing, States' Counsel specifically identified certain types of documentation they believe are necessary for the claimant to establish that he is the proper claimant for Claim No. 1000773C.

3. In an effort to provide Mr. Visich with another opportunity to provide documentation in support of his claim, and to carry his burden of proving his claim, the Special Master agreed to allow Mr. Visich more time—until Monday, July 14, 2008—to submit additional documentation. If nothing is received from Mr. Visich by July 14, 2008, the Special Master will issue his ruling on Dispute D3.11 based upon the prior submissions of the parties and the arguments from the June 23, 2008 hearing.

4. If Mr. Visich submits further documentation, States' Counsel will be allowed until Monday, July 21, 2008 to submit a reply in opposition for consideration by the Special Master.

**DONE AND ORDERED** this 24 day of June, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.