IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                Plaintiffs, )

v. )

EXXON CORPORATION, )
                Defendant. )

RUSSELL A. CLINE, )
                Plaintiff, )       **CONSOLIDATED WITH**
                 )                **CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

vs. )

THE GARDEN CITY GROUP, INC., )
                Defendant. )

**ORDER GRANTING EXTENSION OF TIME FOR D3.7**

This matter is before the Special Master upon Class Counsel's Third Motion for Adjudication of Disputed Claims (Motion D3) **[D.E. 4477]**, Class Counsel's Notice of Filing in Support of D3.7 **[D.E. 4757]**, and States' Counsel's Memorandum in Opposition to Claim 1005 (Dispute D3.7) **[D.E. 4884]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. After beginning to hear arguments of counsel at the scheduled hearings on June 23, 2008 relating to the various D3 claims, claimant's counsel for

1

Dispute D3.7, Harry Strom, Esq., advised that he was only retained about an hour or so before the hearing.

2. As such, and to ensure that the claimant has sufficient opportunity to support his claim, the Special Master suggested that the claimant and his counsel be allowed additional time to submit further supporting documentation, which will be considered prior to any ruling on the D3.7 dispute.

3. Accordingly, the claimant and his counsel shall have until no later than 5:00 p.m. on Friday, July 11, 2008 within which to provide the Special Master with any additional documentation, and/or a short supplemental memorandum, to support the claim asserted, and to address the areas of concern highlighted by States' Counsel during the hearing which began on June 23, 2008.

4. States' Counsel shall be permitted to file a brief reply, by Friday, July 18, 2008, in response to any additional materials submitted by the claimant.

5. Furthermore, if any of the parties desire to an additional hearing following the materials by Mr. Valcarce and Mr. Storm, a hearing will be allowed. However, any request for an additional hearing should be made to the Office of the Special Master, in writing, by no later than 5:00 p.m. on

Monday, July 21, 2008. Otherwise, a ruling will be issued without any additional hearing.

**DONE AND ORDERED** this 24 day of June, 2008.[1]

                                          SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.