IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## SUA SPONTE ORDER CANCELLING HEARING ON CLAIMANT DISPUTE C7.16

This matter is before the Special Master *sua sponte.*

Claimant dispute C7.16 was scheduled to be heard before the Special Master on Wednesday, June 25, 2008 beginning at 9:40 a.m. The Hearing Officer has advised the Special Master that the parties have settled this dispute and the Office of the Special Master has received executed, notarized settlement agreements from all parties. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

CASE NO.: 91-0986-CIV-GOLD

1. The hearing before the Special Master to adjudicate dispute C7.16 between claimants William P. Straughan and Charles E. Jackson, Claim Nos. 103490A&B, and claimant Jim A. Robbins, Claim No. 6277, to be held on Wednesday, June 25, 2008 beginning at 9:40 a.m. is hereby **CANCELLED**.

**DONE AND ORDERED** this 24 day of June, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.