IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

|  |  |  |
|---|---|---|
| ALLAPATTAH SERVICES, INC., et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>EXXON CORPORATION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONSOLIDATED WITH<br>CASE NO. 05-21338CIV-GOLD / SIMONTON** |

## AMENDED SUA SPONTE ORDER ON
## NON-RESPONSIVE CLAIMANTS

This matter is before the Special Master *sua sponte.*

It is the intent of the District Court and the Special Master to complete the Claims Administration Process expeditiously in order to make payment to all claimants and minimize administrative costs.  In order to achieve this goal, Class Counsel is directed to complete remaining work in order to permit all claims to be designated in a motion for adjudication by August 2008.

As set forth in the Special Master's July 12, 2007 Sua Sponte Order on Non-Responsive Claimants, a number of claimants have been non-responsive to Class Counsel's efforts to process their respective claims.  Specifically, many of these claimants have failed to execute Replies, provide necessary documentation in support of their claims,

1

or take the necessary steps to resolve legal matters outside the scope of Class Counsel's representation.  The non-responsiveness of these claimants has caused delay in the processing of countless other claims and in the completion of the Claims Administration Process.

Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Class Counsel is directed to prepare all remaining claims for designation in an appropriate motion for adjudication in or before August 2008.

2. As Class Counsel identifies claimants who have not taken required actions in support of their claims after receiving written and/or oral requests to do so, Class Counsel shall provide each such claimant (and their representatives, as applicable) with written notice of a final deadline by which they must perform those actions necessary to prepare their claims for designation. Class Counsel shall provide the claimant with a copy of this Order.

3. Class Counsel periodically shall provide the Special Master with a list of all non-responsive or non-compliant claimants who have failed to comply with the requirements outlined in the written notice provided by Class Counsel.

4. Upon review of the applicable claims, the Special Master will enter Orders to Show Cause as to why these claims should not be dismissed with prejudice

for failing to substantiate their respective interests in a direct-served Exxon station during the Class Period.

**DONE AND ORDERED** this 25 day of June, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

1 Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court.  The objector shall have three (3) business days to file a reply from the date the response is filed.