IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
                                                  )
     Plaintiffs,                  )
                                                  )
v.                                                )
EXXON CORPORATION,        )
     Defendant.                )
_____)

RUSSELL A. CLINE,           )
     Plaintiff,                   )     **CONSOLIDATED WITH**
                                       )     **CASE NO.: 05-21338-CIV-GOLD /**
vs.                                        )     **SIMONTON**
THE GARDEN CITY GROUP, INC.,  )
     Defendant.                )
_____)

### ORDER GRANTING EXTENSION OF TIME FOR C7.18

This matter is before the Special Master upon Class Counsel's Seventh Motion for Adjudication of Conflicting Claims (Motion C7) **[D.E. 4270]**, and upon separate materials submitted both by Claimant Nikiforos Nick Spiropoulos (Claim No. 1008053), and Claimant Stylianos Bouboudakis (Claim No. 1023302). Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.    The Special Master heard the arguments of the both claimants with regard to C7.18 at the scheduled hearing on June 25, 2008, and has reviewed

the materials submitted by all parties.

2. At the end of the hearing, Claimant Nikiforos Spiropoulos requested additional time to submit a memorandum of law.

3. In an effort to provide every opportunity for the parties to submit materials for consideration, the Special Master has allowed Mr. Spiropoulos until July 7, 2008 within which to submit an additional memorandum of law, as well as his closing argument.

4. Additionally, Claimant Stylianos Bouboudakis is allowed until July 14, 2008 within which to provide the Special Master with a memorandum in reply and opposition to any further submission by Mr. Spiropoulos, as well as to provide the Special Master with Mr. Bouboudakis' closing argument.

5. No additional hearings will be necessary. The Special Master will rule based upon the hearing which occurred on June 25, 2008, as well as the materials submitted, or to be submitted, by both Claimants.

**DONE AND ORDERED** this 26 day of June, 2008.[1]

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.