IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                           )
    Plaintiffs,                       )
                                           )
v.                                           )
                                           )
EXXON CORPORATION,             )
                                           )
    Defendant.                     )
_____)
                                           )
RUSSELL A. CLINE,                )
                                           )     **CONSOLIDATED WITH**
    Plaintiff,                     )     **CASE NO.: 05-21338-CIV-GOLD /**
                                           )     **SIMONTON**
vs.                                          )
                                           )
THE GARDEN CITY GROUP, INC.,  )
                                         )
    Defendant.                    )
_____)

## ORDER GRANTING EXTENSION OF TIME FOR C6.12

This matter is before the Special Master upon Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) **[D.E. 4128]**, and upon separate materials submitted both by Claimant Ed Brendel's, Inc. (Claim No. 905), and Claimant Petroleum Sales, Inc. (Claim No. 3596). Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Special Master heard the arguments of the both claimants with regard to C6.12 at the scheduled hearing on June 25, 2008, and has reviewed

2.     the materials submitted by all parties.

2. At the end of the hearing, the claimants requested an opportunity to submit additional briefing on the issues for the Special Master's consideration requested the opportunity to submit additional memoranda of law.

3. In an effort to provide every opportunity for the parties to submit materials for consideration, the Special Master has allowed both claimants to simultaneously submit memoranda of law, outlining their position and closing argument, by July 7, 2008. Thereafter, each claimant will have until July 14, 2008 to submit a reply to the claimants' respective opposition that was submitted on or before July 7, 2008.

4. No additional hearings will be necessary. The Special Master will rule based upon the hearing which occurred on June 25, 2008, as well as the materials submitted, or to be submitted, by both Claimants.

**DONE AND ORDERED** this 25 day of June, 2008.[1]

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.