IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,     )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )
                                        )
EXXON CORPORATION,                      )
                                        )
    Defendant.                          )
_____)
                                        )
RUSSELL A. CLINE,                       )
                                        )      **CONSOLIDATED WITH**
    Plaintiff,                          )      **CASE NO.: 05-21338-CIV-GOLD /**
                                        )      **SIMONTON**
vs.                                     )
                                        )
THE GARDEN CITY GROUP, INC.,            )
                                        )
    Defendant.                          )
_____)

## ORDER REGARDING CLAIMANT DISPUTE C8.9

This matter is before the Special Master upon Class Counsel's Eighth Motion for Adjudication of Conflicting Claims (Motion C8) **[D.E. 4394]**, and upon the separate materials submitted the three claimants, Superior Service Inc. c/o William J. McCutchan (Claim No. 1000554), Chris Rudolph (Claim No. 1014454) and Daniel J. Gallagher (Claim No. 3096). Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1

1. The Special Master heard the arguments of each claimant with regard to C8.9 at the scheduled hearing on June 25, 2008, and has reviewed the materials submitted by all claimants.

2. Upon further consideration of the arguments made at the hearing, and a another detailed review of the documentation submitted, the Special Master **strongly urges** the three claimants to attend **another mediation**, and that they make every conceivable effort to arrive at an agreement settling these claims, **before the Special Master issues a ruling**.

3. The three claimants should **complete the suggested mediation within fifteen (15) days of the date of this Order**. The claimants are ordered to contact the Office of the Special Master, within ten (10) days of the date of this Order, to advise whether they will heed the Special Master's suggestion that they attend and complete mediation.

4. The mediator will be selected by the Special Master, and will be coordinated through the Office of the Special Master.

5. The expenses related to the mediation, and specifically the fees of the mediator, will be paid from the award allocated to this dispute, which in total presently amounts to a gross value of $300,429.84 and a net value of $181,071.09. As such, the expenses and fees associated with mediation will further reduce the total available award.

6. If the claimants decide not to participate in the mediation, the Special Master will issue his ruling at or near the end of July, 2008.

*Order Regarding Claimant Dispute C8.9*

**DONE AND ORDERED** this 30 day of June, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.

3