IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>Defendant. )<br>_____)<br>)<br>RUSSELL A. CLINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>Defendant. )<br>_____) | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

**ORDER GRANTING MOTION FOR CONTINUANCE OF**
**HEARING TO ADJUDICATE CLAIMANT DISPUTE C9.5a&b**

This matter is before the Special Master upon an Motion for Continuance of Hearing to Adjudicate Claimant Dispute C9.5a&b [attached hereto as Exhibit "A"] received from Mr. Ed Cottrell representative of Robbins Oil Company (Claim Number 5783A&B). The Special Master has reviewed the request to continue the upcoming hearing regarding C9.5a&b. Given the circumstances surrounding the request, the Special Master hereby GRANTS a continuance of the upcoming hearing to adjudicate dispute C9.5. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Claimant, Robbins Oil Company (Claim Number 5783A&B) Motion for Continuance of Hearing to Adjudicate Claimant Dispute C9.5a&b is hereby GRANTED.

2. The hearing to adjudicate claimant dispute C9.5a&b on **Wednesday, July 2, 2008 beginning at 9:30 a.m.** *(EST)* **is hereby CANCELLED.**

3. The hearing to adjudicate claimant dispute C9.5a&b will be reset by the Special Master.

**DONE AND ORDERED** this ___ day of July, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold