IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER RESETTING HEARING FOR UNRESOLVED C8.3 CLAIMANT DISPUTE

This matter is before the Special Master pursuant to a Motion to Continue C8 Motion Hearing (attached hereto as Exhibit "A") received from counsel to North Elizabeth Service Center, Inc.'s. The Special Master hereby GRANTED this request (attached hereto as Exhibit "B"). Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master will hear dispute C8.3 on **Tuesday, August 12, 2008 beginning at 9:30 a.m.** *(EST)* Claimants or representatives of claimants are

1

CASE NO.: 91-0986-CIV-GOLD

permitted to telephonically participate in the hearing. The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

**DONE AND ORDERED** this ___17___ day of July, 2008

_____
SPECIAL MASTER THOMAS E. SCOTT [1]

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.