IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )
                                    )
EXXON CORPORATION,                  )
                                    )
    Defendant.                      )
_____ )
                                    )
RUSSELL A. CLINE,                   )
                                    )            **CONSOLIDATED WITH**
    Plaintiff,                      )            **CASE NO.: 05-21338-CIV-GOLD /**
                                    )            **SIMONTON**
vs.                                 )
                                    )
THE GARDEN CITY GROUP, INC.,        )
                                    )
    Defendant.                      )
_____ )

### ORDER VACATING, IN PART, AMENDED SIXTH ORDER DENYING CLAIMS AS TO CLAIM NO. 1024722 ONLY, AND ORDER SETTING RE-HEARING ON CLAIM NO. 1024722

This matter is before the Special Master upon the District Court's Order Regarding the Procedures for the Payment of Claims **[D.E. 3134]**, States' Counsel's Sixth Motion for Summary Judgment Dismissing One Hundred and Sixty (160) Claims **[D.E. 3935]**, the District Court's Order of Reference **[D.E. 3945]**, Class Counsel's Response to States' Counsel's Sixth Motion for Summary Judgment Dismissing One Hundred and Sixty Claims **[D.E. 4055]**, Class Counsel's Amended Response to States'

*Order Vacating, In Part, Amended Sixth Order Denying Claims*
*Page 2 of 3*

Counsel's Sixth Motion for Summary Judgment Dismissing One Hundred and Sixty Claims **[D.E. 4156]**, Class Counsel's Status Report Regarding Claimants in States' Counsel's 5th and 6th Motions for Summary Judgment **[D.E. 4348]**, the Special Master's Amended Sixth Order Denying Claims **[D.E. 4789]**, and Claimant Lundy Cavender's (Claim No. 1024722) Notice of Appeal of the Amended Sixth Order Denying Claims.

On or about April 24, 2008, Claimant Lundy Cavender, Claim No. 1024722 served, upon the Garden City Group (the "Claims Administrator"), his "Notice of Appeal" of the Amended Sixth Order Denying Claims.

In the Amended Sixth Order Denying Claims, the Special Master denied Claim No. 1024722, with prejudice, based upon: (1) Claimant Lundy Cavender's failure to respond to States' Counsel's Sixth Motion for Summary Judgment, or to attend the scheduled hearing; (2) arguments of States' Counsel; and (3) the documentation on file with the Claims Administrator.[1]

Based upon the claimant's apparent renewed interest in advocating and presenting his claim, as set forth in the claimants' Notice of Appeal, and documentation included with the Notice of Appeal, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Amended Sixth Order Denying Claims **[D.E. 4789]** is hereby vacated, in part, as to Claimant Lundy Cavender (Claim No. 1024722) **only**. All

---

[1] Prior to the States' Counsel's Sixth Motion for Summary Judgment, Claimant Lundy Cavender, Claim No. 1024722, voluntarily withdrew his claim in July, 2007. However, withdrawal paperwork was never completed by the claimant. As such, States' Counsel moved for summary judgment against the claim.

1. other provisions of the Amended Sixth Order Denying Claims remain in full force and effect.

2. A re-hearing on States' Counsel's Sixth Motion for Summary Judgment, as to Claimant Lundy Cavender (Claim No. 1024722) **only**, is hereby granted.

3. No additional briefing is necessary from Claimant Lundy Cavender or from States' Counsel; however, if either wish to provide additional memoranda or documentation in support of their respective positions, said materials should be provided to the Special Master by no later than July 31, 2008.

4. The re-hearing on States' Counsel's Sixth Motion for Summary Judgment as to Claim No. 1024722 **only** is hereby set for **Tuesday, August 12, 2008 beginning at 9:00 a.m.** Thirty (30) minutes have been set aside for this hearing, and a court reporter has been requested. Lundy Cavender, or his representative, States' Counsel and Class Counsel are permitted to telephonically participate in the re-hearing. The following call-in information should be used:

   Number: 1-866-590-1534
   Participant Code: 49793427#

**DONE AND ORDERED** this 17 day of July, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold
The Garden City Group