IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER REGARDING CLASS COUNSEL'S TENTH MOTION FOR ADJUDICATION OF CONFLICTING CLAIMS (MOTION C10)

This matter is before the Special Master upon Class Counsel's Tenth Motion for Adjudication of Conflicting Claims (Motion C10) **[D.E. 4909]**. Pursuant to the District Court's Order Affirming Special Master's Report and Recommendation Regarding Adjudication Procedures for Conflicting Claims in the Claims Administration Process [D.E. 4148], the following procedures and deadlines will govern the adjudication of the claimant conflicts outlined in Class counsel's C10 Motion.

Attached hereto as Exhibit "A" is the Claimant's Questionnaire for the Resolution of Conflicting Claims in the Exxon DFC Class Action. This questionnaire is designed to allow conflicting claimants an opportunity to outline their respective positions as to why they are

*Order Regarding Class Counsel's Tenth Motion for Adjudication of Conflicting Claims (C10)*

entitled to the damage award for the station and gallons at issue. Claimants will receive a blank questionnaire in a Conflicting Claim Packet from the Special Master. This questionnaire must be completed, executed, notarized, and returned to the Office of the Special Master and the Claims Administrator by each party to a C10 dispute by the pre-trial filing deadline. In addition, claimants must submit all contracts, receipts, bills, records, statements, or any other documentation necessary to substantiate his claim of ownership against the conflicting party. These documents shall be attached to the questionnaire and submitted to the Special Master and Claims Administrator. **The pre-trial filing deadline for C10 disputes is Friday, August 22, 2008 at 5:00 p.m.**[1] Any questionnaires and documents not timely received by the Office of the Special Master shall be considered at the Special Master's discretion.[2]

The Special Master will issue a separate order outlining the hearing dates and procedures for each dispute. If the Special Master determines that a dispute involves matters that are sufficiently complicated, and the amount of money at issue is sufficiently high, the Special Master may order the parties to be present for a hearing before the Special Master. Whether the hearings are conducted telephonically or in person, the Special Master will have the discretion to issue an oral ruling at the hearing or to defer ruling for a subsequent written order.

Before these hearings are conducted, States' counsel has the option of filing a

---

[1] If possible, claimants are encouraged to submit their completed questionnaire and supporting documentation to the Special Master before the pre-trial filing deadline. Early submissions may lead to a more prompt resolution of the dispute and the ultimate payment of an Award from the Settlement Fund.

[2] The failure of a claimant to timely submit a completed questionnaire or to participate in a pre-trial conference with the Clerk may result in the dismiss of the claimant's claim.

*Order Regarding Class Counsel's Tenth Motion for Adjudication of Conflicting Claims (C10)*

position paper setting forth any information in States' counsel's possession or any objections that may be relevant to the threshold dealer/claimant identity issues presented in the C10 Motion. States' counsel's decision to file a position paper, or to decline to file a position paper, will not waive States' counsel's right to raise any and all appropriate objections after the conflict is resolved and the remaining claim(s) are advanced on summary judgment. States' counsel shall file any position paper regarding C10 claimant disputes by no later than **Friday, August 29, 2008 at 5:00 p.m.**

Based on the foregoing, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Upon receipt of the Special Master's Order, Class counsel will mail each affected claimant a Conflicting Claim Packet that shall include a copy of the Order, a blank questionnaire, and a complete copy of the conflicting claimant's claim file.

2. Each party to a C10 dispute shall deliver to the Special Master and Claims Administrator the completed Claimant's Questionnaire for the Resolution of Conflicting Claims in the Exxon DFC Class Action and any supporting documentation by no later than **5:00 p.m. on Friday, August 22, 2008.**

3. Before the Special Master conducts hearings regarding C10 disputes, States' counsel has the option of filing a position paper setting forth any information in States' counsel's possession or any objections that may be relevant to the threshold dealer/claimant identity issues presented in the C10 Motion.

*Order Regarding Class Counsel's Tenth Motion for Adjudication of Conflicting Claims (C10)*

States' counsel shall file any position paper regarding C10 claimant disputes by no later than **5:00 p.m. on Friday, August 29, 2008.**

**DONE AND ORDERED** this 24 day of July, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold