IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER TO SHOW CAUSE AGAINST CLAIMANT
## MOHAMMAD SALARI, CLAIM NO. 104416

This cause is before the Special Master pursuant to Class counsel's Notice of Filing Twelfth List of Non-Responsive Claimants (N12) **[D.E. 5199]**. The Special Master has been advised that Claimant Mohammad Salari[1] has been non-responsive to Class counsel's continued efforts to process Claim No. 104416.[2] Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby,

---

[1] The Special Master notes that N12 spells the claimants name as "Mohammed"; however, the Proof of Claim filed by the claimant, and other documentation within the Claims Administrator's database, spells his name as "Mohammad".

[2] With regard to Claim No. 104416, Class counsel notes in N12 that this claim was withdrawn by the claimant, Mohammad Salari. However, because the request was not notarized, the withdrawal has not been processed by the Claims Administrator. Class counsel states that the claimant has not provided a notarized withdrawal form or otherwise sought to pursue the claim.

**ORDERED AND ADJUDGED** as follows:

1. The Special Master hereby orders Claimant Mohammad Salari to show cause as to why Claim No. 104416 should not be dismissed without prejudice for failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period.

2. Claimant Mohammad Salari shall have until **Monday, September 8, 2008** to file a response to the Special Master's Order to Show Cause. Failure to timely respond to the Special Master's Order shall result in the dismissal of Claim No. 104416 without prejudice.

3. Class counsel is hereby ordered to distribute the Special Master's Order to Show Cause to Claimant Mohammad Salari, Claim No. 104416.

**DONE AND ORDERED** at Miami, Florida this ___ day of August, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

---

[1] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.