IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
     Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
     Defendant. )
_____ )
)
RUSSELL A. CLINE, )
)
     Plaintiff, )
)
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
     Defendant. )
_____ )

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER REGARDING NON-RESPONSIVE CLAIMANTS INCLUDED IN NOTICE N10

This cause is before the Special Master pursuant to Class counsel's Notice of Filing Tenth List of Non-Responsive Claimants **[D.E. 5031]**, numerous Orders to Show Cause entered by the Special Master **[D.E. 5034 - 5071]**, Class counsel's Response to Orders to Show Cause on Behalf of Certain N10 Claimants **[D.E. 5174]**, and Class counsel's Amended Response to Orders to Show Cause of Behalf of Certain N10 Claimants **[D.E. 5195]**.

On July 12, 2007, the Special Master issued his Sua Sponte Order on

Non-Responsive Claimants [D.E. 3997].[1]  In that Order, the Special Master required Class

counsel to periodically provide the Court with a list of claimants who have been continually

non-responsive to Class counsel's efforts to process their respective claims.  After

reviewing Class counsel's tenth list of non-responsive claimants (N10), the Special Master

entered thirty-eight (38) Orders to Show Cause requiring these non-responsive claimants to

demonstrate why their respective claims should not be dismissed with prejudice, or without

prejudice as the case may be, for failing to cooperate with Class counsel and failing to

substantiate an interest in a direct-served Exxon station during the Class Period.  Class

counsel has now filed a Response on behalf of fifteen (15) claims, and fourteen (14)

claimants.  Accordingly, having reviewed the Court file and being otherwise fully advised in

the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.    The Special Master has reviewed the Responses filed by Class counsel on

behalf of Claim Nos. 1264, 2260, 2803, 2865, 4374, 4490, 5004, 6382, 6442,

6493, 103451, 104790, 1001544A, 1001544C and 1033933.  Based on

these claimants' renewed cooperation and participation in the claims

process, the Special Master does not believe that these claims should be

dismissed at this time.  Accordingly, Class counsel is permitted to advance

the following claims in the claims process:

| | |
|---|---|
| Helen L. Joubert | Claim No. 1264 |
| Archie's Tires and Towing, Inc. | Claim No. 2260 |
| Dolores A. Ledbetter | Claim No. 2803 |

---

[1]This order was recently amended by the *Amended Sua Sponte Order on Non-Responsive Claimants* at **D.E. 5086**.

| | |
|---|---|
| Glenna Oliver | Claim No. 2865 |
| Brad S. Benson | Claim No. 4374 |
| Robert O. Stone | Claim No. 4490 |
| Nery O. Serrano (Estate of Lino R. Serrano) | Claim No. 5004 |
| Daniel L. Jenkins | Claim No. 6382 |
| LRB, Inc. | Claim No. 6442 |
| Marjorie Guyler Hamilton | Claim No. 6493 |
| David Thornton Stafford (Max Tarbox, Trustee) | Claim No. 103451 |
| Matilda Kolesar | Claim No. 104790 |
| Laura Randazzo (Estate of Casper Randazzo) | Claim Nos. 1001544 A&C |
| Louise H. Smith | Claim No. 1033933 |

2.     The Special Master also agrees with Class counsel's position that the claims of non-responsive, non-conflicting claimants should be dismissed without prejudice so as to allow these claimants an opportunity to seek a recovery against their respective State governments pursuant to the particular State's unclaimed property laws after the Court-supervised claims administrative process is completed. *See* D.E. 5031. Accordingly, the following claims of non-responsive, non-conflicting claimants are hereby dismissed without prejudice:

| | |
|---|---|
| Rebecca Laubheim | Claim No. 4145 |
| Elva M. Cook | Claim No. 2476 |
| S. Todd Taylor | Claim No. 1791 |
| Gary Wagner | Claim No. 3179 |
| Brazos Energies, Inc. | Claim No. 4178 |
| Phillip Knight | Claim No. 2041 |
| Raymond De Primo | Claim No. 4112 |
| Zeida Rodriguez | Claim No. 2878 |
| Harland C. Perley | Claim No. 1007421 |
| David J. Kingston | Claim No. 1001900 |
| Theresa Monopoli | Claim No. 3260 |
| Jean M. Sierra (Estate of John D. Crowley) | Claim No. 2350 |
| Henriette Kramp | Claim No. 1027526 |
| Lewis Pepperman, Trustee[2] | Claim No. 6566 |

---

[2]  As noted by Class Counsel in its N10 motion, "Claim 6566 was withdrawn by someone other than Mr. Pepperman, and accordingly the withdrawal is not recognized by States' Counsel. Mr. Pepperman has

| | |
|---|---|
| Roy K. Walden | Claim No. 2819 |
| Dorothy A. McRee | Claim No. 3833 |
| Wanda Faye Knight | Claim No. 104775 |
| Daniel Slocum | Claim No. 2572 |
| McRae Shopping Center LP | Claim No. 5663 |
| Beauford Durham | Claim No. 100612 |
| Ken Roys | Claim No. 1936 |
| Manoucher Ebrahimi | Claim No. 4046 |
| Joseph F. Ferris | Claim No. 6599 |
| David D. Homan | Claim No. 103671 |

The Garden City Group, Inc. is hereby ordered to make the appropriate updates to these claim files and shall distribute the Special Master's Order to the above referenced claimants.

---

executed a document attesting that he has no interest in the claim, but believes he is without authority to sign a withdrawal and therefore refuses to do so."

**DONE AND ORDERED** at Miami, Florida this ___ 22 day of August, 2008.[3]

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record
Garden City Group

---

[3] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.