IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON CORPORATION, ) <br> ) <br>     Defendant. ) <br> _____ ) <br> ) <br> RUSSELL A. CLINE, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GARDEN CITY GROUP, INC., ) <br> ) <br>     Defendant. ) <br> _____ ) | **CONSOLIDATED WITH** <br> **CASE NO.: 05-21338-CIV-GOLD /** <br> **SIMONTON** |

## ORDER REGARDING NON-RESPONSIVE CLAIMANTS INCLUDED IN NOTICE N11

This cause is before the Special Master pursuant to Class counsel's Notice of Filing Eleventh List of Non-Responsive Claimants **[D.E. 5102]**, numerous Orders to Show Cause entered by the Special Master **[D.E. 5103 - 5141]**, and Class counsel's Response to Orders to Show Cause on Behalf of Certain N11 Claimants **[D.E. 5212]**.

On June 25, 2008, the Special Master issued his Amended Sua Sponte Order on Non-Responsive Claimants [D.E. 5086]. Pursuant to that Order and the prior Order [D.E. 3997], the Special Master required Class counsel to periodically provide the Court with a list of claimants who have been continually non-responsive to Class counsel's efforts to

process their respective claims. After reviewing Class counsel's eleventh list of non-responsive claimants (N11), the Special Master entered thirty-nine (39) Orders to Show Cause requiring these non-responsive claimants to demonstrate why their respective claims should not be dismissed with prejudice, or without prejudice as the case may be, for failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period. Class counsel has now filed a Response on behalf of twelve (12) claimants and thirteen (13) claims. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Special Master has reviewed the Response filed by Class counsel on behalf of Claim Nos. 230, 979, 1412, 1911, 2289, 4731, 101771, 102582, 104685, 1005397, 1017878, and 1022665. Based on these claimants' renewed cooperation and participation in the claims process, the Special Master does not believe that these claims should be dismissed at this time. Accordingly, Class counsel is permitted to advance the following claims in the claims process:

   | Claimant | Claim No. |
   |---|---|
   | Colossus Enterprises, Inc. | Claim No. 230 |
   | David Jefferson, Jr. | Claim No. 979 |
   | Lawrence Suldon, Jr. | Claim No. 1412 |
   | Ronald J. Yosi | Claim No. 1911 |
   | Mary Cote | Claim No. 2289 |
   | Feroze Bashir | Claim No. 4731 |
   | Milton R. Bigbie | Claim No. 101771 |
   | Milton R. Bigbie | Claim No. 102582 |
   | Bonnie G. Abner | Claim No. 104685 |
   | Calvin Guidry | Claim No. 1005397 |
   | Widenhofer's Garage, Inc. | Claim No. 1017878 |
   | Wedad Elsaadi | Claim No. 1022665 |

2. The Special Master has also reviewed Class counsel's Response on behalf of Claim No. 102342 (claimaint Patrick L. Masone), and recognizes that Class counsel indicates they have received a withdrawal of Claim No. 102342 from claimant Patrick L. Masone. Accordingly, Claim No. 102342 is not subject to dismissal by the undersigned. The Garden City Group, Inc. is hereby ordered to update the claim file for Claim No. 102342 to reflect that said claim has been withdrawn, as represented by Class counsel.

3. The Special Master also agrees with Class counsel's position that the claims of non-responsive, non-conflicting claimants should be dismissed without prejudice so as to allow these claimants an opportunity to seek a recovery against their respective State governments pursuant to the particular State's unclaimed property laws after the Court-supervised claims administrative process is completed. See D.E. 5102. Accordingly, the following claims of non-responsive, non-conflicting claimants are hereby dismissed without prejudice:

| Claimant | Claim No. |
|---|---|
| Elaine Buzitsky | Claim No. 4192 |
| Eugene A. Barbee (Estate of) | Claim No. 6480 |
| Milton Charles Waskiewicz, Sr. | Claim No. 3239A |
| June Bottomlee | Claim No. 4098 |
| Elizabeth DeLucia | Claim No. 3750 |
| Kevin L. Cady | Claim No. 1001886 |
| Rita A. Gugino | Claim No. 1863 |
| Estate of John E. Wesson | Claim No. 1015005 |
| Estate of Robley E. Fulcher, Jr. | Claim No. 2223 |
| Gerald A. Cady | Claim No. 2091 |
| Barbara C. Pitts | Claim No. 4944 |
| Roger Lee Council | Claim No. 1026590 |
| Richard A. Daugherty | Claim No. 1025201 |
| Joseph Kevin Searcy | Claim No. 4122 |
| Nora Hestilow | Claim No. 4804 |

*Order Regarding Non-Responsive Claimants in Notice N11*
Page 4 of 5

| | |
|---|---|
| Lela Bolden | Claim No. 3204 |
| Ron Keck, Jr. | Claim No. 2637 |
| Rossmoor Investment Group, Inc. | Claim No. 1021341B |
| Ahmad – Ali – Haeri | Claim No. 4506A |
| Naim H. Zeit | Claim No. 1021385 |
| Joy Simpson | Claim No. 105275 |
| Alice Kurdoghlian | Claim No. 4255 |
| Mohammed Taeb | Claim No. 4537 |
| Lee G. Gale | Claim No. 1009954 |
| Roland Nasr | Claim No. 2801 |
| Milton R. Bigbie | Claim No. 101769 |

The Garden City Group, Inc. is hereby ordered to make the appropriate updates to these claim files and shall distribute the Special Master's Order to the above referenced claimants.

**DONE AND ORDERED** at Miami, Florida this _____ day of August, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record
Garden City Group

---

[1] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.