IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | |
| RUSSELL A. CLINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>Defendant. )<br>_____ ) | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV-GOLD /**<br>**SIMONTON** |

**ORDER SETTING HEARINGS CONCERNING UNSETTLED CLAIMANT
DISPUTES IN CLASS COUNSEL'S TENTH MOTION FOR ADJUDICATION
OF CONFLICTING CLAIMS (MOTION C10)**

This matter is before the Special Master upon Class Counsel's Tenth Motion for Adjudication of Conflicting Claims (Motion C10) **[D.E. 4909]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master will adjudicate unresolved disputes between claimants included in Motion C10 on **Thursday, October 9, 2008 beginning at 9:00 a.m. EST** at the Office of the Special Master. A court reporter has been requested. Claimants or representatives of claimants are permitted to telephonically participate in the hearings.

-1-

CASE NO.: 91-0986-CIV-GOLD

The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 49793427#

2. The Special Master will hear the following claimant disputes in the following order on Thursday, October 9, 2008:

| | | | |
|---|---|---|---|
| C10.1 | **9:00 a.m.** | A - Thomas E. Sicora<br>B - Charles R. Sicora | Claim No. 1955<br>Claim No. 4416 |
| C10.2 | **9:20 a.m.** | A - Paul O'Connell<br>B - Leo M. Vercollone | Claim No. 103175<br>Claim No. 102600 |
| C10.3 | **9:40 a.m.** | A - Robert Joseph Piccirillo<br>B - Leo M. Vercollone | Claim No. 1028809<br>Claim No. 102594 |
| C10.4 | **10:00 a.m.** | A - Gary James Bourne<br>B - Leo M. Vercollone | Claim No. 1000237<br>Claim No. 102601 |
| C10.5 | **10:20 a.m.** | A - Ronald J. Norris<br>B - Leonard Smith Daniel | Claim No. 946<br>Claim No. 977 |
| C10.7 | **10:40 a.m.** | A - Robert L. Johns, Trustee<br>B - David R. Rexroad | Claim No. 6337<br>Claim No. 483 |
| C10.8 | **10:20 a.m.** | A - William Machado<br>B - Lelis Paz | Claim No. 1678<br>Claim No. N/A |

3. The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early.

4. The parties to each claimant dispute shall file and exchange Witness and Exhibit lists by no later than **5:00 p.m. on Wednesday, September 24, 2008.** Witness and Exhibit Lists shall be filed with the United States District

CASE NO.: 91-0986-CIV-GOLD

Court for the Southern District of Florida. No other discovery shall be permitted.[1]

**DONE AND ORDERED** this 3 day of September, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.