IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
                                     )
    Plaintiffs,                      )
                                     )
v.                                   )
                                     )
EXXON CORPORATION,                   )
                                     )
    Defendant.                       )
_____)
                                     )
RUSSELL A. CLINE,                    )
                                     )         **CONSOLIDATED WITH**
    Plaintiff,                       )         **CASE NO.: 05-21338-CIV-GOLD /**
                                     )         **SIMONTON**
vs.                                  )
                                     )
THE GARDEN CITY GROUP, INC.,         )
                                     )
    Defendant.                       )
_____)

## AMENDED ORDER SETTING HEARINGS FOR D4 CLAIMS

This matter is before the Special Master upon Class Counsel's Second Amended Fourth Motion for Adjudication of Disputed Claims (Motion D4). Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** as follows:

1. Memorandums in Support of D4 claims shall be filed by no later than ***5:00 p.m. on Monday, September 29, 2008.***

2. States' Counsel shall filed Oppositions to D4 claims by no later than ***5:00 p.m. on Monday, October 27, 2008.***

3. Replies in support of D4 claims shall be filed by no later than **5:00 p.m. on Monday, November 10, 2008.**

4. The Special Master will conduct hearings to adjudicate claims included in Class counsel's D4 Motion on **Wednesday, November 19, 2008 beginning at 9:00 a.m. EST** Claimants and counsel are permitted to telephonically attend the hearings before the Special Master. The following call-in information should be used:

Call-in Number: 1-866-590-1534

Participant Code: 49793427#

2. The parties to each dispute should be prepared to address their dispute before the time allotted in this Order in the event that the prior hearing concludes early. The Special Master will hear the following disputed claims in the following order on Wednesday, November 19, 2008:

| | | | |
|---|---|---|---|
| D4.1 | 9:00 a.m. | Estate of Mario Ricciardelli | Claim No. 4257 |
| D4.2 | 9:15 a.m. | Mitri Alberto Ghareeb | Claim No. 104886 |
| D4.3 | 9:30 a.m. | Estate of Richard P. Hansen | Claim No. 2522A |
| D4.4 | 9:45 a.m. | David R. Rexroad | Claim No. 1007670 |
| D4.5 | 10:00 a.m. | Woodfin Heating, Inc. | Claim No. 1016536C |
| D4.7 | 10:15 a.m. | S.V. Gasmart, Inc. | Claim No. 102055 |
| D4.8 | 10:30 a.m. | Gevork Boyadzhyan | Claim No. 104202 |
| D4.9 | 10:45 a.m. | Betty Murphy | Claim No. 2555 |
| D4.10 | 11:00 a.m. | Valley Fair Automotive, Inc. | Claim No. 6442 |
| D4.11 | 11:15 a.m. | Thomas J. Terry, Jr. | Claim No. 1007111B |
| D4.12 | 11:30 a.m. | Thomas Terry Enterprises, Inc | Claim No. 1019738B |
| D4.13 | 11:45 a.m. | Calvin Guidry | Claim No. 1005397 |
| D4.14 | 12:00 p.m. | Manuel S. Garcia | Claim No. 6358 |
| D4.15 | 12:15 p.m. | G.A.G., Inc. | Claim No. 2486A |

**DONE AND ORDERED** this _3_ day of September, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.