## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al.,   )<br>            )<br>Plaintiffs,               )<br>            )<br>v.                   )<br>            )<br>EXXON CORPORATION,     )<br>            )<br>Defendant.              )<br>_____)<br>            )<br>RUSSELL A. CLINE,       )<br>            )<br>Plaintiff,               )<br>            )<br>vs.                 )<br>            )<br>THE GARDEN CITY GROUP, INC.,  )<br>            )<br>Defendant.              )<br>_____) | **CONSOLIDATED WITH<br>CASE NO.: 05-21338-CIV-GOLD<br>/SIMONTON** |

## ORDER DENYING CLASS COUNSEL'S THIRD MOTION
## FOR ADJUDICATION OF DISPUTED CLAIMS
## (MOTION D3) WITH RESPECT TO DISPUTE 3.11, CLAIM NO. 1000773C

THIS CAUSE is before the Special Master pursuant to Class Counsel's Third Motion for Adjudication of Disputed Claims (Motion D3) **[D.E. 4477]**, the District Court's Order of Reference **[D.E. 4493]**, Memorandum in Opposition to Claim 1000773C (Dispute D3.11) **[D.E. 4889]**, Order Granting Extension of Time for D3.11 **[D.E. 5082]**, Claimant Stephen R. Visich's post-hearing submission of documentation,[1] and States' Counsel's Sur-Reply Regarding Claim 1000773C **[D.E. 5175]**.

---

[1] Note – there is no docket number associated with Mr. Visich's supplement materials yet, as the documentation has not been filed. The materials submitted by Mr. Visich contained certain tax returns with social security numbers.

A hearing was held on the Motion D3 claims, including D3.11 (Claim No. 1000773C), on June 23, 2008. At the conclusion of the hearing relating to D3.11, Mr. Visich was provided with an extension of time to submit additional documentation and/or a short supplemental memorandum to support the claim asserted. States' Counsel was likewise afforded additional time to respond to any further submissions made by Mr. Visich.

By cover letter dated July 2, 2008, Mr. Visich's accountant, Daniel J. Duffy, submitted supplemental supporting documentation. Thereafter, on July 21, 2008, States' Counsel filed their Sur-Reply to Mr. Visich's claim. As set forth in States' Counsel's Sur-Reply, States' Counsel reviewed the additional documentation submitted by Mr. Visich, and based upon that information, States' Counsel has withdrawn their opposition to Claim No. 1000773C.

Irrespective of States' Counsel's withdrawal of their opposition, the Special Master has separately reviewed the supplemental materials submitted, the hearing transcript of June 23, 2008, and the original documentation on file, in order to independently determine whether Mr. Visich is the proper owner of Claim No. 1000773C. Based upon this review, the Special Master agrees that Mr. Visich is the proper owner of Claim No. 1000773C.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The claim of Stephen R. Visich (D3.11), Claim No. 1000773C, is **ALLOWED**.

---

Those numbers would need to be redacted, prior to filing the same with the District Court. The materials were, however, forwarded on to States' Counsel for their review and response.

Class Counsel is directed to include this claim in a motion for summary judgment.

**DONE AND ORDERED** this ⏟10 day of ~~August~~ SEPT, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copied furnished to:
All counsel of record
U.S. District Judge Alan S. Gold
The Garden City Group