IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
Plaintiffs,                           )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
Defendant.                            )
_____)
                                      )
RUSSELL A. CLINE,                     )
                                      )   **CONSOLIDATED WITH**
Plaintiff,                            )   **CASE NO.: 05-21338-CIV-GOLD**
                                      )   **/SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
Defendant.                            )
_____)

### ORDER DENYING CLASS COUNSEL'S THIRD MOTION FOR ADJUDICATION OF DISPUTED CLAIMS (MOTION D3) WITH RESPECT TO DISPUTE 3.7, CLAIM NO. 1005

THIS CAUSE is before the Special Master pursuant to Class Counsel's Third Motion for Adjudication of Disputed Claims (Motion D3) **[D.E. 4477]**, the District Court's Order of Reference **[D.E. 4493]**, Class Counsel's Notice of Filing in Support of D3.7 (Claim No. 1005) **[D.E. 4757]**, Memorandum in Opposition to Claim 1005 (Dispute D3.7) **[D.E. 4884]**, Order Granting Extension of Time for D3.7 **[D.E. 5083]**, Claimant Eduardo Valcarce's Supplemental

Memorandum in Support of Proof of Claim, and attached documentation,[1] and States' Counsel's Sur-Reply Regarding Claim 1005 **[D.E. 5171]**.

A hearing was held on the Motion D3 claims, including D3.7 (Claim No. 1005), on June 23, 2008. At the conclusion of the hearing relating to D3.7, Mr. Valcarce was provided with an extension of time to submit any additional documentation, and/or a short supplemental memorandum, to support the claim asserted, and to address the areas of concern highlighted by States' Counsel during the hearing on June 23, 2008. States' Counsel was likewise afforded additional time to respond to any further submissions made by Mr. Valcarce.

By cover letter dated July 8, 2008, Mr. Valcarce's attorney, Harry Storm, Esq., submitted a supplemental memorandum and voluminous additional supporting documentation. Thereafter, on July 11, 2008, States' Counsel filed its Sur-Reply to Mr. Valcarce's claim. As set forth in States' Counsel's Sur-Reply, States' Counsel reviewed the additional memorandum and documentation submitted by Mr. Valcarce, and based upon that information,[2] has concurred with Mr. Valcarce's position that Mr. Valcarce is the proper owner of Claim No. 1005. Accordingly, States' Counsel has withdrawn their opposition to Claim No. 1005.

Irrespective of States' Counsel's withdrawal of their opposition, the Special Master has separately reviewed the supplemental materials submitted, the hearing transcript of June 23, 2008, and the original documentation on file, in order to independently determine whether Mr. Valcarce is the proper owner of Claim No. 1005. Based upon this review, the Special Master agrees that Mr. Valcarce is the proper owner of Claim No. 1005. That conclusion is predicated,

---

[1] Note – there is no docket number associated with Mr. Valcarce's supplement materials yet, as the documentation has not been filed. The materials submitted by Mr. Valcarce contained certain tax returns with social security numbers of Mr. Valcarce and his ex-wife. Those numbers would need to be redacted, prior to filing the same with the District Court. The materials were, however, forwarded on to States' Counsel for their review and response.
[2] Which included the Declaration of Eduardo V. Valcarce.

in large part, upon the supplemental Declaration of Eduardo Valcarce and the documentation he submitted subsequent to the June 23, 2008 hearing.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The claim of Eduardo V. Valcarce (D3.7), Claim No. 1005, is **ALLOWED**. Class Counsel is directed to include this claim in a motion for summary judgment.

**DONE AND ORDERED** this 10 day of August, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copied furnished to:
All counsel of record
U.S. District Judge Alan S. Gold
The Garden City Group