IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.

CASE NO. 91-0986-CIV-GOLD/SIMONTON

**ORDER ON MOTIONS 119-124**

This matter is before the Special Master on Class Counsel's 119th to 124th Motions for Summary Judgment and the Agreed Motion for Approval of Claims in the 119th to 124th Motions for Summary Judgment.

The parties have advised that 386 claims do not present any disputed issues of fact or law and are suitable for entry of an Award. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the 386 claims agreed upon by Class Counsel and States' Counsel are approved for entry of an Award. The parties are directed to work with the Claims Administrator to generate written Awards for the Special Master's signature.

**DONE AND ORDERED** this 10 day of September, 2008.

SPECIAL MASTER THOMAS E. SCOTT

1