IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
      Plaintiffs,  )
v.  )
EXXON CORPORATION,  )
      Defendant.  )

RUSSELL A. CLINE,  )
      Plaintiff,  )
vs.  )
THE GARDEN CITY GROUP, INC.,  )
      Defendant.  )

**CONSOLIDATED WITH
CASE NO.: 05-21338-CIV-GOLD /
SIMONTON**

## ORDER REGARDING NON-RESPONSIVE CLAIMANTS INCLUDED IN NOTICE N13

This cause is before the Special Master pursuant to Class counsel's Notice of Filing Thirteenth List of Non-Responsive Claimants **[D.E. 5236]**, two prior Orders to Show Cause entered by the Special Master **[D.E. 5238 and 5239]**, and Class counsel's Response to Orders to Show Cause on Behalf of Certain N13 Claimants **[D.E. 5316]**.

On June 25, 2008, the Special Master issued his Amended Sua Sponte Order on Non-Responsive Claimants [D.E. 5086]. Pursuant to that Order and the prior Order [D.E. 3997], the Special Master required Class counsel to periodically provide the Court with a list of claimants who have been continually non-responsive to Class counsel's efforts to

process their respective claims. After reviewing Class counsel's thirteenth list of non-responsive claimants (N13), the Special Master entered two (2) Orders to Show Cause requiring these non-responsive claimants to demonstrate why their respective claims should not be dismissed without prejudice for failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period. Class counsel has now filed a Response on behalf of two (2) claimants and two (2) claims. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Special Master has reviewed the Response filed by Class counsel advising that neither claimant filed a response to the two Orders to Show Cause which were entered (D.E. 5238 and 5239)

2. The Special Master also agrees with Class counsel's position that the claims of non-responsive, non-conflicting claimants should be dismissed without prejudice so as to allow these claimants an opportunity to seek a recovery against their respective State governments pursuant to the particular State's unclaimed property laws after the Court-supervised claims administrative process is completed. *See* D.E. 5236. Accordingly, the following claims of non-responsive, non-conflicting claimants are hereby dismissed without prejudice:

| | |
|---|---|
| MAPS Associates | Claim No. 103875 |
| Central Garage, Inc. | Claim No. 101863B |

The Garden City Group, Inc. is hereby ordered to make the appropriate

updates to these claim files and shall distribute the Special Master's Order to the above referenced claimants.

**DONE AND ORDERED** at Miami, Florida this 1st day of October, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record
Garden City Group