IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
    Defendant.                        )
_____ )
                                      )
RUSSELL A. CLINE,                     )
                                      )          **CONSOLIDATED WITH**
    Plaintiff,                        )          **CASE NO.: 05-21338-CIV-GOLD /**
                                      )          **SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
    Defendant.                        )
_____ )

## ORDER GRANTING MOTION FOR CONTINUANCE OF HEARING TO ADJUDICATE CLAIMANT DISPUTE C10.4

This matter is before the Special Master upon a Motion for Continuance of Hearing to Adjudicate Claimant Dispute C10.4 [attached hereto as Exhibit "A"] received from Ms. Michelle L. Tessier representative of Verc Enterprises, Inc. (Claim Number 102601). The Special Master has reviewed the request to continue the upcoming hearing regarding C10.4. Given the circumstances surrounding the request, the Special Master hereby GRANTS a continuance of the upcoming hearing to adjudicate dispute C10.4. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

CASE NO.: 91-0986-CIV-GOLD

**ORDERED and ADJUDGED** as follows:

1. Claimant, Leo M. Vercollone (Claim Number 102601) Motion for Continuance of Hearing to Adjudicate Claimant Dispute C10.4 is hereby GRANTED.

2. The hearing to adjudicate claimant dispute C10.4 on **Wednesday, October 2008 beginning at 11:30 a.m.** *(EST)* **is hereby CANCELLED**.

3. The hearing to adjudicate claimant dispute C10.4 will be reset by the Special Master.

**DONE AND ORDERED** this 6th day of October, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold
Michael H. Levinson, Esq.
Gary James Bourne