## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
SPECIAL MASTER THOMAS E. SCOTT

ALLAPATTAH SERVICES, INC., et al.,    )
                                           )

      Plaintiffs,    )
                                           )

v.    )
                                           )

EXXON CORPORATION,    )
                                           )

      Defendant.    )
                                           )
_____    )
                                           )

RUSSELL A. CLINE,    )
                                           )    **CONSOLIDATED WITH**

      Plaintiff,    )    **CASE NO.: 05-21338-CIV-GOLD /**
                                           )    **SIMONTON**

vs.    )
                                           )

THE GARDEN CITY GROUP, INC.,    )
                                           )

      Defendant.    )
_____    )

### ORDER REGARDING CONFLICTING CLAIMANT DISPUTE C6.13

THIS CAUSE is before the Special Master pursuant to Class Counsel's Sixth Motion for Adjudication of Conflicting Claims (Motion C6) **[D.E. 4128]**, and the materials submitted[1] by or on behalf of claimant City Auto, Inc. c/o Amanuliah Amin (Claim No. 3211B), claimant Sylvana F. Mascarenhas (Claim No. 1019322), and claimant Patricia A. Mascarenhas (Claim No. 1019311).

On April 10, 2008, the Special Master attempted to conduct an evidentiary hearing to resolve conflicting claimant dispute C6.13. The parties to this dispute are City Auto, Inc. c/o Amanuliah Amin (Claim No. 3211B), claimant Sylvana F. Mascarenhas (Claim No. 1019322), and claimant

_____

[1] Such materials include the original Replies and the responses and documentation attached thereto, as well as any other materials contained within the database maintained by the Claims Administrator.

Patricia A. Mascarenhas (Claim No. 1019311).  City Auto, Inc. claims 100% of the total potential award, whereas Sylvana Mascarenhas claims only 30% of the total potential award, and Patricia Mascarenhas claims only 30% of the total award.  Prior to the scheduled April 10, 2008 hearing, all claimants received due and reasonable notice of the hearing.

Despite prior separate Orders of the Special Master requiring that each of the three claimants return the Claimant Questionnaires, attend a mandatory Pre-Trial Conference, and that each must attend the scheduled hearing for the Special Master to take evidence and argument of the parties, not one of the claimants submitted the required answers to Claimant Questionnaires, or attended the mandatory Pre-Trial Conference, and only claimant City Auto, Inc. c/o Amanuliah Amin called in for the scheduled evidentiary hearing.[2]  At the evidentiary hearing on April 10, 2008, the undersigned listened to the argument presented by Mr. Amin on behalf of City Auto, Inc.

Additionally, the hearing transcript reflects that the attempts of the undersigned's office to contact the other two claimants prior to the hearing.  One claimant, "Claimant B" who is Sylvana Mascarenhas, Claim No. 1019322, was reached.  Sylvana Mascarenhas informed the undersigned's office that she no longer wanted to participate in the dispute (C6.13), and that she was trying to contact Julius Mascarenhas (who is the brother-in-law of Sylvana Mascarenhas, and spouse of Patricia Mascarenhas, and who was their designated attorney/representative), but could not reach him.  *See*, pg. 5, Hearing Transcript.  Sylvana Mascarenhas advised the undersigned's office making it "…very clear that her sister [Patricia Mascarenhas] and she didn't want to participate on [sic] the claimant's dispute."  *Id.*[3]

---

[2]*See*, pg. 5 - 6, Hearing Transcript.
[3] The April 10, 2008 hearing transcript for C6.13 also reflects that the undersigned's office provided the

After analyzing the materials submitted by the claimants, and having reviewed the Court file and the file maintained by the Claims Administrator, and having attempted to conduct a full evidentiary hearing concerning this dispute, and being otherwise fully advised in the premises, the Special Master finds as follows:

## FINDINGS AND CONCLUSION

Considering that Sylvana Mascarenhas, Claim No. 1019322, orally advised the undersigned's office that she no longer wanted to participate in the dispute, and so advised that her sister, the other claimant, Patricia Mascarenhas, Claim No. 1019311, also no longer wanted to participate in the dispute, in conjunction with the both of the Mascarenhas claimants' failure to attend the April 10, 2008 to present their respective arguments, the undersigned finds that the rightful claimant in this dispute is City Auto, Inc., c/o Amanuliah Amin, Claim No. 3211B.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.      City Auto, Inc., c/o Amanuliah Amin, Claim No. 3211B, is the rightful claimant as between the three disputing claimants in conflict C6.13.

2.      The claim of Sylvana F. Mascarenhas, Claim No. 1019322, is hereby dismissed with prejudice.

3.      The claim of Patricia A. Mascarenhas, Claim No. 1019311, is hereby dismissed with prejudice.

4.      With the resolution of this dispute, Class counsel is permitted to advance the

---

Mascarenhas claimants with the call-in information necessary to participate in the hearing. Further, the undersigned's office confirmed with Sylvana Mascarenhas that she received a copy of a letter and order from the

claim of City Auto, Inc., c/o Amanuliah Amin, Claim No. 3211B, in the Claims Administration Process.

5.   The Garden City Group is hereby ordered to make the appropriate updates to the claim files and shall distribute the Special Master's Order to: Sylvana F. Mascarenhas, Claim No. 1019322, and Patricia A. Mascarenhas, Claim No. 1019311.  The Garden City Group is directed to treat the Special Master's Order as an Order Denying Claim with respect to Sylvana F. Mascarenhas, Claim No. 1019322, and Patricia A. Mascarenhas, Claim No. 1019311.

**DONE AND ORDERED** in Miami, Florida this 8th day of October, 2008.[4]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

Julius C. Mascarenhas, Esq.
6705 Jerome Street
Springfield, VA  22150
Fax:  (507) 431-2371

---

undersigned relating to and setting the April 10, 2008 hearing. *Id.*
[4] Any objections to the Order of the Special Master shall be filed with the District Court within fourteen (14) calendar days from the date of the Special Master's Order.  Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court.  The objector shall have three (3) business days to file a reply from the date the response is filed.