IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
)
    Plaintiffs,   )
)
v.   )
)
EXXON CORPORATION,   )
)
    Defendant.   )
_____   )
)
RUSSELL A. CLINE,   )
)    **CONSOLIDATED WITH**
    Plaintiff,   )    **CASE NO.: 05-21338-CIV-GOLD /**
)    **SIMONTON**
vs.   )
)
THE GARDEN CITY GROUP, INC.,   )
)
    Defendant.   )
_____   )

## SUA SPONTE ORDER CANCELLING HEARING ON CLAIMANT DISPUTE C10.4

This matter is before the Special Master *sua sponte.*

Claimant dispute C10.4 was scheduled to be heard before the Special Master on Friday, October 17, 2008 beginning at 9:30 a.m. (EST). Class Counsel has advised the Special Master that claimant Verc Enterprises, Inc. c/o Leo Vercollone has withdrawn his claim and the Office of the Special Master has received executed, notarized settlement withdrawal from the claimant. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The hearing before the Special Master to adjudicate dispute C10.4 between claimants Gary James Bourne (Claim Number 1000237) and Verc Enterprises, Inc. c/o Leo M. Vercollone (Claim Number 102601) to be held on Friday, October 17, 2008 beginning at 9:30 a.m. (EST) is hereby **CANCELLED**.

**DONE AND ORDERED** this _16_ day of October, 2008.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
Michael Levison, Esq.
Michelle Tessier, Esq.
U.S. District Judge Alan S. Gold

---

[1] Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.