IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.

CASE NO. 91-0986-CIV-GOLD/SIMONTON

## ORDER ON MOTIONS 125-128

This matter is before the Special Master on Class Counsel's 125th to 128th Motions for Summary Judgment and the Agreed Motion for Approval of Claims in the 125th to 128th Motions for Summary Judgment.

The parties have advised that 105 claims do not present any disputed issues of fact or law and are suitable for entry of an Award. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the 105 claims agreed upon by Class Counsel and States' Counsel are approved for entry of an Award. The parties are directed to work with the Claims Administrator to generate written Awards for the Special Master's signature.

**DONE AND ORDERED** this _____ day of November, 2008.

SPECIAL MASTER THOMAS E. SCOTT

1

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold