IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.

CONSOLIDATED WITH
CASE NO. 05-21338CIV-GOLD / SIMONTON

## SUA SPONTE ORDER ON CLAIMANTS WHO HAVE FAILED TO SEEK PAYMENT

This matter is before the Special Master *sua sponte.*

It has come to the attention of the Special Master that there are a number of claimants who have failed to seek payment on their claims after an Award has been issued in their behalf. Because the Claims Administration Process is drawing close to completion, it is necessary for all claimants to submit the paperwork necessary to obtain their payments without further delay.

Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1

1. Class Counsel is directed to identify each claimant who, over two or more payment cycles, has failed to submit valid Payment Instructions, tax documentation, and/or a TPSP election form. Class Counsel shall provide each such claimant (and their representative, as applicable) with written notice of a final 30 day deadline by which they must submit the necessary paperwork.

2. Class Counsel periodically shall provide the Special Master with a list of all claimants who fail to comply with the requirements outlined in the written notice provided by Class Counsel.

4. Upon review of the applicable claims, the Special Master will enter Orders dismissing these claims without prejudice. These claimants will maintain the right to seek full payment from their State government after the Claims Administration Process has been terminated.

**DONE AND ORDERED** this 5th day of November, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

1 Any objections to orders of the Special Master shall be filed within fourteen (14) calendar days from the date of the Special Master's order. Any responses to objections shall be filed within five (5) business days of the date the objection is filed with the court. The objector shall have three (3) business days to file a reply from the date the response is filed.