IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
        Defendant.                    )
_____ )
                                      )
RUSSELL A. CLINE,                     )
                                      )          **CONSOLIDATED WITH**
        Plaintiff,                    )          **CASE NO.: 05-21338-CIV-GOLD /**
                                      )          **SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
        Defendant.                    )
_____ )

## ORDER TO SHOW CAUSE AGAINST
## CLAIMANT THOMAS J. TERRY, JR., CLAIM NUMBER 100711B,
## AND CLAIMANT TOM TERRY ENTERPRISES, INC., CLAIM NUMBER 1019738B

This cause is before the Special Master upon Class Counsel's *Second Amended Fourth Motion for Adjudication of Disputed Claims (Motion D4)* **[D.E. 5237]**, and the Special Master's *Amended Order Setting Hearings for D4 Claims* **[D.E. 5249]**.

Pursuant to the *Amended Order Setting Hearings for D4 Claims*, the matters in D4.11 and D4.12, concerning claimant Thomas J. Terry, Jr. (Claim Number 100711B) and claimant Tom Terry Enterprises, Inc. c/o Thomas J. Terry, Jr. (Claim Number 1019738B), respectively, were set for hearing before the undersigned today, at 11:15 a.m. and 11:30 a.m.

Neither of the claimants, nor anyone on their behalf, appeared as ordered to present any argument in support of their claims, in opposition to the disputes previously raised to those claims.  The undersigned waited, over thirty (30) minutes past the scheduled hearing times, for the claimants to appear as ordered.  At today's hearing, the undersigned verified, on the record, the efforts made by the undersigned's office as well as by Class Counsel to ensure that the claimants were aware of the hearing, and the requirement that they appear.  In light of the claimants' failure to appear, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Claimants Thomas J. Terry, Jr. (Claim Number 100711B) and Tom Terry Enterprises, Inc. c/o Thomas J. Terry, Jr. (Claim Number 1019738B) must **show cause** why they have failed to appear today for the hearing as ordered;

2. By no later than 5:00 p.m. on Monday, December 1, 2008, the aforementioned claimants **must** file, with the Office of the Special Master, a response to this Order to Show Cause, which details a meritorious basis for their failure to appear for the hearing today.  Said responses may be faxed to the undersigned at (305) 373-2294, emailed to the undersigned's paralegal, Maria Fernandez, at maria.fernandez@csklegal.com, or otherwise transmitted to:  Cole, Scott & Kissane, P.A., Attn: Special Master Thomas Scott, Dadeland Centre II, Suite 1400, 9150 S. Dadeland Blvd., Miami, Florida, 33156.  If the claimants choose to transmit their

responses to the physical address of the undersigned's office, the claimants must do so in a manner to ensure that the undersigned actually receives the responses by no later than 5:00 p.m. on December 1, 2008; otherwise, the responses will be deemed untimely, and will not be considered;

3.  If the responses are not timely received, or if they do not contain a meritorious reason for the claimants' failure to attend the November 19, 2008 hearing, the undersigned will proceed to issue a ruling based upon the merits relative to the D4.11 and D4.12 matters, relying upon the oral argument of States' Counsel presented at the November 19, 2008 hearing, as well as the submissions previously provided, and all other documents that are part of the record in this matter.

4.  This Order to Show Cause is being provided to all known addresses of the two claimants, as those addresses appear within the records of the Claims Administrator, in addition to any addresses which Class Counsel

is able to provide.

**DONE AND ORDERED** at Miami, Florida this 19th day of November, 2008.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record