IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 91-0986-Civ-Gold/Simonton
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.        )
                                          )
       Plaintiffs,                       )
                                          )
vs.                                       )
                                          )
EXXON CORPORATION,                        )
                                          )
       Defendant.                        )
_____)

### AMENDED AWARD NO. 8148 ON CLAIM NO. 3995[1]

**THIS CAUSE** came before the Special Master upon Plaintiffs' Motion for Summary Judgment with respect to Claim No. 3995. After reviewing the record, hearing argument of counsel, and otherwise being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED** as to Claim No. 3995, as the Special Master finds that there are no genuine issues of material fact or law and that Claimant is entitled to an Award as follows:

| | |
|---|---|
| Claimant: | MASSOUD SATERI |
| Dealer: | MASSOUD SATERI |
| Station No.: | 73560 |
| Start Date: | 03-01-83 (10% rate takes effect 03/01/85) |
| Stop Date: | 02/11/85 |
| Gallons: | 885,272 |
| Compensatory Damages: | $12,357.43 |

---

[1] This Award is amended to change the name of the "Claimant" from the bankruptcy trustee, Thomas H. Casey, to the original claimant and dealer, Massoud Sateri, in accordance with Thomas H. Casey's signed renunciation of any interest in these proceeds. Attached hereto as *Exhibit A* is Thomas H. Casey's disclaim of interest in the proceeds. Accordingly, this Amended Award replaces the prior Award No. 8148 and the prior Award is void.

|  |  |
|---|---|
| Prejudgment Interest through 10/31/05: | $18,713.36 |
| **Total Damages and Interest:** | **$31,070.79** |
| -Less .533% Costs and Expenses | $165.61 |
| -Less 1.5% Incentive Awards | $466.06 |
| Cost and Incentive Subtotal | $30,439.12 |
| -Less 5% reserve | $1,553.54 |
| -Less 2% reduction | $621.42 |
| -Less 31.333333% Attorney's Fees[2] | $9,537.59 |
| **Total Net Award:** | **$18,726.57** |

The Special Master reserves jurisdiction to consider the manner of payment, disbursement of the reserve, if any, and to carry out the provisions of the Order on Procedure, related orders, the Class Settlement Agreement and further orders of the District Court.

**DONE AND ORDERED** in Miami-Dade County, Florida, this 26 day of November 2008.

_____
SPECIAL MASTER THOMAS SCOTT

---

[2] The 31.333333% reduction for attorney's fees is measure against the Cost and Incentive Subtotal. All other reductions are measured against Total Damages and Interest.