IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
**Special Master Thomas E. Scott**

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.

_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.

_____

**CONSOLIDATED WITH**
**CASE NO.: 05-21338-CIV-GOLD / SIMONTON**

## ORDER REGARDING DISPUTED CLAIM D4.9 (Claim #2555)

This cause is before the Special Master upon Class Counsel's *Second Amended Fourth Motion for Adjudication of Disputed Claims (Motion D4)* **[D.E. 5237]**; the Special Master's *Amended Order Setting Hearings for D4 Claims* **[D.E. 5249]**; *Memorandum in Opposition to Claim 2555 (Dispute D4.9)* **[D.E. 5383]**; *Memorandum in Support of Claim of Betty Murphy Claim #2555 Station #55550*; *Reply to Memorandum in Opposition of Claim of Betty Murphy Claim #2555 Station #55550* **[D.E. 5451]**; and, the claimant's (Betty Murphy) November 26, 2008 request for additional time to provide supplemental documentation in support of her claim.

Previously, following a hearing held on November 19, 2008, the undersigned issued the *Order Regarding Class Counsel's Second Amended Fourth Motion For Adjudication Of Disputed Claims (Motion D4)*, pursuant to which, *inter alia*, claimant Betty Murphy was allowed until December 1, 2008 to submit documents which evidence that G&B, Inc. paid for the subject Exxon motor fuel as a direct served dealer, as well as an additional, optional memorandum. Thereafter, the States' Counsel was allowed until December 8, 2008 to submit a response.

However, on November 26, 2008, the undersigned received correspondence from the claimant's counsel indicating that the necessary documents were in the hands of the claimant's accountant (who is now retired and lives in another state). As such, the claimant requested an additional ten (10) days, until December 11, 2008, to provide the supplemental documentation.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The claimant shall have up to and including **December 11, 2008** to submit to the undersigned and States' Counsel (by facsimile or equally expedient method) supplemental documentation, and an optional memorandum, evidencing the position that G&B, Inc. paid for the subject Exxon motor fuel as a direct served dealer.

2. States' Counsel will then have up to and including **December 18, 2008** to submit its responsive memorandum.

3. Thereafter, the undersigned will issue a ruling without further hearing.

**DONE AND ORDERED** at Miami, Florida this 2 day of December, 2008.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

Sarah Y. Sheppeard, Esq. (fax – 865-637-7300)