IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
      Plaintiffs,                    )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
      Defendant.                     )
_____)
                                      )
RUSSELL A. CLINE,                     )
                                      )       **CONSOLIDATED WITH**
      Plaintiff,                     )       **CASE NO.: 05-21338-CIV-GOLD /**
                                      )       **SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
      Defendant.                     )
_____)

### ORDER REGARDING CLAIMANTS WHO HAVE FAILED TO SEEK PAYMENT AS IDENTIFIED IN CLASS COUNSEL'S SECOND NOTICE

    This cause is before the Special Master pursuant to Class Counsel's Second Notice Pursuant to Sua Sponte Order on Claimants Who Have Failed to Seek Payment **[D.E. 5546]** (the "Second Notice").

    On November 5, 2008, the Special Master issued the *Sua Sponte Order on Claimants Who Have Failed to Seek Payment* **[D.E. 5427]**. Pursuant to that Order, the Special Master required Class Counsel to periodically identify claimants who, over two or more payment cycles, failed to submit valid Payment Instructions, tax documentation and/or a TPSP election form. Class Counsel was directed to provide each such claimant

*Order Regarding Claimants Who Have Failed to Seek*
*Payment As Identified in Class Counsel's Second Notice*
*Page 2 of 3*

with written notice of a final thirty (30) day deadline by which the claimants must submit the required paperwork.

Class Counsel's Second Notice identifies three (3) claimants who failed to return the necessary paperwork within the time allowed following receipt of the written notice. Class Counsel advises that the deadline provided in each notice was January 2, 2009.

Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. In accordance with D.E. 5427, the following claims and claimants are hereby dismissed without prejudice[1] resulting from their failure to seek payment of their Awards:

   | | | |
   |---|---|---|
   | a. | I & J Enterprises | Claim #4362 |
   | b. | William I. Armlin, IV | Claim #3207 |
   | c. | Daniel Lewis Hendon | Claim #4470 |

2. The Garden City Group, Inc. is hereby ordered to make the appropriate updates to these claim files and shall distribute the Special Master's Order to the above-referenced claimants.

**DONE AND ORDERED** at Miami, Florida this _12_ day of January 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record
Garden City Group, Inc.

---

[1] Accordingly, these claimants will maintain the right to seek full payment, to the extent available, from their applicable State government after the Claims Administration Process has been terminated.