IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER SETTING BRIEFING SCHEDULE OF PENDING APPEALS REFERRED TO THE SPECIAL MASTER BY HONORABLE ALAN S. GOLD

**THIS CAUSE** is before the Court upon the Order of Reference to Special Master; Setting Briefing Schedule **[D.E. 5529]**. Having reviewed the Order and relevant parts of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. For the following appeals, Class Counsel, States' Counsel, and any other interested party **may** each file a response to Notice of Appeal by no later than Friday, February 6, 2009:

    a.    From Notice of Appeals [D.E. 5278]:

        i.    Johnny Janini (Claim Number 103564 - Station 72985);

        ii.    Jim W. Davis on behalf of Davis, Inc. (Claim Number 4940 - Station 63124);

        iii.    Keelye Tomlinson (Claim Number 101753 - Station 67161);

        iv.    Marvin Otis Wade, Sr. (Claim Number 102738 - Station 67785);

        v.    Pritam Brar (Claim No. 1789 - Station 70247);

    b.    From Second Notice of Appeals [D.E. 5452]:

        i.    Estate of John Passafiume (Claim Number 1014684 - Station 37315);

        ii.    Barbara C. Pitts (Claim Number 4944 - Station 38670);

        iii.    Steven W. O'Grady (Claim Number 5886 - Station 27065);

        iv.    Joseph C. Ferris (Claim Number 6599 - Station 73332).

2.    The Appellant **may** thereafter file a Reply within 10 days of the filing of the last response on their respective appeal.

3.    Upon completion of the briefing schedule, the undersigned will review the responses and any replies, and then issue a Report and Recommendation

to the District Court concerning each respective appeal.

**DONE AND ORDERED** at Miami, Florida this 22 day of January, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold