IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
    Defendant.                        )
_____)
                                      )
RUSSELL A. CLINE,                     )
                                      )        **CONSOLIDATED WITH**
    Plaintiff,                        )        **CASE NO.: 05-21338-CIV-GOLD /**
                                      )        **SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
    Defendant.                        )
_____)

## ORDER RESETTING HEARING TO ADJUDICATE CLAIMANT DISPUTE C9.5a&b

This matter is before the Special Master upon Class Counsel's Ninth Motion for Adjudication of Conflicting Claims (Motion C9) **[D.E. 4611]**. Having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Special Master will hear dispute C9.5a&b between Nell McDade, Claim No. 1004112A&B and Claimant Robbins Oil Company c/o Jim Robins, Claim No. 5783A&B on **Wednesday, February 11, 2009 beginning at 9:30 a.m.** *(EST)* Claimants or representatives of claimants are permitted to telephonically participate in the hearing.

1

CASE NO.: 91-0986-CIV-GOLD

The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 24576991#

**DONE AND ORDERED** this 26 day of January, 2009.[1]

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

Nell McDade
James Kirkpatrick, Esq.
Jim Robbins
Ed Cottrell

---

[1] This hearing is reset at the request of Claimant Nell McDade (Claim Number 1004112A&B, and was agreed to by Claimant Robbins Oil Company c/o Jim Robbins (Claim Number 5783A&B, as discussed at the hearing on Tuesday, January 20, 2009 before the Special Master.