IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., <br><br>    Plaintiffs, <br><br> vs. <br><br> EXXON CORPORATION, <br><br>    Defendant. | CASE NO. 91-0986-CIV-GOLD/SIMONTON |

**ORDER ON MOTION 129**

This matter is before the Special Master on Class Counsel's 129th Motion for Summary Judgment and the Agreed Motion for Approval of Claims in the 129th Motion for Summary Judgment.

The parties have advised that 18 claims do not present any disputed issues of fact or law and are suitable for entry of an Award. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the 18 claims agreed upon by Class Counsel and States' Counsel are approved for entry of an Award. The parties are directed to work with the Claims Administrator to generate written Awards for the Special Master's signature.

**DONE AND ORDERED** this 17 day of February, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold