**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                    )
       Plaintiffs,                  )
                                      )
v.                                          )
                                      )
EXXON CORPORATION,           )
                                      )
       Defendant.                )
_____)
                                      )
RUSSELL A. CLINE,            )
                                      )     **CONSOLIDATED WITH**
       Plaintiff,               )     **CASE NO.: 05-21338-CIV-GOLD /**
                                      )     **SIMONTON**
vs.                                      )
                                      )
THE GARDEN CITY GROUP, INC.,    )
                                      )
       Defendant.                )
_____)

**REPORT AND RECOMMENDATION FOR ENTRY OF AN**
**ADMINISTRATIVE PAYMENT ORDER TO PAY THE**
**ADMINISTRATIVE EXPENSES OF THE SETTLEMENT FUND**

THIS CAUSE is before the Special Master pursuant to the District Court's Order

Affirming the Special Master's Unopposed Report and Recommendation for the Entry of an

Order Ratifying the Procedures for the Payment of Administrative Expenses from the Settlement

Fund **[D.E. 3175]**. The Special Master has conducted an exhaustive review of the fees, costs,

and expenses (hereinafter "administrative expenses") of those individuals and entities involved in

the administration of the Settlement Fund for the period of November 1, 2008 through December

31, 2008 (hereinafter "payment period"). The Special Master has determined that the amounts

delineated below are a fair and reasonable compensation for their respective services to the Fund. Accordingly, the Special Master recommends that the District Court enter an Administrative Payment Order approving the payment of the Settlement Fund's administrative expenses as follows:

1.    The Special Master has reviewed the requested administrative expenses of States' counsel and has determined that a fair and reasonable compensation for their services during the payment period is $228,516.92.    Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C. should be paid in the amount of $120,369.26.    The check should be made payable to Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C. and sent to the address on file with the Claims Administrator.    Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A. should be paid in the amount of $108,147.66.    The check should be made payable to Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A. and sent to the address on file with the Claims Administrator.

2.    The Special Master has reviewed the requested administrative expenses of The Garden City Group, Inc. as Claims Administrator and has determined that a fair and reasonable compensation for its services during the payment period is $130,690.43. The check should be made payable to The Garden City Group, Inc. and sent to the Claims Administrator.

3.    The Special Master has reviewed the requested administrative expenses of Morrison, Brown, Argiz & Farra, LLP and has determined that a fair and reasonable compensation for their services during the payment period is

$11,163.34. The check should be made payable to Morrison, Brown, Argiz & Farra, LLP and sent to the address on file with the Claims Administrator.

4. The Special Master has reviewed the requested administrative expenses of Kip Rabin (VersaVest, Inc.) and has determined that a fair and reasonable compensation for his services during the payment period is $48,912.50. The check should be made payable to VersaVest, Inc. and sent to the address on file with the Claims Administrator.

5. The Special Master has reviewed the requested administrative expenses of JPMorgan Chase and has determined that based on the terms of the Master Agreement with the Depository Institution the compensation for its services during the payment period is $1,500.00. JPMorgan Chase should be authorized to electronically debit the Settlement Fund's account in the amount of $1,500.00.

6. The Special Master respectfully requests payment of administrative expenses in the amount of $177,798.04. The check should be made payable to: Cole, Scott & Kissane, P.A. and sent to the address on file with the Claims Administrator.

RESPECTFULLY SUBMITTED in Miami, Florida this 25 day of February 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

-3-