IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
)
    Plaintiffs,   )
)
v.   )
)
EXXON CORPORATION,   )
)
    Defendant.   )
_____)
)
RUSSELL A. CLINE,   )
)
    Plaintiff,   )   **CONSOLIDATED WITH**
)   **CASE NO.: 05-21338-CIV**
vs.   )   **GOLD/ SIMONTON**
)
THE GARDEN CITY GROUP, INC.,   )
)
    Defendant.   )
_____)

**ORDER SETTING BRIEFING SCHEDULE
ON PLAINTIFFS' MOTION FOR AUTHORIZATION
TO DISTRIBUTE FIVE PERCENT RESERVE AND INTEREST**

**THIS CAUSE** is before the Special Master upon the District Court's *Order of Reference to the Special Master* **[D.E. 5622]** and Plaintiffs' *Motion for Authorization to Distribute 5 Percent Reserve and Interest* **[D.E. 5613]**. In accordance with the foregoing, the Special Master is hereby establishing a briefing scheduling relating to the Plaintiffs' Motion, and setting a hearing on the issues raised therein. Accordingly, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. States' Counsel and any other interested party shall file, by **Friday, March 27, 2009**, their response, if any, to Plaintiffs' *Motion for*

       *Authorization to Distribute 5 Percent Reserve and Interest* and the relief sought therein.

2. Should any response be filed on or before April 3, 2009, Class Counsel shall have until **Friday, April 3, 2009**, to file a reply to each response, as and if Class Counsel deems necessary.

3. Thereafter, on **Tuesday, April 14, 2009 beginning at 10:00 a.m. (Eastern Time)**,[1] the undersigned will hold a hearing on the Plaintiffs' *Motion for Authorization to Distribute 5 Percent Reserve and Interest*, and any and all responses and replies relating to the same. The hearing will take place at the Office of the Special Master located at Cole, Scott & Kissane, P.A., 9150 S. Dadeland Blvd., Suite 1400, Miami, Florida 33156. A court reporter has been requested. Participants are permitted to telephonically participate in the hearings. The following call-in information should be used:

       Number: 1-866-590-1534
       Participant Code: 24576991#

4. Following the hearing, the undersigned will issue a Report and Recommendation to the District Court.

**DONE AND ORDERED** at Miami, Florida this 16 day of March 2009.

                                                  SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] Or as soon as the preceding 9:00 a.m. hearing, on the issue of the proper disposition of the partially forfeited Gerald Bowen fee award and William McGillicuddy incentive award, is concluded.