IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD/**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER RESETTING HEARING ON SUSAN PATTON AND JEFFREY SCOTT PATTON (CLAIM NUMBER 457)

**THIS CAUSE** is before the Special Master upon claimant Susan Patton's *pro se oral requests, treated as a Rule 60(b) motion, to vacate Award Number 3931 [D.E. 3727] and Payment Order Number 48 [D.E. 3929], and the Special Master's resulting Sua Sponte Order Setting Hearing on Award Number 3931, Claim Number 457 [D.E. 4615]. Following an evidentiary hearing held on **April 22, 2008** relating to the above matters.* Based on the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1

CASE NO.: 91-0986-CIV-GOLD

1. The Special Master will hold a hearing regarding the issues raised by Susan Patton and Jeffrey Scott Patton during the previous hearing on **Tuesday, April 14, 2009, beginning at 12:00 p.m. (EST)** at the Special Master's office located at Cole, Scott & Kissane, P.A., 9150 S. Dadeland Blvd., Suite 1400, Miami, Florida 33156. A court reporter has been requested. Participants are permitted to telephonically participate in the hearing.

The following call-in information should be used:

Number: 1-866-590-1534

Participant Code: 24576991#

2. Following the hearing, the undersigned will issue an Order to the District Court.

DONE AND ORDERED at Miami, Florida this ___9th___ day of April, 2009.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

2