IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)    **CONSOLIDATED WITH**
    Plaintiff, )    **CASE NO.: 05-21338-CIV-GOLD/**
)    **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER SETTING ADDITIONAL HEARING RELATING TO CLAIM NUMBER 457 AND SUSAN PATTON AND JEFFREY SCOTT PATTON

**THIS CAUSE** is before the Special Master upon claimant Susan Patton's *pro se oral requests*, treated as a Rule 60(b) motion, to vacate Award Number 3931 *[D.E. 3727]* and Payment Order Number 48 *[D.E. 3929]*, and the Special Master's resulting Sua Sponte Order Setting Hearing on Award Number 3931, Claim Number 457 *[D.E. 4615]*. An evidentiary hearing on these matters was first held on April 22, 2008. Most recently, an additional hearing took place on April 14, 2009 so that the undersigned could impress upon Susan Patton and Jeffrey Patton their need to resolve this matter by April 17, 2009; otherwise, the undersigned would enter a

Report and Recommendation that would carry significant consequences for one of the two parties. The parties sought an extension of time to resolve the issue until today, Wednesday, April 22, 2009.

This afternoon the undersigned received correspondence from counsel for Jeffrey Patton, along with an "Agreed Stipulation of Counsel," both of which will separately be filed. The Agreed Stipulation of Counsel is signed by Ms. Doron Samuel-Siegel, Esq. (counsel for Jeffrey Patton) and Christian Griffin, Esq. (counsel for Susan Patton).

After reviewing the submitted materials, the undersigned has determined that it is necessary to conduct a brief ten (10) to fifteen (15) minute hearing on the pending issues. Specifically, the undersigned wants to speak directly with Susan Patton and Jeffrey Patton relative to the "Agreed Stipulation of Counsel" and its terms, and to have their respective statements put into evidence.

**ORDERED AND ADJUDGED** as follows:

1. The Special Master will hold a brief hearing on the pending issues relating to Claim Number 457, Susan Patton and Jeffrey Scott Patton on **Tuesday, April 28, 2009, beginning at 10:00 a.m. (EST).** The hearing will take place at the Special Master's office located at Cole, Scott & Kissane, P.A., 9150 S. Dadeland Blvd., Suite 1400, Miami, Florida 33156. A court reporter has been requested. Participants are permitted to telephonically participate in the hearing.

   The following call-in information should be used:

   Number:  1-866-590-1534

Participant Code: 24576991#

2. Both Susan Patton and Jeffrey Scott Patton must attend this hearing and be prepared to speak on the record with the undersigned regarding the "Agreed Stipulation of Counsel" and its terms.

DONE AND ORDERED at Miami, Florida this 22nd day of April, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All Counsel of record
Garden City Group
U.S. District Judge Alan S. Gold