IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
Plaintiffs,                           )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
Defendant.                            )
_____)
                                      )
RUSSELL A. CLINE,                     )
                                      )           **CONSOLIDATED WITH**
Plaintiff,                            )           **CASE NO.: 05-21338-CIV-GOLD**
                                      )           **/SIMONTON**
vs.                                   )
                                      )
THE GARDEN CITY GROUP, INC.,          )
                                      )
Defendant.                            )
_____)

## ORDER RELATING TO CLAIM NUMBER 457 AND SUSAN PATTON AND JEFFREY SCOTT PATTON

This matter is before the Special Master upon claimant Susan Patton's *pro se* oral requests, treated as a Rule 60(b) motion, to vacate Award No. 3931 **[D.E. 3727]** and Payment Order No. 48 **[D.E. 3929]**, and the Special Master's resulting *Sua Sponte Order Setting Hearing on Award Number 3931, Claim Number 457* **[D.E. 4615]**. An evidentiary hearing on these matters was first held on April 22, 2008. Most recently, an additional hearing took place on April 14, 2009 so the undersigned could impress upon Susan Patton and Jeffrey Scott Patton their need to resolve this matter by April 17, 2007; otherwise, a Report and

Recommendation would be entered, which would carry significant consequences for one of the two parties.

The parties sought an extension of time to resolve the issue until April 22, 2009. On April 22, 2009, the Special Master received correspondence from Counsel for Jeffrey Scott Patton, along with an Agreed Stipulation of Counsel signed by Ms. Doron Samuel-Siegel, Esq. (Counsel for Jeffrey Scott Patton) and Christian Griffin, Esq. (Counsel for Susan Patton). See **[D.E 5693]**.

On April 28, 2009, the undersigned conducted a final evidentiary hearing on the pending issues. Based upon the representations of Christian Griffin, Esq., Doron Samuel-Siegel, and the testimony under oath by Jeffrey Scott Patton and Susan Patricia Patton, the undersigned accepts the Agreed Stipulation of Counsel and its terms. The undersigned also determined, based upon Susan Patton's sworn testimony, that she freely and voluntarily entered into the terms set forth in the Stipulation, without any coercion or undue influence.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Claimant Susan Patton does hereby freely and voluntarily withdraw her claim to Award Number 3931 on Claim Number 457.

2. The parties agree that only Susan Patton shall be entitled to receive the entire 5% Reserve funds associated with the aforesaid claim, totaling Two Thousand Five Hundred Thirty Four Dollars and 65/100 cents ($2,534.65) as previously set forth in Award No. 3931, as entered in by the undersigned on March 30, 2007 which

reserved jurisdiction unto the Special Master to disburse said funds.

See, D.E. 3727.

3. The Garden City Group is hereby ordered to make the appropriate updates to the claim files and shall distribute this Order to Susan Patton and Jeffrey Scott Patton.

DONE AND ORDERED in Miami, Florida this 4th day of May, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All Counsel

Christian Griffin, Esq.
Doron Samuel-Siegel, Esq.