IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV**
) **GOLD/ SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY BY THIRD PARTY, ALLIED ESQUIRE, TO D. CAMPBELL'S OPPOSITION TO ENFORCEMENT OF ALLIED'S CLAMI FOR PAYMENT (D.E. 5707)

**THIS CAUSE** is before the Special Master upon the *Motion for Leave to File Reply by Third Party, Allied Esquire, to D. Campbell's Opposition to Enforcement of Allied's Claim for Payment* **[D.E. 5707]**;[1] the undersigned's *Order Granting Request of W. Douglas Campbell* **[D.E. 5688]**; and the District Court's *Order of Reference to the Special Master* **[D.E. 5710]**.

---

[1] Allied Esquire, Inc. terms itself a "third party"; however, it is presently a non-party. Allied Esquire, Inc. has filed a motion to intervene [D.E. 5353], which is pending and will be heard at the hearing presently set for July 20, 2009 on numerous matters relating to the remaining fee award of Gerald Bowen.

On May 15, 2009, Allied Esquire, Inc. filed its motion for leave, and attached proposed Reply. Allied Esquire, Inc. seeks to reply to the *Opposition of Non-Party W. Douglas Campbell to States Motion to Direct (D.E. 5681) and Argument Re: Allied Esquire's Affidavit (D.E. 5669), Opposing Enforcement of Allied Capital's Claim for Usurious Interest and Priority* **[D.E. 5702]**.[2]

Having reviewed the request, the proposed Reply, and the relevant parts of the record, and being otherwise fully advised, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. Allied Esquire, Inc.'s Motion for Leave (D.E. 5707) is GRANTED.

2. Allied Esquire's *Reply to Non-Party, D. Campbell's Opposition to Enforcement of Allied's Claim for Payment*, attached as Exhibit A to D.E. 5707, is deemed to be filed as of the date of this Order.

**DONE AND ORDERED** at Miami, Florida this ___ day of June 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[2] The undersigned filed a notice of filing the Opposition, when received from Mr. Campbell. However, Mr. Campbell also filed his Opposition separately (and appropriately) a couple of days later as reflected by **D.E. 5704.**