IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

v.

EXXON CORPORATION,

    Defendant.
_____

RUSSELL A. CLINE,

    Plaintiff,

vs.

THE GARDEN CITY GROUP, INC.,

    Defendant.
_____

## ADMINISTRATIVE PAYMENT ORDER 19

**THIS CAUSE** is before the Court upon the Report and Recommendation for Entry of an Administrative Payment Order to Pay the Administrative Expenses of the Settlement Fund **[DE 5722]** (the "Report") issued by Special Master Thomas E. Scott. The Court has reviewed the requested administrative expenses and approves the same. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation for Entry of an Administrative Payment Order to Pay the Administrative Expenses of the Settlement Fund **[DE 5722]** is **AFFIRMED AND ADOPTED**.

2. JPMorgan Chase shall transfer the funds necessary to pay all approved

administrative expenses to the Settlement Fund's Claims Administration Account.

3. Administrative expenses in the amount of $189,674.98 shall be paid to States' counsel. Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C. shall be paid in the amount of $101,816.04. The check shall be made payable to Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C. and sent to the address on file with the Claims Administrator. Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A. shall be paid in the amount of $87,858.94. The check shall be made payable to Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A. and sent to the address on file with the Claims Administrator.

4. Administrative expenses in the amount of $60,490.80 shall be paid to The Garden City Group, Inc. for its normal, ongoing services as the Claims Administrator. The check shall be made payable to The Garden City Group, Inc. and sent to the Claims Administrator.

5. Administrative expenses in the amount of $61,103.20 shall be paid to The Garden City Group, Inc. for its separate services relating to the 5% Reserve procedures and implementation of the same. The check shall be made payable to The Garden City Group, Inc. and sent to the Claims Administrator.

6. Administrative expenses in the amount $6,974.52 shall be paid to Morrison, Brown, Argiz & Farra, LLP. The check shall be made payable

to Morrison, Brown, Argiz & Farra, LLP and sent to the address on file with the Claims Administrator.

7. Administrative expenses in the amount of $56,875.00 shall be paid to VersaVest, Inc. The check shall be made payable to VersaVest, Inc. and sent to the address on file with the Claims Administrator.

8. Administrative expenses in the amount of $1,500.00 shall be paid to JPMorgan Chase. JPMorgan Chase is authorized to electronically debit the Settlement Fund's account in the amount of $1,500.00.

9. The Court has reviewed the requested administrative expenses of the Special Master for the period of March 1, 2009 through April 30, 2009, and has determined that a fair and reasonable compensation for his services during the payment period is $193,507.01. The check shall be made payable to Cole, Scott & Kissane, P.A. and sent to the address on file with the Claims Administrator.

**DONE AND ORDERED** at Miami, Florida this _15_ day of June, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Magistrate Judge Andrea Simonton
Special Master Thomas E. Scott
All Counsel of Record