IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
)   **CONSOLIDATED WITH**
    Plaintiff, )   **CASE NO.: 05-21338-CIV-GOLD /**
)   **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

**ORDER TO SHOW CAUSE AGAINST
CLAIMANT JAMES L. KENNEDY, TRUSTEE, CLAIM NO. 1020932**

This cause is before the Special Master pursuant to Class counsel's Notice of Filing Fifteenth List of Non-Responsive Claimants (N15) **[D.E. 5742]**. The Special Master has been advised that Claimant James L. Kennedy, Trustee, has been non-responsive to Class counsel's continued efforts to process Claim No. 1020932. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.    The Special Master hereby orders Claimant James L. Kennedy, Trustee,

to show cause as to why Claim No. 1020932 should not be dismissed without prejudice for failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period.

2. Claimant James L. Kennedy, Trustee, shall have until **Monday, August 10, 2009** to file a response to the Special Master's Order to Show Cause. Failure to timely respond to the Special Master's Order shall result in the dismissal of Claim No. 1020932 without prejudice.

3. Class counsel is hereby ordered to distribute the Special Master's Order to Show Cause to Claimant James L. Kennedy, Trustee, Claim No. 1020932, as well as to additional potential real parties in interest, Peter Dreifuss, Gary Mitchell and Gerald Davis, Trustee, all of whom Class Counsel recommends provide final notice. See, D.E. 5742, pg. 3.

**DONE AND ORDERED** at Miami, Florida this 9th day of July, 2009.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record