IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
Defendant. )
_____)
)
RUSSELL A. CLINE, )
)      **CONSOLIDATED WITH**
Plaintiff, )      **CASE NO.: 05-21338-CIV-GOLD**
)      **/SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
Defendant. )
_____)

## AMENDED ORDER RESETTING HEARING ON PENDING MOTIONS AND ISSUES CONCERNING GERALD M. BOWEN'S FEE AWARD AND RELATED MATTERS

This matter is before the Special Master upon the multiple pending motions and requests relating to Gerald M. Bowen's remaining Fee Award (as determined by the Court's July 6, 2006 Order), and as referenced in prior orders setting these matters for hearing.

The undersigned has reviewed all of the issues and motions presented for his consideration relating to: (a) the States' Motion for Distribution [D.E. 5290]; (b) oppositions to the same [DE 5359, 5370 – 5375, 5389]; (c) the States' reply to the oppositions [D.E. 5442 – 5450]; (d) the potential interpleader consideration [D.E. 5439, 5400 – 5404]; (e) motions to

Case 1:91-cv-00986-ASG   Document 5747   Entered on FLSD Docket 07/15/2009   Page 2 of 2

*Order Setting Hearing on Pending Motions and Issues*
*Concerning Gerald M. Bowen's Fee Award and Related Matters*
*Page 2 of 2*

intervene [D.E. 5353 and 5626]; and (f) numerous filings in support of individual Bowen "creditor" claims.

The undersigned does not wish to impose additional expenses on the parties and creditors relating to travel to Miami at this time. As such, by telephonic conference, the undersigned will hear and determine the following threshold issues:

1. The States' motion for distribution of Mr. Bowen's Fee Award based upon the contention that Mr. Bowen has forfeited the Fee Award, and oppositions to the same;

2. The States' Motion for Sanctions applied to the Fee Award [D.E. 5681], and the Court's specific request for a recommendation whether Mr. Bowen should be enjoined from filing any additional materials in this case [D.E. 5692]; and,

3. Whether Mr. Bowen's Fee Award should be interpleaded to another Court, such as the District Court for the Eastern District of Virginia.

Accordingly, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. A **telephonic hearing** on the above-listed threshold issues is set for **Monday, July 20, 2009** beginning at **3:00 p.m.** (EST). A court reporter has been requested. All parties, and/or their representatives, who have an interest in these matters are permitted to telephonically participate in the hearing. The following call-in information should be used if participating by telephone:

   Telephone Number: 1-866-590-1534
   Participant Code: 2457699l#

DONE and ORDERED, in Miami, Florida this 15th day of July 2009.

THOMAS E. SCOTT, SPECIAL MASTER

Copies furnished to:
United States District Judge Gold
All counsel of record