IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV**
) **GOLD/ SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

## ORDER FOLLOWING HEARING OF JULY 20, 2009

**THIS CAUSE** is before the Special Master following the hearing held on July 20, 2009 pursuant to the undersigned's *Amended Order Resetting Hearing on Pending Matters and Issues Concerning Gerald Bowen's Fee Award and Related Matters* **[D.E. 5747]**. After hearing the arguments of counsel, Mr. Gerald Bowen and the various creditors of Mr. Bowen, the undersigned has both requested and allowed additional briefing, for the undersigned's consideration prior to the entry of a Report and Recommendation.

Accordingly, it is hereby,

ORDERED and ADJUDGED as follows:

1. Class Counsel, States' Counsel, Mr. Bowen and his interested creditors shall file, within one (1) week from the date of this Order, a brief setting forth:

    a. whether this Fund and/or the Special Master has an obligation or a right to withhold the necessary federal and Virginia income taxes relating to the remainder of Mr. Bowen's Fee Award prior to either:

        i. interpleading the Bowen Fee Award; or,
        ii. paying the individual creditors, depending upon which the undersigned recommends to the Court; and,

    b. the exact amount of remaining money constituting the Bowen Fee Award, and detailed calculations showing how you arrived at the final amount; and,

2. The interested Bowen creditors, specifically including Allied Esquire Group, Inc. and Jewel Grutman, shall have one (1) week from the date of this Order to file a supplemental brief to: (a) respond to Class Counsel's Position Paper regarding interpleader **[D.E. 5400]**; and, (b) provide additional case law and argument in support of their opposition to the suggestion of interpleader.

3. Class Counsel shall have an additional week, following receipt of the creditors' position papers, to file an additional response, should Class Counsel deem it to be necessary.

**DONE AND ORDERED** at Miami, Florida this 21st day of July 2009.

/SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
U.S. District Judge Alan S. Gold