IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>  Defendant. )<br>_____)<br>)<br>RUSSELL A. CLINE, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>  Defendant. )<br>_____) | **CONSOLIDATED WITH**<br>**CASE NO.: 05-21338-CIV**<br>**GOLD/ SIMONTON** |

### ORDER GRANTING MOTION BY ALLIED ESQUIRE GROUP, INC.

**THIS CAUSE** is before the Special Master upon a *Motion for Enlargement Time to Respond to Special Master's July 21, 2009 Order [D.E. 5758]* received from Allied Esquire Group, Inc, seeking an opportunity to file its response by today July 29, 2009 related to *Order Following Hearing of July 20, 2009 [D.E. 5749]*. Having reviewed the request and relevant parts of the record, and being otherwise fully advised, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. Allied Esquire Group, Inc. shall have up to today July 29, 2009 by no later than 5:00 p.m. (EST) to file its response.

**DONE AND ORDERED** at Miami, Florida this 29 day of July 2009.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold