**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,  )
                               )
       Plaintiffs,            )
                               )
v.                                )
                               )
EXXON CORPORATION,       )
                               )
       Defendant.          )
_____)
                               )
RUSSELL A. CLINE,          )
                               )       **CONSOLIDATED WITH**
       Plaintiff,            )       **CASE NO.: 05-21338-CIV-GOLD /**
                               )       **SIMONTON**
vs.                            )
                               )
THE GARDEN CITY GROUP, INC.,  )
                               )
       Defendant.          )
_____)

**ORDER REGARDING NON-RESPONSIVE**
**CLAIMANTS INCLUDED IN NOTICE N15**

       This cause is before the Special Master pursuant to Class counsel's Notice of Filing

Fiftteenth List of Non-Responsive Claimants **[D.E. 5742]**, one prior Order to Show Cause

entered by the Special Master **[D.E. 5744]**, and Class counsel's Response to Order to

Show Cause to N15 Claimant **[D.E. 5767]**.

       On June 25, 2008, the Special Master issued his Amended Sua Sponte Order on

Non-Responsive Claimants [D.E. 5086].  Pursuant to that Order and the prior Order [D.E.

3997], the Special Master required Class counsel to periodically provide the Court with a

list of claimants who have been continually non-responsive to Class counsel's efforts to

process their respective claims.  After reviewing Class counsel's fifteenth list of non-responsive claimants (N15), the Special Master entered an Order to Show Cause requiring the non-responsive claimant to demonstrate the claim should not be dismissed without prejudice for failing to cooperate with Class counsel and failing to substantiate an interest in a direct-served Exxon station during the Class Period.  Class counsel has now filed a Response on behalf of the claimant.  Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED as follows:

1.    The Special Master has reviewed the Response filed by Class counsel on behalf of Claim 1020932.  Based on this claimant's renewed cooperation and participation in the claims process, the Special Master does not believe that the claim should be dismissed at this time.  Accordingly, Class counsel is permitted to advance the Claim No. 1020932 (Claimant – James L. Kennedy, Trustee) in the claims process.

2.    The Garden City Group, Inc. is hereby ordered to make the appropriate update to this claim files and shall distribute the Special Master's Order to

the above referenced claimant.

**DONE AND ORDERED** at Miami, Florida this 19th day of August, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record
Garden City Group