IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., et al.,

        Plaintiffs,

vs.

EXXON CORPORATION,

        Defendant.

NO. 91-0986-CIV-GOLD/SIMONTON

## ORDER REINSTATING ENTITLEMENT TO 5% RESERVE ON CLAIM 1657

This matter is before the Special Master *sua sponte*. On April 27, 2009, the Special Master dismissed Claim 1657's entitlement to participate in a potential refund of the 5% reserve associated with the claim because of the claimant's failure to comply with the requirement to return payment instructions before the applicable deadline. However, in light of the fact that payments on the 5% reserve have not yet been authorized, and in the absence of prejudice to the orderly administration of the refund process, Claim 1657 is hereby reinstated. The Garden City Group, Inc. is directed to updated the file for Claim 1657 relating to this reinstatement.

**DONE AND ORDERED** this 19th day of August, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold