IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.

CASE NO. 91-0986-CIV-GOLD/SIMONTON

### ORDER ON CLASS COUNSEL'S 131ST MOTION FOR SUMMARY JUDGMENT AND AGREED MOTION FOR APPROVAL OF CLAIMS IN THE 131ST MOTION FOR SUMMARY JUDGMENT

This matter is before the Special Master on Class Counsel's 131st Motion for Summary Judgment and the Agreed Motion for Approval of Claims in the 131st Motion for Summary Judgment.

The parties have advised that 9 claims do not present any disputed issues of fact or law and are suitable for entry of an Award. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the 9 claims agreed upon by Class Counsel and States' Counsel are approved for entry of an Award. The parties are directed to work with the Claims Administrator to

*Order on Class Counsel's 131st Motion for Summary Judgment*
*Page 2 of 2*

generate written Awards for the Special Master's signature.

**DONE AND ORDERED** in Miami, Florida this _____ day of September, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold