UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC.,
et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.
_____/

### ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE; CLARIFYING BRIEFING SCHEDULE

THIS CAUSE is before the Court following a telephonic status conference conducted on October 16, 2009. For the reasons stated of record, the briefing schedule is modified as follows and it is hereby

ORDERED AND ADJUDGED that:

1. Class Counsel shall file its Amended Objections to Special Master's Report and Recommendations, if any, on or before **Friday October 23rd, 2009.**

2. States' Counsel shall file a response, if any, on or before **Friday October 30th, 2009.**

3. The Special Master shall file his response, if any, to Class and States' Counsel's filings, which may include a request for remand to the Special Master in light of issues raised by the Parties, on or before **November 13th, 2009**, if he deems remand advisable or necessary.

4. All other deadlines and requirements not modified by this order remain in effect, including the Parties' obligations to submit courtesy copies to the


undersigned's chambers.

DONE AND ORDERED in Chambers at Miami, Florida this 19 day of October, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Andrea M. Simonton
    Special Master Thomas E. Scott
    Counsel of Record