IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____ )
)
RUSSELL A. CLINE, )
)  **CONSOLIDATED WITH**
    Plaintiff, )  **CASE NO.: 05-21338-CIV-GOLD /**
)  **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____ )

### ORDER TO SHOW CAUSE AGAINST
### CLAIMANT JOSEPH N. JOHN, CLAIM NO. 1001976

This cause is before the Special Master pursuant to Class counsel's Notice of Filing Sixteenth List of Non-Responsive Claimants (N16) **[D.E. 5823]**. The Special Master has been advised that Claimant Joseph N. John, has been non-responsive to Class Counsel's continued efforts to process Claim No. 1001976. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. The Special Master hereby orders Claimant Joseph N. John to show cause as to why Claim No. 1001976 should not be dismissed without

prejudice for failing to cooperate with Class Counsel and for failing to provide the necessary information and/or paperwork in support of his claim.

2. Claimant Joseph N. John shall have until **Monday, November 30, 2009** to file a response to the Special Master's Order to Show Cause. Failure to timely respond to the Special Master's Order shall result in the dismissal of Claim No. 1001976 without prejudice.

3. Class counsel is hereby ordered to distribute the Special Master's Order to Show Cause to Claimant Joseph N. John, Claim No. 1001976.

**DONE AND ORDERED** at Miami, Florida this 4th day of November, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record