IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., ) **CASE NO. 91-0986-CIV-GOLD/SIMONTON**
et al., )
 )
    Plaintiffs, )
 )
vs. )
 )
EXXON CORPORATION, )
 )
    Defendant. )
 )

**ORDER ON MOTION 132**

This matter is before the Special Master on Class Counsel's 132nd Motion for Summary Judgment and the Agreed Motion for Approval of Claims in the 132nd Motion for Summary Judgment.

The parties have advised that 2 claims do not present any disputed issues of fact or law and are suitable for entry of an Award. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the 2 claims agreed upon by Class Counsel and States' Counsel are approved for

1

entry of an Award. The parties are directed to work with the Claims Administrator to generate written Awards for the Special Master's signature.

**DONE AND ORDERED** this 5th day of November, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

#64055 v1