IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., et al., )
                                            )  CASE NO.: 91-0986-CIV-GOLD/SIMONTON
    Plaintiffs, )

v. )

EXXON CORPORATION, )

    Defendant. )

## NOTICE OF ENTRY OF AWARDS 9,159 THROUGH 9,160[1]

The Special Master has reviewed the Awards generated by the Garden City Group for the claims contained in Plaintiffs' One Hundred and Thirty Second Motion for Summary Judgment and has verified that all of the Awards are correct and accurate. Therefore, pursuant to the District Court's September 18, 2006 Order regarding the Procedure for Payment of Claims, the Special Master hereby enters Awards 9,159 through 9,160 attached hereto in favor of Class members whose claims were adjudicated in Plaintiffs' One Hundred and Thirty Second Motion for Summary Judgment.

RESPECTFULLY SUBMITTED in Miami, Florida this 17th day of November, 2009

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold

---

[1] In order to assist counsel and claimants in locating Awards entered by the Special Master, Exhibit "A" has been attached hereto. Exhibit "A" numerically lists the Awards entered by the Special Master with each Award's corresponding Claim Number.