IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON CORPORATION,<br><br>Defendant. | |
| RUSSELL A. CLINE,<br><br>Plaintiff,<br><br>vs.<br><br>THE GARDEN CITY GROUP, INC.,<br><br>Defendant. | CONSOLIDATED WITH<br>CASE NO.: 05-21338-CIV-GOLD /<br>SIMONTON |

**REPORT AND RECOMMENDATION FOR ENTRY OF PAYMENT ORDERS
(THE TWENTY-FIRST WAVE OF PAYMENTS FROM THE SETTLEMENT FUND)**

THIS CAUSE is before the Special Master pursuant to the District Court's Order Approving the Payment Procedures for the Settlement Fund. **[D.E. 3134]**. The Special Master has been advised that Class counsel and States' counsel have completed their review of the Payment Order 179 generated by the Claims Administrator for the twenty-first wave of payments from the Settlement Fund and that all necessary revisions have been made. Accordingly, the Special Master recommends that the District Court enter the attached Payment Order, numbered 179, to initiate the Payment Process for the Final Awards contained therein.

RESPECTFULLY SUBMITTED in Miami, Florida this ___ day of December, 2009.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold
All counsel of record