IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>Defendant. )<br>_____)<br>)<br>RUSSELL A. CLINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>Defendant. )<br>_____) | **CONSOLIDATED WITH<br>CASE NO.: 05-21338-CIV-GOLD /<br>SIMONTON** |

### REPORT AND RECOMMENDATION REGARDING ROBERT E. FLETCHER

THIS CAUSE is before the Special Master pursuant to the District Court's *Order of Reference to the Special Master* **[D.E. 5726]**, following receipt of a letter from one Robert Edgar Fletcher **[D.E. 5724]**.

    I.    **Robert Edgar Fletcher's Letter to the District Court**

By letter dated June 1, 2009, Robert Edgar Fletcher submitted correspondence to the District Court stating that during a search on the Internet he found a document signed by Judge Gold dated March 2007 awarding claim number 2022 the sum of $174,875.06. While not specifically stated in Mr. Fletcher's letter, the Award number 2776 to claim number 2002 was awarded in the name of "The Fletcher Enamel Company."

Mr. Fletcher states that he is the grandson of Ulysses Grant Fletcher, who was the president and founder of the Fletcher Enamel Company, and that when Ulysses Fletcher died, the Fletcher Enamel Company remained in the Fletcher family until the factory closed in 1958. Mr. Fletcher also identifies himself as the son of Thomas Edmond Fletcher (who was the son of Ulysses Fletcher). Mr. Thomas Edmond Fletcher died on April 10, 1958.

Finally, Mr. Fletcher inquires whether it is possible that there could be some money awarded to the heirs of Ulysses Grant Fletcher or Thomas Edmond Fletcher.

### II.     Award 2766 to The Fletcher Enamel Company

In this action, Claim number 2022 was filed in the name of the corporation, "The Fletcher Enamel Company," in care of "Michael S. Fletcher" at 209 Kanawaha Ave, P.O. Box 67, Dunbar, West Virginia, 25064. Claim number 2022 related to the gallons of fuel sold at station number 27803 located at 10th Street & Dunbar Avenue, Dunbar, West Virginia, 25064, for the period form March 29, 1984 to March 1, 1989.

On December 19, 2006, the undersigned entered Award number 2766 in favor of the corporation "The Fletcher Enamel Company" in the net amount of $174,875.06. Thereafter, on March 9, 2007, the District Court entered Payment Order 26, pursuant to which The Fletcher Enamel Company was paid the net amount of $174,875.06.

### III.    Response to Robert Edgar Fletcher's Inquiry

Based upon the record before the undersigned, in conjunction with Mr. Fletcher's June 1, 2009 letter, the undersigned is not able to determine with certainty whether Mr. Robert Fletcher and his father's and grandfather's company "The Fletcher Enamel Company" is the same as, or is in any

*Report and Recommendation Regarding Robert Fletcher*
*Page 3 of 3*

way connected to, the corporation to whom Award number 2766 was paid.[1]

However, to the extent that "The Fletcher Enamel Company" described by Robert Edgar Fletcher is the same corporation as "The Fletcher Enamel Company" which operated station number 27803, and to the extent that Robert Edgar Fletcher (or the heirs of Ulysses Grant Fletcher of Thomas Edmond Fletcher) has an ownership interest in the corporation to whom Award 2766 was given, such a claim would need to be posited to the corporation directly. In this action, station number 27803 was operated by "The Fletcher Enamel Company," and not by an individual. As such, the corporation was the rightful claimant.

In accordance with the foregoing Report and Recommendation, it is respectfully recommended that:

1. The District Court enter an Order adopting this Report and Recommendation and denying any direct claim by Robert Edgar Fletcher both as being untimely filed and insufficiently substantiated; and,

2. A copy of the Order and this Report and Recommendation be submitted to Mr. Robert Edgar Fletcher at 5342 Lynncrest Dr., Taylorsville, UT 84118.

**RESPECTFULLY SUBMITTED** in Miami, Florida this 2nd day of December, 2009

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record

---

[1] That said, it appears that the corporation referenced by Robert Edgar Fletcher may be different from the corporation (though the same name) to whom the claim was awarded. Mr. Fletcher's letter indicates that his father's and grandfather's company "The Fletcher Enamel Company" was closed in 1958. Yet, during the period of time from 1984 to 1989 (approximately 30 years after the closing of the factory referenced in Robert Edgar Fletcher's letter), a corporation named "The Fletcher Enamel Company" operated an Exxon directed-served station number 27803. in West Virginia.