IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC., et al.,

      Plaintiffs,

vs.

EXXON CORPORATION,

      Defendant.

_____/

### PAYMENT ORDER 179; ADOPTING AND AFFIRMING [DE 5875]

**THIS CAUSE** is before the Court upon the Report and Recommendation for Entry of Payment Orders for Final Awards entered on October 6, 2009 issued by the Special Master Thomas E. Scott **[DE 5875]**. The Court has reviewed the Awards entered by the Special Master and has been advised that the nine (9) Awards delineated in Exhibit A, totaling $673,301.94, are final and ready for payment. Accordingly, it is hereby ORDERED AND ADJUDGED that:

1. The Special Master's Report and Recommendation for Entry of Payment Orders for Final Awards entered on October 6, 2009 **[DE 5875]** is AFFIRMED AND ADOPTED.

2. The Payment of these Awards shall be made pursuant to the Payment Procedures outlined in the Special Master's Report and Recommendation Regarding Procedures for Disbursements from the Settlement Fund **[D.E. 3087]**.

DONE AND ORDERED at Miami, Florida this 3 day of December, 2009.

                              THE HONORABLE ALAN S. GOLD
                              UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Magistrate Judge Andrea Simonton
Special Master Thomas E. Scott
All Counsel of Record