UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC.,
et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 5876]

THIS CAUSE is before the Court upon the Special Master's Report and Recommendation Regarding Claim No. 2022 [DE 5876]. No objections were timely filed. Having reviewed the Report, the record, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1.    The Report [DE 5876] is AFFIRMED AND ADOPTED

2.    Any direct claim made by Robert Edgar Fletcher is DENIED as both untimely and insufficiently substantiated.

DONE AND ORDERED in Chambers at Miami, Florida this 5 day of ~~November~~ January, 2010.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Special Master Thomas E. Scott
Counsel of Record

Robert E. Fletcher
5342 Lynncrest Dr.,
Taylorsville, UT 84118