IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.

CASE NO. 91-0986-CIV-GOLD/SIMONTON

## ORDER ON 133rd MOTION FOR SUMMARY JUDGMENT

This matter is before the Special Master on Class Counsel's 133rd Motion for Summary Judgment **[D.E. 5900]**, States' Counsel Opposition **[D.E. 5945]**, Class Counsel's Reply **[D.E. 5983]**, and the Agreed Motion for Approval of Claims in the 133rd Motion for Summary Judgment **[D.E. 5984]**.

The parties have advised that the five (5) claims, as identified in the Agreed Motion for Approval of Claims in the 133rd Motion for Summary Judgment **[D.E. 5984]**, do not present any disputed issues of fact or law and are suitable for entry of an Award. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the five (5) claims agreed upon by Class Counsel and States' Counsel are approved for entry of an Award. The parties are directed to work with the Claims Administrator to generate written Awards for the Special

*Order on 133rd Motion for Summary Judgment*
*Page 2 of 2*

Master's signature.

**DONE AND ORDERED** this 22nd day of February, 2010.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
All counsel of record
Garden City Group
U.S. District Judge Alan S. Gold