IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
)
    Plaintiffs, )
)
v. )
)
EXXON CORPORATION, )
)
    Defendant. )
_____)
)
RUSSELL A. CLINE, )
) **CONSOLIDATED WITH**
    Plaintiff, ) **CASE NO.: 05-21338-CIV-GOLD /**
) **SIMONTON**
vs. )
)
THE GARDEN CITY GROUP, INC., )
)
    Defendant. )
_____)

### ORDER REGARDING CLAIMANTS WHO HAVE FAILED TO SEEK PAYMENT AS IDENTIFIED IN CLASS COUNSEL'S THIRD NOTICE

This cause is before the Special Master pursuant to Class Counsel's Third Notice Pursuant to Sua Sponte Order on Claimants Who Have Failed to Seek Payment **[D.E. 5985]** (the "Third Notice").

On November 5, 2008, the Special Master issued the *Sua Sponte Order on Claimants Who Have Failed to Seek Payment* **[D.E. 5427]**. Pursuant to that Order, the Special Master required Class Counsel to periodically identify claimants who, over two or more payment cycles, failed to submit valid Payment Instructions, tax documentation and/or a TPSP election form. Class Counsel was directed to provide each such claimant

with written notice of a final thirty (30) day deadline by which the claimants must submit the required paperwork.

Class Counsel's Third Notice identifies two (2) claimants who failed to return the necessary paperwork within the time allowed following transmission of the written notice. Accordingly, having reviewed the Court file and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. In accordance with D.E. 5427, the following claims and claimants are hereby dismissed without prejudice[1] resulting from their failure to seek payment of their Awards:

    a. Majahed, Inc.                Claim #4911
    b. Joseph J. John               Claim #1001976

2. The Garden City Group, Inc. is hereby ordered to make the appropriate updates to these claim files and shall distribute the Special Master's Order to the above-referenced claimants.

**DONE AND ORDERED** at Miami, Florida this 22nd day of February, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record
Garden City Group, Inc.

---

[1] Accordingly, these claimants will maintain the right to seek full payment, to the extent available, from their applicable State government after the Claims Administration Process has been terminated.