IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| EXXON CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| RUSSELL A. CLINE, ) | |
| ) | CONSOLIDATED WITH |
| Plaintiff, ) | CASE NO.: 05-21338-CIV-GOLD/ |
| ) | SIMONTON |
| vs. ) | |
| ) | |
| THE GARDEN CITY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### REPORT AND RECOMMENDATION REGARDING PLAINTIFFS' 134TH MOTION FOR SUMMARY JUDGMENT ON 113 INDIVIDUAL CLASS MEMBER CLAIMS AND MEMORANDUM OF LAW

THIS CAUSE is before the Special Master pursuant to Court's *Order Adopting and Affirming Report and Recommendation [DE 5942]* **[D.E. 5943]** as to the recommended procedures regarding claims underpayments;[1] *Plaintiffs' 134th Motion for Summary Judgment on 113 Individual Class Member Claims and Memorandum of Law* **[D.E. 5990]** (hereinafter, the "134th MSJ"); the Court's *Order Referring Motion [DE 5990] to Special Master* **[D.E. 5992]**; and, *States' Counsel's Response to Plaintiffs' 134th Motion for Summary Judgment* **[D.E. 5994]**.

---

[1] *See, Report and Recommendation Regarding States' Counsel's Motion for Approval of Procedures for Satisfaction of Claims Underpayments* **[D.E. 5942]**, and the States' Counsel's *Motion for Approval of Procedures* **[D.E. 5917]**.

In accordance with the procedures approved by this Court for satisfaction of claims underpayments,[2] Class Counsel filed the 134th MSJ [D.E. 5990]. Attached to the 134th MSJ, as Exhibit A, is a comprehensive ten (10) page spreadsheet identifying the claim number, station number, claimant, applicable dates and amount of compensatory damages and prejudgment interest relating to those claims for which underpayments exist.[3]

In response to the 134th MSJ, States' Counsel filed its response advising that they concur with the claims contained in the 134th MSJ (while also attaching the same spreadsheet found at Exhibit A to the 134th MSJ).

Having reviewed the adopted procedures for satisfaction of the underpayment of claims, Class Counsel's 134th MSJ and the States' Counsel's response to the same, the undersigned finds that the one-hundred thirteen (113) claims, as identified in Exhibit A to the 134th MSJ and within the States' response, do not present any disputed issues of fact or law, and summary judgment should be granted.

Accordingly, the following actions are hereby recommended:

1. That this Report and Recommendation be AFFIRMED AND ADOPTED;

2. That the *Plaintiffs' 134th Motion for Summary Judgment on 113 Individual Class Member Claims and Memorandum of Law* [D.E. 5990] be GRANTED;

3. That the Court order the payments, to correct the prior underpayments, for these one hundred thirteen (113) claims be paid out directly by the Settlement Fund to the same payee who is designated to be the recipient of the 5% Reserve refund payment, as previously identified by the claimant. Further, that no additional forms or instructions should be required from the claimant;

---

[2] *See*, D.E. 5942 and 5943.
[3] The reasons for said underpayments were previously explained in the States' Counsel's Motion for Approval of Procedures for Satisfaction of Claims Underpayments. *See*, D.E. 5917 at fn. 1.

4.  That the Court order these underpayments are to be paid *nunc pro tunc* as of the date when the initial Award Order was entered for the individual claimant; and,

5.  That the Court approve and enter the attached Payment Order 181 to effectuate the subject payments.

**RESPECTFULLY SUBMITTED** in Miami, Florida this 26 day of March, 2010.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
The Garden City Group, Inc.
All counsel of record