IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,
vs.

EXXON CORPORATION,

    Defendant.
_____/

**PAYMENT ORDER 181; ADOPTING AND AFFIRMING REPORT
AND RECOMMENDATION [DE 6011]; GRANTING MOTION [DE 5990]**

**THIS CAUSE** is before the Court upon the Report and Recommendation for Entry of Payment Orders for Final Awards and 5 Percent Reserve Payments issued by the Special Master Thomas E. Scott. The Court has determined that one hundred and thirteen (113) claims delineated in Exhibit A, totaling $207,391.63, are final and ready for payment and ninety five (95) claims delineated in Exhibit A, totaling $14,591.91, are suitable for refund of the 5% reserve plus interest in the amount set forth. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Special Master's Report and Recommendation Regarding Plaintiffs' 134th Motion for Summary Judgment on 113 Individual Class Member Claims and Memorandum of Law **[DE 6011] is AFFIRMED AND ADOPTED**.

2. The Plaintiffs' 134th Motion for Summary Judgment **[DE 5990] is GRANTED**.

3. The payments are being awarded *nunc pro tunc* as of the date of each individual claimant's initial Award.

4. The payments shall be made pursuant to the Payment Procedures outlined in the Special Master's Report and Recommendation Regarding Procedures for

Disbursements from the Settlement Fund **[DE 3087]**.

**DONE AND ORDERED** at Chambers in Miami, Florida this ___ day of March, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Special Master Thomas E. Scott
All Counsel of Record

Exhibit A

Disbursement List for Payment Order No. 181

Page 1 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 99230 | 99103152 | EDWARD K. ROACH | | 231.13 | 19.17 | 0.40 | 19.57 |
| 99267 | 99459 | DURBIN ENTERPRISES, INC. | AND JAMES R DURBIN | 134.46 | 11.16 | 0.23 | 11.39 |
| 99330 | 99101414 | DAVE BEYNON | AND SANDY'S DELI MART, INC. | 1,192.70 | 98.95 | 2.04 | 100.99 |
| 99374 | 991007177 | KAMBIZ AJIR | AND NAFT PETROLEUM, INC | 21,162.87 | 1,755.65 | 36.24 | 1,791.89 |
| 99406 | 991000202 | KEVIN B. FAGAN | | 3,623.55 | 300.61 | 6.20 | 306.81 |
| 99418 | 99407 | ROY J. POMES | | 183.04 | 15.19 | 0.31 | 15.50 |
| 99425 | 991020404 | LESLIE R. JOHNSON | | 839.19 | 69.62 | 1.44 | 71.06 |
| 99442 | 991004353 | JERRY WALLACE PASSMORE | | 144.28 | 11.97 | 0.25 | 12.22 |
| 99445 | 99100270 | TOMMY R. LOTHRIDGE | | 441.48 | 36.62 | 0.76 | 37.38 |
| 99452 | 99100745 | MICHAEL J. DONAHUE | | 68.52 | 5.68 | 0.12 | 5.80 |
| 99516 | 99100229 | JERRY JACOB WILLIAMS | | 13,206.75 | 1,095.62 | 22.61 | 1,118.23 |
| 99524 | 991013713 | HARRY A AND JAMES P AND JANICE E ANAGNOS | | 153.67 | 12.75 | 0.26 | 13.01 |
| 99584 | 992346 | GEORGE RAY LOVE | | 141.22 | 11.72 | 0.24 | 11.96 |

Exhibit A

Disbursement List for Payment Order No. 181

Page 2 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 99594 | 991011203 | RICK'S INC. | | 88.86 | 7.37 | 0.15 | 7.52 |
| 99633 | 99104044 | THOMAS E. MORRIS | | 1,948.11 | 161.61 | 3.34 | 164.95 |
| 99636 | 991034235 | DONALD JIMMIE HEIRONIMUS | | 151.14 | 12.54 | 0.26 | 12.80 |
| 99671 | 99102509 | LARRY C. KEPLINGER | | 120.49 | 10.00 | 0.21 | 10.21 |
| 99792 | 991173 | ARTHUR L. SPENCER, SR. | AND RICHARD B SPENCER | 6,978.13 | 578.90 | 11.95 | 590.85 |
| 99804 | 992911 | JOHN KLEBER | | 181.69 | | | |
| 99819 | 991018351 | MON VALLEY PETROLEUM, INC. | | 61.78 | 5.13 | 0.11 | 5.24 |
| 99947 | 99102694 | DANNY FOIX | | 272.84 | 19.41 | 0.40 | 19.81 |
| 99954 | 991005894 | GREGORY A. LATSHAW | | 15,356.70 | 1,092.68 | 22.55 | 1,115.23 |
| 99995 | 991006642 | IMOGENE ROTH | | 792.06 | 56.36 | 1.16 | 57.52 |
| 991011 | 991101696 | FRANCIS ERIC HANIG | | 140.61 | 10.00 | 0.21 | 10.21 |
| 991014 | 99103456 | ALVIN LOYD RICE | | 207.42 | 14.76 | 0.30 | 15.06 |
| 991015 | 991268 | ABIDA GOPALANI | | 159.43 | 11.34 | 0.23 | 11.57 |

Exhibit A

Disbursement List for Payment Order No. 181

Page 3 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 991066 | 991002148 | ROMESBURG'S SERVICE, INC. | | 231.76 | 19.23 | 0.40 | 19.63 |
| 991083 | 993551 | HOVIC PERIAN | | 139.64 | 11.58 | 0.24 | 11.82 |
| 991105 | 991031862 | LENFORD EARL BURRELL | AND PAUL C. BURRELL | 143.46 | 11.90 | 0.25 | 12.15 |
| 991208 | 992532 | WARREN F. CAMPBELL | AND CLASS ACTION RECOVERY SERVICE | 309.41 | 25.67 | 0.53 | 26.20 |
| 991211 | 992534 | GERALD BEVERS | | 135.31 | | | |
| 991272 | 991011732 | WOODFIN HEATING, INC. | AND JOHN WOODFIN | 111.96 | 9.29 | 0.19 | 9.48 |
| 991299 | 99104246 | GERALD F. MASON | AND BETTY B MASON | 137.69 | 11.42 | 0.24 | 11.66 |
| 991455 | 991017778 | FRANKLIN WATERS | | 226.30 | 18.77 | 0.39 | 19.16 |
| 991507 | 99104605 | HAROUT KECHICHIAN | | 252.50 | 20.95 | 0.43 | 21.38 |
| 991537 | 99102844 | WALTER L. THOMPSON | | 500.16 | 41.49 | 0.86 | 42.35 |
| 991538 | 99614 | RICHARD LEE HAGER | | 418.46 | 34.71 | 0.72 | 35.43 |
| 991551 | 991011134 | MICHAEL CAMMARATA | | 151.39 | 12.56 | 0.26 | 12.82 |
| 991564 | 991019857 | GULL INDUSTRIES, INC. | | 290.35 | 24.09 | 0.50 | 24.59 |

Exhibit A

Disbursement List for Payment Order No. 181

Page 4 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 991639 | 991694 | JEFFREY S. O'CONNOR | AND JOC INC | 139.53 | 11.57 | 0.24 | 11.81 |
| 991708 | 99101361 | BOBBY R. STEWART | | 291.74 | 24.20 | 0.50 | 24.70 |
| 991814 | 994089 | JOSEPH GIBSON | AND PEACHTREE PRE-SETTLEMENT FUNDING, LLC | 116.35 | | | |
| 991884 | 994239 | A. ROSS WEAVER, JR. | | 320.91 | | | |
| 991890 | 995551954 | GEORGE LAISHLEY | | 155.85 | | | |
| 991964 | 992777 | ARD KEUILIAN | | 164.39 | 13.64 | 0.28 | 13.92 |
| 992064 | 992437 | NICK MOCKOSHER | | 2,889.54 | | | |
| 992085 | 991025707 | ISLAND FOOD STORES, INC. | | 168.30 | | | |
| 992296 | 99102142 | E. BET, INC. | | 113.77 | 9.44 | 0.19 | 9.63 |
| 992304 | 99395 | HUBERT JOHNSON | AND HUBERT JOHNSON INC | 136.47 | 11.32 | 0.23 | 11.55 |
| 992434 | 99104337 | HERBERT WAYNE LIPPERDT | | 76.04 | 5.41 | 0.11 | 5.52 |
| 992633 | 991999 | CHRIS BAKATSAS | AND SOFIA BAKATSAS | 122.44 | | | |
| 992679 | 99103468 | PHILIP G. HUGHES | | 3,914.52 | 324.75 | 6.70 | 331.45 |

Exhibit A

Disbursement List for Payment Order No. 181

Page 5 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 992907 | 991001532 | REVERE SUPER SERVICE, INC. | | 1,063.84 | 88.26 | 1.82 | 90.08 |
| 992947 | 99453 | ESTATE OF NORMAN STEELMAN | | 131.18 | 10.88 | 0.22 | 11.10 |
| 993193 | 996 | KENWAY E., INC. | AND STONE STREET CAPITAL, INC. | 340.65 | 28.26 | 0.58 | 28.84 |
| 993252 | 99991 | LEE OIL COMPANY, INC. | AND BARBARA E LEE | 319.49 | 26.51 | 0.55 | 27.06 |
| 993315 | 992683 | ROBERT S. FIFE | | 1,023.12 | 84.88 | 1.75 | 86.63 |
| 993320 | 992786 | JOHN YEGENIAN | | 131.57 | | | |
| 993363 | 994246 | SUKAM KIM | | 232.91 | 19.32 | 0.40 | 19.72 |
| 993933 | 99500 | DONALD STEIN | | 69.86 | 5.80 | 0.12 | 5.92 |
| 993951 | 991010 | PNK (RENO), LLC | | 4,824.00 | 400.20 | 8.26 | 408.46 |
| 993961 | 991301 | NAVESINK AUTO SERVICE, INC. | AND GEORGE MARAGOS | 136.06 | 11.29 | 0.23 | 11.52 |
| 993976 | 991618 | DONALD A. DAUPHINEE | | 98.86 | 8.20 | 0.17 | 8.37 |
| 994099 | 996402 | BOB BENNETT, INC. | | 154.70 | | | |
| 994227 | 99661310 | MANDARIN AUTO SERVICE, INC. | | 175.08 | 14.53 | 0.30 | 14.83 |

Exhibit A

Disbursement List for Payment Order No. 181

Page 6 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 994516 | 99101030 | MARK A. BLANCK | AND STONE STREET CAPITAL, INC | 298.72 | 21.26 | 0.44 | 21.70 |
| 994587 | 99676 | ART-TEX PETROLEUM, INC. | AND ARTHUR LIEBERMAN | 138.94 | 11.53 | 0.24 | 11.77 |
| 994791 | 994268 | ITALIA, INC. | | 303.40 | 25.17 | 0.52 | 25.69 |
| 994833 | 994932 | ABDUL M. ALDEMIR | AND SAM KAPLAN | 269.18 | 22.33 | 0.46 | 22.79 |
| 994876 | 99100375 | THEODORE G. ANDRESSEN | | 213.55 | 17.72 | 0.37 | 18.09 |
| 995152 | 991019700 | MAJID KALHOR | AND HAMID KALHOR | 118.59 | 9.84 | 0.20 | 10.04 |
| 995155 | 991019779 | GUNVALD RUSDAL | | 4,019.19 | | | |
| 995254 | 991008763 | HALEDON CAR CARE, INC. | AND CHRISTOPHOROS TZANAVARIS | 257.42 | 21.36 | 0.44 | 21.80 |
| 995378 | 99489 | M.L. DICKSON | | 562.29 | 46.65 | 0.96 | 47.61 |
| 995401 | 991359 | KIM D. BOYD | | 1,329.42 | | | |
| 995551 | 991100450 | RONALD B. APPEL | AND UNITED EL SEGUNDO INC | 181.50 | 15.06 | 0.31 | 15.37 |
| 995645 | 99551325 | RUSSELL M. WALLACE | | 145.07 | 12.04 | 0.25 | 12.29 |
| 995701 | 991004822 | ERNEST E. SLOAN | | 93.40 | 7.75 | 0.16 | 7.91 |

Exhibit A

Disbursement List for Payment Order No. 181

Page 7 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 995712 | 991007623 | SPRINGFIELD SERVICE STATION INC. | AND SPRINGFIELD FUEL INC | 174.22 | 14.45 | 0.30 | 14.75 |
| 995778 | 991028700 | GEORGE W. RUDDY | | 166.68 | 13.83 | 0.29 | 14.12 |
| 995831 | 991016888 | LEE-LANGLEY CORPORATION | | 82.74 | 6.86 | 0.14 | 7.00 |
| 995873 | 99103409 | PETER PROIOS | | 152.55 | 10.86 | 0.22 | 11.08 |
| 996128 | 99104136 | ISSA SAFI HINDI | | 60.29 | 5.00 | 0.10 | 5.10 |
| 996237 | 991026145 | ESTATE OF CARL HERBERT GIBSON | | 70.57 | 5.85 | 0.12 | 5.97 |
| 996253 | 991031557 | THE ESTATE OF JARRELL BROWN | AND CARMA NADINE BROWN | 141.77 | 11.76 | 0.24 | 12.00 |
| 996322 | 993984 | LARRY M. HAMILTON | | 94.22 | 6.70 | 0.14 | 6.84 |
| 996399 | 991021 | AUTHENTIC AUTOMOTIVE SERVICES, INC. | AND DORIS PASCALE | 146.93 | 12.19 | 0.25 | 12.44 |
| 996429 | 991910 | ESTATE OF DANIEL A. ZENOBI | AND WILLIAM R ZENOBI | 219.16 | | | |
| 996484 | 993019 | ERIKA PAYMARD | | 306.65 | 25.44 | 0.53 | 25.97 |
| 996522 | 994202 | KENT W. KUBACH | | 162.53 | | | |
| 996625 | 99100953 | SIROP O. MAGERIAN | | 156.33 | 12.97 | 0.27 | 13.24 |

Exhibit A

Disbursement List for Payment Order No. 181

Page 8 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 996813 | 991022566 | RICHARD C. SWEET | | 188.54 | 15.64 | 0.32 | 15.96 |
| 996899 | 99650 | ELMA JEAN INGRAM | | 14,415.78 | 1,025.73 | 21.17 | 1,046.90 |
| 996953 | 99103927 | KRISHAN GUPTA | | 112.45 | 8.00 | 0.17 | 8.17 |
| 996992 | 991009380 | ESTATE OF HASKELL EUGENE CULLUM | | 111.03 | 7.90 | 0.16 | 8.06 |
| 997073 | 992357 | JDN ASSOCIATES, INC. | | 93.60 | 7.77 | 0.16 | 7.93 |
| 997432 | 991026924 | ESTATE OF GEORGE E. COOPER | | 231.18 | 19.18 | 0.40 | 19.58 |
| 997449 | 991031155 | TORKOM'S SERVICE STATION, INC. | | 402.85 | 33.42 | 0.69 | 34.11 |
| 997450 | 991031854 | MARY LOU BOBBERA | | 142.60 | 11.83 | 0.24 | 12.07 |
| 997513 | 993065 | STANLEY HENZE | | 181.99 | 12.95 | 0.27 | 13.22 |
| 997515 | 993557 | EDDYE ELMORE | | 137.05 | 9.75 | 0.20 | 9.95 |
| 997873 | 991011535 | ALPH R. CLARK, JR. | | 142.69 | 11.84 | 0.24 | 12.08 |
| 998004 | 991011277 | HARREL L. DAVIS, TRUSTEE | | 29,871.66 | 2,125.47 | 43.87 | 2,169.34 |
| 998034 | 991411 | EILEEN N. SHAFFER, TRUSTEE | | 15,597.46 | | | |

Exhibit A

Disbursement List for Payment Order No. 181

Page 9 of 9

| Award Number | Claim Number | Payee | Co-Payee | Unclaimed Gallonage Award Amount | 5% Reserve Amount | 5% Reserve Interest Amount | Total 5% Reserve Amount |
|---|---|---|---|---|---|---|---|
| 998130 | 993725 | MICHAEL MANGUM | | 6,198.58 | 514.23 | 10.61 | 524.84 |
| 998232 | 99100083 | ESTATE OF CHERYL M. RUANE | | 6,198.58 | 514.23 | 10.61 | 524.84 |
| 998298 | 99103855 | ESTATE OF DOCK B. LIVINGSTON, JR. | AND MARY ANN LIVINGSTON | 139.46 | 11.57 | 0.24 | 11.81 |
| 998537 | 992294 | ESTATE OF RONALD T. PFEIFER | | 186.45 | | | |
| 998724 | 994675 | SUSAN K. WOODARD, TRUSTEE | | 158.36 | 13.14 | 0.27 | 13.41 |
| 998954 | 991140 | RICHARD L. COX, TRUSTEE | | 242.64 | 17.27 | 0.36 | 17.63 |
| 999030 | 992215 | STEVEN M. SPEIER, TRUSTEE | | 153.94 | | | |
| 999042 | 994777 | CHARLES W. DAFF, TRUSTEE | | 34,177.85 | 2,835.36 | 58.52 | 2,893.88 |
| 999124 | 992818 | RAY J. ZERINGUE | | 99.90 | | | |

207,391.63

14,591.91