IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al., )
                                                  )
    Plaintiffs,                    )
                                                  )
v.                                                  )
                                                  )
EXXON CORPORATION, )
                                                  )
    Defendant.                 )
_____)
                                                  )
RUSSELL A. CLINE, )
                                                  )      **CONSOLIDATED WITH**
    Plaintiff,                    )      **CASE NO.: 05-21338-CIV-GOLD /**
                                                  )      **SIMONTON**
vs.                                                 )
                                                  )
THE GARDEN CITY GROUP, INC., )
                                                  )
    Defendant.                 )
_____)

**REPORT AND RECOMMENDATION FOR ENTRY
OF 5% RESERVE PAYMENT ORDER (THE FIFTEENTH WAVE OF
5% RESERVE PAYMENTS FROM THE SETTLEMENT FUND)**

THIS CAUSE is before the Special Master pursuant to the District Court's *Omnibus Order Reserving Ruling on Motions, Authorizing Filings, Granting Requests for Distributions, Granting Motions, Denying Motions, Sustaining Objections to the Special Master's Report and Recommendations, and Requiring Parties to Meet and Confer Regarding Scheduling Issues.* **[D.E. 5871]**.

The Special Master has been advised that Class Counsel and States' Counsel have completed their review of Payment Order 586 generated by the Claims Administrator for the Fifteenth Wave of the Five Percent Reserve Payments from the Settlement Fund and that all necessary revisions have been made. Accordingly, the Special Master recommends that the District Court enter the attached Payment Order, numbered 586, to

initiate the Payment Process for the Five Percent Reserve payment contained therein.

RESPECTFULLY SUBMITTED in Miami, Florida this 12th day of July, 2010.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold
All counsel of record