IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC., et al.,

     Plaintiffs,

vs.

EXXON CORPORATION,

     Defendant.

_____/

## PAYMENT ORDER 586; ADOPTING AND AFFIRMING [DE 6057]

THIS CAUSE is before the Court upon the Report and Recommendation for

Entry of Payment Orders for 5 Percent Reserve Payments issued by the Special Master

Thomas E. Scott. The Court has determined that thirteen (13) claims delineated in

Exhibit A, totaling $44,296.71, are suitable for refund of the 5% reserve plus interest in

the amount set forth. Accordingly, it is hereby ORDERED AND ADJUDGED that:

1.    The Special Master's Report and Recommendation for Entry of 5 Percent

    Reserve Payments [DE 6057] is AFFIRMED AND ADOPTED.

2.    The payments shall be made pursuant to the Payment Procedures outlined in

    the Special Master's Report and Recommendation Regarding Procedures for

    Disbursements from the Settlement Fund [D.E. 3087].

DONE AND ORDERED at Miami, Florida this 12 day of July, 2010.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Special Master Thomas E. Scott
All Counsel of Record

**Exhibit A**

**Disbursement List for Payment Order No. 586**

**Page 1 of 2**

| Award Number | Claim Number | Payee | Co-Payee | 5% Reserve Amount | Interest Amount | Total Amount | Amount To Be Paid |
|---|---|---|---|---|---|---|---|
| 9161R | 4926 | H. JASON GOLD, TRUSTEE | | 2,296.38 | 47.40 | 2,343.78 | 2,343.78 |
| 9162R | 103981 | AMERICAN FAMOUS TIGER SERVICE STATION, INC. | | 1,805.52 | 37.27 | 1,842.79 | 1,842.79 |
| 9163R | 1004112 | ESTATE OF EPHRIAM BERRY MCDADE | | 5,120.97 | 105.70 | 5,226.67 | 5,226.67 |
| 9164R | 551004112 | MCDADE ENTERPRISES, INC. | | 5,435.19 | 112.18 | 5,547.37 | 5,547.37 |
| 9165R | 1023302 | STYLIANOS BOUBOUDAKIS | | 9,038.28 | 186.55 | 9,224.83 | 0.00 |
| | 1023302 | NATIONAL EQUITY DEVELOPMENT GROUP, INC. | | | | | 9,224.83 |
| 9166R | 4524 | VAN DIAMANTARAS | | 1,330.74 | 27.47 | 1,358.21 | 0.00 |
| | 4524 | CLASS ACTION REFUND LLC | | | | | 1,358.21 |
| 9167R | 4525 | VAN DIAMANTARAS | | 2,098.49 | 43.31 | 2,141.80 | 0.00 |
| | 4525 | CLASS ACTION REFUND LLC | | | | | 2,141.80 |
| 9168R | 4527 | VAN DIAMANTARAS | | 2,511.71 | 51.84 | 2,563.55 | 0.00 |
| | 4527 | CLASS ACTION REFUND LLC | | | | | 2,563.55 |
| 9169R | 554527 | VAN DIAMANTARAS | | 955.66 | 19.72 | 975.38 | 0.00 |

Exhibit A

**Disbursement List for Payment Order No. 586**

Page 2 of 2

| Award Number | Claim Number | Payee | Co-Payee | 5% Reserve Amount | Interest Amount | Total Amount | Amount To Be Paid |
|---|---|---|---|---|---|---|---|
| | 554527 | CLASS ACTION REFUND LLC | | | | | 975.38 |
| 9170R | 1021556 | ANASTASIA DIAMANTARAS | | 2,471.38 | 51.01 | 2,522.39 | 2,522.39 |
| 9171R | 1022371 | ANASTASIA DIAMANTARAS | | 3,897.19 | 80.44 | 3,977.63 | 3,977.63 |
| 9172R | 1022667 | ANASTASIA DIAMANTARAS | | 4,664.60 | 96.28 | 4,760.88 | 4,760.88 |
| 9173R | 551022667 | ANASTASIA DIAMANTARAS | | 1,774.80 | 36.63 | 1,811.43 | 1,811.43 |

44,296.71