**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

| | |
|---|---|
| ALLAPATTAH SERVICES, INC., et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>EXXON CORPORATION, )<br>)<br>    Defendant. )<br>_____ )<br>)<br>RUSSELL A. CLINE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE GARDEN CITY GROUP, INC., )<br>)<br>    Defendant. )<br>_____ )| **CONSOLIDATED WITH<br>CASE NO.: 05-21338-CIV-GOLD /<br>SIMONTON** |

**REPORT AND RECOMMENDATION FOR ENTRY
OF 5% RESERVE PAYMENT ORDER (THE SIXTEENTH WAVE OF
5% RESERVE PAYMENTS FROM THE SETTLEMENT FUND)**

THIS CAUSE is before the Special Master pursuant to the District Court's *Omnibus Order Reserving Ruling on Motions, Authorizing Filings, Granting Requests for Distributions, Granting Motions, Denying Motions, Sustaining Objections to the Special Master's Report and Recommendations, and Requiring Parties to Meet and Confer Regarding Scheduling Issues.* **[ECF No. 5871]**.

The Special Master has been advised that Class Counsel and States' Counsel have completed their review of Payment Order 587 generated by the Claims Administrator for the Sixteenth Wave of the Five Percent Reserve Payments from the Settlement Fund and that all necessary revisions have been made. Accordingly, the Special Master recommends that the District Court enter the attached Payment Order, numbered 587, to

Initiate the Payment Process for the Five Percent Reserve payment contained therein.

RESPECTFULLY SUBMITTED in Miami, Florida this 9th day of August, 2010.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:

United States District Court Judge Alan S. Gold
All counsel of record