IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC., et al.,

    Plaintiffs,

vs.

EXXON CORPORATION,

    Defendant.
_____/

## PAYMENT ORDER 587; ADOPTING AND AFFIRMING [DE 6073]

**THIS CAUSE** is before the Court upon the Report and Recommendation for Entry of Payment Orders for 5 Percent Reserve Payments issued by the Special Master Thomas E. Scott. The Court has determined that thirteen (13) claims delineated in Exhibit A, totaling $55,380.00, are suitable for refund of the 5% reserve plus interest in the amount set forth. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Special Master's Report and Recommendation for Entry of 5 Percent Reserve Payments is **AFFIRMED AND ADOPTED**.

    2.    The payments shall be made pursuant to the Payment Procedures outlined in the Special Master's Report and Recommendation Regarding Procedures for Disbursements from the Settlement Fund [D.E. 3087].

**DONE AND ORDERED** at Miami, Florida this 13 day of August, 2010.

                                    THE HONORABLE ALAN S. GOLD
                                    UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Magistrate Judge Andrea Simonton
Special Master Thomas E. Scott
All Counsel of Record

Exhibit A

Disbursement List for Payment Order No. 587

| Award Number | Claim Number | Payee | Co-Payee | 5% Reserve Amount | 5% Reserve Interest Amount | Total Amount | Amount To Be Paid |
|---|---|---|---|---|---|---|---|
| 755R | 2643 | JESSIE W. KENDRICK | | 7,413.39 | 153.01 | 7,566.40 | 7,566.40 |
| 1259R | 104420 | BOB BOATRIGHT | AND QUINTON B HOLSHOUSER UTMA GA | 3,484.54 | 71.92 | 3,556.46 | 0.00 |
| | 104420 | STATE OF GEORGIA DEPARTMENT OF REVENUE FBO: BOB L. BOATRIGHT | | | | | 3,556.46 |
| 1679R | 1657 | JOHN HYVER | | 3,720.77 | 76.80 | 3,797.57 | 3,797.57 |
| 1725R | 104224 | CLAUDE D. LODGE | | 1,869.97 | 38.60 | 1,908.57 | 0.00 |
| | 104224 | STATE OF GEORGIA DEPARTMENT OF REVENUE FBO: CLAUDE D. LODGE | | | | | 1,908.57 |
| 1998R | 2858 | DOUGLAS J. CAILLER | | 2,526.55 | 52.15 | 2,578.70 | 2,578.70 |
| 2038R | 101977 | ROBERT L. BOATRIGHT | AND CUSTODIAN FOR, QUINTON B HOLSHOUSER | 7,047.12 | 145.45 | 7,192.57 | 0.00 |
| | 101977 | STATE OF GEORGIA DEPARTMENT OF REVENUE FBO: ROBERT L. BOATRIGHT | | | | | 7,192.57 |

Exhibit A

Disbursement List for Payment Order No. 587

Page 2 of 2

| Award Number | Claim Number | Payee | Co-Payee | 5% Reserve Amount | 5% Reserve Interest Amount | Total Amount | Amount To Be Paid |
|---|---|---|---|---|---|---|---|
| 2205R | 2231 | TROY C. KILEY | | 719.75 | 14.86 | 734.61 | 734.61 |
| 2764R | 4151 | KENNETH KNAPP | AND KEN KNAPP REALTY CORP | 2,771.96 | 57.21 | 2,829.17 | 2,829.17 |
| 3356R | 4057 | CHEUNG-TSING CHANG | | 3,060.89 | 63.18 | 3,124.07 | 3,124.07 |
| 3992R | 2190 | RAPID, INC. | AND MARJORIE N PARKER | 5,680.66 | 117.25 | 5,797.91 | 5,797.91 |
| 7579R | 707 | MOHAMMAD MODARRES | | 5,324.74 | 109.90 | 5,434.64 | 5,434.64 |
| 7869R | 1011337 | WILLIAM F WHITED | | 5,046.90 | 104.17 | 5,151.07 | 5,151.07 |
| 8677R | 2394 | CARLO PASSAMONTI | | 5,592.82 | 115.44 | 5,708.26 | 5,708.26 |

55,380.00