IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                     )
Plaintiffs,                          )
                                     )
v.                                   )
                                     )
EXXON CORPORATION,                   )
                                     )
Defendant.                           )
_____)
                                     )
RUSSELL A. CLINE,                    )
                                     )           **CONSOLIDATED WITH**
Plaintiff,                           )           **CASE NO.: 05-21338-CIV-GOLD**
                                     )           **/SIMONTON**
vs.                                  )
                                     )
THE GARDEN CITY GROUP, INC.,         )
                                     )
Defendant.                           )
_____)

## ORDER REQUIRING VERIFICATION BY THE GARDEN CITY GROUP, INC.

THIS CAUSE is before the Special Master pursuant to the District Court's *Order Affirming Special Master's Report and Recommendation Regarding Status of the Allapattah Settlement Fund and Claims Administration Process [ECF No. 6084]* **[ECF No. 6087]**; *States' Counsel's Amended and Superseding Motion for Distribution of Remaining Balance* **[ECF No. 6122]** (the "Motion for Distribution") and the Exhibits thereto **[ECF Nos. 6123 – 6137]**; and, *Class Counsel's Memorandum Regarding Termination of Settlement Fund.*

In the Motion for Distribution, States' Counsel provides a comprehensive list of unclaimed gallons, and associated identifying information, to be used in the calculation and

1

determination of the ultimate distribution of the "Remaining Balance." *See*, Exhibit B to the Motion for Distribution [**ECF Nos. 6123 – 6136**].

Class Counsel has suggested, and the undersigned agrees, that due to the detail involved in identifying each owner and associated gallons, it is wise to have the Claims Administrator verify the completeness of the list prepared by States' Counsel as Exhibit B to the Motion for Distribution.

ACCORDINGLY, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Claims Administrator, the Garden City Group, Inc., shall review Exhibit B to the Motion for Distribution and verify the completeness of the list for unclaimed gallons, based upon the records possessed by the Garden City Group, Inc. Such verification shall include:

   a. Confirmation that all unclaimed gallons are accounted for in Exhibit B; and,
   b. Confirmation that no overlap exists between unclaimed gallons and those gallons paid out during the Claims Administration Process.

2. Verification of other ownership details provided by Exxon, such as last known owner and address, is not required or requested.

3. The Garden City Group, Inc. shall provide the results of its verification to the undersigned, Class Counsel and States Counsel on or before March 1, 2011.

**DONE AND ORDERED** at Miami, Florida this  8th day of February, 2011.

SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Court Judge Alan S. Gold
All counsel of record
The Garden City Group, Inc.