IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 91-0986-CIV-GOLD/SIMONTON
Special Master Thomas E. Scott

ALLAPATTAH SERVICES, INC., et al.,   )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )
                                      )
EXXON CORPORATION,                    )
                                      )
    Defendant.                        )
_____)

## ADMINISTRATIVE PAYMENT ORDER 36

**THIS CAUSE** is before the Court upon the Report and Recommendation for Entry of an Administrative Payment Order to Pay the Administrative Expenses of the Settlement Fund **[ECF No. 6194]** (the "Report") issued by Special Master Thomas E. Scott. The Court has reviewed the requested administrative expenses and approves the same. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation for Entry of an Administrative Payment Order to Pay the Administrative Expenses of the Settlement Fund **[ECF No. 6194]** is **AFFIRMED AND ADOPTED**.

2. JPMorgan Chase shall transfer the funds necessary to pay all approved administrative expenses to the Settlement Fund's Claims Administration Account.

3. Administrative expenses in the amount of $25,032.79 shall be paid to States' counsel. Wicker, Smith, O'Hara, McCoy & Ford, P.A. shall be paid in the amount of $12,280.90. The check shall be made payable to Wicker,

*Administrative Payment Order 36*
*Page 2 of 3*

      Smith, O'Hara, McCoy & Ford, P.A. and sent to the address on file with the Claims Administrator. Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. shall be paid in the amount of $12,751.89. The check shall be made payable to Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. and sent to the address on file with the Claims Administrator.

4. Administrative expenses in the amount of $47,560.03 shall be paid to The Garden City Group, Inc. for its normal, ongoing services as the Claims Administrator. The check shall be made payable to The Garden City Group, Inc. and sent to the Claims Administrator.

5. Administrative expenses in the amount $21,482.60 shall be paid to Morrison, Brown, Argiz & Farra, LLP. The check shall be made payable to Morrison, Brown, Argiz & Farra, LLP and sent to the address on file with the Claims Administrator.

6. Administrative expenses in the amount of $132,307.50 shall be paid to VersaVest, Inc. The check shall be made payable to VersaVest, Inc. and sent to the address on file with the Claims Administrator.

7. Administrative expenses in the amount of $3,000.00 shall be paid to JPMorgan Chase. JPMorgan Chase is authorized to electronically debit the Settlement Fund's account in the amount of $3,000.00.

8. The Court has reviewed the requested administrative expenses of the Special Master for the period of July 1, 2012 through 2013, and has determined that a fair and reasonable compensation for his services during the payment period is $32,434.65. The check shall be made

*Administrative Payment Order 36*
*Page 3 of 3*

      payable to Cole, Scott & Kissane, P.A. and sent to the address on file with the Claims Administrator.

9. The Court has determined the remaining balance of $3,574.90 be deposited in the Cole, Scott & Kissane, P.A. Trust Account to cover any unforeseen expenses of the Fund. In addition, the Court authorizes any additional interest earned in December 2012 to be paid to the Cole, Scott & Kissane, P.A. Trust Account in January 2013.

**DONE AND ORDERED** at Miami, Florida this 27th day of December, 2012.

                                              THE HONORABLE ALAN S. GOLD
                                              UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Magistrate Judge Andrea Simonton
Special Master Thomas E. Scott
All Counsel of Record