UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 91-0986-CIV-GOLD/SIMONTON

ALLAPATTAH SERVICES, INC., *et al.*,

Plaintiffs,

vs.

EXXON CORPORATION,

Defendant.
_____/

### ORDER ADOPTING FINAL REPORT AND RECOMMENDATION [ECF No. 6197]; CLOSING CASE

**THIS CAUSE** is before the Court on the Special Master's Final Report and Recommendation Regarding Status of the Allapattah Settlement Fund [ECF No. 6197]. I have reviewed the Report and the case file, and I adopt the Report. I acknowledge and commend the exemplary efforts of Class Counsel (Stearns Weaver), States' Counsel (Wicker Smith and Carella Byrne), Kip Rabin, the Garden City Group, Morrison Brown Argiz & Farra, and VersaVest. I also commend the diligent and extraordinary services and work of the Special Master, Thomas E. Scott. It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Special Master's Final Report and Recommendation Regarding Status of the Allapattah Settlement Fund [ECF No. 6197] is **AFFIRMED AND ADOPTED**.

2. States' Counsel is **DISCHARGED**.

3. The Claims Administrator is **DISCHARGED**.

4. The Special Master's responsibilities are **TERMINATED**.

5. The Allapattah DFC Class Action Settlement Fund is **CLOSED**.

6. This case is **CLOSED**.

--

**DONE AND ORDERED** at Miami, Florida this <u>15th</u> day of May, 2014.

                                             **THE HONORABLE ALAN S. GOLD**
                                             **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge Andrea Simonton
Special Master Thomas E. Scott
All Counsel of Record

--